**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | Chapter 7 |
| TRANSCARE CORPORATION,[1] | Case No. 16- |
| Debtor. | |

## DECLARATION CONCERNING CONSOLIDATED
## LIST OF CREDITORS/MASTER MAILING MATRIX

I, Peter Wolf, Chief Operating Officer and an authorized officer of the above-captioned debtor (the "Debtor"), declare under penalty of perjury that I have reviewed the foregoing consolidated list of creditors (the "List of Creditors") of the Debtor, and hereby certify that the information contained therein is true and correct as of the date specified below, to the best of my knowledge, information and belief.

The information contained in the List of Creditors is based on a review of the Debtor's books and records. The Debtor has not completed a comprehensive legal and/or factual investigation with regard to possible defenses to any claims of the potential claimants included in the List of Creditors. In addition, certain of the entities included in the List of Creditors may not hold outstanding claims as of the date hereof and, thus, may not be creditors of the Debtor for the purposes of this chapter 7 case. Such entities are included herein for notice purposes out of an abundance of caution. Therefore, the List of Creditors does not and should not be deemed to constitute: (1) an acknowledgement that any person or entity listed currently holds a claim against the Debtor; (2) an acknowledgement of the allowability, in whole or in part, of any claim

---

[1] The last four digits of the Debtor's federal tax identification number are 8381. The corporate address for the Debtor is 1 MetroTech Center, Brooklyn, NY 11201.

24653546

asserted by any person or entity listed; or (3) a waiver of any right or legal position of the Debtor.

Dated: February 24, 2016

_____
Peter Wolf
Chief Operating Officer