UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

In re: Transcare Corporation

                                                 Debtor

----------------------------------------------------------------x

                                                Plaintiff

                      v.

                                                Defendant

----------------------------------------------------------------x

Case No.: 16-10407

Chapter 7

Adversary Proceeding No.: _____

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Randy J. Creswell, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Patriarch Partners Agency Services, LLC, a creditor in the above-referenced ☑ case ☐ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Maine and, if applicable, the bar of the U.S. District Court for the District of Maine.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: February 29, 2016

_____, Maine

Randy J. Creswell
*Mailing Address*:
Perkins Thompson, P.A.
One Canal Plaza, PO Box 426
Portland, ME 04112-0426
*E-mail address*: rcreswell@perkinsthompson.com
*Telephone number*: (207) 774-2635