Eric S. Goldstein, Esq. (EG0412)
Latonia C. Williams (LW9479)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.:  (860) 251-5000
Fax:   (860) 251-5218
*Counsel for Unimerica Life Insurance
Company of New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

TRANSCARE CORPORATION, et al,              Chapter 7
                                           Case No. 16-10407 (SMB)
                    Debtors.               (Jointly Administered)
------------------------------------------------------------X

### NOTICE OF APPEARANCE AND REQUEST
### FOR ALL NOTICES AND PLEADINGS

Please enter my appearance as attorney for Unimerica Life Insurance Company of New York, a creditor and party-in interest in the above-captioned matter.

Pursuant to Bankruptcy Rules 2002(g), 2015(c), and 3017(a), the undersigned requests that he receive copies of all notices, reports, motions, briefs, memoranda, pleadings, proposed plan, disclosure statements, proposed orders, and any other documents filed in the above-referenced matter. All such documents should be served upon the following:

> Eric S. Goldstein, Esq.
> Shipman & Goodwin LLP
> One Constitution Plaza
> Hartford, CT 06103-1919
> Telephone: (860) 251-5000

4641790v1

Facsimile: (860) 251-5218
egoldstein@goodwin.com
bankruptcy@goodwin.com
bankruptyparalegal@goodwin.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes notices of applications, motions, petitions, and pleadings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, telephone, telephone, telex, telecopy, facsimile or otherwise, which affects the Debtors or the property of the Debtors.

Dated at Hartford, Connecticut, this 14th day of March 2016.

By: /s/ Eric S. Goldstein
Eric S. Goldstein (ct 27195)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5000

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2016, a copy of foregoing Notice of Appearance was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by First Class mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric S. Goldstein
Eric S. Goldstein

4641790v1