UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

TRANSCARE CORPORATION, et al.,

Debtors.

---------------------------------------------------------------x

# **EXHIBIT A**

Chapter 7

Case No.: 16-10407 (SMB)
Jointly-Administered

## STIPULATION RESPECTING THE SALE OF CERTAIN PERSONAL PROPERTY

WHEREAS, on February 24, 2016 (the "Petition Date"), TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc., and TransCare Harford County, Inc. (collectively, the "Debtors"), each filed voluntary petitions for relief pursuant to Chapter 7 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Court");

WHEREAS, pursuant to Orders of the Court, the Debtors' cases are jointly administered under the TransCare Corporation case [Case No. 16-10407];

WHEREAS, Salvatore LaMonica was appointed as the interim Chapter 7 Trustee (the "Trustee") of each of the Debtors' estates and is acting in that capacity;

WHEREAS, prior to the Petition Date, the Debtors provided essential and vital emergency medical transportation services to hospitals and communities in New York and Maryland including, but not limited to, 911/EMS services, basic life support, advanced life support, critical care transport, paratransit services, ambulette and wheelchair vans and special venue transportation services;

WHEREAS, prior to the Petition Date, the Debtors operated out of premises located at, inter alia, 25 14th Street, Brooklyn, New York 11215 and 718 South Fulton Avenue, Mt. Vernon, New York, 10550 (collectively, the "Premises");

WHEREAS, there are over two hundred (200) vehicles and other personal property currently located at the Debtors' Premises and the Trustee has diligently taken steps to secure such personal property since his appointment;

WHEREAS, prior to the Petition Date, the Debtors were operating in accordance with five (5) New York State Department of Health Ambulance Service Certificates identified as follows: (i) no. 0164 issued to debtor TransCare New York, Inc. d/b/a TransCare for Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk and Westchester counties; (ii) no. 0470 issued to debtor TransCare Westchester, Inc. for Westchester county; (iii) no. 0506 issued to debtor TC Ambulance Group, Inc., d/b/a Mount Sinai Beth Israel for Kings, Queens, Richmond, Bronx, New York counties; (iv) no. 0574 issued to debtor TC Ambulance North, Inc., d/b/a TransCare for Bronx, New York, Queens, Kings and Richmond counties; and (v) no. 0574 issued to TCBA Ambulance, Inc., d/b/a St. Barnabas Hospital Emergency Services for Bronx, Kings, New York, Queens and Richmond counties (collectively, the "Debtors' CONs");

WHEREAS, two non-debtor affiliates of the Debtors also operated under the name "TransCare" in accordance with two (2) New York State Department of Health Ambulance Service Certificates identified as follows: (i) no. 0667 issued to non-debtor TC Hudson Valley Ambulance Corp., d/b/a TransCare for Rockland, Orange, Ulster, Sullivan, Dutchess, Putnam, Westchester and Delaware counties; and (ii) no. 0510 issued to non-debtor TC Ambulance Corp., d/b/a Metro EMS for Bronx, New York, Queens, Kings, Richmond and Westchester counties (together, the "Non-Debtor CONs" and, together with the Debtors' CONs, the "CONs");

{P1114806.1}                                    2

WHEREAS, prior to the Petition Date, Patriarch Partners Agency Services, LLC ("PPAS"), acting as the administrative agent for various pre-Petition Date secured lenders of Debtors (collectively, the "Lenders"), has maintained that it conducted a strict foreclosure, pursuant to § 9-620 of the New York Uniform Commercial Code, of the Lenders' interests in, inter alia, certain of Debtors' personal property, including equipment, inventory, vehicles, and certain contracts (collectively, the "Foreclosed Personal Property Assets"), in partial satisfaction of Debtors' financial obligations to the Lenders (the "Strict Foreclosure");

WHEREAS, PPAS asserts that prior to the Petition Date, the Foreclosed Personal Property Assets and the Non-Debtor CONs were transferred, sold, and/or assigned to Transcendence Transit, Inc. ("Transcendence");

WHEREAS, two days after the Petition Date, on or about February 26, 2016, Transcendence ceased operating and, to the best of PPAS's knowledge and belief, the Foreclosed Personal Property Assets have been secured;

WHEREAS, the Trustee disputes, inter alia, the validity of the Strict Foreclosure, and maintains that the Foreclosed Personal Property Assets and the Debtors' CONs are property of the Debtors' estates within the meaning of Bankruptcy Code § 541;

WHEREAS, PPAS and Lenders maintain and assert that the Strict Foreclosure was properly conducted in accordance with applicable law, title in the Foreclosed Personal Property Assets passed by operation of law immediately and prepetition, and therefore neither the Foreclosed Personal Property Assets nor the Non-Debtor CONs are property of the Debtors' estates;

WHEREAS, Wells Fargo Bank, N.A. ("Wells Fargo"), by virtue of a certain Intercreditor Agreement, dated October 13, 2006 with Lenders, asserts a first priority lien against certain

personal property of the Debtors, including accounts, accounts receivables, and "general intangibles," such as the CONs.  Pursuant to the Intercreditor Agreement, PPAS asserts that the Lenders possesses a second priority position in, *inter alia*, Debtors' accounts, accounts receivable, and the CONs;

WHEREAS, the Trustee believes that there are additional, unencumbered personal property assets of the Debtors (the "Unencumbered Assets") that can be liquidated for the benefit of the Debtors' estates and their creditors;

WHEREAS, the Trustee, PPAS, acting on behalf of itself and the Lenders, and Transcendence have negotiated and entered into this Stipulation providing for, *inter alia*, the Trustee's sale of the Foreclosed Personal Property Assets and the Non-Debtor CONs.

NOW, THEREFORE, it is hereby stipulated and agreed by and between the Trustee, PPAS, acting on behalf of itself and the Lenders, and Transcendence (collectively, the "Parties") as follows:

1.    PPAS and Transcendence consent to the Trustee's sale of the Foreclosed Personal Property Assets and the Non-Debtor CONs in accordance with Bankruptcy Code § 363(f)(2), free and clear of any and all liens, claims, encumbrances, interests or adverse claims to title, of whatever kind or nature (collectively, the "Liens and Interests"), with such Liens and Interests, if any, to attach to the proceeds of sale in such order, entitlement, and priority as they existed immediately prior to the Petition Date. The Trustee agrees to promptly seek approval of this Stipulation and authorization from the Court to proceed with the immediate sale of the Foreclosed Personal Property Asserts, the Non-Debtor CONs, the Debtors' CONs, and the Unencumbered Assets in accordance with Bankruptcy Code § 363(b) and (f).

2.      PPAS and Transcendence agree that the following costs and expenses shall be carved-out of and paid from the gross proceeds from the sale of the Foreclosed Personal Property Assets (the "Carve Out"): (a) sums sufficient to satisfy, in full, any and all reasonable costs incurred by the Trustee directly in connection with the preservation and protection of the Foreclosed Personal Property Assets until the commencement of the auction for such assets; (b) sums sufficient to satisfy, in full, any and all reasonable costs incurred by the Trustee in connection with the sale of the Foreclosed Personal Property Assets, and as such costs relate specifically and solely to the Foreclosed Personal Property Assets, including: (i) the reasonable fees and expenses of the Trustee's retained counsel (as approved by the Court); and (ii) the reasonable commissions and expenses of the Trustee's auctioneers/liquidators not otherwise satisfied or paid pursuant to a buyer's premium for the assets, if any (and as approved by the Court).

3.      Upon clearance of the gross proceeds from the sale of the Foreclosed Personal Property Assets, and following the segregation of sums sufficient to satisfy the expenses set forth in ¶ 2(a) and (b) herein: 20% of the net proceeds from the sale of the Foreclosed Personal Property Assets will be carved-out for the benefit of the Debtors' estates (the "Creditor Carve Out"); and (b) the Trustee shall be authorized to immediately pay to PPAS 80% of the net sale proceeds from the sale of the Foreclosed Personal Property Assets, and shall in fact immediately pay to PPAS such sums, without further Order of the Court.

4.      PPAS, Lenders, and Transcendence agree that the proceeds from the sale of the CONs shall be retained by the Trustee on behalf of the Debtors' estates, subject to any and all liens, claims, security interests and/or ownership interests (if any) of PPAS, Wells Fargo, and Transcendence, which shall attach to the proceeds of sale attributable to the CONs in the same

right, interest, and priority as existed prior to the Petition Date. Any claims to the proceeds from the sale of the CONs by PPAS, Transcendence, Wells Fargo and/or the Trustee are expressly reserved and preserved.

5.      At PPAS and the Lenders' consent and request, the Trustee has agreed to seek Court approval for authority to segregate 10% of the Creditor Carve Out solely for the payment of pre-petition, Bankruptcy Code § 507(a)(4) claims (the "Employee Wage Claim Fund"), provided, however, that if the Court declines to approve and authorize the segregation of the Employee Wage Claim Fund: (a) the Trustee shall have no obligation to pursue an appeal of any Order denying such relief and/or seek reconsideration of any such Order; and (b) the Court's denial of such relief shall have no effect on the remaining terms of this Stipulation or the agreement set forth herein.

6.      Except as specifically set forth in this Stipulation, nothing herein shall be deemed to waive any and all claims, defenses, interests, rights, entitlements, or causes of action of whatever kind, nature, character and description, whether in law or equity, whether in tort, contract or under other applicable law, whether known or unknown, whether liquidated or unliquidated, whether contingent or fixed, and whether anticipated or unanticipated, which the Trustee and the Debtors' estates have, had, may ever have or may ever claim to have against any third parties including, but not limited to, PPAS, Lenders, and Transcendence or any other "person" (within the meaning of Bankruptcy Code § 101(41)).

7.      Except as specifically set forth in this Stipulation, nothing herein shall be deemed to waive any and all claims, defenses, interests, rights, entitlements, or causes of action of whatever kind, nature, character and description, whether in law or equity, whether in tort, contract or under other applicable law, whether known or unknown, whether liquidated or

unliquidated, whether contingent or fixed, and whether anticipated or unanticipated, which PPAS, Lenders, and/or Transcendence have, had, may ever have or may ever claim to have against the Debtors' estates or any other "person" (within the meaning of Bankruptcy Code § 101(41)).

8.    In the event that the Foreclosed Personal Property Assets are sold pursuant to this Stipulation and Bankruptcy Code § 363, and such sale occurs in conjunction with a bulk sale of assets with the CONs and/or other assets of the estates, such that a determination of the amount of the sale proceeds attributable to the Foreclosure Personal Property Assets is not readily identified or discernable, then PPAS shall be entitled to present the Trustee with documentation or other evidence of the approximate current value of the Foreclosed Personal Property Assets, which the Trustee shall accept for purposes of attributing a value (and therefore corresponding sale proceeds) to the Foreclosure Personal Property Assets, unless the Trustee in good faith disputes PPAS's valuation, in which case the Parties shall submit the dispute to the Court for resolution.

9.    This Stipulation shall be effective upon entry of an Order of the Court approving this Stipulation.

10.    Nothing contained herein is a waiver of any of the Trustee's rights to contest or otherwise object to any other party asserting a claim or interest in the Foreclosed Personal Property Assets and/or the CONs.

11.    This Stipulation may be executed in one or more counterparts, each of which shall be deemed an original and shall be binding on any party executing this Stipulation, all of which shall constitute one and the same document. Signatures delivered by electronic mail or facsimile shall have the same force and effect as those original signatures.

12.     This Stipulation shall be governed by and construed under the internal laws of the State of New York.

13.     The Court shall retain jurisdiction to determine any dispute that may arise under the terms of this Stipulation.

14.     This Stipulation may not be amended or modified other than in writing executed by each of the Parties.

15.     This Stipulation sets forth the entire agreement between the Parties and supersedes any and all prior agreements and understandings, written or oral, between the Parties pertaining to the subject matter hereof.

16.     This Stipulation shall be binding upon the Parties and their respective heirs, executors, successors, administrators and assigns.

17.     This Stipulation is contingent upon approval of the Court. Should the Court decline to approve the Stipulation, the Stipulation shall have no force or effect.

Dated: March **10** , 2016
      Wantagh, New York

                   **LaMONICA HERBST & MANISCALCO, LLP**
                   Proposed Counsel to Salvatore LaMonica, as Chapter 7 Trustee

By:     _____
                   Gary F. Herbst, Esq.
                   Holly R. Holecek, Esq.
                   3305 Jerusalem Avenue
                   Wantagh, New York 11793
                   Telephone: (516) 826-6500

Dated: March 1D, 2016
      Portland, Maine

                   **PERKINS THOMPSON, P.A.**
                   Counsel to Patriarch Partners Agency Services, LLC, on
                   behalf of itself and as Administrative Agent

By:     _____
                   Randy J. Creswell, Esq.
                   One Canal Plaza, PO Box 426
                   Portland, ME 04112-0426
                   Telephone: (207) 774-2635

Dated: March ___, 2016

                   **TRANSCENDENCE TRANSIT, INC.**

By:     _____
Its:    _____

Dated: March ___, 2016
Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
Proposed Counsel to Salvatore LaMonica, as Chapter 7 Trustee

By: _____

Gary F. Herbst, Esq.
Holly R. Holecek, Esq.
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: (516) 826-6500

Dated: March ___, 2016
Portland, Maine

**PERKINS THOMPSON, P.A.**
Counsel to Patriarch Partners Agency Services, LLC, on
behalf of itself and as Administrative Agent

By: _____

Randy J. Creswell, Esq.
One Canal Plaza, PO Box 426
Portland, ME 04112-0426
Telephone: (207) 774-2635

Dated: March ___, 2016

**TRANSCENDENCE TRANSIT, INC.**

By: _____
Its:    Michael Greenberg
        Authorized Signatory

# MALTZ AUCTIONS

### AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS

### www.MALTZAUCTIONS.com

## EXHIBIT B

UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK

IN RE: TRANSCARE CORPORATION, et al., Case No.: 16-10407 (SMB) (Jointly Administered)

Salvatore LaMonica, as Chapter 7 Trustee

**TERMS AND CONDITIONS OF SALE**

**Auction Sale Dates:**   **Wednesday, April 20, 2016 at 11:00 a.m. at 25 14th St., Brooklyn, NY 11215**
**Wednesday, May 4, 2016 at 11:00 a.m. at 718 S. Fulton Ave., Mt. Vernon, NY 10550**
**Friday, May 6, 2016 at 11:00 a.m. at 10 S. White St., Poughkeepsie, NY 12601**
**Wednesday, May 11, 2016 at 11:00 a.m. at 400 Seco Rd., Monroeville, PA 15146**
**Thursday, May 12, 2016 at 11:00 a.m. at 1125 Desoto Rd., Baltimore, MD 21223**
**TBD at 39 Windsor Place, Central Islip, New York 11722**

1.   These Terms and Conditions of Sale are promulgated in connection with the Bankruptcy Court authorized public auction sales (the "**Auction Sales**" and each an "**Auction Sale**") of certain assets in the jointly-administered cases of TransCare Corporation, et al. (the "**Debtors**"), including, but not limited to, ambulances, vehicles, machinery, equipment, furniture and supplies (collectively, the "**Assets**"). The seller of the Assets is Salvatore LaMonica, as interim Chapter 7 Trustee (the "**Trustee**") of the Debtors' estates. The Trustee's retained auctioneer is Maltz Auctions, Inc. (the "**Auctioneer**").

2.   The Auction Sales will be held on Wednesday, April 20, 2016 at 11:00 a.m. at 25 14th Street, Brooklyn, New York 11215 (the "**Brooklyn Auction**"); on Wednesday, May 4, 2016 at 11:00 a.m. at 718 South Fulton Avenue, Mt. Vernon, New York 10550 (the "**Mt Vernon Auction**"); on Friday, May 6, 2016 at 11:00 at 10 South White Street, Poughkeepsie, New York 12601 (the "**Poughkeepsie Auction**"); on Wednesday, May 11, 2016 at 400 Seco Road, Monroeville, Pennsylvania 15146 (the "**Pennsylvania Auction**"); on Thursday, May 12, 2016 at 11:00 a.m. at 1125 Desoto Road, Baltimore, Maryland 21223 (the "**Maryland Auction**"); and on dates and times to be determined at the Auctioneer's premises located at 39 Windsor Place, Central Islip, NY 11722 (the "**Central Islip Auctions**" and all locations collectively referred to as the "**Premises**").

3.   Online bidding will be available at the Auction Sales for bidders who pre-register in accordance with the following conditions: (a) delivery of an original signed Terms and Conditions of Sale to the Auctioneer at least four (4) business days prior to the respective Auction Sale; (b) delivery of a deposit of at least 25% of the amount in which a bidder may spend (in cash, postal money order, cashier's check or by wire transfer) to the Auctioneer at least four (4) business days prior to the respective Auction Sale; and (c) and the minimum deposit required to qualify for online bidding is $1,000. Online bidders shall have purchasing power equal to 400% of the amount they deposit (as an example, if you send in $10,000 you will have up to $40,000 of purchasing power at the Auction Sale).

4.   The sale of the Assets will be subject to buyer's premium (the "**Buyer's Premium**") in the amount of twelve and one-half percent (12.5%) of the gross sales price of the Assets. The Buyer's Premium shall be added to the final sale price and payable by the successful bidder(s) of the Assets, and the estate shall not be responsible to pay any portion of the Buyer's Premium.

5.   A 25% minimum deposit in cash or certified funds (the "**Deposit**") is required from all bidders at the time of knockdown, as well as name, address and telephone number or bid paddle number.

# MALTZ AUCTIONS
### AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS
www.MALTZAUCTIONS.com

6.    Payments of the balance of the purchase price must be made in cash, certified funds, or wire transfer, and are required to be paid in full by:

(a)  12:00 noon on Friday, April 22, 2016 for the Brooklyn Auction (the **"Brooklyn Payment Deadline"**)

(b)  12:00 noon on Friday, May 6, 2016 for the Mt Vernon Auction (the **"Mt. Vernon Payment Deadline"**);

(c)  12:00 noon on Monday, May 9, 2016 for the Poughkeepsie Auction (the **"Poughkeepsie Deadline"**);

(d)  12:00 noon on Thursday, May 12, 2016 for the Pennsylvania Auction (the **"Pennsylvania Deadline"**);

(e)  4:00 p.m. on Thursday, May 12, 2016, the day of the sale for the Maryland Auction (the **"Maryland Deadline"**); and

(f)  4:00 pm on a date TBD, which will be the day of the sale for the Central Islip (the **"Central Islip Deadline"**),

(collectively, the "**Payment Deadlines**"). All instruments are to be made payable to the Trustee's auctioneer, "Maltz Auctions, Inc."

7.    Removal of all Assets from the Premises will be conducted between the hours of 8:00 a.m. and 4:00 p.m. weekdays only, and must be completed by no later than:

(a)  4:00 pm on Monday, April 25, 2016 for the Brooklyn Auction Assets (the **"Brooklyn Removal Deadline"**);

(b)  4:00 pm on Monday, May 9, 2016 for the Mt. Vernon Auction Assets (the **"Mt Vernon Removal Deadline"**);

(c)  4:00 pm on Monday, May 9, 2016 for the Poughkeepsie Auction Assets (the **Poughkeepsie Removal Deadline**");

(d)  4:00 pm on Thursday, May 12, 2016 for the Pennsylvania Auction Assets (the **Pennsylvania Removal Deadline**);

(e)  12:00  pm on Friday, May 13, 2016 for the Maryland Auction Assets (the **Maryland Removal Deadline**); and

(f)  4:00 pm on a date TBD for the Central Islip Auction Assets (the **"Central Islip Removal Deadline"**),

(collectively, the "**Removal Deadlines**"). Removal will be during the hours of 8:00 a.m. and 4:00 p.m. only.

8.    All Assets purchased are required to be removed by the successful bidder at his/her/its own cost, risk and expense from the Premises by the respective Removal Deadlines. Any and all New York State Department of Health stickers affixed to any vehicle Assets must be removed by the successful bidder and returned to the Auctioneer prior to the removal of such vehicle Assets from the Premises. Neither the Auctioneer, nor the Trustee shall have any responsibility for any item left on the Premises after payment has been made and the applicable Removal Deadlines have passed. Any items left at the Premises after the respective Removal Deadlines may be deemed abandoned or resold by the Trustee.

9.    Successful bidders will only be authorized to remove Assets purchased once full payment of the purchase price is received by the Trustee and/or the Auctioneer. If full payment is not received by the respective Payment Deadline the Deposit will be forfeited by the successful bidder.

10. In the event of any disputed bid, the Trustee reserves the right to immediately put up for sale such item(s) that is/are the subject of such dispute.

11. The Trustee reserves the right to sell the Assets in bulk, consecutive lot number order, or in any order he deems advisable or other methods as deemed appropriate by the Auctioneer and/or the Trustee.

*AUCTIONS...YOUR LIQUIDITY SOLUTION®*
39 Windsor Place, Central Islip, NY 11722 · 516.349.7022 · info@MaltzAuctions.com

# MALTZ AUCTIONS

## AUCTIONEERS · APPRAISERS · REAL ESTATE BROKERS

### www.MALTZAUCTIONS.com

12. The auction sheets and records of sale as set forth by the Auctioneer must be accepted as final by all buyers.

13. In the event that the successful bidder fails to comply with the terms of final payment and removal as provided for herein, the Trustee reserves the right to resell the items concerned, without any notice whatsoever to the successful bidder concerned. The Deposits will be forfeited and any such successful bidder will remain liable for any deficiency, as well as the costs and expenses incurred by such resale.

14. No allowances or adjustments of any kind will be made.

15. The Auctioneer and the Trustee will not bound by any actions or statements made by any other person other than themselves.

16. The Auction Sales are subject to confirmation by the Trustee and the Trustee reserves the right to refuse or accept any and all bids.

17. Applicable sales tax will be collected unless any such successful bidder supplies a valid resale certificate.

18. IRS regulations require the Auctioneer to report all cash payments exceeding $10,000.00 from any one individual.

19. These Terms and Conditions of Sale are read at the beginning of the Auction Sales and will be posted at the Premises during the Auction Sales so that all prospective purchasers are deemed to have full knowledge of the same regardless of what time they entered the Premises. By making a bid for the Assets, all bidders will be deemed to have acknowledged having read these Terms and Conditions of Sale and having agreed to be bound by them.

20. There will be no refunds, substitutions or exchanges of deposits and all sales are final.

21. Bid rigging is illegal, and suspected violations will be reported to the Department of Justice for investigation and prosecution. Any determination that a successful bidder, second bidder, or any competing bidder has engaged in bid rigging will result in the forfeiture of the Deposit.

22. Pursuant to Bankruptcy Rule 6004-1 no appraiser, auctioneer or officer, director, stockholder, agent, employee or insider of any appraiser of auctioneer, or relative of any of the foregoing, shall purchase, directly or indirectly, or have a financial interest in the purchase of, any property of the estate that the appraiser or auctioneer has been employed to appraise or sell.


I, buyer # _____ have read the foregoing Terms and Conditions of Sale and agree to be bound by them.

X _____ Date _____ Buyer # _____

## AUCTIONS...YOUR LIQUIDITY SOLUTION®

39 Windsor Place, Central Islip, NY 11722 · 516.349.7022 · info@MaltzAuctions.com

**LaMONICA HERBST & MANISCALCO, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
Telephone: (516) 826-6500
Gary F. Herbst, Esq.
Holly R. Holecek, Esq.
Jacqulyn S. Loftin, Esq.

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                    Chapter 7

TRANSCARE CORPORATION, et al.,                            Case No.: 16-10407 (SMB)
                                                          (Jointly-Administered)

                              Debtors.
-------------------------------------------------------------x

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
## OF PUBLIC AUCTION SALES OF CERTAIN PERSONAL PROPERTY

**PLEASE TAKE NOTICE** that, on February 24, 2016, TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc. and TransCare Harford County, Inc. (collectively, the "Debtors") each filed voluntary petitions for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"). The Debtors' cases are being jointly-administered under case no. 16-10407 (SMB) pursuant to Orders of the Bankruptcy Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to an Order of the Bankruptcy Court dated March __, 2016, Salvatore LaMonica, the interim Chapter 7 Trustee of the Debtors' estates (the "Trustee"), was authorized, inter alia, to conduct public auction sales (the "Auction Sales" and each an "Auction Sale") of certain personal property of the Debtors and their non-debtor affiliates/subsidiaries TC Hudson Valley Ambulance Corp., TC Ambulance Corp. and TransCare Pennsylvania Inc. and to employ Maltz Auctions, Inc. ("Maltz Auctions") as his auctioneer to conduct such public auction sales.

**PLEASE TAKE FURTHER NOTICE** that the personal property to be liquidated by the Trustee includes, inter alia, the ambulances, vehicles, machinery, equipment and supplies that the Debtors and their non-debtor affiliates/subsidiaries TC Hudson Valley Ambulance Corp., TC Ambulance Corp. and TransCare Pennsylvania Inc. used in the ordinary course of business (the "Tangible Personal Property Assets"), which assets are located at the Debtors' and the non-Debtors' premises located at: (a) 25 14th Street, Brooklyn, New York 11215; (b) 800 Banks Street, Brooklyn, New York 11236; (c) 295 Stanley Avenue, Brooklyn, New York 11207; (d) 1 Metrotech Center, 20th Floor, Brooklyn, New York 11201; (e) 718 South Fulton Avenue, Mt. Vernon, New York 10550; (f) 1125 Desoto Road, Baltimore, Maryland 21223; (g) 400 Seco Road, Monroeville, Pennsylvania 15146; (h) 10 South White Street, Poughkeepsie, New York 12601; and (i) 102 Old Route 6, Carmel, New York 10512. A list of the ambulances and vehicles to be liquidated are attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that the Auction Sales of the Tangible Personal Property Assets on the following dates at the addresses listed: (a) on **April 20, 2016 at 11:00 a.m.** at 25 14th Street, Brooklyn, New York 11215; (b) on **May 4, 2016 at 11:00 a.m.** at 718 South Fulton Avenue, Mt. Vernon, New York 10550; (c) on **May 6, 2016 at 11:00 a.m.** at 10 South White Street, Poughkeepsie, New York 12601; (d) on **May 11, 2016 at 11:00 a.m.** at 400 Seco Road, Monroeville, Pennsylvania 15146; (e) on **May 12, 2016 at 11:00 a.m.** at 1125 Desoto Road, Baltimore, Maryland 21223; and (f) on a date (or dates) to be determined at Maltz Auctions at 39 Windsor Place, Central Islip, New York 11722.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Bankruptcy Code sections 363(b) and (f), Rule 6004 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule S.D.N.Y. LBR 6004-1, the Tangible Personal Property Assets will be sold free and clear of all liens, claims and encumbrances (if any), with such liens, claims and encumbrances to attach to the net proceeds of sale from the encumbered Tangible Personal Property Assets (if any).

**PLEASE TAKE FURTHER NOTICE** that the sale of the Tangible Personal Property Assets will be subject to a buyer's premium in the amount of twelve and one half percent (12.5%) of the gross sales price of the Tangible Personal Property Assets (the "Buyer's Premium"). The Buyer's Premium shall be added to the final sale price and payable by the successful bidder(s) of the Tangible Personal Property Assets, and the Debtors' estates shall not be responsible to pay any portion of the Buyer's Premium.

**PLEASE TAKE FURTHER NOTICE THAT** online bidding will be available at the Auction Sales for bidders who pre-register in accordance with the following conditions: (a) delivery of an original signed Terms and Conditions of Sale to Maltz Auctions at least four (4) business days prior to the respective Auction Sale; (b) delivery of a deposit of at least 25% of the amount in which a bidder may spend (in cash, postal money order, cashier's check or by wire transfer) to Maltz Auctions at least four (4) business days prior to the respective Auction Sale; and (c) and the minimum deposit required to qualify for online bidding is $1,000. Online bidders shall have purchasing power equal to 400% of the amount they deposit (as an example, if you send in $10,000 you will have up to $40,000 of purchasing power at the Auction Sale).

**PLEASE TAKE FURTHER NOTICE** that title to the Tangible Personal Property Assets will be transferred to the successful bidder(s) pursuant to Bills of Sale. Maltz Auctions shall collect any applicable sales tax from buyers, and prepare all reporting forms, certificates, reports and other documentation required in connection with the payment of all applicable sales taxes to the appropriate taxing authorities, and Maltz shall process all of the foregoing. Maltz Auctions shall pay the same to the appropriate taxing authorities in accordance with applicable law.

**PLEASE TAKE FURTHER NOTICE** that the Tangible Personal Property Assets are being sold "as is", "where is", without any representations of any kind or nature whatsoever, including as to merchantability or fitness for a particular purpose, and without warranty or agreement as to the condition of such Tangible Personal Property Assets.

**PLEASE TAKE FURTHER NOTICE** that the inspection dates and times as well as the complete terms and conditions for the sales of the Tangible Personal Property Assets will be posted on Maltz Auctions' website located at www.MaltzAuctions.com.

**PLEASE TAKE FURTHER NOTICE** that requests for information about the Tangible Personal Property Assets can be obtained by contacting counsel to the Trustee, LaMonica Herbst & Maniscalco, LLP, Holly R. Holecek, Esq., at hrh@lhmlawfirm.com or (516) 826-6500, or Maltz Auctions at (516) 349-7022.

Dated: March ___, 2016

<table>
<tr><td><strong>Maltz Auctions, Inc.</strong></td><td><strong>Salvatore LaMonica, as Chapter 7 Trustee</strong></td></tr>
<tr><td>39 Windsor Place</td><td>c/o LaMonica Herbst & Maniscalco, LLP</td></tr>
<tr><td>Central Islip, New York 11722</td><td>3305 Jerusalem Avenue</td></tr>
<tr><td>Telephone: (516) 349-7022</td><td>Wantagh, New York 11793</td></tr>
<tr><td>Fax: (516) 349-0105</td><td>Telephone: (516) 826-6500</td></tr>
<tr><td>www.MaltzAuctions.com</td><td>Fax: (516) 826-0222</td></tr>
</table>

| VIN | YEAR | YEAR-MAKE-MODEL (if known) | TYPE (if known) | LOCATION |
|---|---|---|---|---|
| 1FDSS34F12HB02524 | 2002 | 2002 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F92HA36627 | 2002 | 2002 Ford E350 | Ambulance | 14th Street |
| 1FDWF36F82EB37341 | 2002 | 2002 Ford F SERIES | | 14th Street |
| 1FDSE35F03HA93824 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSE35F53HB05403 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F13HA97231 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F13HB01066 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F23HA90238 | 2003 | 2003 Ford E350 | | 14th Street |
| 1FDSS34F33HB10476 | 2003 | | Ambulance | 14th Street |
| 1FDSS34F43HA90239 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F43HB58037 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F53HA60957 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F53HA62112 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F53HB05394 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F63HB10488 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F83HA67580 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F83HB58042 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34FX3HA67578 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDWE35F03HB42859 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F43HB53808 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F53HB10479 | 2003 | 2003 Ford E350 | Ambulance | 14th Street |
| 1FDSS34F03HB65065 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P04HA98865 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P14HA69410 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P24HA98320 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P34HA54374 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P34HA69442 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P64HA69449 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P74HA69444 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P54HB12217 | 2004 | 2004 Ford E350 | Ambulance | 14th Street |
| 1FMYU92104KA61243 | 2004 | 2004 Ford Escape | SUV | 14th Street |
| 1FMYU92174DA24064 | 2004 | Ford Suburban | | 14th Street |
| 1FDSS34P45HA65837 | 2005 | 2005 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P45HA65840 | 2005 | 2005 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P05HA65082 | 2005 | 2005 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P25HB01399 | 2005 | 2005 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P75HA65080 | 2005 | 2005 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P85HA17023 | 2005 | 2005 Ford E350 | Ambulance | 14th Street |
| 1FMYU93105DA19983 | 2005 | 2005 Ford Escape | SUV | 14th Street |
| 1FDWE35P06DB31400 | 2006 | 2006 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P66DB09630 | 2006 | 2006 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P86DB12626 | 2006 | 2006 Ford E350 | Ambulance | 14th Street |
| 1FDWE35PX6DB09632 | 2006 | 2006 Ford E350 | Ambulance | 14th Street |
| 1FDXE45P56HA83220 | 2006 | 2006 Ford E350 | Ambulance | 14th Street |
| 1FBNE31L37DA11289 | 2007 | 2007 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P27DA96411 | 2007 | 2007 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P77DB00694 | 2007 | Ford Suburban | Ambulance | 14th Street |
| 1FDSS34P58DA70167 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P28DB04430 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P58DA95531 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P58DB55520 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P78DA82585 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P78DA95529 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDXE45P78DA54117 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1GBJG316981122015 | 2008 | 2008 Chevrolet Suburban | SUV | 14th Street |
| 1FDWE35P08DB55523 | 2008 | 2008 Ford E350 | Ambulance | 14th Street |
| 1FDEE35L99DA64597 | 2009 | 2009 Ford E-450 Superduty | Bus | 14th Street |
| 1FDSS34P19DA89655 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |

| VIN | YEAR | YEAR-MAKE-MODEL (if known) | TYPE (if known) | LOCATION |
|---|---|---|---|---|
| 1FDSS34P29DA73707 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P89DA64316 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDSS34P99DA78578 | 2009 | 2009 Ford ECONOLINE | | 14th Street |
| 1FDWE35P09DA88097 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P89DA66302 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P89DA80281 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P79DA50947 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDWE35P89DA68535 | 2009 | 2009 Ford E350 | Ambulance | 14th Street |
| 1FDXE45P09DA89664 | 2009 | 2009 Ford E-450 Superduty | Bus | 14th Street |
| 1FMCU9DG2AKC84617 | 2010 | 2010 Ford Escape | SUV | 14th Street |
| 15-DS534528HB45536 | | | Ambulance | 14th Street |
| 15TSS34P65HB01340 | | | Van | 14th Street |
| 1EDWE35FY6DB09632 | | | Ambulance | 14th Street |
| 1F7SS34P45HB24700 | | | Van | 14th Street |
| 1FD5534P85HA65839 | | | Ambulance | 14th Street |
| 1FDSS34F4WHBC7766 | | | Ambulance | 14th Street |
| 1FDSS34P46DB06895 | | | Ambulance | 14th Street |
| 1FDSS34P84HA74085 | | | Ambulance | 14th Street |
| 1FDW235P090A88027 | | | Ambulance | 14th Street |
| 1FDWE3FS6CDBO6820 | | | Ambulance | 14th Street |
| 1FDWEP98DA56920 | | | | 14th Street |
| 1FDWF36P17EA14867 | | | Ambulance | 14th Street |
| 1FDWF36P8ZD02769 | | | Van | 14th Street |
| 1FDWZ35P66DB07630 | | | Ambulance | 14th Street |
| 1FMEU73E71ZA84757 | | | Ford SUV | 14th Street |
| 1FMJKIG57AEA4774 | | | ERU | 14th Street |
| 1FMYU02134A34384 | | | Patrol | 14th Street |
| 1FWE35P98DA30974 | | | Ambulance | 14th Street |
| ACD5534P54HA4D799 | | | Ambulance | 14th Street |
| IFMNZ11W99DA93593 | | | Van | 14th Street |
| IFT5534P34HA88541 | | | Ambulance | 14th Street |
| IFTRE1425XHB5431 | | | Transport | 14th Street |
| MISSING | | | Van | 14th Street |
| MISSING | | | Ambulance | 14th Street |
| MISSING | | | Ambulance | 14th Street |
| MISSING | | | Plow | 14th Street |
| MISSING | | | Escape | 14th Street |
| MISSING | | | Transport | 14th Street |
| MISSING | | | Ambulance | 14th Street |
| NO STICKERS | | | Van | 14th Street |
| NO STICKERS | | | Transport | 14th Street |
| NO STICKERS | | | Ambulance | 14th Street |
| 1FD3E35P08DB32083 | 2008 | Ford | Invalid Coach | Banks Street |
| 1FMEU73E38UB11541 | 2008 | 2008 Ford Explorer | SUV | Carmel |
| 1GBJG316381100804 | 2008 | 2008 Chevrolet Suburban | Ambulance | Carmel |
| 1FMEU7DE2AUA36982 | 2010 | 2010 Ford Explorer | SUV | Carmel |
| 1B7KF23WXTJ116131 | 1996 | 1996 Dodge Ram | SUV | Central Islip |
| 1FMZU73E72UB05489 | 2002 | Ford Explorer | SUV | Central Islip |
| 1FMYU93107KB25042 | 2007 | 2007 Ford Escape | SUV | Central Islip |
| 1FDEE3FL5ADA23340 | 2010 | 2010 Ford E350 | Invalid Coach | Central Islip |
| 1FDEE3FL7ADA01386 | 2010 | 2010 Ford E350 | Bus | Central Islip |
| 1FDEE3FL4ADA38153 | 2010 | 2010 Ford E350 | Invalid Coach | Central Islip |
| 1FDEE3FL9ADA69995 | 2010 | | Invalid Coach | Central Islip |
| 1FTNE2EW2ADA99642 | 2010 | 2010 Ford E250 | Invalid Coach | Central Islip |
| 1FDSS34F4YHB73046 | 2000 | 2000 Ford E350 | Ambulance | Maryland |
| 1FDSE35F13HB05396 | 2003 | 2003 Ford E350 | Ambulance | Maryland |
| 1FDSE35F13HB05397 | 2003 | Ford | Ambulance Type 3 | Maryland |

EXHIBIT A
*(Subject to Change)*

| VIN | YEAR | YEAR-MAKE-MODEL (if known) | TYPE (if known) | LOCATION |
|---|---|---|---|---|
| 1FDSS34F03HB01057 | 2003 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34F93HB10484 | 2003 | 2003 Ford E350 | Ambulance | Maryland |
| 1FMYU92163KB24957 | 2003 | Ford Escape | SUV | Maryland |
| 1FDSS34F43HB65067 | 2004 | 2004 Ford E350 | Ambulance | Maryland |
| 1FDSS34FX3HB58043 | 2004 | 2004 Ford E350 | Ambulance | Maryland |
| 1FDSS34P94HB09488 | 2004 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34P75HA59790 | 2005 | 2005 Ford E350 | Ambulance | Maryland |
| 1FDSS34P95HA59789 | 2005 | 2005 Ford E350 | Ambulance | Maryland |
| 1FDWE35P66HA24506 | 2006 | 2006 Ford E350 | Ambulance | Maryland |
| 1FTNS24W46DB06933 | 2006 | 2006 Ford Suburban | Ambulette | Maryland |
| 1FTNS24W66DB06934 | 2006 | Ford | Ambulette | Maryland |
| 1FDSS34P37DA91551 | 2007 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34P67DA91530 | 2007 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34P87DA91528 | 2007 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34P97DA91554 | 2007 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34PX7DA91529 | 2007 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34P88DA70177 | 2008 | Ford | Ambulance Type 2 | Maryland |
| 1FDWE35PX8DA64324 | 2008 | Ford | Ambulance Type 3 | Maryland |
| 1FTNS24W28DA41857 | 2008 | Ford | Ambulette | Maryland |
| 1FDSS34P19DA93947 | 2009 | 2009 Ford E350 | Ambulance | Maryland |
| 1FDSS34P39DA89656 | 2009 | 2009 Ford E350 | Ambulance | Maryland |
| 1FDSS34P79DA89658 | 2009 | Ford | Ambulance Type 2 | Maryland |
| 1FDSS34P889DA89653 | 2009 | Ford | Ambulance Type 2 | Maryland |
| N/A | | Ford | | Maryland |
| N/A | | Ford | | Maryland |
| 1FDSS34F12HA22401 | 2002 | 2002 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F62HA03813 | 2002 | 2002 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F72HB40808 | 2002 | 2002 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F03HB23057 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F23HB53807 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F33HA60956 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F33HB01053 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F43HB01059 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F73HB01069 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F73HB53818 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F83HB01047 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F83HB18012 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34F83HB23064 | 2003 | 2003 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34P04HA98316 | 2004 | 2004 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34P14HA54373 | 2004 | 2004 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34P24HA98317 | 2004 | 2004 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34P44HA98318 | 2004 | 2004 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P54HB03114 | 2004 | 2004 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34P15HA58697 | 2005 | 2005 Ford E350 | Ambulance Type 2 | Mt. Vernon |
| 1FDSS34P35HA58698 | 2005 | 2005 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P05HA65079 | 2005 | 2005 Ford E350 | Ambulance | Mt. Vernon |
| 1FMYU93135KD98182 | 2005 | 2005 Ford Escape | SUV | Mt. Vernon |
| 1FMYU93145KE22019 | 2005 | 2005 Ford Escape | SUV | Mt. Vernon |
| 1FMZU73E15UB41232 | 2005 | 2005 Ford Explorer | SUV | Mt. Vernon |
| 1FTSS34P25HA57787 | 2005 | 2005 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P36DA91877 | 2006 | 2006 Ford E350 | Ambulance | Mt. Vernon |

| VIN | YEAR | YEAR-MAKE-MODEL (if known) | TYPE (if known) | LOCATION |
|---|---|---|---|---|
| 1FDWE35P36DB31410 | 2006 | 2006 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P46DA91872 | 2006 | 2006 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P76DA19435 | 2006 | 2006 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P07DA96407 | 2007 | 2007 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P07DA96410 | 2007 | 2007 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P37DA96451 | 2007 | 2007 Ford E350 | Ambulance | Mt. Vernon |
| 1FMYU93117KA64820 | 2007 | 2007 Ford Escape | SUV | Mt. Vernon |
| 1FDSS34P08DA77771 | 2008 | 2008 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P08DA39075 | 2008 | 2008 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P18DA56919 | 2008 | 2008 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P38DA64326 | 2008 | 2008 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35PX8DA60970 | 2008 | 2008 Ford E350 | Ambulance | Mt. Vernon |
| 1FMCU931X8KB33211 | 2008 | 2008 Ford Escape | Bus | Mt. Vernon |
| 1FMEU73E18UB11540 | 2008 | 2008 Ford Explorer | SUV | Mt. Vernon |
| 1FMEU73E58UB11542 | 2008 | 2008 Ford Explorer | SUV | Mt. Vernon |
| 1FDSS34P49DA77595 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34P79DA72262 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDSS34PX9DA89654 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P29DA18486 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P29DA88098 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P29DA88103 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P69DA66296 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P69DA80277 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P99DA50948 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35P99DA88096 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35PX9DA67791 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE35PX9DA80282 | 2009 | 2009 Ford E350 | Ambulance | Mt. Vernon |
| 1FDXE45P39DA85818 | 2009 | 2009 Ford E-450 Superduty | Ambulance | Mt. Vernon |
| 1FMCU93GX9KC24629 | 2009 | 2009 Ford Escape | SUV | Mt. Vernon |
| 1FDWE35P09DA88102 | 2010 | 2010 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE3FP1ADA18997 | 2010 | 2010 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE3FP2ADA18944 | 2010 | 2010 Ford E350 | Ambulance | Mt. Vernon |
| 1FDWE3FP5ADA18856 | 2010 | 2010 Ford ECONOLINE | Ambulance | Mt. Vernon |
| 1FMCU9DG4AKC84618 | 2010 | 2010 Ford Escape | SUV | Mt. Vernon |
| 1FMEU7DE4AUA36983 | 2010 | 2010 Ford Explorer | SUV | Mt. Vernon |
| 1FMEU7DE6AUA36984 | 2010 | 2010 Ford Explorer | Automobile | Mt. Vernon |
| 1FDWE35P79DA67795 | | 2009 Ford Suburban | Ambulance | Mt. Vernon |
| 1FDXE40F0WHB36422 | 1998 | 1998 Ford E350 | Ambulance | Pittsburgh |
| 1FTWX33S82EB45331 | 2002 | Ford F350 | Van | Pittsburgh |
| 1FDSS34F43HB58040 | 2003 | | Ambulance | Pittsburgh |
| 1FDSS34F73HA60958 | 2003 | 2003 Ford E350 | Ambulance | Pittsburgh |
| 1FDSS34F03HA47842 | 2003 | | | Pittsburgh |
| 1FDSS34F43HA56284 | 2003 | | | Pittsburgh |
| 1FDSS34F43HA62098 | 2003 | | | Pittsburgh |
| 1FDSS34P26HB13997 | 2003 | | | Pittsburgh |
| 1FTNS24L63HB23744 | 2003 | | | Pittsburgh |
| 1FDSS34P04HB04258 | 2004 | 2004 Ford E350 | Ambulance | Pittsburgh |
| 1FDSS34P05HA93585 | 2005 | 2005 Ford E350 | Ambulance | Pittsburgh |
| 1FDSS34P86FA47057 | 2006 | 2006 Ford E350 | Ambulance | Pittsburgh |
| 1FDSS34P06DA19382 | 2006 | 2006 Ford E350 | Ambulance | Pittsburgh |
| 1FDXE45P36HA77142 | 2006 | 2006 Ford E450 | Ambulance | Pittsburgh |
| 1FDWE35P19DA67789 | 2006 | 2006 Ford E350 | Ambulance | Pittsburgh |
| 1FTNS24W86DB06935 | 2006 | 2006 Ford | Wheelchair Van | Pittsburgh |
| 1FTNE24W76DA92825 | 2006 | | Wheelchair Van | Pittsburgh |

EXHIBIT A
*(Subject to Change)*

| VIN | YEAR | YEAR-MAKE-MODEL (if known) | TYPE (if known) | LOCATION |
|---|---|---|---|---|
| 1FDSS34P87DA91562 | 2007 | 2007 Ford E350 | Ambulance | Pittsburgh |
| 1FDSS34PX7DA91563 | 2007 | 2007 Ford E350 | Ambulance | Pittsburgh |
| 1FDSS34P28DA70157 | 2008 | 2008 Ford E350 | Ambulance | Pittsburgh |
| 1FMCU93118KB33212 | 2008 | Ford Escape | SUV | Pittsburgh |
| 1FTNS24W08DA41856 | 2008 | | Wheelchair Van | Pittsburgh |
| 1FTDS34L19DA25951 | 2009 | 2009 Ford E350 | Wheelchair Van | Pittsburgh |
| 1FMEU73E29UA06975 | 2009 | Ford Explorer | SUV | Pittsburgh |
| 1FDEE35L79DA64596 | 2009 | | Bus | Pittsburgh |
| 1FTNS2EW3ADA49597 | 2010 | Wheelchair | Ambulance | Pittsburgh |
| 1FDSS3ES4ADA52512 | 2010 | 2010 Ford E350 | Ambulance | Pittsburgh |
| 1FTDS3ELXADA06981 | 2010 | 2010 Ford E350 | Wheelchair Van | Pittsburgh |
| 1FTNS2EW5ADA49603 | 2010 | 2010 Ford | Wheelchair Van | Pittsburgh |
| 1FTNS2EW6ADA49593 | 2010 | 2010 Ford | Wheelchair Van | Pittsburgh |
| 1FTNE2EW1ADA88146 | 2010 | | Wheelchair Van | Pittsburgh |
| 1FTDS3EL8ADA08812 | 2010 | 2010 Ford E350 | Wheelchair Van | Pittsburgh |
| 1FTNS2EW6BDA36344 | 2011 | 2011 Ford | Wheelchair Van | Pittsburgh |
| 1FDSS34F1XHB81667 | | | | Pittsburgh |
| 1FTNE2424YHB48289 | | | | Pittsburgh |
| 1FTSS34P34HB42135 | | | | Pittsburgh |
| 1FDXE40F6XHB89529 | 1999 | 1999 Ford E-450 Superduty | Ambulance | Poughkeepsie |
| 1FDXE34FX1HA04737 | 2001 | 2001 Ford E350 | Ambulance | Poughkeepsie |
| 1FDXE45F61HB71063 | 2001 | 2001 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSE35F02HB15836 | 2002 | Ford | Ambulance | Poughkeepsie |
| 1FDSS34F22HA22200 | 2002 | 2002 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSE35F93HA93823 | 2003 | Ford | Ambulance | Poughkeepsie |
| 1FDSS34F43HB23062 | 2003 | 2003 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSS34F73HB10483 | 2003 | 2003 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSS34P64HA98319 | 2004 | Ford | Ambulance | Poughkeepsie |
| 1FDWE35P36DA19464 | 2006 | 2006 Ford E350 | Ambulance | Poughkeepsie |
| 1GBHG396671241593 | 2007 | 2007 Chevrolet Express | Ambulance | Poughkeepsie |
| 1GBHG396X71241922 | 2007 | 2007 Chevrolet Express | Ambulance | Poughkeepsie |
| 1GCHG392671159520 | 2007 | 2007 Chevrolet Express | Ambulance | Poughkeepsie |
| 1GCHG392871148292 | 2007 | Chevrolet | Ambulance | Poughkeepsie |
| 1FDSS34PX8DB42710 | 2008 | 2008 Ford E350 | Ambulance | Poughkeepsie |
| 1FMCU93198KA61725 | 2008 | 2008 Ford Escape | Ambulance | Poughkeepsie |
| 1FDSS34P69DA06186 | 2009 | 2009 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSS34P79DA21201 | 2009 | 2009 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSS34P79DA89658 | 2009 | 2009 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSS34P79DA93516 | 2009 | 2009 Ford E350 | Ambulance | Poughkeepsie |
| 1FDSS34P89DA06187 | 2009 | 2009 Ford E350 | Ambulance | Poughkeepsie |
| 1FDWE35P99DA88101 | 2009 | 2009 Ford E350 | Ambulance | Poughkeepsie |
| 1FDXE45P19DA85820 | 2009 | 2009 Ford E-450 Superduty | Ambulance | Poughkeepsie |
| 1FMEU73E69UA06977 | 2009 | 2009 Ford Explorer | SUV | Poughkeepsie |
| 1FDSS3EP0ADA14495 | 2010 | 2010 Ford E350 | Ambulance | Poughkeepsie |
| 1FDWE35P89DA80278 | 2010 | 2010 Ford E350 | Ambulance | Poughkeepsie |
| 1FDWE3FS9FDA29192 | | | Ambulance | Poughkeepsie |
| 1FDWE3FS5GDC16561 | | | Ambulance | Poughkeepsie |