Eric S. Goldstein, Esq. (EG0412)
Latonia C. Williams (LW9479)
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
Tel.:  (860) 251-5000
Fax:  (860) 251-5218
*Counsel for UnitedHealthcare Insurance
Company of New York*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:

TRANSCARE CORPORATION, et al,            Chapter 7
                                         Case No. 16-10407 (SMB)
                      Debtors.           (Jointly Administered)
------------------------------------------------------------X

## NOTICE OF PROPOSED CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO TERMINATE GROUP VISION AND DENTAL POLICIES

PLEASE TAKE NOTICE that UnitedHealthcare Insurance Company of New York ("UHIC") and Salvatore LaMonica, in his capacity as Chapter 7 Trustee for the bankruptcy estate of TransCare Corporation, (the "Trustee") have reached a resolution regarding the Response to Motion [Docket No. 75] filed by the Trustee on April 6, 2016, which was filed in response to the Motion for Relief from the Automatic Stay to Terminate Group Vision and Dental Policies [Docket No. 43] filed by UHIC on March 21, 2016, and;

PLEASE TAKE FURTHER NOTICE that the agreement of UHIC and the Trustee is reflected in the proposed *Consent Order Granting Relief from the Automatic Stay to Terminate Group Vision and Dental Policies*, attached hereto as Exhibit A.

4698992v1

By: /s/ Latonia C. Williams  
Eric S. Goldstein (EG0412)  
Latonia C. Williams (LW9479)  
Shipman & Goodwin LLP  
One Constitution Plaza  
Hartford, CT 06103-1919  
(860) 251-5000  
*Counsel for UnitedHealthcare Insurance Company of New York*

**TO:**

Debtors
TransCare Corporation
1 MetroTech Center
Brooklyn, NY 11201

Debtors' Counsel
**Via email**
Lynn P. Harrison, III
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
lharrison@curtis.com

Steven J. Reisman
Curtis, Mallet-Prevost, Colt & Mosle, LLP
101 Park Avenue
New York, NY 10178-0061
sreisman@curtis.com

Trustee
**Via email**
Salvatore LaMonica
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
sl@lhmlawfirm.com

Trustee's Counsel
**Via email**
Holly R. Holecek
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793
hrh@lhmlawfirm.com

2

4698992v1

U.S. Trustee
United States Trustee
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014

Counsel for C.A.D.I. Auto Parts, Inc.
**Via email**
Raymond P. Raiche
Blustein Shapiro Rich & Barone, LLP
10 Matthews Street
Goshen, NY 10924
rraiche@mid-hudsonlaw.com

Counsel for Fulton realty Partners LLC
**Via email**
Robert M. Sasloff
Robinson Brog Leinwand Greene
Genovese & Gluck P.C.
875 Third Avenue
9th Floor
New York, NY 10022-0123
rms@robinsonbrog.com

Counsel for NYS Department of Health
**Via email**
Paulina Stamatelos
New York State Office of the Attorney General
120 Broadway
24th Floor
New York, NY 10271
paulina.stamatelos@ag.ny.gov


Counsel for New York State Department of Labor
**Via email**
Seth Kupferberg
Office of the Attorney General, State of NY
120 Broadway
New York, NY 10271
seth.kupferberg@ag.ny.gov

Counsel for Patriarch Partners Agency Services, LLC
**Via email**

3

4698992v1

Randy J. Creswell
Perkins Thompson, P.A.
One Canal Plaza
PO Box 426
Portland, ME 04112
rcreswell@perkinsthompson.com

Counsel for Kin Leasing Corporation
**Via email**
Joseph Thomas Moldovan
Morrison Cohen LLP
909 Third Avenue
New York, NY 10022-4731
bankruptcy@morrisoncohen.com

Counsel for Local 1181-1061, Amalgamated Transit Union, AFL-CIO
**Via email**
Howard B. Kleinberg
Richard A. Brook
Meyer, Suozzi, English & Klein, P.C.
1350 Broadway
Suite 501
New York, NY 10018
rbrook@msek.com
hkleinberg@MSEK.com

Patriarch Partners Agency Services, LLC
**Via email**
c/o Randy J. Creswell
rcreswell@perkinsthompson.com,
sdoil@perkinsthompson.com;lmcaleer@perkinsthompson.com


New York State Department of Labor
**Via email**
c/o Seth Kupferberg
seth.kupferberg@ag.ny.gov

Kin Leasing Corporation
**Via email**
c/o Joseph Thomas Moldovan
bankruptcy@morrisoncohen.com

C.A.D.I. Auto Parts, Inc.
**Via email**
c/o Raymond P. Raiche
rraiche@mid-hudsonlaw.com

<u>Fulton realty Partners LLC</u>
**Via email**
c/o Robert M. Sasloff
rms@robinsonbrog.com

<u>NYS Department of Health</u>
**Via email**
c/o Paulina Stamatelos
paulina.stamatelos@ag.ny.gov, enid.stuart@ag.ny.gov