UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
   TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO.  16-10407 (SMB)
(JOINTLY ADMINISTERED)


MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED FEBRUARY 29, 2016


FILER:              Salvatore LaMonica, as Interim Chapter 7 Trustee
                    c/o LaMonica Herbst & Maniscalco, LLP
                    3305 Jerusalem Ave.
                    Wantagh, New York 11793


ATTORNEY:           Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
                    c/o LaMonica Herbst & Maniscalco, LLP
                    3305 Jerusalem Ave.
                    Wantagh, New York 11793


REPORT PREPARER:    CBIZ Accounting, Tax and Advisory of New York, LLC


    The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

April 26 , 2016

_____
Salvatore LaMonica, as Interim Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: February 25, 2016 - February 29, 2016

Bank: Empire Bank
Account Number: XXXXXX5349
Account Type: Trustee Checking

### DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Empire Bank Acct 5349 (A) | Total for Full Period 2/25/16 - 2/29/16 |
|---|---|---|
| **CASH BEGINNING OF MONTH** | $ - | $ - |
| **RECEIPTS** | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - |
| SALE / DISPOSITION OF ASSETS | - | - |
| INTEREST INCOME | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - |
| **TOTAL RECEIPTS** | $ - | $ - |
| **DISBURSEMENTS** | | |
| INSURANCE | $ - | $ - |
| OPERATING | - | - |
| OTHER / INFORMATION TECHNOLOGY | - | - |
| BANK FEES / MERCHANT FEES | - | - |
| SETTLEMENTS | - | - |
| RENT | - | - |
| PROFESSIONAL FEES | - | - |
| TAXES | - | - |
| TRANSFERS (TO DEBTOR ACCOUNT) | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - |
| **NET CASH FLOW** | $ - | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | |
| **CASH END OF MONTH** | $ - | $ - |

Footnotes:
(A) Trustee bank account opened March 6, 2016.