UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
  TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO. 16-10407 (SMB)
(JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED MARCH 31, 2016

FILER:             Salvatore LaMonica, as Interim Chapter 7 Trustee
                    c/o LaMonica Herbst & Maniscalco, LLP
                    3305 Jerusalem Ave.
                    Wantagh, New York 11793

ATTORNEY:      Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
                    c/o LaMonica Herbst & Maniscalco, LLP
                    3305 Jerusalem Ave.
                    Wantagh, New York 11793

REPORT PREPARER:    CBIZ Accounting, Tax and Advisory of New York, LLC

    The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

_April 26_, 2016

_[signature]_
Salvatore LaMonica, as Interim Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: March 1, 2016 - March 31, 2016

Bank: Empire Bank
Account Number: XXXXXX5349
Account Type: Trustee Checking

### DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Empire Bank: Acct 5349 (A) | Total for Full Period 2/25/16 - 3/31/16 |
|---|---:|---:|
| **CASH BEGINNING OF MONTH** | $ - | $ - |
| **RECEIPTS** | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | 850,000 | 850,000 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - |
| SALE / DISPOSITION OF ASSETS | - | - |
| INTEREST INCOME | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - |
| **TOTAL RECEIPTS** | $ 850,000 | $ 850,000 |
| **DISBURSEMENTS** | | |
| INSURANCE | $ 6,455 | $ 6,455 |
| OPERATING | 41,985 | 41,985 |
| INDEPENDENT CONTRACTOR | 21,386 | 21,386 |
| BANK FEES / MERCHANT FEES | - | - |
| SETTLEMENTS | - | - |
| RENT | - | - |
| PROFESSIONAL FEES | - | - |
| TAXES | - | - |
| TRANSFERS (TO DEBTOR ACCOUNT) | - | - |
| **TOTAL DISBURSEMENTS** | $ 69,826 | $ 69,826 |
| **NET CASH FLOW** | $ 780,174 | $ 780,174 |
| (RECEIPTS LESS DISBURSEMENTS) | | |
| **CASH END OF MONTH** | $ 780,174 | $ 780,174 |

**Footnotes:**
(A) Trustee bank account opened March 6, 2016.



**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 2 of 7
Enclosures: 19
Statement Date: 03/31/2016
Account Number: 6349
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/06 | .00 | 03/07 | 50,000.00 | 03/10 | 148,200.30 | 03/11 | 134,923.54 |
| 03/15 | 132,484.27 | 03/16 | 131,994.27 | 03/17 | 130,909.27 | 03/21 | 122,949.23 |
| 03/24 | 95,821.19 | 03/25 | 92,957.15 | 03/28 | 87,733.32 | 03/29 | 787,733.32 |
| 03/31 | 787,253.32 | | | | | | |




BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ████5349
Page: 3 of 7

03/11/2016   101   $11,334.43

03/11/2016   102   $1,942.33

03/10/2016   103   $934.20

03/10/2016   104   $865.50

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ▇▇▇▇5349
Page: 5 of 7

03/21/2016   109   $2,600.00

03/21/2016   110   $2,620.04

03/21/2016   111   $2,415.00

03/21/2016   112   $325.00

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ▇▇▇▇5349
Page: 7 of 7

03/28/2016   117   $250.50

03/31/2016   118   $480.00

03/24/2016   119   $6,454.85

16-10407-smb    Doc 122    Filed 04/26/16    Entered 04/26/16 14:24:27    Main Document
Pg 7 of 8

TransCare Corporation, et al.
Schedule of Disbursements
Reporting Period: March 1, 2016 - March 31, 2016

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | 101 | 03/08/16 | Global Operations Security Services | Security at Hamilton Ave and Mount Vernon 2/26/16 through 3/1/16 | $ 11,334.43 |
| 5349 | 102 | 03/08/16 | S&D, Security and Data | Locksmith services Hamilton Ave and Mt. Vernon Invoice number 2520 | 1,942.33 |
| 5349 | 103 | 03/08/16 | S&D Security and Data | Locksmith services Stanley Ave invoice number 2549 | 934.20 |
| 5349 | 104 | 03/08/16 | S&D Security and Data | Locksmith services Bank St premises invoice number 2550 | 865.50 |
| 5349 | 105 | 03/11/16 | Earl Kossuth | For Hours worked/expenses for wk ending 3.4.16 | 1,277.50 |
| 5349 | 106 | 03/11/16 | Jim Petro | For Hours worked/expenses for wk ending 3.4.16 | 1,161.77 |
| 5349 | 107 | 03/11/16 | Jacques Robbins | For Hours worked/expenses for wk ending 3.4.16 | 1,085.00 |
| 5349 | 108 | 03/11/16 | Shannan Greaves | For Hours worked/expenses for wk ending 3.4.16 | 490.00 |
| 5349 | 109 | 03/11/16 | Riverdale Towing Associates LLC | For Invoices #16-00100 through 16-00107 | 2,600.00 |
| 5349 | 110 | 03/17/16 | Shannon Greaves | For Hours worked/expenses for wk ending 3.11.16 | 2,620.04 |
| 5349 | 111 | 03/17/16 | Jacques Robbins | For Hours worked/expenses for wk ending 3.11.16 | 2,415.00 |
| 5349 | 112 | 03/17/16 | Riverdale Towing Associates, LLC | Invoice 16-00108 | 325.00 |
| 5349 | 113 | 03/18/16 | Global Operations Security Services | Security at Hamilton Ave and Mount Vernon premises 3.1.16 to 3.9.16 | 20,673.19 |
| 5349 | 114 | 03/22/16 | Shannon Greaves | For Hours worked/expenses for wk ending 3.18.16 | 2,864.04 |
| 5349 | 115 | 03/22/16 | Jacques Robbins | For Hours worked/expenses for wk ending 3.18.16 | 2,718.33 |
| 5349 | 116 | 03/22/16 | J&M Towing & Recovery | Invoice 113640 | 2,255.00 |
| 5349 | 117 | 03/22/16 | A.P.O.W. Towing LLC | Invoice 160316002 | 250.50 |
| 5349 | 118 | 03/22/16 | Riverdale Towing Associates, LLC | Invoice 16-00109 | 480.00 |
| 5349 | 119 | 03/22/16 | AFCO | Insurance Premium | 6,454.85 |
| 5349 | 120 | 03/30/16 | Shannon Greaves | For Hours worked/expenses for wk ending 3.25.16 | 2,956.62 |
| 5349 | 121 | 03/30/16 | Jacques Robbins | For Hours worked/expenses for wk ending 3.25.16 | 2,415.00 |
| 5349 | 122 | 03/30/16 | ABC Lock & Security | Invoices 12366 - 12368 | 325.00 |
| 5349 | 123 | 03/30/16 | Earl Kossuth | For Hours worked/expenses for wk ending 3.25.16 | 1,382.50 |
| | | | | | $ 69,825.80 |

TransCare Corporation, et al.
Schedule of Deposits
Reporting Period: March 1, 2016 - March 31, 2016

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5349 | 03/07/16 | Wells Fargo | Loan | $ 50,000.00 |
| 5349 | 03/10/16 | Wells Fargo | U&O Payment | 100,000.00 |
| 5349 | 03/29/16 | Wells Fargo | U&O Payment | 700,000.00 |
| | | | | $ 850,000.00 |