UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
  TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO. 16-10407 (SMB)
(JOINTLY ADMINISTERED)

## MONTHLY OPERATING STATEMENT
## FOR THE PERIOD ENDED APRIL 30, 2016

FILER:    Salvatore LaMonica, as Interim Chapter 7 Trustee
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave.
Wantagh, New York 11793

ATTORNEY:    Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave.
Wantagh, New York 11793

REPORT PREPARER:    CBIZ Accounting, Tax and Advisory of New York, LLC

    The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

_6-1-_, 2016

_____
Salvatore LaMonica, as Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: April 1, 2016 - April 30, 2016

Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373
Account Type: Trustee Checking

## DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

| | Empire Bank: Acct 5349 | Empire Bank: Acct 5368 (A) | Empire Bank: Acct 5373 (B) | Total for Full Period 2/25/16 - 4/30/16 |
|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 780,174 | $ - | $ - | $ - |
| **RECEIPTS** | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | - | - | - | - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | 850,000 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | 800,000 | 800,000 |
| INTEREST INCOME | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | 79,323 | - | 79,323 |
| **TOTAL RECEIPTS** | $ - | $ 79,323 | $ 800,000 | $ 1,729,323 |
| **DISBURSEMENTS** | | | | |
| INSURANCE | 34,059 | - | - | 40,514 |
| OPERATING | 43,226 | - | - | 85,211 |
| INDEPENDENT CONTRACTOR | 19,529 | - | - | 40,915 |
| BANK FEES / MERCHANT FEES | 281 | - | - | 281 |
| SETTLEMENTS | - | - | - | - |
| RENT | 25,000 | - | - | 25,000 |
| PROFESSIONAL FEES | - | - | - | - |
| TAXES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| TRANSFERS (TO DEBTOR ACCOUNT) | 79,323 | - | - | 149,149 |
| **TOTAL DISBURSEMENTS** | $ 201,418 | $ - | $ - | $ 341,070 |
| **NET CASH FLOW** | $ (201,418) | $ 79,323 | $ 800,000 | $ 1,458,079 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| **CASH END OF MONTH** | $ 578,756 | $ 79,323 | $ 800,000 | $ 1,458,079 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016



**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER           5349
PREVIOUS STATEMENT BALANCE AS OF 03/31/16 .....................   787,253.32
    PLUS        0  DEPOSITS AND OTHER CREDITS ..................         .00
    LESS       28  CHECKS AND OTHER DEBITS .....................   198,964.64
CURRENT STATEMENT BALANCE AS OF 04/30/16 ......................   588,288.68
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

## Check Transactions

| SERIAL | DATE  | AMOUNT    | SERIAL | DATE  | AMOUNT    |
|--------|-------|-----------|--------|-------|-----------|
| 120    | 04/08 | 2,956.62  | 134    | 04/25 | 1,335.00  |
| 121    | 04/04 | 2,415.00  | 135    | 04/19 | 490.00    |
| 122    | 04/07 | 325.00    | 136    | 04/22 | 2,160.00  |
| 123    | 04/06 | 1,382.50  | 137    | 04/20 | 738.50    |
| 124    | 04/11 | 170.00    | 138    | 04/19 | 20,027.96 |
| 125    | 04/11 | 1,405.00  | 139    | 04/19 | 10,080.74 |
| 126    | 04/08 | 542.50    | 140    | 04/19 | 2,558.56  |
| 127    | 04/11 | 1,726.67  | 141    | 04/25 | 25,000.00 |
| 128    | 04/19 | 402.50    | 142    | 04/25 | 2,648.03  |
| 129    | 04/13 | 6,454.85  | 143    | 04/25 | 2,578.33  |
| 130    | 04/18 | 2,712.50  | 144    | 04/25 | 24,604.00 |
| 131    | 04/18 | 2,893.33  | 145    | 04/25 | 3,000.00  |
| 133*   | 04/19 | 752.50    |        |       |           |

## Account Transactions

| DATE  | DESCRIPTION              |                  | DEBITS    | CREDITS |
|-------|--------------------------|------------------|-----------|---------|
| 04/01 | COLLATERAL FEE           |                  | 281.17    |         |
| 04/20 | XFER TO ACCT             | CK-XXXXXXXX5368  | 40,000.00 |         |
| 04/28 | XFER TO ACCT             | CK-XXXXXXXX5368  | 39,323.38 |         |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/31 | 787,253.32 | 04/01 | 786,972.15 | 04/04 | 784,557.15 | 04/06 | 783,174.65 |
| 04/07 | 782,849.65 | 04/08 | 779,350.53 | 04/11 | 776,048.86 | 04/13 | 769,594.01 |
| 04/18 | 763,988.18 | 04/19 | 729,675.92 | 04/20 | 688,937.42 | 04/22 | 686,777.42 |
| 04/25 | 627,612.06 | 04/28 | 588,288.68 | | | | |

Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal
<11>>information. Our privacy policy has not changed and you may review our policy and practices with
respect to your personal information at https://csbdirect.com/privacynotice or we will mail you a free
copy upon request if you call us at 800-800-6593.




04/08/2016  120  $2,956.62

04/04/2016  121  $2,415.00

04/07/2016  122  $325.00

04/06/2016  123  $1,382.50

04/11/2016 124 $170.00

04/11/2016 125 $1,405.00

04/08/2016 126 $542.50

04/11/2016 127 $1,726.67

04/19/2016 128 $402.50

04/13/2016 129 $6,454.85

04/18/2016 130 $2,712.50

04/18/2016 131 $2,893.33

04/19/2016 133 $752.50

04/25/2016 134 $1,335.00

04/19/2016 135 $490.00

04/22/2016 136 $2,160.00

04/20/2016 137 $738.50

04/19/2016 138 $20,027.96

04/19/2016 139 $10,080.74

04/19/2016 140 $2,558.56

| Date | Check # | Amount |
|---|---|---|
| 04/25/2016 | 141 | $25,000.00 |
| 04/25/2016 | 142 | $2,648.03 |
| 04/25/2016 | 143 | $2,578.33 |
| 04/25/2016 | 144 | $24,604.00 |

| Date | Check # | Amount |
|---|---|---|
| 04/25/2016 | 145 | $3,000.00 |


**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5368
PREVIOUS STATEMENT BALANCE AS OF 04/19/16 ...................         .00
    PLUS     2  DEPOSITS AND OTHER CREDITS ..................   79,323.38
    LESS     0  CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 04/30/16 ....................   79,323.38
NUMBER OF DAYS IN THIS STATEMENT PERIOD     11
```

## Account Transactions

| DATE  | DESCRIPTION                      | DEBITS | CREDITS   |
|-------|----------------------------------|--------|-----------|
| 04/20 | XFER FROM ACCT CK-XXXXXXXX5349   |        | 40,000.00 |
| 04/28 | XFER FROM ACCT CK-XXXXXXXX5349   |        | 39,323.38 |

## Balance By Date

| DATE  | BALANCE   | DATE  | BALANCE    | DATE  | BALANCE   | DATE | BALANCE |
|-------|-----------|-------|------------|-------|-----------|------|---------|
| 04/19 | .00       | 04/20 | 40,000.00  | 04/28 | 79,323.38 |      |         |

Privacy Notice-Federal law requires us to tell you how we collect, share, and protect your personal <11>>information. Our privacy policy has not changed and you may review our policy and practices with respect to your personal information at https://csbdirect.com/privacynotice or we will mail you a free copy upon request if you call us at 800-800-6593.




ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ███5373
PREVIOUS STATEMENT BALANCE AS OF 04/27/16 .......................      .00
    PLUS      2   DEPOSITS AND OTHER CREDITS ...................   800,015.00
    LESS      1   CHECKS AND OTHER DEBITS .....................         15.00
CURRENT STATEMENT BALANCE AS OF 04/30/16 .......................   800,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD       3
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 04/28 | FED W/I-201604280006714 -ORG- MALTZ AUCTIONS INC. | | 800,000.00 |
| 04/28 | I/W CHARGE-201604280006714 | 15.00 | |
| 04/29 | INCOMING WIRE FEE WAIVED | | 15.00 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 04/27 | .00 | 04/28 | 799,985.00 | 04/29 | 800,000.00 | | |

**Privacy Notice-**Federal law requires us to tell you how we collect, share, and protect your personal
<11>>information. Our privacy policy has not changed and you may review our policy and practices with
respect to your personal information at https://csbdirect.com/privacynotice or we will mail you a free
copy upon request if you call us at 800-800-6593.

TransCare Corporation, et al.
Schedule of Disbursements
Reporting Period: April 1, 2016 - April 30, 2016

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 04/01/16 | EmpireNationalBank | Bank Service Fee | $ 281.17 |
| 5349 | 124 | 04/05/16 | A.P.O.W. Towing LLC | Invoice #160316002 | 170.00 |
| 5349 | 125 | 04/05/16 | J&M Towing & Recovery | Invoice #'s 113777, 113661, 113666 & 113663 | 1,405.00 |
| 5349 | 126 | 04/05/16 | Shannan Greaves | For Hours worked/expenses for wk ending 4.1.16 | 542.50 |
| 5349 | 127 | 04/05/16 | Jacques Robbins | For Hours worked/expenses for wk ending 4.1.16 | 1,726.67 |
| 5349 | 128 | 04/05/16 | Earl Kossuth | For Hours worked/expenses for wk ending 4.1.16 | 402.50 |
| 5349 | 129 | 04/05/16 | AFCO | Insurance Premium | 6,454.85 |
| 5349 | 130 | 04/13/16 | Shannan Greaves | For Hours worked/expenses for wk ending 4.8.16 | 2,712.50 |
| 5349 | 131 | 04/13/16 | Jacques Robbins | For Hours worked/expenses for wk ending 4.8.16 | 2,893.33 |
| 5349 | 132 | 04/14/16 | Able Lock & Security1284 Suffolk AvenueBrentwood, NY 11717 | Invoice #'s 12400-12407 | 900.00 |
| 5349 | 133 | 04/14/16 | Earl Kossuth | For Hours worked/expenses for wk ending 4.8.16 | 752.50 |
| 5349 | 134 | 04/14/16 | J&M Towing & Recovery | Invoice #'s 113822, 113284, 113662, 113853 | 1,335.00 |
| 5349 | 135 | 04/14/16 | Jim Petro | For Hours worked/expenses for wk ending 4.8.16 | 490.00 |
| 5349 | 136 | 04/14/16 | NY Tag & Title To Go | Invoice #'s 395755-39580 | 2,160.00 |
| 5349 | 137 | 04/14/16 | S&D Security and Data | Security services 14th Street property | 738.50 |
| 5349 | 138 | 04/14/16 | Global Operations Security Services | Invoice #5692 | 20,027.96 |
| 5349 | 139 | 04/14/16 | Global Operations Security Services | Invoice # 5731 | 10,080.74 |
| 5349 | 140 | 04/14/16 | Global Operations Security Services | Invoice #5736 | 2,558.56 |
| 5349 | 141 | 04/19/16 | Fulton Realty Partners | Usage and occupancy of the real property at 718 S. Fulton Avenue/Mt. Vernon property | 25,000.00 |
| 5349 | 142 | 04/19/16 | Shannan Greaves | For Hours worked/expenses for wk ending 4.15.16 | 2,648.03 |
| 5349 | 143 | 04/19/16 | Jacques Robbins | For Hours worked/expenses for wk ending 4.15.16 | 2,578.33 |
| 5349 | Transfer | 04/20/16 | Transfer to Acct # xxxxxx5368 | Transfer to account #5368 | 40,000.00 |
| 5349 | 144 | 04/21/16 | Phoenix Excess & Surplus Line Agency of NY, Inc. | Invoice #1106 | 24,604.00 |
| 5349 | 145 | 04/21/16 | Phoenix Excess & Surplus Line Agency of NY, Inc. | Business auto policy service fee | 3,000.00 |
| 5349 | 146 | 04/26/16 | Jacques Robbins | For Hours worked/expenses for wk ending 4.22.16 | 1,866.67 |
| 5349 | 147 | 04/26/16 | J&M Towing & Recovery | Invoice #'s 113066, 1132773,108699, 114048, 113872, 114158, 114063, 114157 | 3,850.00 |
| 5349 | 148 | 04/26/16 | Shannan Greaves | For Hours worked/expenses for wk ending 4.22.16 | 2,916.23 |
| 5349 | Transfer | 04/28/16 | Transfer to Acct # xxxxxx5368 | Transfer to account #5368 | 39,323.38 |
| | | | | | $ 201,418.42 |

TransCare Corporation, et al.
Schedule of Deposits
Reporting Period: April 1, 2016 - April 30, 2016

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5368 | 04/20/16 | Transfer from Acct # xxxxxx5349 | Bank account transfer | $ 40,000.00 |
| 5368 | 04/28/16 | Transfer from Acct # xxxxxx5349 | Bank account transfer | 39,323.38 |
| 5373 | 04/28/16 | Maltz Auctions Inc. | Hamilton and Stanley Sale A/C | 800,000.00 |
| | | | | $ 879,323.38 |