

# PROOF OF PUBLICATION

June 10, 2016

𝕮𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘

I, Shannon Schmidt, in my capacity as a Principal Clerk of the Publisher of 𝕮𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘 a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of 𝕮𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘 on the following date or dates, to wit on

June 10, 2016 - page A16 + Natl. page A18

Sworn before me the

10th day of June, 2016

Notary Public

MICHELLE MARY SCIBILIA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SC6281145
Qualified in Nassau County
My Commission Expires May 13, 2017

---

**UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT OF NEW YORK**

| In re: TRANSCARE CORPORATION, et al., Debtors. | Chapter 7 Case No. 16-10407 (SMB) (Jointly Administered) | In re: TC AMBULANCE CORPORATION, Debtor. | Chapter 7 Case No. 16-11058 (SMB) | In re: TC HUDSON VALLEY AMBULANCE CORP., Debtor. | Chapter 7 Case No. 16-11059 (SMB) |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF INTENDED SALE AND TRANSFER OF THE DEBTORS' SEVEN (7) AMBULANCE SERVICE CERTIFICATES ISSUED BY THE NEW YORK STATE DEPARTMENT OF HEALTH**

PLEASE TAKE NOTICE that Salvatore LaMonica, in his capacity as the Chapter 7 Trustee (the "Trustee") of the jointly-administered estates of TransCare Corporation, et al. (the "Initial Debtors"), TC Ambulance Corporation and TC Hudson Valley Ambulance Corp. (the "Additional Debtors" and, together with the Initial Debtors, the "Debtors") in the above-captioned cases, has entered into certain Terms and Conditions of Sale (the "Sale Terms") providing for the sale and transfer of seven (7) Ambulance Service Certificates, which were issued to the Debtors by the New York State Department of Health, to Maler Group, LLP for the sum of three million dollars ($3,000,000.00), subject to higher or better offers, which Sale Terms were approved by the United States Bankruptcy Court for the Southern District of New York (the "Court") by Order dated June 2, 2016 (the "Sale Procedures Order").

PLEASE TAKE FURTHER NOTICE that the seven (7) Ambulance Service Certificates to be sold in accordance with the Sale Procedures Order are identified as follows: (i) no. 0164 issued to debtor TransCare New York, Inc. d/b/a TransCare for Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk and Westchester counties; (ii) no. 0470 issued to debtor TransCare Westchester, Inc. for Westchester county; (iii) no. 0508 issued to debtor TC Ambulance Group, Inc., d/b/a Mount Sinai Beth Israel for Kings, Queens, Richmond, Bronx, New York counties; (iv) no. 0509 issued to debtor TC Ambulance North, Inc., d/b/a TransCare for Bronx, New York, Queens, Kings and Richmond counties; (v) no. 0574 issued to TCBA Ambulance, Inc., d/b/a St. Barnabas Hospital Emergency Services for Bronx, Kings, New York, Queens and Richmond counties; (vi) no. 0667 issued to non-debtor TC Hudson Valley Ambulance Corp., d/b/a TransCare for Rockland, Orange, Ulster, Sullivan, Dutchess, Putnam, Westchester and Delaware counties; and (viii) no. 0510 issued to non-debtor TC Ambulance Corp., d/b/a Metro EMS for Bronx, New York, Queens, Kings, Richmond and Westchester counties (collectively, the "CONs").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Sale Procedures Order, the Trustee will consider higher or better offers for the CONs on **June 28, 2016 at 2:00 p.m. EDT** in Courtroom 723 at the Court located at One Bowling Green, New York, New York 10004 (the "CONs Sale").

PLEASE TAKE FURTHER NOTICE that, in accordance with the Sale Procedures Order, certain Competing Terms and Conditions of Sale (the "Competing Sale Terms") will govern the Trustee's solicitation of higher or better offers for the CONs.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Competing Sale Terms, the CONs will be offered at the CONs Sale in bulk and individually until such time as the Trustee, in his discretion and in conjunction with Wells Fargo Bank, N.A. determines the highest or best offer (or offers) for the CONs but not until the conclusion of all bidding whatsoever.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Competing Sale Terms, the following bidding procedures will apply at the CONs Sale:
a. To bid on all seven (7) CONs at the CONs Sale, a Competing Offeror must agree to pay not less than three million one hundred and fifty thousand dollars ($3,150,000.00) for the CONs (a "Competing Bulk Bid").
  i. A Competing Offeror making a Competing Bulk Bid must deliver to the Trustee, by 12:00 p.m. on the day prior to the CONs Sale (i.e., **by 12:00 p.m. EDT on June 27, 2016**), a certified check made payable to "Salvatore LaMonica, as Trustee" in the amount of three hundred and fifteen thousand dollars ($315,000.00) (the "Competing Bulk Deposit").
  ii. Any bulk bids for the CONs following the Competing Bulk Bid shall be a minimum of $25,000 higher than the previous bid.
b. At the CONs Sale, the Trustee will consider all bids for individual CONs, including combinations of certain CONs but less than all seven (7) (each, a "Competing Individual Bid").
  i. A Competing Offeror making a Competing Individual Bid must deliver to the Trustee, by 12:00 p.m. on the day prior to the CONs Sale (i.e., **by 12:00 p.m. EDT on June 27, 2016**), a certified check made payable to "Salvatore LaMonica, as Trustee" in the amount of one hundred thousand dollars ($100,000.00) per CON (the "Competing Individual Deposit").
c. Except as set forth in the Competing Sale Terms, all bidding for individual CONs at the CONs Sale will be in increments to be determined by the Trustee, his professionals and Wells Fargo Bank, N.A.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Competing Sale Terms, the Maler Group LLC is a qualified bidder for individual CONs or bulk bid of all CONs at the CONs Sale.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Competing Sale Terms, title to the CONs will be transferred to the successful bidder(s) pursuant to Bills of Sale.

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Code sections 363(b) and (f), Rule 6004 of the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rule S.D.N.Y. LBR 6004-1, the Sale Terms and the Competing Sale Terms, the CONs will be sold and transferred "as is", "where is", "with all faults," without any representations, covenants, guarantees or warranties of any kind or nature whatsoever, and free and clear of any and all liens, claims, encumbrances, interests or adverse claims to title, of whatever kind or nature.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Competing Sale Terms, the sale and transfer of the CONS is contingent upon the approval of the transfer of the CONs to the successful purchaser from the CONs Sale by the New York State Department of Health and the applicable Regional Emergency Medical Services Council in accordance with Article 30 of the Public Health Law ("Article 30 Approval"). The Competing Sale Terms provide that the successful purchaser from the CONs Sale agrees to act in good faith, to make best efforts and to promptly take all steps necessary to obtain Article 30 Approval of the transfer of the CONs at its sole costs and expense.

PLEASE TAKE FURTHER NOTICE that a hearing to confirm the results of the CONs Sale and for the entry of an Order confirming the sale of the CONs to Maler Group LLC or to the highest or best bidder(s) from the CONs Sale is scheduled for **July 6, 2016 at 10:00 a.m. EDT** in Courtroom 723 at the Court located at One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that requests for the Competing Sale Terms or information about the CONs Sale can be obtained by contacting counsel to the Trustee, LaMonica Herbst & Maniscalco, LLP, Holly R. Holecek, Esq., at hrh@lhmlawfirm.com or (516) 826-6500 ext. 225.

Dated: June 3, 2016

SALVATORE LAMONICA, AS CHAPTER 7 TRUSTEE
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue, Wantagh, New York 11793
Telephone: (516) 826-6500 · Fax: (516) 826-0222