UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                              Chapter 7

TRANSCARE CORPORATION, et al.,                      Case No: 16-10407 (SMB)
                                                    (Jointly Administered)
            Debtors.
---------------------------------------------------------------x

# ORDER, PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DIRECTING THE PRODUCTION OF DOCUMENTS BY WELLS FARGO BANK F/K/A WACHOVIA BANK

Upon the motion (the "Motion") of Salvatore LaMonica, the Chapter 7 Trustee (the "Trustee") of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc. and TransCare Harford County, Inc. (collectively, the "Initial Debtors") and TransCare Pennsylvania, Inc., TC Ambulance Corporation and TC Hudson Valley Ambulance Corp. (collectively, the "Subsequent Debtors", together with the Initial Debtors are referred to as the "Debtors"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), directing the production of documents by Wells Fargo Bank f/k/a Wachovia Bank ("Wells Fargo"), and for such other, further and related relief as this Court may deem just and proper; and good and sufficient cause appearing; and no adverse interest being represented, it is hereby

**ORDERED**, that, pursuant Bankruptcy Rule 2004, the Motion is approved as set forth herein; and, it is further

**ORDERED**, that Wells Fargo is directed to produce for examination and inspection at LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Suite 201, Wantagh, New York 11793 within thirty (30) days from the service of this Order and subpoena, all the below requested information in its custody, possession or control concerning or relating to the following:

Documents from Wells Fargo

a) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Disbursement Account, no. ending in 6782, in the name of TransCare Corporation, from February 24, 2010 through February 24, 2016;

b) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Payroll Account, no. ending in 0948, in the name of TransCare Corporation, from February 24, 2010 through February 24, 2016;

c) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Accounts Receivable Account no. ending in 0935, in the name of TransCare Corporation, from February 24, 2010 through February 24, 2016;

d) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Medicare Receivables Account, no. ending in 5252, in the name of TransCare Corporation, from February 24, 2010 through February 24, 2016;

e) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Lockbox Account, no. ending in 5491, in the name of TransCare Maryland, Inc., from February 24, 2010 through February 24, 2016;

f) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks

for the Depository Account, no. ending in 5362, in the name of TransCare Maryland Inc., from February 24, 2010 through February 24, 2016;

g) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Lockbox Account, no. ending in 5501, in the name of TransCare ML, Inc., from February 24, 2010 through February 24, 2016;

h) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Depository Account, no. ending in 1194, in the name of TransCare ML Inc., from February 24, 2010 through February 24, 2016;

i) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Lockbox Account, no. ending in 6731, in the name of TransCare Pennsylvania Inc., from February 24, 2010 through February 24, 2016;

j) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Depository Account, no. ending in 5297, in the name of TransCare Pennsylvania Inc., from February 24, 2010 through February 24, 2016;

k) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Lockbox Account, no. ending in 8212, in the name of TC Hudson Valley Ambulance Corp., from February 24, 2010 through February 24, 2016;

l) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Depository Account, no. ending in 5339, in the name of TC Hudson Valley Ambulance Corp., from February 24, 2010 through February 24, 2016;

m) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Lockbox Account, no. ending in 9181, in the name of TransCare New York Inc., from February 24, 2010 through February 24, 2016;

n) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Depository Account, no. ending in 1327, in the name of TransCare New York Inc., from February 24, 2010 through February 24, 2016;

o) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Depository Account, no. ending in 5214, in the name of TransCare Westchester Inc., from February 24, 2010 through February 24, 2016;

p) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Lockbox Account, no. ending in 5586, in the name of TC Ambulance Corp., from February 24, 2010 through February 24, 2016; and

q) Documents and information (in CSV format when possible) related to the initial account opening applications, signature cards, passwords, wire transfer requests, wire transfer authorizations and approvals, bank statements and cancelled checks for the Depository Account, no. ending in 5388, in the name of TC Ambulance Corp., from February 24, 2010 through February 24, 2016.

**ORDERED**, that Trustee, through his retained professionals, is authorized to access Wells Fargo's online banking system to download any and all of the above-requested financial information stored for the above-identified accounts on the Wells Fargo online banking system; and, it is further

**ORDERED,** that the Trustee is authorized and empowered to expend such funds and to execute and deliver any and all documents as reasonably necessary to implement the terms of this Order.