| | |
|---|---|
| **LaMONICA HERBST & MANISCALCO, LLP**<br>3305 Jerusalem Avenue, Suite 201<br>Wantagh, New York 11793<br>Telephone: 516.826.6500<br>Gary F. Herbst, Esq.<br>Jacqulyn S. Loftin, Esq. | Presentment Date: September 13, 2016 at 10:00 a.m.<br>Objection Deadline: September 6, 2016 by 5:00 p.m.<br>Hearing Date if Objections: To Be Scheduled by the Court |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                                           Chapter 7

TRANSCARE CORPORATION, et al.,                                        Case No: 16-10407 (SMB)
                                                                                                 (Jointly Administered)
                    Debtors.
-------------------------------------------------------------x

### NOTICE OF PRESENTMENT OF APPLICATION OF THE CHAPTER 7 TRUSTEE SEEKING ENTRY OF AN ORDER, PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DIRECTING THE PRODUCTION OF DOCUMENTS BY WELLS FARGO BANK F/K/A WACHOVIA BANK

**PLEASE TAKE NOTICE** that, on **September 13, 2016 at 10:00 a.m.**, Salvatore LaMonica, the Chapter 7 Trustee (the "Trustee") of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc. and TransCare Harford County, Inc. (collectively, the "Initial Debtors") and TransCare Pennsylvania, Inc., TC Ambulance Corporation and TC Hudson Valley Ambulance Corp. (collectively, the "Subsequent Debtors", together with the Initial Debtors are referred to as the "Debtors"), by his counsel, LaMonica Herbst & Maniscalco, LLP, will present the Order, Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Directing the Production of Documents By Wells Fargo Bank f/k/a Wachovia Bank (the "Application") to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief requested in the motion must be in writing, conform with the Title 11 of the United States Code and Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court, with a courtesy copy to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, the attorneys for the Trustee, Attn: Jacqulyn S. Loftin, Esq., no later than **September 6, 2016 by 5:00 p.m.** (the "Objection Deadline") as follows: (i) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE** that, if no objections to the motion are filed by the Objection Deadline, the relief requested shall be deemed unopposed and the Court may enter an Order approving the Application, substantially in the form annexed to the motion as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, a hearing will be held scheduled by the Court.

Dated: August 19, 2016
      Wantagh, New York      **LaMONICA HERBST & MANISCALCO, LLP**
                                    Counsel to Salvatore LaMonica, as Trustee

                           By:    *s/ Jacqulyn S. Loftin*
                                  Gary F. Herbst, Esq.
                                  Jacqulyn S. Loftin, Esq.
                                  Partner
                                  3305 Jerusalem Avenue
                                  Wantagh, New York 11793
                                  Telephone: (516) 826-6500