UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
   TRANSCARE CORPORATION, ET AL.

                            CHAPTER 7
                            CASE NO.  16-10407 (SMB)
                            (JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED SEPTEMBER 30, 2016

FILER:                   Salvatore LaMonica, as Chapter 7 Trustee
                       c/o LaMonica Herbst & Maniscalco, LLP
                       3305 Jerusalem Ave.
                       Wantagh, New York 11793

ATTORNEY:            Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
                       c/o LaMonica Herbst & Maniscalco, LLP
                       3305 Jerusalem Ave.
                       Wantagh, New York 11793

REPORT PREPARER:     CBIZ Accounting, Tax and Advisory of New York, LLC

    The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

Oct 17 , 2016

_____
Salvatore LaMonica, as Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: September 1, 2016 – September 30, 2016
Bank: Empire Bank
Accounts Ending: 5948, 5958, 5373, 5468, 5400, 5453, 5445, 5452, 5466, 5387, 5392, 5414, 5428, 5490
Account Type: Trustee Checking

| | | | | | | | | | | | | TOTAL ALL ACCOUNTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ | 311,626 | $ | 79,323 | $ | 890,000 | $ | 1,315,000 | $ | 1,467,021 | $ | 1,644,607 |
| **RECEIPTS** | | | | | | | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ | 595,903 | $ | - | $ | - | $ | - | $ | 41,356 | $ | 3,699,341 |
| WELLS FARGO D&O PAYMENT AND LOAN | | - | | - | | - | | - | | - | | - |
| WELLS FARGO RENT OBLIGATION | | - | | - | | - | | - | | - | | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | | - | | - | | - | | - | | - | | - |
| SALE / DISPOSITION OF ASSETS | | - | | - | | - | | - | | - | | - |
| INTEREST INCOME | | - | | - | | - | | - | | - | | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | | - | | - | | - | | - | | - | | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | | - | | - | | - | | - | | - | | - |
| **TOTAL RECEIPTS** | $ | 595,903 | $ | - | $ | - | $ | - | $ | 41,356 | $ | 3,699,341 |
| **DISBURSEMENTS** | | | | | | | | | | | | |
| INSURANCE | $ | 18,300 | $ | - | $ | - | $ | - | $ | - | $ | 36,357 |
| OPERATING | | 1,077 | | - | | - | | - | | - | | - |
| INDEPENDENT CONTRACTOR | | - | | - | | - | | - | | - | | - |
| BANK FEES / MERCHANT FEES | | 2,937 | | - | | - | | - | | - | | - |
| SETTLEMENTS | | 8,000 | | - | | - | | - | | - | | - |
| RENT (FOSTER AVE, DOCKET # 186, AND STANLEY AVE, DOCKET # 266) | | - | | - | | - | | - | | - | | - |
| PROFESSIONAL FEES | | - | | - | | - | | - | | - | | - |
| TAXES | | - | | - | | - | | - | | - | | - |
| COURT COSTS | | - | | - | | - | | - | | - | | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | | - | | - | | - | | - | | - | | - |
| SURETY BOND | | - | | - | | - | | - | | - | | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | | - | | - | | - | | - | | - | | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | | 555,902 | | - | | - | | - | | 5,076 | | 22,014 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | | 126,578 | | - | | - | | - | | 11,416 | | 5,290 |
| TRANSFERS (TO DEBTOR ACCOUNT) | | - | | - | | - | | - | | - | | - |
| **TOTAL DISBURSEMENTS** | $ | 795,883 | $ | - | $ | - | $ | - | $ | 11,416 | $ | 5,076 |
| NET CASH FLOW | $ | (158,830) | $ | - | $ | - | $ | - | $ | (11,416) | $ | (5,080) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | | |
| **CASH END OF MONTH** | $ | 184,776 | $ | 79,323 | $ | 890,000 | $ | 1,315,000 | $ | 1,266,216 | $ | 28,229 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: September 1, 2016 – September 30, 2016
Basis: Empire Bank
Account Ending: 5945, 5988, 5373, 5481, 5409, 5433, 5447, 5452, 5466, 5387, 5592, 5414, 5428, 5490
Account Type: Trustee Checking

| | | | | | Total |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 914,914 | 1,173,784 | 51,98 | 1,340,000 | |
| **RECEIPTS** | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | | | | | 295,003 |
| WELLS FARGO HBO PAYMENT AND LOAN | | | | | 850,000 |
| WELLS FARGO RENT OBLIGATION | | | | | 42,013 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | | | | | |
| SALE / DISPOSITION OF ASSETS | | | | | 14,954,455 |
| INTEREST INCOME | | | | | |
| TRANSFERS (FROM DEBTOR ACCOUNT) | | | | | 379,335 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | | | | | 67,000 |
| **TOTAL RECEIPTS** | | | | | 16,587,775 |
| **DISBURSEMENTS** | | | | | |
| INSURANCE | | | | | 174,420 |
| OPERATING | | | | | 126,817 |
| INDEPENDENT CONTRACTOR | | | | | 55,745 |
| BANK FEES / MERCHANT FEES | | | | | 11,007 |
| SETTLEMENTS | | | | | 8,000 |
| RENT FOSTER AVE, DOCKET # 186, AND STANLEY AVE, DOCKET # 206) | | | | | 58,092 |
| PROFESSIONAL FEES | | | | | |
| TAXES | | | | | |
| COURT COSTS | | | | | |
| COSTS RE SALE / DISPOSITION OF ASSETS | | | | | 478,314 |
| SUBMIT FUND | | | | | 1,387 |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | | | | | 350,000 |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | 2,675 | 2,675 | 10,005 | | 595,000 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | | | | | 800,000 |
| TRANSFERS (TO DEBTOR ACCOUNT) | | | | | 379,335 |
| **TOTAL DISBURSEMENTS** | 2,675 | 2,675 | 10,005 | | 3,036,409 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | (2,675) | (2,675) | (10,005) | | 13,851,367 |
| CASH END OF MONTH | 911,299 | 1,171,119 | 41,952 | 1,340,000 | 13,851,367 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016

**EmpireNationalBank**

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 3
Enclosures: 6
Statement Date: 09/30/2016
Account Number: █████5349
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    █████5349

| | | |
|---|---|---:|
| PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ...................... | | 354,555.98 |
| PLUS | 3 DEPOSITS AND OTHER CREDITS ................... | 723,579.25 |
| LESS | 8 CHECKS AND OTHER DEBITS ..................... | 905,078.55 |
| CURRENT STATEMENT BALANCE AS OF 09/30/16 ...................... | | 173,056.68 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 | |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 188 | 09/09 | 40,929.52 | 191 | 09/22 | 175,003.00 |
| 189 | 09/26 | 8,000.00 | 192 | 09/22 | 420,000.00 |
| 190 | 09/16 | 128,576.25 | 193 | 09/26 | 1,076.86 |
| 190 | 09/22 | 128,576.25 | | | |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/01 | COLLATERAL FEE | 2,916.67 | |
| 09/06 | REMOTE CAPTURE DEPOSIT | | 175,003.00 |
| 09/06 | REMOTE CAPTURE DEPOSIT | | 420,000.00 |
| 09/19 | RETURN CHECK # 190 | | 128,576.25 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 354,555.98 | 09/01 | 351,639.31 | 09/06 | 946,642.31 | 09/09 | 905,712.79 |
| 09/16 | 777,136.54 | 09/19 | 905,712.79 | 09/22 | 182,133.54 | 09/26 | 173,056.68 |





09/09/2016    188    $40,929,52



09/26/2016    189    $8,000,00



09/22/2016    190    $128,576,25



09/22/2016    191    $175,003,00

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ████5349
Page: 3 of 3



09/22/2016    192    $420,000.00



09/26/2016    193    $1,076.86


**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 09/30/2016
**Account Number** ▮▮▮▮ 5368
**HOLDE    CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793  .

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ▮▮▮▮5368
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................    79,323.38
    PLUS      0  DEPOSITS AND OTHER CREDITS ...................          .00
    LESS      0  CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 09/30/16 ......................    79,323.38
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 79,323.38 | | | | | | |







**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of **1**
Enclosures: 0
Statement Date: 09/30/2016
Account Number:  5373
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5373
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................    800,000.00
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0   CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................    800,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 800,000.00 | | | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 09/30/2016
Account Number: ████5485
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ████5485
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................  1,315,000.00
   PLUS      0  DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0  CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................  1,315,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 1,315,000.00 | | | | | | |

NOTICE: See reverse side for important information




 **EmpireNationalBank**

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 09/30/2016
Account Number: █████5409
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     █████5409
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ..................... 1,367,631.49
  PLUS      1  DEPOSITS AND OTHER CREDITS ................... 11,415.70
  LESS      2  CHECKS AND OTHER DEBITS ..................... 22,831.40
CURRENT STATEMENT BALANCE AS OF 09/30/16 ..................... 1,356,215.79
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 105 | 09/16 | 11,415.70 | 105 | 09/22 | 11,415.70 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 09/19 | RETURN CHECK # 105 | | 11,415.70 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 1,367,631.49 | 09/16 | 1,356,215.79 | 09/19 | 1,367,631.49 | 09/22 | 1,356,215.79 |





BANKRUPTCY ESTATE OF TC CORPORTATION
Account: ███████5409
Page: 2 of 2



09/22/2016   105   $11,415.70

**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 09/30/2016
Account Number: ████ 5433
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER       ████5433
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................    43,255.72
    PLUS      1   DEPOSITS AND OTHER CREDITS ..................     5,035.98
    LESS      2   CHECKS AND OTHER DEBITS .....................    10,071.96
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................    38,219.74
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE  | AMOUNT   | SERIAL | DATE  | AMOUNT   |
|--------|-------|----------|--------|-------|----------|
| 104    | 09/16 | 5,035.98 | 104    | 09/22 | 5,035.98 |

### Account Transactions

| DATE  | DESCRIPTION            | DEBITS | CREDITS  |
|-------|------------------------|--------|----------|
| 09/19 | RETURN CHECK # 104     |        | 5,035.98 |

### Balance By Date

| DATE  | BALANCE   | DATE  | BALANCE   | DATE  | BALANCE   | DATE  | BALANCE   |
|-------|-----------|-------|-----------|-------|-----------|-------|-----------|
| 08/31 | 43,255.72 | 09/16 | 38,219.74 | 09/19 | 43,255.72 | 09/22 | 38,219.74 |





BANKRUPTCY ESTATE OF TRANSCARE ML INC
Account███████5433
Page: 2 of 2



09/22/2016    104    $5,035.98

 **EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER         5447
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ........................    3,499,340.79
    PLUS      1   DEPOSITS AND OTHER CREDITS ...................       22,014.25
    LESS      2   CHECKS AND OTHER DEBITS .....................        44,028.50
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................     3,477,326.54
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 106 | 09/16 | 22,014.25 | 106 | 09/22 | 22,014.25 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/19 | RETURN CHECK # 106 | | 22,014.25 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 3,499,340.79 | 09/16 | 3,477,326.54 | 09/19 | 3,499,340.79 | 09/22 | 3,477,326.54 |



 **FDIC**

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
Account: █████5447
Page: 2 of 2



09/22/2016    106    $22,014.25

**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 09/30/2016
Account Number: ▌5452
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     5452

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 08/31/16 | | ...................... | 30,347.28 |
| PLUS | 1 | DEPOSITS AND OTHER CREDITS ................... | 5,229.67 |
| LESS | 2 | CHECKS AND OTHER DEBITS ..................... | 10,459.34 |
| CURRENT STATEMENT BALANCE AS OF 09/30/16 | | ...................... | 25,117.61 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 | | |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 104 | 09/16 | 5,229.67 | 104 | 09/22 | 5,229.67 |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/19 | RETURN CHECK # 104 | | 5,229.67 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 30,347.28 | 09/16 | 25,117.61 | 09/19 | 30,347.28 | 09/22 | 25,117.61 |





BANKRUPTCY ESTATE OF TRANSCARE PENN INC
Account: ████5452
Page: 2 of 2





09/22/2016    104    $5,229.67

 **Empire National** Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 09/30/2016
Account Number: ████5466
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5466
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................  1,548,623.37
    PLUS      1   DEPOSITS AND OTHER CREDITS ...................      5,750.22
    LESS      2   CHECKS AND OTHER DEBITS .....................     11,500.44
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................  1,542,873.15
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 104 | 09/16 | 5,750.22 | 104 | 09/22 | 5,750.22 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 09/19 | RETURN CHECK # 104 | | 5,750.22 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 1,548,623.37 | 09/16 | 1,542,873.15 | 09/19 | 1,548,623.37 | 09/22 | 1,542,873.15 |





BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
Account: █████5466
Page: 2 of 2



09/22/2016    104    $5,750.22

 **Empire**National**Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5387
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 .....................    1,644,666.50
    PLUS      1   DEPOSITS AND OTHER CREDITS ...................        6,621.83
    LESS      2   CHECKS AND OTHER DEBITS .....................       13,243.66
CURRENT STATEMENT BALANCE AS OF 09/30/16 ......................    1,638,044.67
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 104 | 09/16 | 6,621.83 | 104 | 09/22 | 6,621.83 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/19 | RETURN CHECK # 104 | | 6,621.83 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 1,644,666.50 | 09/16 | 1,638,044.67 | 09/19 | 1,644,666.50 | 09/22 | 1,638,044.67 |



 FDIC

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
Account: █████ 5387
Page: 2 of 2



09/22/2016    104    $6,621.83

**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 09/30/2016
Account Number: ████5392
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ████5392

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ..................... | | 914,073.90 |
| PLUS    1    DEPOSITS AND OTHER CREDITS ................... | | 2,675.36 |
| LESS    2    CHECKS AND OTHER DEBITS ..................... | | 5,350.72 |
| CURRENT STATEMENT BALANCE AS OF 09/30/16 .................... | | 911,398.54 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD    30 | | |

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 102 | 09/16 | 2,675.36 | 102 | 09/22 | 2,675.36 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/19 | RETURN CHECK # 102 | | 2,675.36 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 914,073.90 | 09/16 | 911,398.54 | 09/19 | 914,073.90 | 09/22 | 911,398.54 |





BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
Account: 5392
Page: 2 of 2



09/22/2016    102    $2,675.36



**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures: 1**
**Statement Date:** 09/30/2016
**Account Number:** ▮▮▮▮5414
**HOLDE    CYCLE-309**

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ▮▮▮▮5414
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 .......................    1,173,793.90
    PLUS       1   DEPOSITS AND OTHER CREDITS ...................        2,675.36
    LESS       2   CHECKS AND OTHER DEBITS ......................        5,350.72
CURRENT STATEMENT BALANCE AS OF 09/30/16 .......................    1,171,118.54
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 103 | 09/16 | 2,675.36 | 103 | 09/22 | 2,675.36 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 09/19 | RETURN CHECK # 103 | | 2,675.36 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 1,173,793.90 | 09/16 | 1,171,118.54 | 09/19 | 1,173,793.90 | 09/22 | 1,171,118.54 |





BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
Account: ████ 5414
Page: 2 of 2



09/22/2016   103   $2,675.36



**_EmpireNationalBank_**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ████5428
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ......................   51,957.84
    PLUS       1   DEPOSITS AND OTHER CREDITS ..................   10,005.38
    LESS       2   CHECKS AND OTHER DEBITS .....................   20,010.76
CURRENT STATEMENT BALANCE AS OF 09/30/16 ......................   41,952.46
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 104 | 09/16 | 10,005.38 | 104 | 09/22 | 10,005.38 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 09/19 | RETURN CHECK # 104 | | 10,005.38 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/31 | 51,957.84 | 09/16 | 41,952.46 | 09/19 | 51,957.84 | 09/22 | 41,952.46 |





BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
Account: ████5428
Page: 2 of 2




09/22/2016    104    $10,005.38



**EmpireNationalBank**

1707 Veterans Highway Ste. 8
Islandia, NY 11749
631.348.4444
www.empirenb.com

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 09/30/2016
**Account Number:** ▆▆5490
**HOLDE    CYCLE-309**

BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10416
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER       5490
PREVIOUS STATEMENT BALANCE AS OF 08/31/16 ....................... 1,300,000.00
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................         .00
    LESS      0   CHECKS AND OTHER DEBITS .......................         .00
CURRENT STATEMENT BALANCE AS OF 09/30/16 ....................... 1,300,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 08/31 | 1,300,000.00 | | | | | | |

TransCare Corporation, et al.
Schedule of Deposits
Reporting Period: September 1, 2016 – September 30, 2016

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5349 | 09/06/16 | Bronx-Lebanon Hospital Center | Accounts Receivable Collection | $ 175,003.00 |
| 5349 | 09/06/16 | St. Barnabas Hospital | Accounts Receivable Collection | 420,000.00 |
| | | | | $ 595,003.00 |

TransCare Corporation, et al.
Schedule of Disbursements
Reporting Period: September 1, 2016 - September 30, 2016

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 09/01/16 | EmpireNationalBank | Bank service fee | $ 2,916.67 |
| 5349 | 189 | 09/07/16 | Integrated Rental Services | Settlement for ventilators per Order dated 9/2/16 (docket #260) | 8,000.00 |
| 5349 | 190 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 128,576.25 |
| 5349 | 191 | 09/15/16 | Wells Fargo, National Association | Turnover of accounts receivable collection per Order 9/2/16 (docket #261) | 175,003.00 |
| 5349 | 192 | 09/15/16 | Wells Fargo, National Association | Turnover of accounts receivable collection per Order 9/2/16 (docket #261) | 420,000.00 |
| 5349 | 193 | 09/20/16 | GRM Information Management Services Inc. | Storage fees | 1,076.86 |
| 5349 | 194 | 09/27/16 | National Continental Insurance | Auto insurance | 18,280.40 |
| 5387 | 104 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 6,621.83 |
| 5392 | 102 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 2,675.36 |
| 5409 | 105 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 11,415.70 |
| 5414 | 103 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 2,675.36 |
| 5428 | 104 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 10,005.38 |
| 5433 | 104 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 5,035.98 |
| 5447 | 106 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 22,014.25 |
| 5452 | 104 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 5,229.67 |
| 5466 | 104 | 09/13/16 | Patriarch Partners Agency Services LLC | Partial distribution to secured creditor per Order 3/25/16 (docket #52) | 5,750.22 |
| | | | | | $ 825,276.93 |