# **Exhibit C**

**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Mark A. Kirsch
Direct: +1 212.351.2662
Fax: +1 212.351.6362
MKirsch@gibsondunn.com

<u>**VIA ELECTRONIC MAIL**</u>

October 19, 2016

Ms. Elizabeth LaPuma
Alvarez & Marsal Zohar Management, LLC
600 Madison Avenue, 8th Floor
New York, New York 10022

<u>Re: TransCare Corporation</u>

Dear Ms. LaPuma,

As you know, we represent Patriarch Partners Agency Services, LLC ("PPAS"). We write in response to your October 13, 2016 to Ms. Lynn Tilton, in which you demand that PPAS "turn over to the Zohar Funds all amounts due and owing to the Zohar Funds as lenders under the Credit Agreement, including the Zohar Funds' allocable share of the $600,000 PPAS received from Salvatore LaMonica (the 'Trustee'), as Chapter 7 trustee for TransCare … and the $200,000 received from the Trustee for TransCare." Your letter also demands that PPAS provide assurances that it will provide A&M with any other amounts received including the Zohar Funds' allocable share of the outstanding $503,788 due and owing from the Trustee.

Your letter is premised on a misunderstanding of the facts underlying these payments from the Trustee. To date, the Trustee has not disbursed any monies to PPAS for the benefit of the Zohar Funds. The payments were made as the result of a sale of a pool of assets comprised of assets belonging to 1) the TransCare estate and 2) a separate non-debtor entity, Transcendence Transit, Inc., in which entity and assets the Zohar Funds have no interest. Any funds allocable to the TransCare estate remain with the Trustee and have not been disbursed to PPAS. None of the funds received by PPAS are allocable to the Zohar Funds.

Sincerely,

Mark A. Kirsch /JMK

Mark A. Kirsch

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Hong Kong · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.