UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                      Chapter 7

      TRANSCARE CORPORATION, et al.,         Case No.: 16-10407 (SMB)
                                                                                Jointly Administered
                         Debtors.
---------------------------------------------------------------x

**ORDER, PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, APPROVING THE STIPULATION BY AND BETWEEN THE CHAPTER 7 TRUSTEE, ON BEHALF OF THE DEBTORS' ESTATES, WELLS FARGO BANK N.A. F/K/A WACHOVIA BANK AND NEW YORK CITY TRANSIT AUTHORITY**

Upon the motion (the "Motion")[1] of Salvatore LaMonica, as Chapter 7 Trustee (the "Trustee") of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc. ("TransCare New York"), TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc., TransCare Harford County, Inc., TransCare Pennsylvania, Inc., TC Ambulance Corporation and TC Hudson Valley Ambulance Corp., seeking the entry of an Order, pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure, approving the Stipulation (the "Stipulation") by and between the Trustee, on behalf of the TransCare New York estate, Wells Fargo Bank N.A. f/k/a Wachovia Bank ("Wells Fargo") and New York City Transit Authority and its affiliate the Metropolitan Transportation Authority; and the Trustee having filed a Supplement to the Motion with the Court on November 23, 2016; and no objections having been filed with the Court; and upon the matter having come on for a hearing before the Court on December 6, 2016, the transcript of which is incorporated herein; and after due deliberation and based upon the entirety of the record

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Stipulation and/or the Motion.

before the Court; and no further notice being necessary nor required; and cause existing for the relief requested; it is hereby:

**ORDERED** that the Stipulation is approved; and, it is further

**ORDERED** that the Trustee shall deposit and hold the Settlement Sum in a sub-account in the TransCare New York estate subject to the terms of the Amended Operating Order; and, it is further

**ORDERED**, that the Estate Payment of $200,000 from the Settlement Sum shall be retained by the TransCare estate for the benefit of its creditors; but to the extent that Wells Fargo is not paid in full on its lien, the Estate Payment shall be reduced accordingly and paid to Wells Fargo; and, it is further

**ORDERED** that the Trustee is authorized to do such things, execute such documents and expend such funds necessary to effectuate the terms of this Order.

Date: December 6, 2016                                           /s/ STUART M. BERNSTEIN

New York, New York                                               United States Bankruptcy Judge