UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| TRANSCARE CORPORATION, et al. | ) ) | Chapter 7 Case No. 16-10407 (SMB) |
| Debtors. | ) ) | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                    )  ss.:
COUNTY OF NEW YORK  )

EVAN S. MELLUZZO, being duly sworn, deposes and states that I am not a party to this proceeding, am over 18 years of age and employed by Schulte Roth & Zabel LLP. On December 19, 2016, deponent served a copy of the Objections of Schulte Roth & Zabel LLP to the Motion of Andy J. Creswell, Esq. and Perkins Thompson, P.A. to Withdraw as Counsel for Patriarch Partners Agency Services, LLC, via electronic transmission upon the following at the email addresses designated for that purpose:

| | | |
|---|---|---|
| panderson@fslc.com | kdeleon@outtengolden.com | awilliams@oshr.com |
| rbrook@msek.com | sfox@mcguirewoods.com | dfiorillo@otterbourg.com |
| tbrown@cochranfirm.com | agiacobbe@zeklaw.com | gh@lhmlawfirm.com |
| lcary@carykane.com | rgilbert@hwrpc.com | hrh@lhmlawfirm.com |
| bdiamond@wsatlaw.com | egoldstein@goodwin.com | jhoran@srddlaw.com |
| jmerlino@wsatlaw.com | bankruptcy@goodwin.com | jhoranlaw@gmail.com |
| sreisman@curtis.com | ezucker@blankrome.com | tjensen@carykanelaw.com |
| sdoil@perkinsthompson.com | jmanning@goodwin.com | mkasen@kasenlaw.com |
| rraiche@mid-hudsonlaw.com | bkdocket@fslc.com | zkass@law.nyc.gov |
| mdavis@zeklaw.com | k.gross@fuchsberg.com | jkiba@nysif.com |
| mmccarthy@zeklaw.com | b.agostini@fuchsberg.com | hkleinberg@MSEK.com |
| rguttmann@zeklaw.com | lharrison@curtis.com | kgiddens@msek.com |
| mmillnamow@zeklaw.com | jdrew@curtis.com | elobello@msek.com |
| jdell@d2triallaw.com | cgiglio@curtis.com | seth.kupferberg@ag.ny.gov |

1

| | | |
|---|---|---|
| ksinnott@d2triallaw.com | jpizzurro@curtis.com | okurtz@gardylaw.com |
| cdesiderio@nixonpeabody.com | emunson@curtis.com | sl@lhmlawfirm.com |
| apabon@nixonpeabody.com | pbuenger@curtis.com | npasalides@reichpc.com |
| TDonovan@GWFGlaw.com | tfoudy@curtis.com | jsl@lhmlawfirm.com |
| jstrauss@gwfglaw.com | snamnum@curtis.com | rschultz@fslc.com |
| rfisher@outtengolden.com | jhelfat@oshr.com | filings@spallp.com |
| grl@spallp.com | cgiglio@curtis.com | csimon@otterbourg.com |
| lwilliams@goodwin.com | jdrew@curtis.com | nregina@otterbourg.com |
| bpowers@sallp.com | mgallagher@curtis.com | paulina.stamatelos@ag.ny.gov |
| tmcelduff@drakeloeb.com | pbuenger@curtis.com | enid.stuart@ag.ny.gov |
| rms@robinsonbrog.com | | lvladeck@carykane.com |

| | |
|---|---|
| andrea.b.schwartz@usdoj.gov | slamonica@ecf.epiqsystems.com |
| nybankruptcydocketing@blankrome.com | bankruptcyparalegal@goodwin.com |
| rcreswell@perkinsthompson.com | GLuckman@SilvermanAcampora.com |
| bankruptcy@morrisoncohen.com | igoldstein@trenklawfirm.com |
| lmcaleer@perkinsthompson.com | |

In addition, deponent served the aforementioned document on December 19, 2016 upon the following at the addresses designated for that purpose:

| | | |
|---|---|---|
| Allan S. Bloom<br>Proskauer Rose LLP (NY)<br>11 Times Square<br>New York, NY 10036 | Gary J Brandel<br>c/o Jeffrey C. Daniels, P.C.<br>4 Carren Circle<br>Huntington, NY 11743 | Nayirie Kuyumjian<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036 |
| Local 1181-1061, Amalgamated<br>Transit Union, AFL-CIO<br>20 N. Central Avenue, Suite A<br>Valley Stream, NY 11580-3816 | Michael Brian Ershowsky<br>Levi & Korsinsky, LLP<br>30 Broad Street, 24th Flr.<br>New York, NY 10004 | |
| Michael Luskin<br>Luskin, Stern & Eisler LLP<br>11 Times Square<br>New York, NY 10036 | Eduard Korsinsky<br>Levi & Korsinsky, LLP<br>30 Broad Street, 24th floor<br>New York, NY 10004 | |
| Andrew Evan Rice<br>Proskauer Rose LLP<br>11 Times Square<br>New York, NY 10036 | Christopher James<br>Levi & Korsinsky, LLP<br>30 Broad Street, 24th Flr.<br>New York, NY 10004 | |

2

   Said service was made by depositing true copies of said document, enclosed in post-paid sealed wrappers, properly addressed to the above-name and deposited in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                /s/ Evan S. Melluzzo
                EVAN S. MELLUZZO

Sworn to before me this
20th day of December, 2016

/s/ Ill-llya V. Moore
Notary Public

Ill-llya V. Moore
Notary Public, State of New York
No. 01MO6269700
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Oct. 1, 2020