UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                      Chapter 7

      TRANSCARE CORPORATION, et al.,          Case No.: 16-10407 (SMB)
                              Jointly-Administered

               Debtors.
-------------------------------------------------------------x

**ORDER, PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a),
APPROVING THE MUTUAL RELEASE AND SETTLEMENT AGREEMENT
BY AND BETWEEN THE CHAPTER 7 TRUSTEE, ON BEHALF OF THE
DEBTORS' ESTATES, WELLS FARGO BANK, N.A., AND MONTEFIORE MEDICAL
CENTER, MONTEFIORE MOUNT VERNON HOSPITAL AND
<u>MONTEFIORE NEW ROCHELLE HOSPITAL</u>**

Upon the Motion (the "<u>Motion</u>")[1] of Salvatore LaMonica, the Chapter 7 Trustee (the "<u>Trustee</u>") of the jointly administered estates of TransCare Corporation et al. (collectively, the "<u>Debtors</u>"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking entry of an Order, pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure, approving the mutual release and settlement agreement by and between the Trustee, on behalf of the Debtors' Estates, Wells Fargo Bank, N.A., and Montefiore Medical Center, Montefiore Mount Vernon Hospital and Montefiore New Rochelle Hospital, annexed to the Motion as <u>Exhibit "A"</u> (the "<u>Stipulation</u>"); and the Court having found that the relief sought by the Trustee in the Motion is warranted; and no additional notice being necessary or required; now, therefore, it is hereby

      **ORDERED**, that the Stipulation is approved; and, it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion and/or the Stipulation.

**ORDERED**, that the Trustee is authorized to deposit the Estate Payment in the amount of $20,000 paid from the Settlement Sum to the TransCare Corporation estate; and, it is further

**ORDERED**, that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order.

Dated: January 11th, 2017
      New York, New York

              /s/ STUART M. BERNSTEIN___
              Hon. Stuart M. Bernstein
              United States Bankruptcy Judge