UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
  TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO.  16-10407 (SMB)
(JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED DECEMBER 31, 2016

FILER:              Salvatore LaMonica, as Chapter 7 Trustee
                    c/o LaMonica Herbst & Maniscalco, LLP
                    3305 Jerusalem Ave.
                    Wantagh, New York 11793

ATTORNEY:           Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
                    c/o LaMonica Herbst & Maniscalco, LLP
                    3305 Jerusalem Ave.
                    Wantagh, New York 11793

REPORT PREPARER:    CBIZ Accounting, Tax and Advisory of New York, LLC

    The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

Jan 16, 2017

_____
Salvatore LaMonica, as Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: December 1, 2016 - December 31, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank Transcare Corporation Acct 5349 | Empire Bank Transcare Corporation Acct 5368 (A) | Empire Bank Transcare Corporation Acct 5373 (B) | Empire Bank Transcare Corporation Acct 5455 (G) | Empire Bank Transcare Corporation Acct 5597 (G) | Empire Bank Transcare Corporation Acct 5695 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $  242,766 | $   79,323 | $  800,000 | $        - | $   88,000 | $        - |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $        - | $        - | $        - | $        - | $        - | $        - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | 64,288 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $        - | $        - | $        - | $        - | $        - | $   64,288 |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $        - | $        - | $        - | $        - | $        - | $        - |
| OPERATING | 1,000 | - | - | | | |
| INDEPENDENT CONTRACTOR | - | - | - | | | |
| BANK FEES / MERCHANT FEES | 1,282 | - | - | | | |
| SETTLEMENTS | - | - | - | | | |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | | | |
| PROFESSIONAL FEES | - | - | - | | | |
| TAXES | - | - | - | | | |
| COURT COSTS | - | - | - | | | |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | | | |
| SURETY BOND | - | - | - | | | |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | | | |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | | | |
| TURNOVER OF SALE PROCEEDS | - | - | - | | | |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | | | |
| TRANSFERS (TO TRUSTEE ACCOUNT) | 64,288 | - | - | | | |
| **TOTAL DISBURSEMENTS** | $   66,570 | $        - | $        - | $        - | $        - | $        - |
| **NET CASH FLOW** | $  (66,570) | $        - | $        - | $        - | $        - | $   64,288 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| CASH END OF MONTH | $  176,195 | $   79,323 | $  800,000 | $        - | $   88,000 | $   64,288 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: December 1, 2016 - December 31, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Corporation Acct 5492 (D) | Empire Bank Trustee: M.Lhin Acct 5433 (D) | Empire Bank Trustee: M.Lhin Acct 5638 (H) | Empire Bank Trustee: New York Acct 5447 (D) | Empire Bank Trustee: New York Acct 5642 (H) | Empire Bank Trustee: New York Acct 5702 (I) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 368,313 | $ 38,220 | $ - | $ 1,174,019 | $ - | $ - |
| RECEIPTS | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | | - | - | |
| WELLS FARGO RENT OBLIGATION | - | - | | - | - | |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | | - | - | 2,430,000 |
| SALE / DISPOSITION OF ASSETS | - | - | | - | - | |
| INTEREST INCOME | - | - | | - | - | |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | | - | - | |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | 2,518 | - | 11,007 | |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | | - | - | |
| TOTAL RECEIPTS | $ - | $ - | $ 2,518 | $ - | $ 11,007 | $ 2,430,000 |
| DISBURSEMENTS | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | | - | - | |
| INDEPENDENT CONTRACTOR | - | - | | - | - | |
| BANK FEES / MERCHANT FEES | - | - | | - | - | |
| SETTLEMENTS | - | - | | - | - | |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | | - | - | |
| PROFESSIONAL FEES | - | - | | - | - | |
| TAXES | - | - | | - | - | |
| COURT COSTS | - | - | | - | - | |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | | - | - | |
| SURETY BOND | - | - | | - | - | |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | | - | - | |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | | - | - | |
| TURNOVER OF SALE PROCEEDS | - | - | | - | - | |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | | - | - | |
| TRANSFERS (TO TRUSTEE ACCOUNT) | 5,708 | 2,518 | | 11,007 | - | |
| TOTAL DISBURSEMENTS | $ 5,708 | $ 2,518 | $ - | $ 11,007 | $ - | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (5,708) | $ (2,518) | $ 2,518 | $ (11,007) | $ 11,007 | $ 2,430,000 |
| CASH END OF MONTH | $ 362,605 | $ 35,702 | $ 2,518 | $ 1,163,012 | $ 11,007 | $ 2,430,000 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: December 1, 2016 - December 31, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466,
5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank Transcare Penn Inc Acct 5451 (D) | Empire Bank Transcare Penn Inc Acct 5476 (E) | Empire Bank Transcare Westchester Acct 5466 (D) | Empire Bank Transcare Westchester Acct 5680 (H) | Empire Bank TC Hudson Valley Ambulance Acct 5387 (E) | Empire Bank TC Hudson Valley Ambulance Acct 5619 (I) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 25,118 | $ - | $ 792,986 | $ - | $ 1,938,045 | $ - |
| RECEIPTS | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | 2,615 | - | 2,875 | - | 3,311 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $ - | $ 2,615 | $ - | $ 2,875 | $ - | $ 3,311 |
| DISBURSEMENTS | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | 1,443,857 | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | 2,615 | - | 2,875 | - | 3,311 | - |
| TOTAL DISBURSEMENTS | $ 2,615 | $ - | $ 2,875 | $ - | $ 1,447,168 | $ - |
| NET CASH FLOW | (2,615) | 2,615 | (2,875) | 2,875 | (1,447,168) | 3,311 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| CASH END OF MONTH | $ 22,503 | $ 2,615 | $ 790,111 | $ 2,875 | $ 490,876 | $ 3,311 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: December 1, 2016 - December 31, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Ambulance Group Acct 5392 (E) | Empire Bank TC Ambulance Group Acct 5657 (H) | Empire Bank TCBA Ambulance Inc. Acct 5414 (E) | Empire Bank TCBA Ambulance Inc. Acct 5623 (I) | Empire Bank Trustee Maryland Acct 5428 (E) | Empire Bank Trustee Maryland Acct 5604 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 911,399 | $ - | $ 297,205 | $ - | $ 41,952 | $ - |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | 1,338 | - | 1,338 | - | 5,003 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ 1,338 | $ - | $ 1,338 | $ - | $ 5,003 |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | 1,338 | - | 1,338 | - | 5,003 | - |
| **TOTAL DISBURSEMENTS** | $ 1,338 | $ - | $ 1,338 | $ - | $ 5,003 | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (1,338) | $ 1,338 | $ (1,338) | $ 1,338 | $ (5,003) | $ 5,003 |
| CASH END OF MONTH | $ 910,061 | $ 1,338 | $ 295,868 | $ 1,338 | $ 36,950 | $ 5,003 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: December 1, 2016 - December 31, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5773, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Ambulance North Acct 5490 (F) | Empire Bank TC Ambulance Corp Acct 5661 (H) | Total Net Full Period 12/25/16 - 12/31/16 |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $     312,697 | $          - | $    - |
| RECEIPTS | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $          - | $          - | $    595,003 |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | 977,200 |
| WELLS FARGO RENT OBLIGATION | - | - | 42,013 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | 2,518,000 |
| SALE / DISPOSITION OF ASSETS | - | - | 14,954,435 |
| INTEREST INCOME | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | 915 |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | 5,708 | 1,794,323 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | 67,000 |
| TOTAL RECEIPTS | $          - | $     5,708 | $ 20,948,890 |
| DISBURSEMENTS | | | |
| INSURANCE | $          - | $          - | $    172,420 |
| OPERATING | - | - | 148,165 |
| INDEPENDENT CONTRACTOR | - | - | 55,745 |
| BANK FEES / MERCHANT FEES | - | - | 16,798 |
| SETTLEMENTS | - | - | 8,000 |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | 71,592 |
| PROFESSIONAL FEES | - | - | 1,770 |
| TAXES | - | - | - |
| COURT COSTS | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | 478,714 |
| SURETY BOND | - | - | 1,287 |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | 250,000 |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | 595,003 |
| TURNOVER OF SALE PROCEEDS | - | - | 8,451,771 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | 800,000 |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | 1,794,323 |
| TOTAL DISBURSEMENTS | $          - | $          - | $ 12,945,587 |
| NET CASH FLOW | - | 5,708 | 8,003,303 |
| (RECEIPTS LESS DISBURSEMENTS) | | | |
| CASH END OF MONTH | $     312,697 | $     5,708 | $ 8,003,303 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016



**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 2
Statement Date: 12/31/2016
Account Number: ▓▓▓5349
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ▓▓▓5349
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................    244,535.51
   PLUS     0  DEPOSITS AND OTHER CREDITS ...................           .00
   LESS     4  CHECKS AND OTHER DEBITS ......................      68,340.27
CURRENT STATEMENT BALANCE AS OF 12/31/16 ........................    176,195.24
NUMBER OF DAYS IN THIS STATEMENT PERIOD   31
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 200 | 12/22 | 1,770.00 | 201 | 12/12 | 1,000.00 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/01 | COLLATERAL FEE | 1,282.35 | |
| 12/09 | XFER TO ACCT   CK-XXXXXXXX5695 | 64,287.92 | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 244,535.51 | 12/01 | 243,253.16 | 12/09 | 178,965.24 | 12/12 | 177,965.24 |
| 12/22 | 176,195.24 | | | | | | |





BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ████5349
Page: 2 of 2



12/22/2016    200    $1,770.00

12/12/2016    201    $1,000.00

 **Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5368
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5368
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 .......................     79,323.38
    PLUS      0  DEPOSITS AND OTHER CREDITS ...................           .00
    LESS      0  CHECKS AND OTHER DEBITS ......................           .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................     79,323.38
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 79,323.38 | | | | | | |






**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures: 0**
**Statement Date:** 12/31/2016
**Account Number:** ▮▮5373
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▮▮5373
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ...................     800,000.00
   PLUS      0  DEPOSITS AND OTHER CREDITS ..................           .00
   LESS      0  CHECKS AND OTHER DEBITS ....................           .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ...................     800,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 800,000.00 | | | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ▓▓▓▓5485
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5485
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 .......................     .00
   PLUS      0  DEPOSITS AND OTHER CREDITS ...................     .00
   LESS      0  CHECKS AND OTHER DEBITS .....................     .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ......................     .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD   31
```

## Balance By Date

| DATE  | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|-------|---------|------|---------|------|---------|------|---------|
| 11/30 | .00     |      |         |      |         |      |         |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5597
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ████5597
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 .......................    88,000.00
    PLUS        0  DEPOSITS AND OTHER CREDITS ...................          .00
    LESS        0  CHECKS AND OTHER DEBITS ......................          .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................    88,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 88,000.00 | | | | | | |





 **EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 12/31/2016
**Account Number:** ▉▉▉5695
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▉▉▉5695
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................        .00
    PLUS      1  DEPOSITS AND OTHER CREDITS ...................   64,287.92
    LESS      0  CHECKS AND OTHER DEBITS .......................        .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................   64,287.92
NUMBER OF DAYS IN THIS STATEMENT PERIOD    23
```

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5349 | | 64,287.92 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 64,287.92 | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 12/31/2016
**Account Number:** ███ 5409
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ███ 5409
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 .......................    368,313.04
    PLUS    0  DEPOSITS AND OTHER CREDITS ...................           .00
    LESS    1  CHECKS AND OTHER DEBITS ......................      5,707.88
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................    362,605.16
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT    CK-XXXXXXXX5661 | 5,707.88 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 368,313.04 | 12/09 | 362,605.16 | | | | |





 **EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ▮▮5433
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ▮5433

| | | |
|---|---|---:|
| PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ...................... | | 38,219.74 |
| PLUS    0    DEPOSITS AND OTHER CREDITS .................... | | .00 |
| LESS    1    CHECKS AND OTHER DEBITS ...................... | | 2,518.00 |
| CURRENT STATEMENT BALANCE AS OF 12/31/16 ...................... | | 35,701.74 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD    31 | | |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 12/09 | XFER TO ACCT   CK-XXXXXXXX5638 | 2,518.00 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/30 | 38,219.74 | 12/09 | 35,701.74 | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5638
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ████5638
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................        .00
     PLUS      1  DEPOSITS AND OTHER CREDITS ...................   2,518.00
     LESS      0  CHECKS AND OTHER DEBITS .....................        .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................   2,518.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    23
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5433 | | 2,518.00 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 2,518.00 | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ▓▓▓▓5447
HOLDE     CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER       ▓▓▓▓5447
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ...................... 1,174,019.10
    PLUS       0  DEPOSITS AND OTHER CREDITS ...................       .00
    LESS       1  CHECKS AND OTHER DEBITS .....................   11,007.19
CURRENT STATEMENT BALANCE AS OF 12/31/16 ...................... 1,163,011.91
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT   CK-XXXXXXXX5642 | 11,007.19 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 1,174,019.10 | 12/09 | 1,163,011.91 | | | | |





 **Empire**National*Bank*

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 12/31/2016
**Account Number:** ▇5642
HOLDE     CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▇5642
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 ........................       .00
    PLUS      1  DEPOSITS AND OTHER CREDITS ...................  11,007.19
    LESS      0  CHECKS AND OTHER DEBITS .....................       .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ......................  11,007.19
NUMBER OF DAYS IN THIS STATEMENT PERIOD   23
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5447 | | 11,007.19 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 11,007.19 | | | | |





**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ███5702
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5702
PREVIOUS STATEMENT BALANCE AS OF 12/15/16 .......................        .00
    PLUS    1  DEPOSITS AND OTHER CREDITS ..................  2,430,000.00
    LESS    0  CHECKS AND OTHER DEBITS ......................         .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................  2,430,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    16
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 12/16 | DEPOSIT | | 2,430,000.00 |
| | NUMBER  0000000001 | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/15 | .00 | 12/16 | 2,430,000.00 | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 12/31/2016
**Account Number:** ███5452
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5452
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................    25,117.61
    PLUS     0  DEPOSITS AND OTHER CREDITS ...................          .00
    LESS     1  CHECKS AND OTHER DEBITS .....................       2,614.85
CURRENT STATEMENT BALANCE AS OF 12/31/16 ........................    22,502.76
NUMBER OF DAYS IN THIS STATEMENT PERIOD   31
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT   CK-XXXXXXXX5676 | 2,614.85 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 25,117.61 | 12/09 | 22,502.76 | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 12/31/2016
**Account Number:** ▮▮▮▮5676
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF INC TRANSCARE PENNS
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ▮▮▮▮5676
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................        .00
    PLUS      1  DEPOSITS AND OTHER CREDITS ...................   2,614.85
    LESS      0  CHECKS AND OTHER DEBITS .....................        .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................   2,614.85
NUMBER OF DAYS IN THIS STATEMENT PERIOD    23
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5452 | | 2,614.85 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 2,614.85 | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5466
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ████5466
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................    702,986.30
　　PLUS    0  DEPOSITS AND OTHER CREDITS ...................    　　 .00
　　LESS    1  CHECKS AND OTHER DEBITS .....................    　2,875.13
CURRENT STATEMENT BALANCE AS OF 12/31/16 ........................    700,111.17
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT    CK-XXXXXXXX5680 | 2,875.13 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 702,986.30 | 12/09 | 700,111.17 | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5680
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5680
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................         .00
    PLUS      1  DEPOSITS AND OTHER CREDITS ...................    2,875.13
    LESS      0  CHECKS AND OTHER DEBITS ......................         .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................    2,875.13
NUMBER OF DAYS IN THIS STATEMENT PERIOD    23
```

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5466 | | 2,875.13 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 2,875.13 | | | | |







**1707 VETERANS HWY., STE. 8**
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 12/31/2016
Account Number: ▮▮▮▮▮5387
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

\*\*\* CHECKING \*\*\* BANKRUPTCY CHECKING
ACCOUNT NUMBER    ▮▮▮▮5387
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................ 1,938,044.67
    PLUS    0  DEPOSITS AND OTHER CREDITS ..................... .00
    LESS    2  CHECKS AND OTHER DEBITS ..................... 1,447,168.42
CURRENT STATEMENT BALANCE AS OF 12/31/16 ..................... 490,876.25
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 105 | 12/14 | 1,443,857.49 | | | |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT    CK-XXXXXXXX5619 | 3,310.93 | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 1,938,044.67 | 12/09 | 1,934,733.74 | 12/14 | 490,876.25 | | |





BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
Account: 5387
Page: 2 of 2

 

12/14/2016   105   $1,443,857.49


**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ▇▇▇▇5619
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary
```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ▇▇▇▇5619
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................        .00
   PLUS     1  DEPOSITS AND OTHER CREDITS ...................   3,310.93
   LESS     0  CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ......................   3,310.93
NUMBER OF DAYS IN THIS STATEMENT PERIOD     23
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5387 | | 3,310.93 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 3,310.93 | | | | |







**_EmpireNationalBank_**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5392
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5392
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................    911,398.54
    PLUS     0  DEPOSITS AND OTHER CREDITS ...................           .00
    LESS     1  CHECKS AND OTHER DEBITS .....................      1,337.69
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................    910,060.85
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT   CK-XXXXXXXX5657 | 1,337.69 | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 911,398.54 | 12/09 | 910,060.85 | | | | |







**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▓▓▓5657
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 ........................         .00
    PLUS      1  DEPOSITS AND OTHER CREDITS ...................    1,337.69
    LESS      0  CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ........................    1,337.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD    23
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5392 | | 1,337.69 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 1,337.69 | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5414
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

\*\*\* CHECKING \*\*\* BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5414
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................    297,205.29
    PLUS      0  DEPOSITS AND OTHER CREDITS ...................           .00
    LESS      1  CHECKS AND OTHER DEBITS ......................      1,337.69
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................    295,867.60
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT   CK-XXXXXXXX5623 | 1,337.69 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 297,205.29 | 12/09 | 295,867.60 | | | | |







**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ▓▓▓5623
HOLDE     CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▓▓▓5623
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................        .00
     PLUS     1  DEPOSITS AND OTHER CREDITS ...................  1,337.69
     LESS     0  CHECKS AND OTHER DEBITS .....................        .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................  1,337.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD     23
```

## Account Transactions

| DATE  | DESCRIPTION                          | DEBITS | CREDITS  |
|-------|-------------------------------------|--------|----------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5414       |        | 1,337.69 |

## Balance By Date

| DATE  | BALANCE | DATE  | BALANCE  | DATE | BALANCE | DATE | BALANCE |
|-------|---------|-------|----------|------|---------|------|---------|
| 12/08 | .00     | 12/09 | 1,337.69 |      |         |      |         |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures: 0**
**Statement Date:** 12/31/2016
**Account Number:** ████5428
**HOLDE    CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

\*\*\* CHECKING \*\*\* BANKRUPTCY CHECKING
ACCOUNT NUMBER        ████5428
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 ........................    41,952.46
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................         .00
    LESS      1   CHECKS AND OTHER DEBITS .....................     5,002.72
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................    36,949.74
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 12/09 | XFER TO ACCT    CK-XXXXXXXXX5604 | 5,002.72 | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 41,952.46 | 12/09 | 36,949.74 | | | | |



NOTICE:  See reverse side for important information




**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures: 0**
**Statement Date: 12/31/2016**
**Account Number:** ▉▉▉5604
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

\*\*\* CHECKING \*\*\* BANKRUPTCY CHECKING
ACCOUNT NUMBER       ▉▉▉5604
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 ........................        .00
   PLUS       1   DEPOSITS AND OTHER CREDITS ...................      5,002.72
   LESS       0   CHECKS AND OTHER DEBITS .....................        .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ........................      5,002.72
NUMBER OF DAYS IN THIS STATEMENT PERIOD    23

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5428 | | 5,002.72 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/08 | .00 | 12/09 | 5,002.72 | | | | |







**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10416
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      █████5490
PREVIOUS STATEMENT BALANCE AS OF 11/30/16 .......................   312,097.25
    PLUS     0  DEPOSITS AND OTHER CREDITS ...................          .00
    LESS     0  CHECKS AND OTHER DEBITS ......................          .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 ......................   312,097.25
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 11/30 | 312,097.25 | | | | | | |




NOTICE:  See reverse side for important information



**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 12/31/2016
Account Number: ████5661
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      █████5661
PREVIOUS STATEMENT BALANCE AS OF 12/08/16 .......................          .00
    PLUS     1  DEPOSITS AND OTHER CREDITS ...................     5,707.88
    LESS     0  CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 12/31/16 .......................     5,707.88
NUMBER OF DAYS IN THIS STATEMENT PERIOD     23
```

## Account Transactions

| DATE  | DESCRIPTION | DEBITS | CREDITS |
|-------|-------------|--------|---------|
| 12/09 | XFER FROM ACCT CK-XXXXXXXX5409 | | 5,707.88 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/08 | .00 | 12/09 | 5,707.88 | | | | |



NOTICE:  See reverse side for important information
*Page 34 of 36*



TransCare Corporation, et al.
Schedule of Deposits
Reporting Period: December 1, 2016 – December 31, 2016

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5604 | 12/08/16 | Transfer from Acct # xxxxxx5428 | Transfer of Funds to Priority Wage Claims account | $ 5,002.72 |
| 5619 | 12/08/16 | Transfer from Acct # xxxxxx5387 | Transfer of Funds to Priority Wage Claims account | 3,310.93 |
| 5623 | 12/08/16 | Transfer from Acct # xxxxxx5414 | Transfer of Funds to Priority Wage Claims account | 1,337.69 |
| 5638 | 12/08/16 | Transfer from Acct # xxxxxx5433 | Transfer of Funds to Priority Wage Claims account | 2,518.00 |
| 5642 | 12/08/16 | Transfer from Acct # xxxxxx5447 | Transfer of Funds to Priority Wage Claims account | 11,007.19 |
| 5657 | 12/08/16 | Transfer from Acct # xxxxxx5392 | Transfer of Funds to Priority Wage Claims account | 1,337.69 |
| 5661 | 12/08/16 | Transfer from Acct # xxxxxx5409 | Transfer of Funds to Priority Wage Claims account | 5,707.88 |
| 5676 | 12/08/16 | Transfer from Acct # xxxxxx5452 | Transfer of Funds to Priority Wage Claims account | 2,614.85 |
| 5680 | 12/08/16 | Transfer from Acct # xxxxxx5466 | Transfer of Funds to Priority Wage Claims account | 2,875.13 |
| 5695 | 12/08/16 | Transfer from Acct # xxxxxx5349 | Transfer of Funds to Priority Wage Claims account | 64,287.92 |
| 5702 | 12/15/16 | New York City Transit Authority | Settlement with Wells and NYC Transit Authority Per Order 12/6/16 (docket #331) | 2,430,000.00 |
| | | | | $ 2,530,000.00 |

TransCare Corporation, et al.
Schedule of Disbursements
Reporting Period: December 1, 2016 - December 31, 2016

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 12/01/16 | EmpireNationalBank | Bank service fee | $    1,282.35 |
| 5349 | 201 | 12/06/16 | Willis of New York, Inc. | ERISA bond coverage for wind down of 401k per Order 7/21/16 (docket # 276) | 1,000.00 |
| 5349 | | 12/08/16 | Transfer to Acct # xxxxxx5695 | Transfer of funds to Priority Wage Claims account | 64,287.92 |
| 5387 | 105 | 12/06/16 | Wells Fargo Bank | Sale of CON 0667 per Order 7/7/16 (docket # 201) | 1,443,857.49 |
| 5387 | | 12/08/16 | Transfer to Acct # xxxxxx5619 | Transfer of funds to Priority Wage Claims account | 3,310.93 |
| 5392 | | 12/08/16 | Transfer to Acct # xxxxxx5657 | Transfer of funds to Priority Wage Claims account | 1,337.69 |
| 5409 | | 12/08/16 | Transfer to Acct # xxxxxx5661 | Transfer of funds to Priority Wage Claims account | 5,707.88 |
| 5414 | | 12/08/16 | Transfer to Acct # xxxxxx5623 | Transfer of funds to Priority Wage Claims account | 1,337.69 |
| 5428 | | 12/08/16 | Transfer to Acct # xxxxxx5604 | Transfer of funds to Priority Wage Claims account | 5,002.72 |
| 5433 | | 12/08/16 | Transfer to Acct # xxxxxx5638 | Transfer of funds to Priority Wage Claims account | 2,518.00 |
| 5447 | | 12/08/16 | Transfer to Acct # xxxxxx5642 | Transfer of funds to Priority Wage Claims account | 11,007.19 |
| 5452 | | 12/08/16 | Transfer to Acct # xxxxxx5676 | Transfer of funds to Priority Wage Claims account | 2,614.85 |
| 5466 | | 12/08/16 | Transfer to Acct # xxxxxx5680 | Transfer of funds to Priority Wage Claims account | 2,875.13 |
| | | | | | $   1,546,139.84 |