UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO. 16-10407 (SMB)
(JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED NOVEMBER 30, 2016

FILER: Salvatore LaMonica, as Chapter 7 Trustee
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave.
Wantagh, New York 11793

ATTORNEY: Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave.
Wantagh, New York 11793

REPORT PREPARER: CBIZ Accounting, Tax and Advisory of New York, LLC

The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

Jan 18, 2017

Salvatore LaMonica, as Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: November 1, 2016 - November 30, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5409, 5433, 5447, 5452, 5466, 5387, 5392, 5414, 5428, 5490
Account Type: Trustee Checking

| | Empire Bank: Transcare Corporation Acct 5349 | Empire Bank: Transcare Corporation Acct 5368 (A) | Empire Bank: Transcare Corporation Acct 5373 (B) | Empire Bank: Transcare Corporation Acct 5485 (C) | Empire Bank: Transcare Corporation Acct 5597 (G) | Empire Bank: TC Corporation Acct 5409 (D) | Empire Bank: Transcare ML Inc. Acct 5433 (D) | Empire Bank: Transcare New York Acct 5447 (D) | Empire Bank: Transcare Penn Inc. Acct 5452 (D) | Empire Bank: Transcare Westchester Acct 5466 (D) | Empire Bank: TC Hudson Valley Ambulance Acct 5387 (E) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 138,131 | $ 79,323 | $ 800,000 | $ - | $ - | $ 1,356,216 | $ 38,220 | $ 4,192,327 | $ 25,118 | $ 1,842,873 | $ 1,938,045 |
| **RECEIPTS** | | | | | | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | 127,200 | - | - | - | - | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | 88,000 | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $ 127,200 | $ - | $ - | $ - | $ 88,000 | $ - | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | | | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | 19,204 | - | - | - | - | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | 1,592 | - | - | - | - | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - | - | - | - | - | - |
| PROFESSIONAL FEES | 1,770 | - | - | - | - | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | 987,903 | - | 3,018,307 | - | 1,139,887 | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | - | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ 22,566 | $ - | $ - | $ - | $ - | $ 987,903 | $ - | $ 3,018,307 | $ - | $ 1,139,887 | $ - |
| NET CASH FLOW | $ 104,634 | $ - | $ - | $ - | $ 88,000 | $ (987,903) | $ - | $ (3,018,307) | $ - | $ (1,139,887) | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | | | | |
| **CASH END OF MONTH** | $ 242,766 | $ 79,323 | $ 800,000 | $ - | $ 88,000 | $ 368,313 | $ 38,220 | $ 1,174,019 | $ 25,118 | $ 702,986 | $ 1,938,045 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: November 1, 2016 - November 30, 2016
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5409, 5433, 5447, 5452, 5466, 5387, 5392, 5414, 5428, 5490
Account Type: Trustee Checking

| | Empire Bank: TC Ambulance Group Acct 5392 (E) | Empire Bank: TCBA Ambulance Inc. Acct 5414 (E) | Empire Bank: Trancare Maryland Acct 5428 (E) | Empire Bank: TC Ambulance North Acct 5490 (F) | Total for Full Period 2/25/16 - 11/30/16 |
|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 911,399 | $ 1,171,119 | $ 41,952 | $ 1,300,000 | $ - |
| **RECEIPTS** | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ 595,003 |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | 977,200 |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | 42,013 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | 88,000 |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | 14,954,435 |
| INTEREST INCOME | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | 915 |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | 1,694,323 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | 67,000 |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ 18,418,890 |
| **DISBURSEMENTS** | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ 172,420 |
| OPERATING | - | - | - | - | 147,165 |
| INDEPENDENT CONTRACTOR | - | - | - | - | 55,745 |
| BANK FEES / MERCHANT FEES | - | - | - | - | 15,516 |
| SETTLEMENTS | - | - | - | - | 8,000 |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | 71,592 |
| PROFESSIONAL FEES | - | - | - | - | 1,770 |
| TAXES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | 478,714 |
| SURETY BOND | - | - | - | - | 1,287 |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | 350,000 |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | 595,003 |
| TURNOVER OF SALE PROCEEDS | - | 873,913 | - | 987,903 | 7,007,913 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | 800,000 |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | 1,694,323 |
| TOTAL DISBURSEMENTS | $ - | $ 873,913 | $ - | $ 987,903 | $ 11,399,447 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ - | $ (873,913) | $ - | $ (987,903) | $ 7,019,443 |
| CASH END OF MONTH | $ 911,399 | $ 297,205 | $ 41,952 | $ 312,097 | $ 7,019,443 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016



1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 2
**Statement Date:** 11/30/2016
**Account Number:** [REDACTED]5349
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [REDACTED]5349

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 138,131.02 |
| PLUS 1 DEPOSITS AND OTHER CREDITS | 127,200.00 |
| LESS 3 CHECKS AND OTHER DEBITS | 20,795.51 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 244,535.51 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 198 | 11/15 | 18,000.00 | 199 | 11/14 | 1,203.86 |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 11/01 | COLLATERAL FEE | 1,591.65 | |
| 11/21 | FED W/I-201611210026133 -ORG- TRANSCARE CORPORATION | | 127,200.00 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 138,131.02 | 11/01 | 136,539.37 | 11/14 | 135,335.51 | 11/15 | 117,335.51 |
| 11/21 | 244,535.51 | | | | | | |



NOTICE: See reverse side for important information





BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: [redacted]5349
Page: 2 of 2



11/15/2016 198 $18,000.00



11/14/2016 199 $1,203.86




1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** ████5368
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ████5368

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 79,323.38 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 79,323.38 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 30 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 79,323.38 | | | | | | |



NOTICE: See reverse side for important information







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5373
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5373

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 800,000.00 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 800,000.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 30 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 800,000.00 | | | | | | |

EQUAL HOUSING LENDER
FDIC





1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5485
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5485
PREVIOUS STATEMENT BALANCE AS OF 10/31/16 ........................ .00
PLUS 0 DEPOSITS AND OTHER CREDITS .................... .00
LESS 0 CHECKS AND OTHER DEBITS ...................... .00
CURRENT STATEMENT BALANCE AS OF 11/30/16 ........................ .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD 30

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | .00 | | | | | | |



NOTICE: See reverse side for important information








1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5597
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5597

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 11/28/16 | .00 |
| PLUS 3 DEPOSITS AND OTHER CREDITS | 88,000.00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 88,000.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 2 | |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 11/29 | REMOTE CAPTURE DEPOSIT | | 5,368.00 |
| 11/29 | REMOTE CAPTURE DEPOSIT | | 29,216.00 |
| 11/29 | REMOTE CAPTURE DEPOSIT | | 53,416.00 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 11/28 | .00 | 11/29 | 88,000.00 | | | | |



NOTICE: See reverse side for Important Information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 11/30/2016
Account Number: [redacted]5409
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5409

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 1,356,215.79 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 1 CHECKS AND OTHER DEBITS | 987,902.75 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 368,313.04 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 106 | 11/29 | 987,902.75 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,356,215.79 | 11/29 | 368,313.04 | | | | |




NOTICE: See reverse side for important information





BANKRUPTCY ESTATE OF TC CORPORTATION
Account: ■■■■5409
Page: 2 of 2









1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5433
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5433

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 ........................ | 38,219.74 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................. | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ..................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 ......................... | 38,219.74 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 30 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 38,219.74 | | | | | | |










1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 1
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5447
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5447

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 4,192,326.54 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 1 CHECKS AND OTHER DEBITS | 3,018,307.44 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 1,174,019.10 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 107 | 11/09 | 3,018,307.44 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 4,192,326.54 | 11/09 | 1,174,019.10 | | | | |



NOTICE: See reverse side for important information





BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
Account: [redacted]5447
Page: 2 of 2



11/09/2016 107 $3,018,307.44




1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5452
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5452
PREVIOUS STATEMENT BALANCE AS OF 10/31/16 ........................ 25,117.61
   PLUS      0  DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0  CHECKS AND OTHER DEBITS ......................          .00
CURRENT STATEMENT BALANCE AS OF 11/30/16 ......................... 25,117.61
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 25,117.61 | | | | | | |



**NOTICE: See reverse side for important information**







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 1
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5466
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5466

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 1,842,873.15 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 1 CHECKS AND OTHER DEBITS | 1,139,886.85 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 702,986.30 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 105 | 11/09 | 1,139,886.85 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,842,873.15 | 11/09 | 702,986.30 | | | | |



NOTICE: See reverse side for Important Information





BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
Account: [redacted]5466
Page: 2 of 2

EMPIRENATIONALBANK

CHECK NUMBER 105

SALVATORE LAMONICA
TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH, NY 11793

Payment to secured creditor per Order dated 7.7.16 Docket 204

11/3/16

******1,139,886.85

CASE NUMBER 16-10414

Debtor: TransCare Westchester, Inc.

PAY TO THE ORDER OF Wells Fargo Bank

One Million One Hundred Thirty Nine Thousand Eight Hundred Eighty Six Dollars And 85/100

11/09/2016 105 $1,139,886.85




1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5387
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5387

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | | 1,938,044.67 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | | 1,938,044.67 |

NUMBER OF DAYS IN THIS STATEMENT PERIOD 30

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,938,044.67 | | | | | | |



NOTICE: See reverse side for important information








1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5392
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5392

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | | 911,398.54 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | | 911,398.54 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 911,398.54 | | | | | | |




NOTICE: See reverse side for important information






1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 1
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5414
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5414

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 1,171,118.54 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 1 CHECKS AND OTHER DEBITS | 873,913.25 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 297,205.29 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 104 | 11/09 | 873,913.25 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,171,118.54 | 11/09 | 297,205.29 | | | | |



NOTICE: See reverse side for important information





BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
Account [redacted] 5414
Page: 2 of 2


EMPIRENATIONALBANK
CHECK NUMBER 104
SALVATORE LAMONICA TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH, NY 11793
DATE 11/3/16
AMOUNT ********873,913.25
CASE NUMBER 16-10412
ESTATE OF Debtor: TCBA Ambulance, Inc.
PAY TO THE ORDER OF
Eight Hundred Seventy Three Thousand Nine Hundred Thirteen Dollars And 25/100
11/09/2016 104 $873,913.25





1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5428
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5428

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | 41,952.46 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | 41,952.46 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 30 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 41,952.46 | | | | | | |



NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 1
**Statement Date:** 11/30/2016
**Account Number:** [redacted]5490
**HOLDE** **CYCLE-309**

BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10416
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5490

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 10/31/16 | | 1,300,000.00 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 1 CHECKS AND OTHER DEBITS | 987,902.75 |
| CURRENT STATEMENT BALANCE AS OF 11/30/16 | | 312,097.25 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 30 | |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 101 | 11/29 | 987,902.75 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/31 | 1,300,000.00 | 11/29 | 312,097.25 | | | | |



NOTICE: See reverse side for important information



BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
Account: [redacted] 5490
Page: 2 of 2



EMPIRENATIONALBANK

SALVATORE LAMONICA
TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH, NY 11793

CHECK NUMBER 101

DATE 11/21/16

AMOUNT ******987,902.75

16-10416

ESTATE OF
Debtor: TC Ambulance North, Inc.

PAY TO THE ORDER OF

Nine Hundred Eighty Seven Thousand Nine Hundred Two Dollars And 75/100

CHAPTER 7 TRUSTEE

11/29/2016 101 $987,902.75

**TransCare Corporation, et al.**
**Schedule of Deposits**
**Reporting Period: November 1, 2016 - November 30, 2016**

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5349 | 11/21/16 | Transcare Corp. (Wells Fargo) | U&O Payment | $ 127,200.00 |
| 5597 | 11/29/16 | Montefiore New Rochelle Hospital | Settlement with Montefiore | 53,416.00 |
| 5597 | 11/29/16 | Montefiore Mount Vernon Hospital | Settlement with Montefiore | 5,368.00 |
| 5597 | 11/29/16 | Montefiore Medical Center | Settlement with Montefiore | 29,216.00 |
| | | | | **$ 215,200.00** |

**TransCare Corporation, et al.**
**Schedule of Disbursements**
**Reporting Period: November 1, 2016 - November 30, 2016**

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 11/01/16 | EmpireNationalBank | Bank service fee | $ 1,591.65 |
| 5349 | 198 | 11/02/16 | Senior Care Emergency Medical Services | Operation of CONs under management agreement per Order 9/20/16 (docket #276) | 18,000.00 |
| 5349 | 199 | 11/08/16 | GRM Information Management Services, Inc. | Storage fees invoice # 1848569 | 1,203.86 |
| 5349 | 200 | 11/29/16 | Allan L. Gropper | Zurich Mediation fee per invoice 11/11/16 and Order 9/12/16 | 1,770.00 |
| 5447 | 107 | 11/03/16 | Wells Fargo Bank | Payment to secured creditor per Order 7/7/16 (docket #204) | 3,018,307.44 |
| 5414 | 104 | 11/03/16 | Wells Fargo Bank | Payment to secured creditor per Order 7/7/16 (docket #205) | 873,913.25 |
| 5466 | 105 | 11/03/16 | Wells Fargo Bank | Payment to secured creditor per Order 7/7/16 (docket #204) | 1,139,886.85 |
| 5490 | 101 | 11/21/16 | Wells Fargo Bank | Sale of CON 509 per Order 7/7/16 (docket #200) | 987,902.75 |
| 5409 | 106 | 11/21/16 | Wells Fargo Bank | Sale of CON 510 per Order 7/7/16 (docket #202) | 987,902.75 |
| | | | | | $ 7,030,478.55 |