UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                            Chapter 7

        TRANSCARE CORPORATION, et al.,          Case No.: 16-10407 (SMB)
                                                 Jointly-Administered

                Debtors.

-----------------------------------------------------------------x

## GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODS AND DISCLAIMER REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANICAL AFFAIRS

On February 24, 2016, (the "Initial Petition Date"), TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc. and TransCare Harford County, Inc. (collectively, the "Initial Debtors") filed for relief under Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court, Southern District of New York (the "Court"). On February 25, 2016, Salvatore LaMonica was appointed as the interim Chapter 7 Trustee of the Initial Debtors' cases (the "Trustee"), has since duly qualified and is the permanent Trustee administering the Initial Debtors' estates. Pursuant to Order dated March 1, 2016, the Initial Debtors' cases are being jointly administered under Case No. 16-10407 (TransCare Corporation).

On April 25, 2016, TransCare Pennsylvania, Inc., TC Ambulance Corporation and TC Hudson Valley Ambulance Corp. (collectively, the "Subsequent Debtors", together with the Initial Debtors are collectively referred to herein as the "Debtors") filed for bankruptcy relief under Chapter 7 of the Bankruptcy Court in this Court. On April 25, 2016, Salvatore LaMonica was appointed as the interim Chapter 7 Trustee in each of Subsequent Debtors' cases has since duly qualified and is the permanent Trustee administering the Subsequent Debtors' estates. Pursuant to Order dated June 28, 2016, the Subsequent Debtors' cases are also being jointly administered under Case No. 16-10407 (TransCare Corporation).

| Initial Debtor Entity | Case No. |
|---|---|
| TransCare Corporation | 16-10407 |
| TransCare New York, Inc. | 16-10408 |
| TransCare ML, Inc. | 16-10409 |
| TC Ambulance Group Inc. | 16-10410 |
| TransCare Management Services, Inc. | 16-10411 |
| TCBA Ambulance, Inc. | 16-10412 |
| TC Billing and Services Corporation | 16-10413 |
| TransCare Westchester Inc. | 16-10414 |
| TransCare Maryland Inc. | 16-10415 |
| TC Ambulance North, Inc. | 16-10416 |
| TransCare Harford County, Inc. | 16-10417 |

1

| Subsequent Debtor Entity | Case No. |
|---|---|
| TransCare Pennsylvania, Inc. | 16-11057 |
| TC Ambulance Corporation | 16-11058 |
| TC Hudson Valley Ambulance Corp. | 16-11059 |

The Debtors' respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") have been prepared by the Trustee, with the assistance of his retained attorneys and financial advisors, in accordance with Bankruptcy Code § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

These Global Notes Pertaining to each of the Debtors' Schedules and Statements (collectively, the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, each of the Schedules and Statements. These Global Notes should be referred to, and reviewed in connection with, any review of the Schedules and Statements.

These Global Notes are in addition to any specific notes contained in a particular Debtors' Schedules or Statements. Disclosure of information in one Schedule, Statement, exhibit or continuation sheet, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

The Schedules and Global Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors.

1.  Reservation of Rights.    The Debtors' filing of these Chapter 7 bankruptcy cases materially impacted the Debtors' ability to access and marshal information about their businesses, especially where such information was in the hands of non-debtor third-parties. Although the Trustee and his advisors have been working diligently to gather information about the Debtors' businesses, the condition of the Debtors' books and records, together with the departure of many key personnel, have imposed on this process. The process of gathering and consolidating the Debtors' information will continue after the filing of these Schedules and Statements, which should be regarded as a work in progress, to be followed by supplements and amendments as necessary.

The Schedules and Statements are unaudited and subject to further review and potential adjustment. In preparing the Schedules and Statements, the Trustee relied on financial data derived from the Debtors' books and records that were available at the time of preparation. The Debtors' books and records were last closed for internal use at October 31, 2015, and since that date not all activity was recorded or adjustments were made. The Trustee, and his retained professionals, have made reasonable efforts to ensure the accuracy and completeness of such financial information; however, subsequent information or discovery may result in material changes to the Schedules and Statements and inadvertent errors, omissions or inaccuracies may exist. The Trustee and his retained professionals reserve all rights to amend or supplement the Schedules and Statements as deemed appropriate.

Moreover, because the Schedules and Statements contain unaudited information, which information is subject to further review and potential adjustment, there can be no assurance that these Schedules and Statements are complete. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to these Chapter 7 cases, including, but not limited to, any rights to assert claims or causes of action relating to equitable subordination and/or causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws to recover assets, avoid transfers or collect money owed.

Nothing contained in the Schedules and Statements or these Global Notes shall constitute or deemed to be an admission of any kind by the Trustee or the estates or a waiver of any of the Trustee's rights to assert claims or defenses. By way of example, the avoidance of doubt, listing a claim on: i) Schedule D as "secured"; ii) on Schedule E/F as "priority; iii) on Schedule E/F as

"unsecured priority"; or iv) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Trustee of the legal rights of the claimant, or a waiver of the Trustee's right to re-characterize or reclassify such claim or contract. Failure to designate a claim on a given Debtor's Schedule as "disputed", "contingent" or "unliquidated" does not constitute an admission by the Trustee that such amount is not "disputed", "contingent" or "unliquidated".

2. <u>"As of" Information Date</u>. Unless otherwise indicated, all amounts listed in the Schedules and Statements are as of October 31, 2015, which represents the last date the Debtors' books and records appear to have been closed by management.

   The Subsequent Debtors' books and records were prepared on a consistent basis and time frame as the Initial Debtors' books and records, and upon information and belief, the Subsequent Debtors did not operate after the Initial Petition Date.

3. <u>Agreements Subject to Confidentiality and/or Missing Information</u>. There may be instances within the Schedules and Statements where either names, addresses or amounts have been left blank. In some cases, the information is missing and the Trustee has not been able to obtain the complete information as of the date of these Schedules and Statements.

4. <u>Asset Presentation</u>. Unless otherwise indicated, assets are presented at book value as of October 31, 2015. Information contained in the Schedules and Statements have been derived or obtained from the Debtors' books and records and historical financial statements.

5. <u>Excluded Assets and Liabilities</u>. The Schedules and Statements do not include certain categories of assets and liabilities that are recorded in the books and records pursuant to certain accounting principles but are not necessarily indicative of value that can be realized or a liability that can be enforced. Such excluded items include deferred tax assets and liabilities, accrued taxes and accrued wage and/or employee benefit related obligations, which do not represent specific claims as of the Initial Petition Date, and assets relating to, among other things, goodwill, customer relationship intangibles and loan commitment fees.

6. <u>Foreign Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

7. <u>Undetermined Amounts</u>. The description of an amount as "unknown", "unliquidated" or "undetermined" is not intended to reflect upon the materiality of such amount.

8. <u>Guarantees</u>. The Debtors' books and records do not reflect any contractual guarantees issued by a Debtor(s); however, the Trustee will continue to investigate such claims, executory contracts, unexpired leases and other such agreements, and will amend the Schedules, as he deems necessary.

9. <u>Causes of Action</u>. Despite reasonable efforts, the Trustee might not have identified and/or set forth all of its causes of action against third parties as assets in its Schedules and Statement. The Trustee reserves all of his rights with respect to any causes of action he may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

10. <u>Insiders</u>. The Trustee has included payments, identified to date, made over the twelve months preceding the Initial Petition Date to any individual deemed an "insider". When a debtor is a

3

corporation, Bankruptcy Code § 101(3 l)(b) defines "insider" as a: (i) director of the debtor; (ii) officer of the debtor, (iii) person in control of the debtor; (iv) partnership in which the debtor is a general partner; (v) general partner of the debtor; or (vi) relative of a general partner, director, officer, or person in control of the debtor.

11. <u>Liabilities</u>. The Trustee has sought to allocate liabilities between the Pre-Initial Petition Date and Post-Initial Petition Date periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the Pre-Petition Date and Post-Initial Petition Date periods may change.

12. <u>Goodwill</u>: Represents the excess of acquisition costs over the fair value of the assets acquired. The balance reflected on the Debtors' internally prepared balance sheets as of October 31, 2015 is the same as in the independent auditor's report for year ended December 31, 2013. This should not be construed to imply that there were no subsequent impairments in value.

## STATEMENT OF FINANCIAL AFFAIRS

1. <u>Statements Presented by the Debtors</u>: The Statements are being filed on an individual basis. Each Statement reflects the TransCare Corporation ownership interest in each of the other Debtors based on the 2015 consolidated tax return filed by TransCare Corporation and the affiliated Debtor entities.

2. <u>Revenue</u>. Based on the analysis by the Trustee, through his retained professionals, management last closed the books and records for the period year-to-date October 31, 2015. The Debtors did not reconcile their books and records from November 1, 2016 through the Initial Petition Date and the Trustee can make not representations as to the financial condition of the Debtor entities during that time period except as otherwise reflected in the Statements and Schedules.

3. <u>Setoff</u>. The Debtors' books and records do not reflect any setoffs. However, the Trustee will continue to investigate such claims and reserves all rights to challenge such setoff rights, if any.

4. <u>Legal Actions or Assignments</u>. The Trustee searched the electronic court databases in New York, Pennsylvania and Maryland for legal actions involving any of the Debtors. Annexed to each of the Debtor's Statement are the results of the each of the searches for potential litigations involving the Debtors.

The Trustee reserve all of his rights with respect to any causes of action he may have and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

5. <u>Books, records and financial statements</u>.
   a.    Upon information and belief, the books and records for the Debtors have been maintained by TransCare Corporation from acquisition on December 1, 1993 through the Initial Petition Date.

   b.    The Debtors' financial statements were audited by BDO USA, LLP for the year ending on December 31, 2013. Upon information and belief, CohnReznick, LLP performed annual audits for unknown years prior to 2013.

   c.    The following entities were in possession of the Debtors' books and records as of the Initial Petition Date: TransCare Corporation; TransCare New York Inc., TransCare

4

Maryland Inc.,TC Billing and Services Corp., TransCare Pennsylvania, Inc., and TransCare ML, Inc.

    d.    Upon information and belief, the following financial institutions were issued internally prepared financial statements within the two years prior to the filing date:
i. Patriarch Partners
ii. Wells Fargo Bank, N.A.
iii. Credit Suisse

6. <u>Past and present partners, officers, directors and shareholders</u>. Many of the Debtors' officers and directors resigned as of, or within a week, of the Initial Filing Date.

7. <u>Tax Consolidated Group</u>. For income tax purposes the Debtors filed one consolidated federal tax return for TransCare Corporation and its Subsidiaries. The last tax return prepared for TransCare Corporation and the Subsidiaries was filed for year ending December 31, 2013.

8. <u>Payments Made to Creditors Within 90 Days</u>. The Trustee is continuing to gather information regarding payments made by the Debtors to creditors within 90 days of the Initial Petition Date as required by question 3(b) on the Official Form for the Statements.[1] The Statements reflect the information that has been gathered to date, however, certain of the information is incomplete at this time. In addition, due to the limitations of the Debtors' books and records, certain of the payee information has not yet been obtained. The Trustee is continuing to compile this information and will file amended Statements, as he deems necessary.

9. <u>Transcendence Foreclosed Property</u>. Patriarch Partners Agency Services LLC ("<u>PPAS</u>") asserts a disputed first priority lien on certain of the Debtors' assets, and in the days immediately prior to the commencement of these cases, PPAS purported to strictly foreclose on certain of the Debtors' personal property and transferred it to Transcendence Transit Inc. ("<u>Transcendence</u>"). In connection therewith, certain of assets listed on the Debtors' Schedules are purportedly transferred to Transcendence. The Trustee contests the foreclosure of certain assets to Transcendence and nothing set forth herein or in the Schedules or Statements waive any claims the Trustee, on behalf of the Debtors' estates, has in connection with the challenge of such foreclosure.

10. <u>Assignments</u>. The Debtors' books and records do not reflect any assignments with third parties. The Trustee will continue to evaluate whether, and to what extent, any negotiations culminated in executed assignment agreements and will amend the Schedules accordingly. The Trustee's identification of such transaction as an assignment does not constitute an admission that an assignment was made, and the Trustee expressly reserves the right to challenge any such characterization.

11. <u>Specific Notes</u>. These Global Notes are in addition to the specific notes set forth in the individual Schedules and Statements. Disclosure of information in one Schedule, Statement, exhibit, or continuation sheet even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit or continuation sheet.

---

[1] The payments made to creditors within 90 days represent all transfers identified to date in the amount of $1,000 or more made by the Debtors within the 90 days of the Initial Petition Date.

## SCHEDULES

1. Schedule A/B Assets- Real and Personal Property.

The property is listed on Schedule A/B at net book value. Leases of real property have not been listed on Schedule A, but have been listed on Schedule G.

Cash and restricted cash for certain Debtors may include amounts related to pledged assets that may not belong to the Debtors. Such amounts associated with pledged assets are not determinable at this time.

2. Schedule D — Creditors Holding Secured Claims.

The Trustee reserves all rights to dispute or challenge the secured nature of any creditor's claim or the characterization of the structure of any transaction or any document or instrument (including, without limitation, any inter-creditor agreements) related to such creditor's claim. The descriptions provided in Schedule D are intended only to be a summary. Reference to an applicable loan agreement and related documents and a determination of the creditors' compliance with applicable law is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements or related documents.

Except as specifically stated herein, real property lessors, utility companies and other parties which may hold security deposits have not been listed on each Schedule D. The Trustee has not included on Schedule D parties whose claims may be secured through rights of setoff, deposits posted by, or on behalf of, the Debtors, or inchoate statutory lien rights.

3. Schedule E/F — Creditors Holding Unsecured Priority and Nonpriority Claims.

Schedules E/F are reflected in the Debtors' books and records as of the Initial Petition Date. The listing of any claim on Schedule E/F does not constitute an admission by the Trustee that such claim is entitled to priority under Bankruptcy Code § 507. The Trustee reserves the right to dispute the nature, extent, validity and/or priority status of any claim on any basis whatsoever and the Schedules shall not be deemed an admission of any kind as to the allowability of any claim. While reasonable efforts have been made, determination of the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive, and therefore, the Trustee does not list a date for each claim listed on Schedule E/F. The Trustee and his retained professionals reserve all rights to amend or supplement the Schedule E/F as deemed appropriate.

Upon review of the books and records, the Debtors, maintained employee payroll or benefits information for TransCare New York, TransCare Pennsylvania, Inc., TransCare Maryland, Inc., TC Hudson Valley Ambulance Corp., and TC Billing and Services Corporation. The employees from the other Debtor entities were paid salaries, benefits and other expenses through one of the aforementioned entities. The Debtors' books and records are maintained by TransCare Corporation and TransCare New York, which paid salaries, benefits and other expenses to their own employees, many of which were involved in the management of the various Debtor entities.

Schedule E/F does not include certain deferred charges, deferred liabilities or general reserves. Such amounts may, however, be reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Initial Petition Date. In certain instances, the date on which a claim listed on Schedule E/F arose is unclear..

6

The amounts for the pending litigations involving the Debtors are listed as undetermined and marked as contingent, unliquidated and disputed. The failure to classify any potential litigation claim as contingent, unliquidated and disputed shall not be deemed an admission by the Trustee as to the validity of such claim.

4.   Schedule G — Executory Contracts and Unexpired Leases.

Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease, and inclusion of a contract, lease or other agreement on Schedule G does not constitute an admission that such contract, lease or other agreement is an executory contract, was in effect on the Initial Petition Date, or is valid or enforceable. While reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or over-inclusion may have occurred. The contracts, leases and other agreements listed on Schedule G may have been modified, amended, supplemented or superseded from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements which may not be listed on Schedule G.

The Trustee could not identify which Debtor(s) were parties to the executory contracts or other agreement listed in the Debtors' books and records. Therefore, the Trustee annexed all the potential executory contracts to each of the Debtors' Schedules. Further, certain agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors, or a Debtor and a non-Debtor affiliate or third party. Certain of the agreements may not have been memorialized and may be subject to dispute. The Trustee has endeavored to identify agreements that are oral in nature, but review of the Debtors' books and records is ongoing and the Schedules will be amended as necessary.

Any and all of the Trustee's rights, claims, defenses and causes of action of any kind with respect to the contracts and agreements listed on Schedule G are reserved. In addition, one or more of the Debtors may have entered into various other types of agreements in the ordinary course of their businesses, such as supplemental agreements, amendments, letter agreements, and confidentiality agreements. Such documents may not be set forth in Schedule G. The Trustee reserves all of his rights to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim. The Debtor(s) may be party(ies) to certain agreements that have expired by their terms, but, all parties continue to operate under the agreement(s). Out of an abundance of caution, the Trustee has listed such agreements. The Trustee's inclusion of such contracts or agreements on Schedule G is not an admission that such contract or agreement is an executory contract or unexpired lease.

5.   Schedule H — Co-Debtors.

Investigation into possible co-obligor relationships between the Debtors and/or non-debtor entities is ongoing.

| **Fill in this information to identify the case:** |
|---|

Debtor name    **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-11059 (SMB)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................................. $ _____ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*........................................................................................................... $ _____ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................................. $ _____ **0.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ _____ **0.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................... $ _____ **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ _____ **0.00**

4. **Total liabilities** ......................................................................................................................................
   Lines 2 + 3a + 3b
$ _____ **0.00**

**Fill in this information to identify the case:**

Debtor name    **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-11059 (SMB)**

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☒ No.  Go to Part 2.
☐ Yes Fill in the information below.
**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

Debtor  **TC Hudson Valley Ambulance Corp.**                        Case number *(if known)* **16-11059 (SMB)**
         Name

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47.     **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. **Vehicles** | **$0.00** | | **See Exhibit H** |
| --- | --- | --- | --- |

48.     **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.     **Aircraft and accessories**

50.     **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

51.     **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.

| **$0.00** |
| --- |

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☒ No
       ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☒ No
       ☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available.<br>55.1. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- | --- |
| **See Exhibit A** | | **$0.00** | | **Unknown** |

Debtor __TC Hudson Valley Ambulance Corp._____    Case number *(if known)* _16-11059 (SMB)_
         Name

56.   **Total of Part 9.**                                                                    | $0.00 |

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☒ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ☒ No.   Go to Part 11.
      ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.   Go to Part 12.
      ☒ Yes Fill in the information below.

                                                                                          **Current value of
                                                                                          debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit
      has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of
      every nature, including counterclaims of the debtor and rights to
      set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets,
      country club membership

      **Certificate of Need # 667**                                              **See Exhibit E**

78.   **Total of Part 11.**                                                                   | $0.00 |

      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☒ No
      ☐ Yes

Debtor   **TC Hudson Valley Ambulance Corp.**                    Case number *(if known)* **16-11059 (SMB)**
         Name

---

**Part 12:**   **Summary**

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name     **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-11059 (SMB)**

☐ Check if this is an
amended filing

Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.
1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
| --- | --- | --- | --- |
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Ark II CLO 2001-1 Ltd.**  Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

| 2.2 | **Ark Investment Partners II, LP**  Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | **Patriarch Partners Agency Serv** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.4 | **Patriarch Partners Mgmt Group** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

---

| 2.5 | **Patriarch Partners VIII, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor    **TC Hudson Valley Ambulance Corp.**
_____    Case number (if know)    **16-11059 (SMB)**
Name

☒ No
☐ Yes. Specify each creditor,          ☒ Contingent
including this creditor and its relative  ☒ Unliquidated
priority.                                ☒ Disputed

---

| 2.6 | **Patriarch Partners XIV, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

Creditor's mailing address                **Describe the lien**

                                         **Is the creditor an insider or related party?**
                                         ☐ No
Creditor's email address, if known        ☒ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ☒ No
                                         ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
☒ No                                     ☒ Contingent
☐ Yes. Specify each creditor,            ☒ Unliquidated
including this creditor and its relative  ☒ Disputed
priority.

---

| 2.7 | **Patriarch Partners XV, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

Creditor's mailing address                **Describe the lien**

                                         **Is the creditor an insider or related party?**
                                         ☐ No
Creditor's email address, if known        ☒ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ☒ No
                                         ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**        **As of the petition filing date, the claim is:**
**interest in the same property?**        Check all that apply
☒ No                                     ☒ Contingent
☐ Yes. Specify each creditor,            ☒ Unliquidated
including this creditor and its relative  ☒ Disputed
priority.

---

| 2.8 | **Patriarch Partners, LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |

Creditor's Name

Creditor's mailing address                **Describe the lien**

                                         **Is the creditor an insider or related party?**
                                         ☐ No
Creditor's email address, if known        ☒ Yes
                                         **Is anyone else liable on this claim?**
**Date debt was incurred**               ☒ No
                                         ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 6

Debtor **TC Hudson Valley Ambulance Corp.**                     Case number (if know) **16-11059 (SMB)**
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

**2.9** | **Patriarch, Inc.**
Creditor's Name

Describe debtor's property that is subject to a lien          **Unknown**          **$0.00**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

**2.10** | **Wells Fargo Bank, N.A.**
Creditor's Name

Describe debtor's property that is subject to a lien          **Unknown**          **$0.00**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

---

**2.11** | **Zohar CDO 2003-1, Ltd.**
Creditor's Name

Describe debtor's property that is subject to a lien          **Unknown**          **$0.00**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 6

Debtor    **TC Hudson Valley Ambulance Corp.**
_____
Name

Case number (if know)    **16-11059 (SMB)**

|  |  |
|---|---|
| Date debt was incurred | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

| 2.1 2 | **Zohar II 2005-1, Ltd.**<br>Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

| 2.1 3 | **Zohar III Ltd.**<br>Creditor's Name | Describe debtor's property that is subject to a lien | Unknown | $0.00 |
|---|---|---|---|---|

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
☒ Yes

Date debt was incurred

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $0.00 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 6

Debtor   **TC Hudson Valley Ambulance Corp.**                                   Case number (if know)   **16-11059 (SMB)**
         Name

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-11059 (SMB)**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1**

Priority creditor's name and mailing address
**ABRASKIN, MARRIS**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim **Unknown**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

**2.2**

Priority creditor's name and mailing address
**ADAMS, MEGAN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim **Unknown**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.3 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**AGUILAR,KIRA C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.4 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**AIELLO,CHRISTINE T**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.5 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**ALVAREZ,MICHELLE A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.6 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**AMBLER,MORGAN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANCHIN,DAVID E**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANDERSON,BRYAN**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANDERSON,CAITLYN O**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ANDUJAR,JOSEPH**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address<br>**ANELLI,MICHAEL A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address<br>**ANGEVINE,LYNNE M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address<br>**ANSON,BETHANN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address<br>**ANSON,TIMOTHY J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address<br>**ANTONACCIO,RICHARD** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**ANYAPRAKAI,NAVIN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**APREA,DAVID J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**ARCAROLA,JOSH** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address<br>**ARORA,DAMANPREET** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.20 | Priority creditor's name and mailing address<br>**ARTIST,CHRISTIAN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.21 | Priority creditor's name and mailing address<br>**ASHDOWN,JEFFREY D** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.22 | Priority creditor's name and mailing address<br>**AUER,DEBBIE M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

| 2.23 | Priority creditor's name and mailing address **AYALA,DANIELLE A** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.24 | Priority creditor's name and mailing address **AZOULAY,ELLIOT** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.25 | Priority creditor's name and mailing address **BAISLEY,JASON M** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.26 | Priority creditor's name and mailing address **BAKER,SARAH R** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address **BANG,CHRISTOPHER** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.28 | Priority creditor's name and mailing address **BANKS,ROBERT E** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.29 | Priority creditor's name and mailing address **BARETTE,LARRY T** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.30 | Priority creditor's name and mailing address **BARGER,JASON S** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.31**

Priority creditor's name and mailing address
**BARKLEY,JACOB**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.32**

Priority creditor's name and mailing address
**BARRETO,ERIKA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.33**

Priority creditor's name and mailing address
**BAUMGARTNER,EILEEN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.34**

Priority creditor's name and mailing address
**BAYREUTHER,JAMES M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|--------------------|
|        | Name |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**BEATON,EVAN A**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**BECKEL,CATHERINE**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**BECKER,EDWARD J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**BEERS,TRACY M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BELL,SHAINA R**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BENDEL,MARK R**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BENSON,SCOTT R**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BERNOWICH,WILLIAM C**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.43**

Priority creditor's name and mailing address
**BEYER,JESSICA L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.44**

Priority creditor's name and mailing address
**BEYER,JOHN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.45**

Priority creditor's name and mailing address
**BEYERS,MICHAEL**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.46**

Priority creditor's name and mailing address
**BIDWELL,MATTHEW R**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BIGG,MICHAEL L**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BILLUPS,ANGELA C**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BIRKLER,STEPHANIE M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**BISCHOFF,RICHARD**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.51**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BIUSO,TYLER** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.52**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BLAIR,BRIAN D** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.53**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BLATUS,MICHAEL** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.54**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BLEAKLEY,MICHAEL J** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.55**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BLEY,KEVIN R** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.56**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BLOUGH,CHRISTOPHER A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.57**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BODNAR,ELIZABETH A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.58**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **BOHIMANN,JUSTIN J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.59**

Priority creditor's name and mailing address
**BOISSEY,MARC W**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown    $0.00**

---

**2.60**

Priority creditor's name and mailing address
**BOOKER,COURTNEY M**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown    $0.00**

---

**2.61**

Priority creditor's name and mailing address
**BOSE,NANCY K**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown    $0.00**

---

**2.62**

Priority creditor's name and mailing address
**BOURNE,MATTHEW**

Date or dates debt was incurred

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown    $0.00**

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**BOWERS,KRISTEN A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.64 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**BOWNAS,KIMBERLY A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.65 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**BOYLE,SEAN E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.66 | | | |
|---|---|---|---|

Priority creditor's name and mailing address
**BRANDT,FREDERICK L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address<br>**BRENNER,KARL C** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address<br>**BRIGGS,BRIAN G** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address<br>**BRIGHAM,CHRISTOPHER M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address<br>**BRILL,MICHAEL L** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.71**

Priority creditor's name and mailing address
**BROOKS,LAURA J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.72**

Priority creditor's name and mailing address
**BROWN,CORTNEY**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.73**

Priority creditor's name and mailing address
**BROWN,FRANCES**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.74**

Priority creditor's name and mailing address
**BROWN,PATRICIA R**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address<br>**BROWN,PETER** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.76 | Priority creditor's name and mailing address<br>**BROWN,REGINALD D** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.77 | Priority creditor's name and mailing address<br>**BROWN-ROSA,BREE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.78 | Priority creditor's name and mailing address<br>**BRUCE,MICHAEL** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.79** | Priority creditor's name and mailing address
**BUCHER,NICHOLAS W**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.80** | Priority creditor's name and mailing address
**BUCHER,PAUL G**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.81** | Priority creditor's name and mailing address
**BUGGS,CARMELA M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.82** | Priority creditor's name and mailing address
**BUHL,PETER A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.83**

Priority creditor's name and mailing address
**BURLINGAME,MATTHEW J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.84**

Priority creditor's name and mailing address
**BUTLER,SETH M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.85**

Priority creditor's name and mailing address
**BUTTERBAUGH,ALLEN W**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.86**

Priority creditor's name and mailing address
**CALAMARI,CHRISTOPHER**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**          **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.87**

Priority creditor's name and mailing address
**CALDERON,ERIC K**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.88**

Priority creditor's name and mailing address
**CALDERON,MICHAEL P**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.89**

Priority creditor's name and mailing address
**CALVELLO,NATALIE D**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.90**

Priority creditor's name and mailing address
**CAMBONE,ANTONIO T**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.91**

Priority creditor's name and mailing address
**CAPONE,ASHLEY**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.92**

Priority creditor's name and mailing address
**CAPUANO,WILLIAM D**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.93**

Priority creditor's name and mailing address
**CARLO,DORI J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.94**

Priority creditor's name and mailing address
**CARPICO,GUY J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.95 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **CARR,CHRISTOPHER C** | Check all that apply. | |
| | | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | |

| 2.96 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **CARR,LEANDRA** | Check all that apply. | |
| | | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | |

| 2.97 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **CARRINGTON,ESTHER M** | Check all that apply. | |
| | | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | |

| 2.98 | | | |
|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown**    **$0.00** |
| | **CARY,KRISTA M** | Check all that apply. | |
| | | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | Date or dates debt was incurred | Basis for the claim: | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address<br>**CASSONETTO,SALVATORE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address<br>**CAULFIELD,JASON T** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address<br>**CELESTRI,STEVEN V** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address<br>**CHAGNON,ROSS** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.103**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CHAMPAGNE,GILLIAN A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.104**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CHAN,MATTHEW T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.105**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CHAPLEY,JOSEPH A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.106**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CHAR,BRYAN** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| **2.107** | Priority creditor's name and mailing address<br>**CHATFIELD,ERIC** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| **2.108** | Priority creditor's name and mailing address<br>**CHICO,CHRISTINE A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| **2.109** | Priority creditor's name and mailing address<br>**CHIN,DAVID** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| **2.110** | Priority creditor's name and mailing address<br>**CHMURA,MARYANNE T** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.111**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CHRISTEN,MARISSA** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.112**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CHRISTY,TC D** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.113**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CIACCIO,LAURA A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.114**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CIRALLI,DANIEL T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.115**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CIRINO,RAFAEL** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.116**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CITRO,ANGELA M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.117**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CITRO,ANTHONY J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.118**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CLARK,IAN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.119**

Priority creditor's name and mailing address
**CLEARY,JAMES J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.120**

Priority creditor's name and mailing address
**COE,RAYMOND L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.121**

Priority creditor's name and mailing address
**COLETTA,KENNETH M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.122**

Priority creditor's name and mailing address
**COLLETTI,ROBERT P**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **COLLINS,SANDRA L** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **COLON,FRANCISCO J** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **COLT,STEPHEN C** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **COMERFORD,NORMAN N** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **CONKLIN,STEVEN** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No   ☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **CONLEY,SHAWN L** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No   ☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **CONRAD,KERRI A** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No   ☐ Yes | | |

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **CONROY,JOHN R** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No   ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|---------------------|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**CONTE,ANN B**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**CONTRYS,JESSICA L**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**COOGAN,SAVANNAH N**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|----------------------------------------------|-----------------------------------------------|-------------|-----------|

**COOPER,HEATHER**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **CORNELIUS,JUSTIN** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **CORVINO,KEVIN T** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **COSTABLE,JUSTIN M** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **COSTISICK,CATHERINE H** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.139**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **COUGHLIN,WILLIAM P** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.140**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **COUSINS,SARAH J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.141**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CRANDALL,ANTHONY P** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.142**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CRIANZA,JEFFREY A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.143**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CROSS,FRANCIS** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

**2.144**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CROSS,PATRICIA K** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

**2.145**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CRUTCHER,JEFFREY L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

**2.146**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **CRUZ,ERIC L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CUELLAR,LAWRENCIA A**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CURFMAN,MELISSA S**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CURRAN,BRIDGET A**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**CURRAN,HELEN**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.151 | Priority creditor's name and mailing address<br>**CURRY,CHRISTOPHER** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.152 | Priority creditor's name and mailing address<br>**CUTONILLI,MARCELO G** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.153 | Priority creditor's name and mailing address<br>**D ERASMO,JOSEPH A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.154 | Priority creditor's name and mailing address<br>**DAHL,MARTHA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.155**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DALEY,BRIAN A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.156**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DALY,STEVEN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.157**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DANDREANO,KRISTEN Y** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.158**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DART,KATHLEEN M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.159**

Priority creditor's name and mailing address
**DASILVA,STEPHANIE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.160**

Priority creditor's name and mailing address
**DAVIS,LAUREN J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.161**

Priority creditor's name and mailing address
**DAVIS,TAIWAN C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.162**

Priority creditor's name and mailing address
**DE FIORE,JOSEPH P**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

| 2.163 | Priority creditor's name and mailing address **DEANTONIO,MATTHEW** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.164 | Priority creditor's name and mailing address **DEASE,MICHELLE M** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.165 | Priority creditor's name and mailing address **DECARLO,TIMOTHY A** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.166 | Priority creditor's name and mailing address **DECKER,BRIAN A** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.167**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DECKER,RONALD** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.168**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEDRICK,FRANK J** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.169**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEIERLEIN,CHRISTOPHER C** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.170**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEL BIONDO,DANIEL S** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.171**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEL PEZZO,NICHOLAS E** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.172**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DELAMARTER,CODY R** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.173**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DELGADO,EDWARD** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.174**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DELLIPAOLI,GENE** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.175**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DELLOLIO,SHONNA M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.176**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DENARDO,ANN D** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.177**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DENCKLAU,SARAH L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.178**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEPAOLO,FREDERICK J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.179**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEROMA,THOMAS** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.180**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DESANTIS,MAURICE** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.181**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DEVANEY,CHRISTOPHER** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.182**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DIAZ,JENNIFER R** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|--------|--------------------------------------|--------------------------|--------------------|
| | Name | | |

---

**2.183**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DIBRITA,LINDA M** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.184**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DICKERSON,CHRISTINA M** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.185**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DILKS,HARRY D** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.186**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DILLON,BRETT D** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.187**

Priority creditor's name and mailing address
**DINEEN,CHRISTOPHER M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.188**

Priority creditor's name and mailing address
**DIORIO,DANIELLE A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.189**

Priority creditor's name and mailing address
**DOHERTY,ANDREW A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.190**

Priority creditor's name and mailing address
**DOMICZEK,LINDA M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DOMIZIO,LISA ANN** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DONARUMA,NANCY L** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DONGO,JOHEL E** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **DONNELLY,MATTHEW P** | *Check all that apply.* | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.195**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DONNELLY-AGIUS,ROBIN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.196**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DORN,JASON L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.197**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DORS,BRUCE A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.198**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DOS SANTOS,ANTONIO** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DOTY,PETER T**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DOWNEY,ALEXANDER J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DRUMM,ADAM**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**DUHANEY,SETH J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|---------------------|
| | Name | | |

---

**2.203**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DURKIN,MARY CHRISTINE** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.204**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **DYCKMAN,ELIZABETH K** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.205**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **EDWARDS,SAMUEL A** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.206**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **EFFEREN,DEBRA A** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

Official Form 206 E/F   **Schedule E/F: Creditors Who Have Unsecured Claims**   **Page 52 of 199**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.207**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **EFSTRATIOU,ANASTASIA** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.208**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **EMERY,DANIEL T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.209**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **EMMETT,WENDY S** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.210**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ERAMO,JOSEPH L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ERNISSE,TRISHA R**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**FAGER,CHARLES R**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**FAIRCLOTH,JAMAINE R**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**FALCONE,NICHOLAS**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.215**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FELBER,LAWRENCE T** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.216**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FELDMAN,SEAN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.217**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FENICHEL,STACEY M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.218**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FERRACCI,WILLIAM M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.219**

Priority creditor's name and mailing address
**FESTA,NICHOLAS A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.220**

Priority creditor's name and mailing address
**FICARELLI,ROBIN L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.221**

Priority creditor's name and mailing address
**FIGEL,BONNIE L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.222**

Priority creditor's name and mailing address
**FIKE,JONATHAN B**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.223**

| Priority creditor's name and mailing address<br>**FINA,DARREN P** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.224**

| Priority creditor's name and mailing address<br>**FISKE,DAYNA P** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.225**

| Priority creditor's name and mailing address<br>**FLINN,DARWIN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.226**

| Priority creditor's name and mailing address<br>**FOELL,ERIC** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.227**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FOLEY,BRIAN A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

**2.228**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FOLEY,DANIELLE M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

**2.229**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FONT,MARIA L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

**2.230**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FOSTER,CHARLES** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred     Basis for the claim:

Last 4 digits of account number     Is the claim subject to offset?

Specify Code subsection of PRIORITY     ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)     ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.231**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FOWLER,MEGAN L** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.232**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FOX,JOHN A** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.233**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FRALEIGH,CHARLES T** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

**2.234**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **FRANZESE,KIMBERLY A** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY      ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)  ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.235**

Priority creditor's name and mailing address
**FRAZIER,SHARON R**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.236**

Priority creditor's name and mailing address
**FREDERICK,MICHAEL T**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.237**

Priority creditor's name and mailing address
**FRENCH,JEREMIAH E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.238**

Priority creditor's name and mailing address
**FRISCHE,KATE J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **GAETANI,KATIE M** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **GAGNE,BRIAN** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **GALARZA,MARLENA A** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **GALIOTO,ANTHONY G** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.243**

Priority creditor's name and mailing address
**GALLAGHER,DANIEL J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.244**

Priority creditor's name and mailing address
**GALLAGHER,JAMES**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.245**

Priority creditor's name and mailing address
**GALLAGHER,JOHN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.246**

Priority creditor's name and mailing address
**GALLINARI,STEVEN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address<br>**GALLMAN,THOMAS A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.248 | Priority creditor's name and mailing address<br>**GANNON,BRYAN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.249 | Priority creditor's name and mailing address<br>**GARAN,JANNA D** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.250 | Priority creditor's name and mailing address<br>**GARCIA,DEAN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.251 | Priority creditor's name and mailing address<br>**GARCIA,TABITHA I** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

| | Date or dates debt was incurred | Basis for the claim: | |
|---|---|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.252 | Priority creditor's name and mailing address<br>**GARDNER,TARA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.253 | Priority creditor's name and mailing address<br>**GARLAND,NICHOLAS J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.254 | Priority creditor's name and mailing address<br>**GARNES,MATTHEW E** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.255 | Priority creditor's name and mailing address **GARNOT, VINCENT M** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address **GARON, KENNETH P** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address **GARRISON, JESSICA E** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address **GAUTHIER, LEONARD** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.259**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **GAY,BRIAN** | Check all that apply. | | |

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

**2.260**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **GELESKI,MICHAEL** | Check all that apply. | | |

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

**2.261**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **GEOGHEAN,KEELYN S** | Check all that apply. | | |

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

**2.262**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **GIBSON,JUSTIN D** | Check all that apply. | | |

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

- ☒ No
- ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.263**

Priority creditor's name and mailing address
**GILMORE,KATHERINE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.264**

Priority creditor's name and mailing address
**GILMORE,WILLIAM J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.265**

Priority creditor's name and mailing address
**GILSON,ROBERT P**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.266**

Priority creditor's name and mailing address
**GIOIA,TIMOTHY E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**      **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|--------------------|
| | Name | | |

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**GLEBA,LAURA J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**GODOY,TAMMY**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**GOLDMAN,DAVID J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|---------------------------------------------|----------------------------------------------|-------------|-----------|

**GOLDMAN,JOHN D**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.271**

Priority creditor's name and mailing address
**GOMEZ,JASON M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.272**

Priority creditor's name and mailing address
**GOMEZ,STEVE J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.273**

Priority creditor's name and mailing address
**GONZALES,GUSTAVO**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.274**

Priority creditor's name and mailing address
**GOULD,ROBERT**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | |
|---|---|
| **Debtor** | **TC Hudson Valley Ambulance Corp.** | **Case number** *(if known)* | **16-11059 (SMB)** |

Name

---

**2.275**

Priority creditor's name and mailing address
**GRANDE,DONALD F**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.276**

Priority creditor's name and mailing address
**GRAZIANO,PETER J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.277**

Priority creditor's name and mailing address
**GREEN,ROBERT T**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.278**

Priority creditor's name and mailing address
**GREEN,RUQAYAA L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

**2.279**

Priority creditor's name and mailing address
**GREENLESE,MARY E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.280**

Priority creditor's name and mailing address
**GREGORY,JODIE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.281**

Priority creditor's name and mailing address
**GREMMERT,IRENE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.282**

Priority creditor's name and mailing address
**GRIFFIN,TWONYA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**  **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **2.283** | Priority creditor's name and mailing address<br>**GULLEY,HEIDI R** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.284** | Priority creditor's name and mailing address<br>**GULLEY,THOMAS M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.285** | Priority creditor's name and mailing address<br>**HACKER,RENEE L** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| | | |
|---|---|---|
| **2.286** | Priority creditor's name and mailing address<br>**HACKETT,DIANN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed |

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.287**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HACKETT,HEATHER L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.288**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HAGEN,LAURIE A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.289**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HALBROOK,JAAN P** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.290**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HALPIN,SEAN** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.291**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HAPEMAN,JAIME L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) ☐ Yes

---

**2.292**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HARNETT,ELIZABETH** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) ☐ Yes

---

**2.293**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HARRIS,AARON M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) ☐ Yes

---

**2.294**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HARRIS,AMBER L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4) ☐ Yes

---

| Debtor | TC Hudson Valley Ambulance Corp. | | Case number (if known) | 16-11059 (SMB) |
|---|---|---|---|---|
| | Name | | | |

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HART,TERRI L**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HASSLER,KENDRA**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HATFIELD,SEAN J**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HAYES,JAMES L**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.299**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HEALY-FALENCKI,JONA L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.300**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HEATH,BRUCE C** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.301**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HENLEY,MICHELE N** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.302**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HENSCHEL,BRENDAN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.303 | Priority creditor's name and mailing address<br>**HENSCHEL, ERIC G** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.304 | Priority creditor's name and mailing address<br>**HERBST, DONNA LISA** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.305 | Priority creditor's name and mailing address<br>**HEXEL, DOUGLAS M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.306 | Priority creditor's name and mailing address<br>**HIGGINS, THOMAS M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.307**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HILL,MICHAEL E** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.308**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HILLJE,DONALD** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.309**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HINKEL,ADAM C** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.310**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **HOERNES,EDWIN R** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.311**

Priority creditor's name and mailing address
**HOERNES,VELVET V**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.312**

Priority creditor's name and mailing address
**HOLLAND,TYRONE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.313**

Priority creditor's name and mailing address
**HOLMAN,THOMAS**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.314**

Priority creditor's name and mailing address
**HOLZ,TIM J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**     **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.315 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HOOK,JEFF**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.316 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HOPKINS,CATHERINE T**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.317 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HOROWITZ,DAVID**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.318 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**HUWAE,KARLA**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.319**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **IELMONI,MICHAEL A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.320**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **INDORF,ELIZABETH J** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.321**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **INESON,BRIAN M** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.322**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **INESON,STEVEN T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.323**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **INGOLD,JOEL W** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.324**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **IRVING,ANDRE** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.325**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **JACKSON,LISA M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.326**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **JACKSON,STEPHEN L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.327 | Priority creditor's name and mailing address<br>**JACKSON,TRISHA L** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.328 | Priority creditor's name and mailing address<br>**JAROSCH,DANIEL R** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.329 | Priority creditor's name and mailing address<br>**JAYSON,JEFFREY** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.330 | Priority creditor's name and mailing address<br>**JENSEN,ERIC M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.331 | Priority creditor's name and mailing address<br>**JENSEN,JAMES D** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.332 | Priority creditor's name and mailing address<br>**JOCKO,RONALD** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.333 | Priority creditor's name and mailing address<br>**JOHNSON,CHRIS A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.334 | Priority creditor's name and mailing address<br>**JOHNSON,DEVON W** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.335 | Priority creditor's name and mailing address<br>**JOHNSON,PHILLIP W** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.336 | Priority creditor's name and mailing address<br>**JONES,KALEIGH** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.337 | Priority creditor's name and mailing address<br>**JONES,KRYSTIN N** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.338 | Priority creditor's name and mailing address<br>**JONES,RYAN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.339 | Priority creditor's name and mailing address<br>**JONES,TANYA C** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.340 | Priority creditor's name and mailing address<br>**JUAVINETT,JENNIFER L** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.341 | Priority creditor's name and mailing address<br>**JUAVINETT,JOHN M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.342 | Priority creditor's name and mailing address<br>**JUBIE,PETER A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.343 | Priority creditor's name and mailing address **JULIANO,JOSEPH A** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.344 | Priority creditor's name and mailing address **KABA,BETTY** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.345 | Priority creditor's name and mailing address **KANE,BRIANNA** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.346 | Priority creditor's name and mailing address **KANE,SORIN B** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.347**

Priority creditor's name and mailing address
**KANGAS,BOBBIE JO**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.348**

Priority creditor's name and mailing address
**KARTIS,VICTORIA A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.349**

Priority creditor's name and mailing address
**KAUER,KAYLA R**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.350**

Priority creditor's name and mailing address
**KAY,JOHN D**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.351 | Priority creditor's name and mailing address<br>**KECK,TRACY** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.352 | Priority creditor's name and mailing address<br>**KEEFE,RYAN M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.353 | Priority creditor's name and mailing address<br>**KELLER,SHERRY M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.354 | Priority creditor's name and mailing address<br>**KELLY,KEVIN P** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.355 | Priority creditor's name and mailing address **KELLY,SHAWN C** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.356 | Priority creditor's name and mailing address **KELLY-HAHN,KIMBERLY** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.357 | Priority creditor's name and mailing address **KEOGH,ANTHONY J** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.358 | Priority creditor's name and mailing address **KERR,KELLY E** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.359**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KIRCHNER,ZACHARY T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.360**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KLEEREKOPER,PHILLIP** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.361**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KLEIN,TZINA** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.362**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KLIMA,CHRISTOPHER** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.363 | Priority creditor's name and mailing address<br>**KNAPICK,GREGORY D** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.364 | Priority creditor's name and mailing address<br>**KOFSKY,GREGORY** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.365 | Priority creditor's name and mailing address<br>**KOGOS,SHMUEL** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| 2.366 | Priority creditor's name and mailing address<br>**KOHLER,KELLY A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.367**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KOLESSAR,DIANE** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

**2.368**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KOVAC,EDWARD** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

**2.369**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KOVALSKY,JOE V** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

**2.370**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **KOWALCZYK,DANIEL** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)             ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.371**

Priority creditor's name and mailing address
**KRICKER,LOUIS**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.372**

Priority creditor's name and mailing address
**KROELL,JACLYN M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.373**

Priority creditor's name and mailing address
**KROLL,MARGARET C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.374**

Priority creditor's name and mailing address
**KUKLEVSKY,JULIE C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.375**

Priority creditor's name and mailing address
**KURPICK,DAVID**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.376**

Priority creditor's name and mailing address
**LABOY,EVELYN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.377**

Priority creditor's name and mailing address
**LALLI,CRISTINA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.378**

Priority creditor's name and mailing address
**LALLY,RICHARD V**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.379**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LANE,COREENA** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

**2.380**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LANGDON,GARRETT P** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

**2.381**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LANGLEY,CHRISTOPHER T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

**2.382**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LASK,JOSHUA P** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.383**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LASK,MEGAN L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.384**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LATRONICA,EMMA M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.385**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LATRONICA,NANCY A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.386**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LAWLOR,BRIAN J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.387**

Priority creditor's name and mailing address
**LEBLANC,TIMOTHY B**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.388**

Priority creditor's name and mailing address
**LEFURGY,JUNE L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.389**

Priority creditor's name and mailing address
**LENA,TIMOTHY**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.390**

Priority creditor's name and mailing address
**LEO,ALEXA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.391 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LEO,LOUIS L**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.392 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LEONARD,MATTHEW J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.393 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LEONE,VITO**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.394 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**LETTERI,FRANCIS**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.395**

Priority creditor's name and mailing address
**LEVINE,HENRY C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.396**

Priority creditor's name and mailing address
**LEVY,JENNIFER K**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.397**

Priority creditor's name and mailing address
**LEWIS,SEAN M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.398**

Priority creditor's name and mailing address
**LICCARDI,SERENA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.399**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LICHT,ALEX** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.400**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LICKUN,SHAWN H** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.401**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LIMBOS,TIMOTHY P** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.402**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LINEHAN,KARINA** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.403 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LINEHAN,MICHAEL A** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

| 2.404 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LOBLANCO,NICHOLAS M** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

| 2.405 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LOCKWOOD,JOHN A** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

| 2.406 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LOEFFLER,JOSHUA R** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.407**

| Priority creditor's name and mailing address<br>**LOGUIDICE,CRIS** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.408**

| Priority creditor's name and mailing address<br>**LOMBARDI,JOSEPH A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.409**

| Priority creditor's name and mailing address<br>**LOMBARDO,TRACY H** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.410**

| Priority creditor's name and mailing address<br>**LONG,TIMOTHY B** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.411 | Priority creditor's name and mailing address<br>**LONGHI,ERNEST J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.412 | Priority creditor's name and mailing address<br>**LOUGHLIN,MICHAEL T** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.413 | Priority creditor's name and mailing address<br>**LOWE,JAMES P** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.414 | Priority creditor's name and mailing address<br>**LOWN,DOUGLAS J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.415 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LUDWIG,ANDREW J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.416 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LUDWIG,FRANCIS L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.417 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **LYON,KYLE B** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.418 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MACGREGOR,STUART J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.419**

Priority creditor's name and mailing address
**MACKEY,DANIELLE M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.420**

Priority creditor's name and mailing address
**MADSEN,MICHAEL**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.421**

Priority creditor's name and mailing address
**MAEURER,CHRISTOPHER**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.422**

Priority creditor's name and mailing address
**MAGGS,ANASTACIA M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.423**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MAGILL,KIMBERLY A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.424**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MAGUIRE,CONOR** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.425**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MAHON,DON** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.426**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MAHONE,ROBERT W** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.427**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MAHONEY,JOHN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.428**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MALIA,PATRICK J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.429**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MANHARDT,KARL** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.430**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MAPES,VICTORIA R** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.431**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MARGOSIAN,LAURIE A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.432**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MARJI,EMMAD** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.433**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MARKOWITZ,JANICE L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.434**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MARRON,BRIAN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.435 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARSHALL,WILLIAM H**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.436 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARTIN,CESAR**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.437 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARTIN,TIMOTHY**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.438 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MARTINO,DEBORAH A**

Check all that apply.
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.439 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**MASTROMARINO,NICOLE**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.440 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**MATRAGRANO,ROBERT A**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.441 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**MATTHEW,STEWART O**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.442 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**MATTICE,GORDON E**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.443**

Priority creditor's name and mailing address
**MAYA,LUIS A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.444**

Priority creditor's name and mailing address
**MCCOOEY,MELISSA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.445**

Priority creditor's name and mailing address
**MCCORMACK,MICHAEL E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.446**

Priority creditor's name and mailing address
**MCDONOUGH,TODD**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.447**

Priority creditor's name and mailing address
**MCDOWELL,PAMELA C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.448**

Priority creditor's name and mailing address
**MCGARRY,STACY C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.449**

Priority creditor's name and mailing address
**MCGEE,JOSEPH R**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.450**

Priority creditor's name and mailing address
**MCGOVERN,NICHOLAS A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.451 | Priority creditor's name and mailing address<br>**MCGRATH,KEVIN S** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.452 | Priority creditor's name and mailing address<br>**MCGRATH,RONALD J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.453 | Priority creditor's name and mailing address<br>**MCGRAW,SEAN** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| 2.454 | Priority creditor's name and mailing address<br>**MCGUIRE,MICHAEL A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.455**

Priority creditor's name and mailing address
**MCKENNA,CAITLIN A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.456**

Priority creditor's name and mailing address
**MCMAHON,SEAN C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.457**

Priority creditor's name and mailing address
**MCMURRAY,KAREN-MARIE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.458**

Priority creditor's name and mailing address
**MCNAMARA,SHANNA M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.459**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MCPADDEN,KEVIN E** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.460**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MCPHEE,JOHN M** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.461**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MCSORLEY,JENNIFER A** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.462**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MEDINA,JIMMY A** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.463 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **MEEHAN,BRYAN S** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.464 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **MEMMOLI,DANIEL E** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.465 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **MERCER,MICHAEL** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.466 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **MERRITT,SCOTT M** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.467**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**MEYER,KHRISTIPHER L**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.468**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**MICHELETTI,JENNIFER L**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.469**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**MIRANDA,HOWARD**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.470**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|

**MITCHELL,CAITLIN M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.471 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MOLLOY,JAMES M**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.472 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MONGIOVI,RACHEL**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.473 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MONROE,THOMAS D**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.474 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MONTALVO,NANCY**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.475**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MONTANA,DENISE** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.476**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MOODY,ERICA** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.477**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MOORE,DUSTIN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.478**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MORALES,ANGELA** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.479 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MORANO,TIMOTHY D**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.480 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MORGAN,JANE**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.481 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MORGAN,KATHERINE**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.482 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**MORRA,LAWRENCE**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.483 | Priority creditor's name and mailing address<br>**MORRISON,NICKOLI** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.484 | Priority creditor's name and mailing address<br>**MORSE,SHANNON** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.485 | Priority creditor's name and mailing address<br>**MOSCICKI,ADAM J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.486 | Priority creditor's name and mailing address<br>**MOYER,DARRYL R** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.487**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MOYER,JOSEPH D** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.488**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MUGNOS,MARIE-MICHELE** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.489**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MULLEN,KEELIN L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

**2.490**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MULLIN,PAUL** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred          Basis for the claim:

Last 4 digits of account number          Is the claim subject to offset?
Specify Code subsection of PRIORITY       ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)   ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.491**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MULVANEY,MATTHEW** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.492**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MURPHY,DENNIS P** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.493**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MURPHY,KEVIN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.494**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **MURPHY,TIMOTHY M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.495 | Priority creditor's name and mailing address **MYERS, ALYSSA M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| 2.496 | Priority creditor's name and mailing address **NAGEL, KIMBERLY L** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| 2.497 | Priority creditor's name and mailing address **NARCISSE, SHAWN N** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| 2.498 | Priority creditor's name and mailing address **NASH, MICHAEL** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.499 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **NAUDY,JOHN** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.500 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **NAUDY,NICOLE** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.501 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **NAVARRA,SHARON M** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| 2.502 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **NEALIS,WILLIAM J** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No | | |
| | | ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.503**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NEEDLEMAN,KARIN S** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.504**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NEVILLE,HELEN A** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.505**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NICHOLS,AMANDA L** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.506**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NIEVES,FRANSCHEZCA S** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.507**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NISBET,JAMIE** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.508**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NOBLETT,ROBERT W** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.509**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NODAR,ARTHUR** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.510**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **NOLAN,MATTHEW R** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.511 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**NOLTE,MICHAEL J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.512 | | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**O BRIEN,DAWN M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.513 | | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**O BRIEN,PATRICK**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.514 | | | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**O BRIEN,WILLIAM**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.515**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **O DELL,PATRICK J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

**2.516**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **O DELL,WILLIAM N** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

**2.517**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **O HARA,LORIE A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

**2.518**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **O HARA,RACHEL M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No ☐ Yes | | |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.519**

Priority creditor's name and mailing address
**ODDO,THOMAS A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.520**

Priority creditor's name and mailing address
**OEHRLEIN,WILLAM J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.521**

Priority creditor's name and mailing address
**OKOH,OARE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.522**

Priority creditor's name and mailing address
**OLIVA,JUSTIN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.523**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **OLLIVETT,MATTHEW R** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.524**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ORPIKOWSKI,THOMAS A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.525**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ORTIZ,VICTOR M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.526**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **OSTROSKI,MICHAEL J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.527 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**OTTAVIANO,ANTHONY**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.528 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**OTTO,CARL L**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.529 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**PACE,DAMIAN A**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.530 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**PACION,SAMANTHA M**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.531**

Priority creditor's name and mailing address
**PACKER,GREG**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.532**

Priority creditor's name and mailing address
**PAGLIARO,VALERIE A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.533**

Priority creditor's name and mailing address
**PALEVICH,CHRISTIAN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.534**

Priority creditor's name and mailing address
**PALLADINO,ANDREA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.535**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PALMATEER,KACEY B** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.536**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PALMESI,DOUGLAS R** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.537**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PAOLILLO,CARRIE A** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.538**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PARASCANDOLA,ANDREA** | *Check all that apply.* | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.539**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PARISI,ROBERT** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.540**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PARSONS,DAVID P** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.541**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PASQUALE,BRION** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.542**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PATTERSON,SEAN G** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.543 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PAULEY,DAVID M** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.544 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PAVELOCK,MICHELLE M** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.545 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PECK,AARON** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.546 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PEDRO,JOSEPH M** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.547 | Priority creditor's name and mailing address **PEFFERS,ERIK R** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

---

| 2.548 | Priority creditor's name and mailing address **PEIXOTO,ANTONIO M** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

---

| 2.549 | Priority creditor's name and mailing address **PELAK,MATTHEW** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

---

| 2.550 | Priority creditor's name and mailing address **PELLEGRINI,DEBORAH** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |

| Date or dates debt was incurred | Basis for the claim: |

| Last 4 digits of account number | Is the claim subject to offset? ☒ No ☐ Yes |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.551**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PELUSE,STEPHEN M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.552**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PEREZ,JASON M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.553**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PERRUNA,WENDY N** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.554**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PERRY,OMAR K** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.555**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PETTIT,TYLER J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

**2.556**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PIERSALL,JILL E** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

**2.557**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PIERSON,SETH C** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

**2.558**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PIKAS,ERIK B** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred — Basis for the claim:

Last 4 digits of account number — Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.559 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PISANO,JIM**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.560 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PITONZA,CHRISTINA L.**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.561 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PITTMAN,CHRISTOPHER J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.562 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

Priority creditor's name and mailing address
**PIZZUTO,TESSA E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|--------------------|
| | Name | | |

---

**2.563**

| Priority creditor's name and mailing address<br>**POPLAWSKI,BRIAN J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.564**

| Priority creditor's name and mailing address<br>**PORT,JACQUELINE C** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.565**

| Priority creditor's name and mailing address<br>**PORT,RANDI J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.566**

| Priority creditor's name and mailing address<br>**PORT,RANDY C** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.567 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **POTTER,JOSHUA H** | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.568 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **PRAINO,LAWRENCE P** | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.569 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **PRIANTI,ROBERT P** | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.570 | | | |
|---|---|---|---|

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|
| **PRICE,RAYMOND E** | ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.571**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PRICE,TRACY L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.572**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PROVENCIAL,CANDICE V** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.573**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PUGGIONI,SUSAN A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.574**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **PULCHER,THOMAS P** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|--------|--------------------------------------|---|---------------------------|-----------------------|
| | Name | | | |

| 2.575 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|--------|--------|--------|--------|

**PUTNAM,GREGORY M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.576 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|--------|--------|--------|--------|

**QUENT,VICKIE A**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.577 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|--------|--------|--------|--------|

**QUEZADA,ELVIS M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.578 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|-------|--------|--------|--------|--------|

**QUICK,ERIN P**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|---------------------|
| | Name | | |

---

**2.579**

Priority creditor's name and mailing address
**QUIGLEY,RICHARD**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.580**

Priority creditor's name and mailing address
**RACANO,LISA M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.581**

Priority creditor's name and mailing address
**RAGONE,GINA M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.582**

Priority creditor's name and mailing address
**RAMONDO,CHRISTINE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.583**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RAMOS,BENJAMIN J** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.584**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RAPPINA,STEPHANIE** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.585**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RAWCLIFFE,JAMIE** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.586**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RAYFORD,TAKEYA A** | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.587**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RAZAK,JOSEPH** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.588**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **REARDON,JOSEPH** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.589**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RECZEK,PETER J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.590**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **REED,TAMMY L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.591 | Priority creditor's name and mailing address **REEKIE,JOSEPH** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.592 | Priority creditor's name and mailing address **REID,ALYSSA** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.593 | Priority creditor's name and mailing address **REIMAN,DAVID S** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.594 | Priority creditor's name and mailing address **REINA,MARC** | As of the petition filing date, the claim is: *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.595**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **REVENSON,MICHAEL** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.596**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **REYES-WASHINGTON,LUCI** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.597**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RHABURN,ALVIN G** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.598**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RICHARDSON,WILLIAM F** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.599**

| Priority creditor's name and mailing address<br>**RIECKER, JANINE M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.600**

| Priority creditor's name and mailing address<br>**RIELLO, CASEY S** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.601**

| Priority creditor's name and mailing address<br>**RIFENBURGH, KELLI E** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.602**

| Priority creditor's name and mailing address<br>**RIGGINS, ASHLI M** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.603**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RINER,MATTHEW L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.604**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RIOS,CESAR** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.605**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RIVERA,JUAN E** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.606**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RIVERA,STEVEN S** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.607**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RIZZO,ROBERT W** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.608**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROBERTI,MARINA** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.609**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROBERTI,RUSSELL A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.610**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROBERTS,KRIS** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.611**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROBERTS,ROBERT T** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.612**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROBINSON,KIMBERLY M** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.613**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROGATI,JOHN C** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.614**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **ROJAS,WILSON** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.615 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ROMANIK,PATRICK J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.616 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ROMANO,THOMAS C**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.617 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ROOT,CHRISTOPHER W**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.618 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**ROSENBAUM,WILLIAM J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.619**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RUHMSHOTTEL,MARCUS** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.620**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RUSSELL,MICHAEL J** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.621**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RUTBELL,KEITH M** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.622**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **RUTLEDGE,KATIE A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.623 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **SALAH,DOREEN A** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| 2.624 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **SALANI,ROBERT** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| 2.625 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **SALOMON,JENNIFER R** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| 2.626 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **SALTZ,MICHAEL L** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes | | |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.627**

Priority creditor's name and mailing address
**SAMMONS,MICHAEL J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.628**

Priority creditor's name and mailing address
**SAMPLE,CHRISTOPHER M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.629**

Priority creditor's name and mailing address
**SANCHEZ,JAVIER**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.630**

Priority creditor's name and mailing address
**SANCHEZ,MIGDALIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**        **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.631 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **SANDERSON,ANTHONY D** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.632 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **SANJURJO,MICHAEL R** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.633 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **SARLES,JOHN J** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| 2.634 | | | | |
|---|---|---|---|---|
| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| | **SAWITSKY,JAKE R** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No  ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.635**

Priority creditor's name and mailing address
**SAYA,CHRISTOPHER D**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.636**

Priority creditor's name and mailing address
**SCALA,FRANCIS M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.637**

Priority creditor's name and mailing address
**SCALA,JEFFREY J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.638**

Priority creditor's name and mailing address
**SCARCHILLI,NICHOLAS**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

| 2.639 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**SCARNATI,ANTHONY**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.640 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**SCHAEFER,CASSANDRA G**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.641 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**SCHEIDT,JONATHAN P**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.642 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**SCHLAGETER,ANDREW**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

**2.643**

Priority creditor's name and mailing address
**SCHMITZ,KARI L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.644**

Priority creditor's name and mailing address
**SCHNITTERT,MARY E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.645**

Priority creditor's name and mailing address
**SCHUMACHER,RYAN C**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

**2.646**

Priority creditor's name and mailing address
**SCHWAB,CAPRI A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.647**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCHWARTZ,ABRAHAM** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.648**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCHWARZ,ALBERT M** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.649**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCHWARZ,JESSICA L** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.650**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCORZA,JENNIFER L** | *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.651**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCOTT,JEANNE M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.652**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCRIBNER,JUSTIN M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.653**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SCRIBNER,MATTHEW A** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.654**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SELLECK,BRANDON S** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.655**

Priority creditor's name and mailing address
**SELTZ,LAURA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.656**

Priority creditor's name and mailing address
**SHAMID,SHAZEEDA K**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.657**

Priority creditor's name and mailing address
**SHEEHAN,KATIE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.658**

Priority creditor's name and mailing address
**SHERWOOD,JOEL M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.659**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SHERWOOD,SUSAN** | *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes |
|---|---|

---

**2.660**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SHRADER,CHRISTINE M** | *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes |
|---|---|

---

**2.661**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SHUSTER,JULIUS W** | *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes |
|---|---|

---

**2.662**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SICOTTE,DAVID M** | *Check all that apply.* <br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ☒ No <br> ☐ Yes |
|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.663**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SIMS,DAR** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.664**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SIMURRA,WILLIAM M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.665**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SKAKEL,KEVIN C** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.666**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SLEDZIANOWSKI,ETHAN C** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.667**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SLISS,LAURENCE G** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.668**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SMALL,BETTY** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.669**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SMALL,RICHARD L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

**2.670**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SMITH,BRANDON J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY | ☒ No |
| unsecured claim: 11 U.S.C. § 507(a) (4) | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.671**

| Priority creditor's name and mailing address<br>**SMITH,LAURA S** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.672**

| Priority creditor's name and mailing address<br>**SMITH,MATTHEW** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.673**

| Priority creditor's name and mailing address<br>**SOJA,THOMAS F** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.674**

| Priority creditor's name and mailing address<br>**SOTTILE,ROBERT L** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|--------|--------------------------------------|------------------------|---------------------|
| | Name | | |

---

**2.675**

Priority creditor's name and mailing address
**SPATTA,JENNIFER L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.676**

Priority creditor's name and mailing address
**STAFFORD,LISA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.677**

Priority creditor's name and mailing address
**STAHLI,ROBERT**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.678**

Priority creditor's name and mailing address
**STALLONE,MICHAEL**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.679**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **STALLONE,MICHAEL A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.680**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **STALTER,GERALD** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.681**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **STALTER,SARAH E** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.682**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **STANLEY-THOMAS,DIANA L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.683**

Priority creditor's name and mailing address
**STARK,VICTORIA Z**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.684**

Priority creditor's name and mailing address
**STARR,ERIN**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.685**

Priority creditor's name and mailing address
**STARTUP,JUSTIN J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.686**

Priority creditor's name and mailing address
**STEVENS,BRIAN E**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.687 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **STORMS,DANIEL P** | Check all that apply. | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.688 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **STOUGHTON,NICHOLAS P** | | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.689 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **STRACQUADANIO,VICTORIA** | | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.690 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **STRAKA,PERPETUA N** | | | |

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

| 2.691 | Priority creditor's name and mailing address<br>**STRAUSS,MARC B** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.692 | Priority creditor's name and mailing address<br>**STRIANO,ANTHONY J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.693 | Priority creditor's name and mailing address<br>**STROPPEL,JASON** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.694 | Priority creditor's name and mailing address<br>**STUCK,ROBERT J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

| 2.695 | Priority creditor's name and mailing address<br>**STYLES,JAMES D** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.696 | Priority creditor's name and mailing address<br>**SUAREZ,FELIPE** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.697 | Priority creditor's name and mailing address<br>**SWAIN,MARK R** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.698 | Priority creditor's name and mailing address<br>**SYLVESTER,CHRISTOPHER** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.699**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SYLVESTER,DANIEL F** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.700**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **SZABO,KEELY** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.701**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TABER,SHELLY A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.702**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TANG,JIEWEN** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.703**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TARPLEY,ROBERT S** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.704**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TECK,SCOTT A** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.705**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **THABIT,PAAVO** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.706**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **THAMSEN,NICHOLAS J** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.707**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **THOMAS,CHRISTIANA G** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.708**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **THOMAS,GEORGE** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.709**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **THOMAS,JESSICA L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.710**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **THOMPSON,PHILIP B** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.711**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TIFFANY,JUDYTH L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

**2.712**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TINDAL,TAUREAN** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

**2.713**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TOBIN,CHRISTOPHER J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

**2.714**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **TOKARZ,JEFFREY M** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

Date or dates debt was incurred                    Basis for the claim:

Last 4 digits of account number                    Is the claim subject to offset?
Specify Code subsection of PRIORITY                 ☒ No
unsecured claim: 11 U.S.C. § 507(a) (4)            ☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.715 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TOMASZEWSKI,JEFFREY M** | Check all that apply. | | |

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.716 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TOMLINS,NICOLE** | Check all that apply. | | |

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.717 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TOMLINS,RACHEL** | Check all that apply. | | |

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.718 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TOMPKINS,ANITA** | Check all that apply. | | |

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.719 | Priority creditor's name and mailing address<br>**TOMPKINS,JOSEPH** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.720 | Priority creditor's name and mailing address<br>**TORRES,DANIEL A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.721 | Priority creditor's name and mailing address<br>**TORRES,HAROLD** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.722 | Priority creditor's name and mailing address<br>**TORRES,ISRAEL** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.723 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

| 2.723 | Priority creditor's name and mailing address<br>**TORRES,KEVIN J** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.724 | Priority creditor's name and mailing address<br>**TOWNSEND,LAMAIL L.** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.725 | Priority creditor's name and mailing address<br>**TRAINOR,ROBERT S** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.726 | Priority creditor's name and mailing address<br>**TRAVIS,MICHAEL A** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.727 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TRINKA,MELISSA** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No / ☐ Yes | | |

| 2.728 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TROVATO,JOSEPH** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No / ☐ Yes | | |

| 2.729 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TROY,DANIELLE M** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No / ☐ Yes | | |

| 2.730 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TRUNCALI,ZACHERY J** | Check all that apply. | | |
| | | ☒ Contingent | | |
| | | ☒ Unliquidated | | |
| | | ☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No / ☐ Yes | | |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.731**

Priority creditor's name and mailing address
**TSENG,ANTONY S**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.732**

Priority creditor's name and mailing address
**TUREK,MICHAEL W**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.733**

Priority creditor's name and mailing address
**TYSON,SADE**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.734**

Priority creditor's name and mailing address
**UTTER,JILLIAN L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.735**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VALEN,KAREN E** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.736**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VALENTIN,MARIA I** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.737**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VALENTINO,VINCENT J** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

**2.738**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VAN LEUVEN,DONNA L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.739**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VAN ORD, JESSICA L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.740**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VANBUREN, TODD W** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.741**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VANBUSKIRK, CHRISTOPHER** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

**2.742**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VANDUZER, KRISTI L** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No<br>☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (*if known*) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.743 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VARRONE,EILEEN T**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.744 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VAZQUEZ,CARL L**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.745 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VAZQUEZ,EDWIN R**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.746 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VAZQUEZ,NASTASHA**

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

**2.747**

Priority creditor's name and mailing address
**VELEZ,GENEVEIVE L**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.748**

Priority creditor's name and mailing address
**VELEZ,JONATHAN B**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.749**

Priority creditor's name and mailing address
**VETTER,CODY J**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.750**

Priority creditor's name and mailing address
**VICTORIN,ERIC**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.751 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VIGLIOTTI,BRIAN J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.752 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VIOLA,MARIE**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.753 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VITALE,MATTHEW**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.754 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**VOLIVA,EVANLOUIS J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.755**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **VON DIETSCH,CHRISTINA R** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.756**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WAGNER,SARAH J** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.757**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WAGNER,WILLIAM** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

**2.758**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WALKER,MARY CLAIRE T** | Check all that apply. | | |

☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☒ No
☐ Yes

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.759 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| **WALLACE,RYAN E** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| 2.760 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| **WARD,KEVIN D** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| 2.761 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| **WARNER,RICHARD M** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| 2.762 | | | |
|---|---|---|---|
| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
| **WEBER,JAMES P** | *Check all that apply.* | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.763 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WEINER,CHRISTOPHER M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.764 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WEINREICH,BRIAN J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.765 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WEIRETER,JENNIFER**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.766 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WEISSMAN,RACHEL S**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.767 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WEISZ,ELIAZER**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.768 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WELLS,RICHARD**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.769 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WELLS,STUART**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.770 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WERN,FREDERICK**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.771 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WEST,BRITTANY L**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.772 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WHEELOCK,JAMES H**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.773 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WHITLEY,DANIEL**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.774 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WILLIAMS,TIFFANY J**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

| 2.775 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WILSON,JEANINE M**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.776 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WILSON,JOYCE A**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.777 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WINKLER,KIMBERLY**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.778 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WIPPLINGER,ALVIN C**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

**2.779**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WITKOWSKI, CHRISTINE L** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

**2.780**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WITKOWSKI, MICHAEL S** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

**2.781**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WOOD, JOHN F** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

**2.782**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|
| **WOOD, LUCIUS W** | Check all that apply. | | |
| | ☒ Contingent | | |
| | ☒ Unliquidated | | |
| | ☒ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ☒ No |
| | ☐ Yes |

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

| 2.783 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**WOOD,SPENCER A**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.784 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**YAKLE II,JOHN T**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.785 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**YONNONE,MARK**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.786 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**YURUS,COLLEEN M**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

---

**2.787**

Priority creditor's name and mailing address
**ZAMBRANO,ANDREA K**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.788**

Priority creditor's name and mailing address
**ZIELINSKI,MELYSA**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.789**

Priority creditor's name and mailing address
**ZINAS,TASO**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Unknown**   **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1**   **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ____

**Last 4 digits of account number** ____

**Basis for the claim:** _____

Is the claim subject to offset?   ☐ No   ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

| Debtor | **TC Hudson Valley Ambulance Corp.** | Case number (if known) | **16-11059 (SMB)** |
|---|---|---|---|
| | Name | | |

**5.   Add the amounts of priority and nonpriority unsecured claims.**

**The books and records do not reflect debts specifically accounted for by this entity.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **0.00** |

**Fill in this information to identify the case:**

Debtor name  **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **16-11059 (SMB)**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | See Exhibits A & K |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name   **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (If known)   **16-11059 (SMB)**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

_Column 1: Codebtor_ | _Column 2: Creditor_

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **TC Ambulance Corporation, Inc.** | **1 MetroTech Center Brooklyn, NY 11201 16-11058 SMB** | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.2 | **TC Ambulance Group, Inc.** | **1 MetroTech Center Brooklyn, NY 11201 16-10410 SMB** | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.3 | **TC Ambulance North, Inc.** | **1 MetroTech Center Brooklyn, NY 11201 16-10416 SMB** | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.4 | **TC Billing and Services Corp.** | **1 MetroTech Center Brooklyn, NY 11201 16-10413 SMB** | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.5 | **TCBA Ambulance, Inc.** | **1 MetroTech Center Brooklyn, NY 11201 16-10412 SMB** | | ☒ D _____ ☒ E/F _____ ☒ G _____ |

| Debtor | **TC Hudson Valley Ambulance Corp.** | | Case number *(if known)* | **16-11059 (SMB)** |
|---|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                                                 Column 2: Creditor

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.6 | **TransCare Corporation** | **1 MetroTech Center** Brooklyn, NY 11201 16-10407 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.7 | **TransCare Harford County, Inc.** | **1 MetroTech Center** Brooklyn, NY 11201 16-10417 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.8 | **TransCare Management Svcs. Inc.** | **1 MetroTech Center** Brooklyn, NY 11201 16-10411 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.9 | **TransCare Maryland, Inc.** | **1125 Desoto Road** Baltimore, MD 21223 16-10415 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.10 | **TransCare ML, Inc.** | **1 MetroTech Center** Brooklyn, NY 11201 16-10409 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.11 | **TransCare New York, Inc.** | **1 MetroTech Center** Brooklyn, NY 11201 16-10408 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.12 | **TransCare Pennsylvania, Inc.** | **400 Seco Road** Monroeville, PA 15146 16-11057 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |
| 2.13 | **TransCare Westchester, Inc.** | **1 MetroTech Center** Brooklyn, NY 11201 16-10414 SMB | | ☒ D _____ ☒ E/F _____ ☒ G _____ |

**Fill in this information to identify the case:**

Debtor name   **TC Hudson Valley Ambulance Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **16-11059 (SMB)**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:   Income**

1. **Gross revenue from business**

   ☒ None.   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☒ None.   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   | --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

   | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
   | --- | --- | --- | --- |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **TC Hudson Valley Ambulance Corp.**                                    Case number *(if known)*  **16-11059 (SMB)**

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.    **See Exhibit C**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets -- Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**

Debtor    **TC Hudson Valley Ambulance Corp.**                    Case number *(if known)* **16-11059 (SMB)**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

            See TransCare Corp. (Case # 16-10407 SMB) Form 207

            Does the debtor have a privacy policy about that information?
            ☐ No
            ☒ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?    See TransCare Corp. (Case # 16-10407 SMB) Form 207

        ☒ No Go to Part 10.
        ☐ Yes. Fill in below:

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

Debtor **TC Hudson Valley Ambulance Corp.**      Case number *(if known)* **16-11059 (SMB)**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or Instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None   See TransCare Corp. (Case # 16-10407 SMB) Form 207

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

Debtor   **TC Hudson Valley Ambulance Corp.**                              Case number *(if known)* **16-11059 (SMB)**

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

| Business name address | Describe the nature of the business | Employer identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None   **See TransCare Corp. (Case # 16-10407 SMB) Form 207**

Name and address

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

See TransCare Corp. (Case # 16-10407 SMB) Form 207

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

---

TC Hudson Valley Ambulance Corp.                                    Case number (if known) 16-11059 (SMB)

☒ No    See TransCare Corp. (Case # 16-10407 SMB) Form 207
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No    See TransCare Corp. (Case # 16-10407 SMB) Form 207
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☒ Yes. Identify below.

Name of the parent corporation

TransCare Corporation and Subsidiaries

Employer Identification number of the parent corporation
EIN:        75-2528381

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation

Employer Identification number of the parent corporation

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 10, 2017

s/ Salvatore LaMonica, as Trustee                          s/ Salvatore LaMonica, as Trustee
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

**TransCare Corporation**
Exhibit A - Leased Locations
Form 206, Part 9, Line 54

| Landlord | Location | Entity Name |
|---|---|---|
| First New York Partners Management, LLC | 1 MetroTech Center, Brooklyn, NY 11201 | TransCare Corporation |
| | | TransCare New York, Inc. |
| | | TransCare ML, Inc. |
| | | TC Ambulance Group, Inc. |
| | | TransCare Management Services, Inc. |
| | | TCBA Ambulance, Inc. |
| | | TC Billing and Services Corp. |
| | | TransCare Westchester, Inc. |
| | | TC Ambulance North, Inc. |
| | | TransCare Harford County, Inc. |
| | | TC Ambulance Corporation |
| Milea Associates I, LLC | 25 14th Street, Brooklyn, NY 11215 | TransCare New York, Inc. |
| SEZ Foster, LLC | 106-15 Foster Ave., Brooklyn, NY 11234 | TransCare New York, Inc. |
| Selar Realty Corp. | 295 Stanley Ave., Brooklyn, NY 11207 | TransCare New York, Inc. |
| Fulton Realty Partners, LLC | 718 S. Fulton Avenue, Mt. Vernon, NY 10550 | TransCare New York, Inc. |
| 1125 Desoto Road, LLC | 1125 Desoto Road, Baltimore, MD 21223 | TransCare Maryland, Inc. |
| Technology Properties 1, LLC | 400 Seco Road, Monroeville, PA 15146 | TransCare Pennsylvania, Inc. |
| Herbert Redl | 10 South White Street, Poughkeepsie, NY 12602 | TC Hudson Valley Ambulance Corp. |

# Exhibit B is not applicable for
# TC Hudson Valley Ambulance Corp.



# New York State Unified Court System



## *WebCivil Local - Case Search Results*

19 Case(s) Match Your Search.   **Page 1 of 1 pages**
[New Search]  [Edit Search]

Please click the number in the first column or the Index number to view case details.

| | Court | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Judge/Part |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Beacon City Court | CV-000587-11/BE | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | SUSAN JESSUP | | | Clerk's Office |
| 2 | Bronx County Civil Court | CV-059826-01/BX | Disposed | TC AMBULANCE CORP. | ADAM S. ZAHL PC | EVA TURNER | | | |
| 3 | Kings County Civil Court | CV-076819-01/KI | Disposed | TC AMBULANCE CORP | ADAM S. ZAHL, P.C. | MARK HELLER | | | |
| 4 | Kings County Civil Court | CV-020997-08/KI | Active | WAYNE R CLARKE | POPS AND ASSOCIATES | AIU Insurance Company | Law Offices of Bryan M Rothenberg | 11/12/2013 | Honorable Devin P. Cohen Part 40 - Procedural No Fault Motions |
| 5 | Kings County Civil Court | CV-075383-08/KI | Active | HONG-BO CHEN LEE | POPS AND ASSOCIATES | COUNTRY WIDE INSURANCE COMPANY | Jaffe & Koumourdas & Mohavicka, LLP | | |
| 6 | Port Jervis City Court | CV-000017-12/PJ | Disposed | TC Hudson Valley Ambulance Corp | Paul L. Marks, Esq. | Fred Degroat | | | Honorable Victoria B. Campbell |
| 7 | Poughkeepsie City Court | CV-003551-11/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | JOEL SENATE | | | Honorable Katherine A. Moloney |
| 8 | Poughkeepsie City Court | CV-003552-11/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | ANNE MATTHEWS | | 11/19/2012 | Honorable Katherine A. Moloney Civil |
| 9 | Poughkeepsie City Court | CV-003555-11/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | ROBERT FRAME | | | Honorable Katherine A. Moloney |
| 10 | Poughkeepsie City Court | CV-003566-11/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | MICHAEL MILLER | | | Honorable Katherine A. Moloney |
| 11 | Poughkeepsie City Court | CV-003740-11/PO | Disposed | ORTHOPEDIC ASSOC OF DUTCHESS CTY PC | Paul L. Marks | RODNEY ADDINGTON | | | Honorable Katherine A. Moloney |
| 12 | Poughkeepsie City Court | CV-000601-13/PO | Disposed | TC Hudson Ambulance Corp | Paul L. Marks | Christopher Licurse | | | Honorable Frank M. Mora |
| 13 | Poughkeepsie City Court | CV-001166-13/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | JOHN ORGOCH | | | Honorable Katherine A. Moloney |
| | | CV-003276-13/PO | Disposed | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | Poughkeepsie City Court | | | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | Timothy West | | | Honorable Katherine A. Moloney | |
| 15 | Poughkeepsie City Court | CV-000802-14/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | JULIUS RAYMOND | | | Honorable Frank M. Mora | |
| 16 | Poughkeepsie City Court | CV-002185-14/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP | Paul L. Marks | MARK NIVER | | | Honorable Katherine A. Moloney | |
| 17 | Poughkeepsie City Court | CV-000961-15/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP. | Paul L. Marks | MICHAEL BOYER | | | Honorable Katherine A. Moloney | |
| 18 | Poughkeepsie City Court | CV-000962-15/PO | Disposed | TC HUDSON VALLEY AMBULANCE CORP. | Paul L. Marks | GARRY FORSYTH | | | Honorable Katherine A. Moloney | |
| 19 | Queens County Civil Court | CV-079993-01/QU | Disposed | TC AMBULANCE CORPORATION | | ELMA JONES | | | | |

[New Search]    [Edit Search]

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

**Select a Docket Sheet Search Type from the dropdown** *(default search type is by Docket Number)*

Search Type: [ Court Name               ▼ ]

**Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)**

|   |   |
|---|---|
| * Court Name: | [ Supreme                    ▼ ] |
|   | and any combination of |
| District: | [                           ▼ ] |
| Docket Type: | [                         ▼ ] |
| Case Category: | [                       ▼ ] |
| Case Type: | [                           ▼ ] |
| Agency: | [                            ▼ ] |
| Organization Name: | TC Hudson Valley |
| Party Last Name: |  |
| Party First Name: |  |
| Attorney Last Name: |  |
| Attorney First Name: |  |
| Trial Court County: | [                       ▼ ] |
| Trial Court Judge: | [                        ▼ ] |
| Case Status: | [                          ▼ ] |
| Date Filed: | __/__/____ 🗓 through __/__/____ 🗓 |

[ No Records Found ]

Appellate Courts Docket Sheets

# Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

**Select a Docket Sheet Search Type from the dropdown** *(default search type is by Docket Number)*

Search Type: | Court Name ▼ |

**Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)**

| * Court Name: | Superior ▼ |
| --- | --- |
| | and any combination of |
| District: | ▼ |
| Docket Type: | ▼ |
| Case Category: | ▼ |
| Case Type: | ▼ |
| Agency: | ▼ |
| Organization Name: | TC Hudson Valley |
| Party Last Name: | |
| Party First Name: | |
| Attorney Last Name: | |
| Attorney First Name: | |
| Trial Court County: | ▼ |
| Trial Court Judge: | ▼ |
| Case Status: | ▼ |
| Date Filed: | _/_/___ 🔲 through _/_/___ 🔲 |

No Records Found

## Appellate Courts Docket Sheets

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assumes any liability for inaccurate or delayed data, errors or omissions on these docket sheets. Docket sheet information should not be used in place of a criminal history background check, which can only be provided by the Pennsylvania State Police. Employers who do not comply with the provisions of the Criminal History Record Information Act (18 Pa.C.S. Section 9101 et seq.) may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

The webpage you are viewing is operated and maintained by Pennsylvania's Unified Judicial System as a source of public information. The webpage is not affiliated with any search system for public records provided by private organizations for which fees may be incurred. The ability to search for and review information contained in these web docket sheets is a free public service.

**Select a Docket Sheet Search Type from the dropdown *(default search type is by Docket Number)***

Search Type: [ Court Name                    ▼ ]

**Enter the desired search criteria and click Search (available search criteria changes based upon the type selected above)**

| | |
|---|---|
| * Court Name: | [ Commonwealth                    ▼ ] |
| | and any combination of |
| District: | [                                ▼ ] |
| Docket Type: | [                                ▼ ] |
| Case Category: | [                                ▼ ] |
| Case Type: | [                                ▼ ] |
| Agency: | [                                ▼ ] |
| Organization Name: | TC Hudson Valley |
| Party Last Name: | |
| Party First Name: | |
| Attorney Last Name: | |
| Attorney First Name: | |
| Trial Court County: | [                                ▼ ] |
| Trial Court Judge: | [                                ▼ ] |
| Case Status: | [                                ▼ ] |
| Date Filed: | __/__/____ 🏛 through __/__/____ 🏛 |

[ No Records Found ]

# Exhibit D is not applicable for
# TC Hudson Valley Ambulance Corp.

**EXHIBIT E**

| CERTIFICATE OF NEED NUMBER (the "CON(s)"[1]) | TITLE HOLDER | CASE NUMBER |
|---|---|---|
| CON 164 | TransCare New York, Inc. | 16-10408 |
| CON 470 | TransCare Westchester, Inc. | 16-10414 |
| CON 508 | TC Ambulance Group Inc. | 16-10410 |
| CON 509 | TC Ambulance North Inc. | 16-10416 |
| CON 510 | TC Ambulance Corp. | 16-11058 |
| CON 574 | TCBA Ambulance Inc. | 16-10412 |
| CON 667 | TC Hudson Valley Ambulance Corp. | 16-11059 |

---

[1] The CONs are carried in the books and records of TransCare New York, Inc. (Case # 16-10408 SMB) in the aggregate amount of $4,825,000. The books and records reviewed to date contain no detailed information. The CONs sold post-petition for the aggregate amount of $12,250,000 at a public auction sale pursuant to an Order (I) Approving Terms and Conditions of Sale between the Trustee and Maler Group LLC; (II) Approving a Break-Up Fee; (III) Approving Competing Term and Conditions of Sale; (IV) Approving a Carve-Out from Secured Liens for the Benefit of the Debtors' Estates; (V) Scheduling the Time, Date and Place for the Solicitation of Higher or Better Offers; (VI) Approving the Form and Manner of Notice of Sale; and (VII) Scheduling a Hearing to Confirm the Results of the Sale of the Debtors' Ambulance Service Certificates Issued by the New York State Department of Health entered by the Court on June 3, 2016 [Docket No. 159].

# Exhibit F is not applicable for
# TC Hudson Valley Ambulance Corp.

# Exhibit G is not applicable for
# TC Hudson Valley Ambulance Corp.

TC Hudson Valley Ambulance
Exhibit H - Vehicles
Form 206, Part 10

| Vin # | Make/Model | Debtor |
|---|---|---|
| 1FDWE35P89DA80278 | Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FDXE45FX1HA04737 | 2001 Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FDXE40F6XHB89529 | 1999 Ford E-450 Superduty | TC Hudson Valley Ambulance Corp. |
| 1GCHG392871148292 | Chevrolet | TC Hudson Valley Ambulance Corp. |
| 1GCHG392671159520 | 2007 Chevrolet Express | TC Hudson Valley Ambulance Corp. |
| 1GBHG396X71241922 | 2007 Chevrolet Express | TC Hudson Valley Ambulance Corp. |
| 1GBHG396671241593 | 2007 Chevrolet Express | TC Hudson Valley Ambulance Corp. |
| 1FDSS34P89DA06187 | 2009 Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FMEU7DE2AUA36982 | 2010 Ford Explorer | TC Hudson Valley Ambulance Corp. |
| 1FMEU7DE6AUA36984 | 2010 Ford Explorer | TC Hudson Valley Ambulance Corp. |
| 1FDXE45P19DA85820 | 2009 Ford E-450 Superduty | TC Hudson Valley Ambulance Corp. |
| 1FDSS34P79DA21201 | 2009 Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FDSS34P69DA06186 | 2009 Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FDSS34P79DA93516 | 2009 Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FDWE35P79DAA88100 | Ford E350 | TC Hudson Valley Ambulance Corp. |
| 1FDWE35P99DA88101 | 2009 Ford E350 | TC Hudson Valley Ambulance Corp. |
| *1FM5K8B81EGB14309* | Unknown | TC Hudson Valley Ambulance Corp. |
| *1FDSS3ELXDDB15142* | Unknown | TC Hudson Valley Ambulance Corp. |
| *1FDSS3EL9DDB15181* | Unknown | TC Hudson Valley Ambulance Corp. |
| *1FM5K8B86EGA72445* | Unknown | TC Hudson Valley Ambulance Corp. |
| *1FDSS3EL7DDA92113* | Unknown | TC Hudson Valley Ambulance Corp. |

**General Note:** The book value of vehicles for TC Hudson Valley Ambulance (Case # 16-11059 SMB) is unknown.The books and records reviewed to date contain no detailed information. The vehicles sold post-petition for the aggregate amount of $54,700 at a public auction sale pursuant to an Order (I) Approving the Stipulation Respecting the Sale of Certain Property; (II) Authorizing the Public Auction Sales of Certain Personal Property; (III) Approving the Sale and Notice Terms for the Public Auction Sales of Certain Personal Property; (IV) Approving the Sale of Certain Personal Property, Free and Clear of all Liens, Claims and Encumbrances, Security Interest and Other Interests to the Successful Bidder at the Public Auction Sales; (V) Approving the Employment of Maltz Auction Inc. as Auctioneer to Market and Publicly Auction Certain Personal Property; (VI) Authorizing the Trustee to Donate or Otherwise Dispose of certain De Minimus Personal Property; and (VII) Granting Related Relief entered on March 25, 2016 [Docket No. 52].

# Exhibit I is not applicable for
# TC Hudson Valley Ambulance Corp.

# Exhibit J is not applicable for
# TC Hudson Valley Ambulance Corp.

TransCare Corporation
Exhibit K – Executory Contracts
Schedule G: Executory Contracts and Unexpired Leases

| | Name of Other Party | Address | Description of Contract or Lease |
|---|---|---|---|
| 1 | Abott Foot Podiatry Center | 142 John Robert Thomas Drive, Exton, PA 19341 | Ambulance Transportation Services Agreement |
| 2 | Abramson Center for Jewish Life | 1425 Horsham Road, N. Wales, PA 19454 | Ambulance Transportation Services Agreement |
| 3 | Access2Care, LLC | 2500 Abbott Place, St. Louis, MO 63143 | Ambulance Transportation Services Agreement |
| 4 | ACTS Retirement-Life Communities | 375 Morris Road, P.O. Box 90, West Point, PA 19486 | Ambulance Transportation Services Agreement |
| 5 | Aetna Health Inc. | 2201 Renaissance Blvd., King of Prussia, PA 19406 | Ancillary Services Agreement |
| 6 | Affinity Health Plan, Inc. | 2500 Halsey Street, Bronx, NY 10461 | Healthcare/Insurance Services Agreement |
| 7 | Air Ambulance 1 | 9660 Hillcroft St. #208, Houston, TX 77096 | Ambulance Transportation Services Agreement |
| 1 | Alamo Ambulance Service, Inc. | 45 Reade Place, Poughkeepsie, NY 12601 | Ambulance Services |
| 2 | Ambler Healthcare Group, LLC | 32 South Bethlehem Pike, Ambler, PA 19002 | Ambulance Transportation Services Agreement |
| 3 | American Association of Physicians in Medicine | One Physics Ellipse, College Park, MD 20740 | Ambulance Transportation Services Agreement |
| 4 | American Medical Alert Corp. | 36-36 33rd Street, Long Island City, NY 11106 | Personal Emergency Response Systems and complementary devices installation and Services Agreement |
| 5 | American Occupational Therapy Association | 4720 Montgomery Ln, Bethesda, MD 20814 | Ambulance Transportation Services Agreement |
| 6 | Arista Center for Behavioral Health | 4201 Medical Parkway, Austin, TX 78756-3401 | Ambulance Services Agreement |
| 7 | Aria Arnold Medical Center | 1500 Sansom Lane, Philadelphia, PA 19114 | Ambulance Transportation Services Agreement |
| 8 | Baltimore County, Maryland | 6401 York Road, 3rd Floor, Towson, MD 21204 | Wheelchair and Ambulance Transportation Services |
| 9 | Beebe Medical Center | 424 Savannah Road, Lewes, DE 19958 | Ambulance Transportation Services Agreement |
| 10 | Beth Israel Medical Center | First Avenue at 16th Street, New York, NY 10003 | Ambulance Transportation Services Agreement |
| 11 | Brandywine Hospital | 201 Reeceville Road, Coatesville, PA 19320 | Ambulance Transportation Services Agreement |
| 12 | Brandywine River Valley Home and Hospice | 121 Bell Tower Lane, Oxford, PA 19363 | Ambulance Transportation Services Agreement |
| 13 | Bronx-Lebanon Hospital Center | 1276 Fulton Avenue, Bronx, NY 10457 | Ambulance Transportation Services Agreement |
| 14 | Brooke Glen Behavioral Hospital | 7170 Lafayette Avenue, Fort Washington, PA 19034 | Ambulance Transportation Services Agreement |
| 15 | Broomall Presbyterian Village | 146 Marple Road, Broomall, PA 19008 | Ambulance Transportation Services Agreement |
| 16 | Cadia Broadmeadow Nursing & Rehab | 500 South Broad Street, Middletown, DE 19709 | Ambulance Transportation Services Agreement |
| 17 | Cathedral Village | 600 E Cathedral Road, Philadelphia, PA 19128 | Ambulance Transportation Services Agreement |
| 18 | Chapel Hill Nursing Home | 1602 E Franklin St, Chapel Hill, NC 27514 | ALS/BLS Ambulance Services |
| 19 | Chandlerstown Community, Inc. | 715 Maiden Choice Ln, Catonsville, MD 21228 | Ambulance Transportation Services Agreement |
| 20 | Chester County Department of Mental Health | 601 Westtown Road, Suite 340, PO Box 2747, West Chester, PA 19380 | Ambulance Transportation Services Agreement |
| 21 | Chester County Emergency Medical Services Council | 601 Westtown Road, Suite 012, PO Box 2747, West Chester, PA 19380 | Ambulance Transportation Services Agreement |
| 22 | Chester Valley Rehabilitation | 283 Lancaster Avenue, Paoli, PA 19301 | Ambulance Transportation Services Agreement |
| 23 | Chestnut Hill Hospital | 8835 Germantown Hospital, Philadelphia, PA 19118 | Ambulance Transportation Services Agreement |
| 24 | Christiana Care Health Services | 4755 Ogletown-Stanton Road, P.O. Box 6001, Newark, DE 19718 | Ambulance Transportation Services Agreement |
| 25 | CHS Health Services, Inc. | 10701 Parkridge Blvd., Suite 200, Reston, VA 20191 | Ambulance Transportation Services Agreement |
| 26 | Churchman Village | 4949 Ogletown-Stanton Road, Newark, DE 19713 | Ambulance Transportation Services Agreement |
| 27 | Citizens Care & Rehabilitation Center | 415 S. Market Street, Havre de Grace, MD 21078 | Wheelchair and Ambulance Transportation Services |
| 28 | City of White Plains | 255 Main Street, White Plains, NY 10601 | Ambulance Transportation Services Agreement |
| 29 | Communications Family of Companies | 4700 Ashwood Drive, Suite 200, Cincinnati, OH 45241 | Medical Transportation Services |
| 30 | Complete Care Cleveland Hospice | 3331 Street Road, Suite 410, Bensalem, PA 19020 | Ambulance Transportation Services Agreement |
| 31 | Correct Care Solutions | 3343 Perimeter Hill Drive, Suite 300, Nashville, TN 37211 | Ambulance Transportation Services Agreement |
| 32 | Coventry Health Care of Delaware, Inc. | 2751 Centreville Road, Little Falls Center II, Suite 400, Wilmington, DE 19808 | Ancillary Provider Agreement |
| 33 | Deer Meadows Retirement Community | 8301 Roosevelt Blvd. Philadelphia, PA 19152 | Ambulance Transportation Services Agreement |
| 34 | Delaware Hospice, Inc. | 3515 Silverside Road, Wilmington, DE 19810 | Ambulance Transportation Services Agreement |
| 35 | Delaware Sleep Disorder Centers, LLC | 200 Hygeia Drive, Suite 2300, Newark, DE 19713 | Ambulance Transportation Services Agreement |
| 36 | Department of Correctional Services | 1220 Washington Avenue, Albany, NY 12226 | ALS/BLS Ambulance Services |
| 37 | duPont Hospital for Children of the Nemours Foundation | 1600 Rockland Rd, Wilmington, DE 19803 | Ambulance Transportation Services Agreement |
| 38 | Elder Health Pennsylvania, Inc. | 745 64th Street, Brooklyn, NY 11220 | Ancillary Provider Agreement |
| 39 | Ellicott City Health & Rehabilitation Center | 4700 Ashwood Drive, Suite 200, Cincinnati, OH 45241 | Medical Transportation Agreement |
| 40 | Empire Healthchoice HMO, Inc./Empire Healthcare Assurances, Inc. | One Liberty Plaza, New York, NY 10006 | Healthcare/Insurance Services Agreement |
| 41 | Exceptional Care & Training Center | 1590 Caton Center Drive, Baltimore, Maryland 21227 | Wheelchair and Ambulance (non-emergency) Transportation Services |
| 42 | Fairfield Nursing and Rehabilitation Center | 1454 Fairfield Loop Rd, Crownsville, MD 21032 | Ambulance Transportation Services Agreement |
| 43 | Fairmount Behavioral Health System | 561 Fairdowne Avenue, Philadelphia, PA 19128 | Ambulance Transportation Services Agreement |
| 44 | FIELDHOME | 2300 Catherine Street, Cortland Manor, NY 10567 | Business Associate Agreement |
| 45 | First to Care Homecare, Inc. | 6323 Seventh Avenue, Brooklyn, NY 11220 | Ambulance Transportation Services Agreement |
| 46 | Forest Hills Health and Rehabilitation Center | 109 Forest Valley Drive, Forest Hill, MD 21050 | Ambulance Transportation Services Agreement |
| 47 | Franklin Square Hospital Center, Inc. | 9000 Franklin Square Drive, Baltimore, MD 21237 | Ambulance Services Agreement |

TransCare Corporation
Exhibit K - Executory Contracts
Schedule G: Executory Contracts and Unexpired Leases

| | Name of Other Party | Address | Description of Contract or Lease |
|---|---|---|---|
| 48 | Frontrate Transportation LLC | 1037 Nursery Road, Lithicum Heights, Maryland 21090 | Wheelchair and Ambulance (non-emergency) Transportation Services |
| 49 | Friends Hospital | 4641 Roosevelt Blvd., Philadelphia, PA 19124 | Ambulance Transportation Agreement |
| 50 | Gateway International & EMS LLC | 1345 A St. NE, Washington DC 20002 | Medical Transportation Agreement |
| 51 | Genesis Health Center Severna Park | 310 Genesis Way, Severna Park, MD 21146 | ALS/BLS Ambulance Services |
| 52 | Genesis Heritage | 7232 German Hill Rd., Baltimore, MD 21222 | ALS/BLS Ambulance Services |
| 53 | Genesis Knollwood | 899 Cecil Ave, Millersville, MD 21108 | Ambulance Services Agreement |
| 54 | Glen Mills Senior Living | 242 Baltimore Pike, Glen Mills, PA 19342 | Ambulance Transportation Services Agreement |
| 55 | Glynn Taff | 5741 Edmondson Ave, Catonsville, MD 21228 | Ambulance Transportation Services Agreement |
| 56 | Great Valley Health d/b/a Jefferson Health Ambulance | 2 Industrial Blvd, Suite 102, Paoli, PA 19301 | Ambulance, wheelchair and other emergency medical transportation services |
| 57 | Group Health Incorporated | 441 Ninth Avenue, New York, NY 10001 | Healthcare/Insurance Services Agreement |
| 58 | Hartford County Health Department | 120 South Hays Street, Suite 100, Bel Air, Maryland 21014 | Ambulance Services Agreement |
| 59 | HCR-ManorCare at Pottstown | 724 N Charlotte Street, Pottstown, PA 19464 | Ambulance Transportation Services Agreement |
| 60 | Health Net Federal Services LLC | 2107 Wilson Blvd., Arlington, VA 22201 | Ancillary Provider Agreement |
| 61 | Heartland Hospice | 5 Christy Drive, Ste 103, Chadds Ford, PA 19317 | Ambulance Transportation Services Agreement |
| 62 | Hillside Center | 810 South Broom Street, Wilmington, DE 19805 | Ambulance Transportation Services Agreement |
| 63 | Holly Hill Manor | 531 Stevenson Ln, Towson, MD 21286 | ALS/BLS Ambulance Services |
| 64 | Holy Family Home | 5300 Chester Avenue, Philadelphia, PA 19143 | Ambulance Transportation Services Agreement |
| 65 | Home Care Hospice | 1810 Grant Avenue, Philadelphia, PA 19115 | Ambulance Transportation Services Agreement |
| 66 | Hospice & Palliative Care of Westchester | 311 North Street, Suite 204, White Plains, NY 10605 | Ambulance Transportation Services Agreement |
| 67 | Hospice of North Penn VNA | 51 Medical Campus, Lansdale, PA 19446 | Ambulance Transportation Services Agreement |
| 68 | Hospice of Philadelphia | 3300 Henry Ave, Philadelphia, PA 19129 | Ambulance Transportation Services Agreement |
| 69 | Hospice of the Chesapeake | 445 Defense Highway, Annapolis, MD 21401 | Ambulance Services Agreement |
| 70 | Hudson Valley Hospital Center | 1980 Crompond Road, Cortland Manor, NY 10567 | Ambulance Transportation Services Agreement |
| 71 | Injury Care Center | 901 West Ashland Avenue, Glenolden, PA 19036 | Ambulance Transportation Services Agreement |
| 72 | Inn at Freedom Village | 15 Freedom Blvd, West Brandywine, PA 19320 | Ambulance Transportation Services Agreement |
| 73 | Jacob Perlow Hospice | 39 Broadway, New York, NY 10006 | Ambulance Transportation Services Agreement |
| 74 | Januca's Pond | 2000 Greenbriar Lane, West Grove, PA 19390 | Ambulance Transportation Services Agreement |
| 75 | Jennersville Regional Hospital | 1015 W. Baltimore Pike, West Grove, PA 19390 | Ambulance Transportation Services Agreement |
| 76 | Johns Hopkins Healthcare, LLC | 6704 Curtis Court, Glen Burnie, MD 21060 | Ancillary Provider Agreement |
| 77 | Keystone Center | 2001 Providence Road, Chester, PA 19013 | Ambulance Transportation Services Agreement |
| 78 | Life Choice Hospice | 200 Dryden Road, Suite 3300, Dresher, PA 19025 | Ambulance Transportation Services Agreement |
| 79 | LifeBridge Health, Inc. | 2401 W Belvedere Ave, Baltimore, MD 21215 | Medical Transportation Agreement |
| 80 | Lighthouse Hospice | 1040 Kings Highway, Suite 100, Cherry Hill, NJ 08034 | Ambulance Transportation Services Agreement |
| 81 | Lutheran Medical Center | 150 55th Street, Brooklyn, NY 11220 | Billing Services Agreement |
| 82 | Main Line Health, Inc. | 130 South Bryn Mawr Avenue, 2nd Floor, Bryn Mawr, PA 19010 | Business Associate Agreement |
| 83 | Main Line Hospitals, Inc. | 130 South Bryn Mawr Avenue, 2nd Floor, Bryn Mawr, PA 19010 | Ambulance Transportation Services Agreement |
| 84 | ManorCare Health Services | 5651 Limestone Road, Wilmington, DE 19508 | Ambulance Transportation Services Agreement |
| 85 | Marley Neck Nursing Center | 7575 E Howard Rd, Glen Burnie, MD 21060 | ALS/BLS Ambulance Services |
| 86 | Maryland General Hospital | 827 Linden Ave, Baltimore, MD 21201 | Ambulance Services Agreement |
| 87 | Maryland Psychiatric Research Center | 220 Arch Street Rm. 02-123, Baltimore, MD 21201 | Ambulance Services Agreement |
| 88 | Maryland Transit Administration | 6 Saint Paul Street, Baltimore, MD 21202 | Paratransit Services |
| 89 | Meadowwood Hospital | 575 South Dupont Highway, New Castle, DE 19720 | Ambulance Transportation Services Agreement |
| 90 | Med-Care LLC | P.O. Box 91, Riderwood, Maryland 21139 | Wheelchair and Ambulance (non-emergency) Transportation Services |
| 91 | Memorial Home Health and Hospice Services | 390 N Broadway, Pennsville, NJ 08070 | Ambulance Transportation Services Agreement |
| 92 | Mercy Medical Center | 301 St Paul Pl., Baltimore, MD 20012 | Ambulance Services Agreement |
| 93 | Metropolitan Jewish Home Care | 6323 Seventh Avenue, Brooklyn, NY 11220 | Ambulance Transportation Services Agreement |
| 94 | MJG Nursing Home Company | 6323 Seventh Avenue, Brooklyn, NY 11220 | Ambulance Transportation Services Agreement |
| 95 | MJG St. Mary's Metropolitan Home Care | 6323 Seventh Avenue, Brooklyn, NY 11220 | Ambulance Transportation Services Agreement |
| 96 | MoundsView Medical Center | 111 East 210th Street, Bronx, NY 10467 | Ambulance Transportation Services Agreement |
| 97 | Mount Sinai Hospital | One Gustave L. Levy Place, New York, NY 10029 | Ambulance Transportation Services Agreement |
| 98 | MultiPlan, Inc. | 115 Fifth Avenue, New York, NY 10003 | Healthcare Services Agreement |
| 99 | MVP Health Plan, LLC | 1 Summit Ct # 200, Fishkill, NY 12524 | Ancillary Provider Agreement |
| 100 | Narcotics Anonymous | 19757 Nordhoff Place, Chatsworth, CA 91311 | Ambulance Transportation Services Agreement |
| 101 | National Nursing Centers Consortium | 260 South Broad Street, 18th Floor, Philadelphia, PA 19102 | Ambulance Transportation Services Agreement |

TransCare Corporation
Exhibit K - Executory Contracts
Schedule G: Executory Contracts and Unexpired Leases

| Name of Other Party | Address | Description of Contract or Lease |
|---|---|---|
| 102 Neighborhood Health Agencies, Inc. | 795 East Marshall Street, West Chester, PA 19380 | Ambulance Transportation Services Agreement |
| 103 New York City Transit Authority | 2 Broadway, New York, NY 10004 | Transportation Services (Access-A-Ride Paratransit Trans. Service) |
| 104 New York University Hospitals Center | 560 First Avenue, TH 181, New York, NY 10016 | Ambulance Transportation Services Agreement |
| 105 Newark Manor | 254 West Main Street, Newark, DE 19711 | Ambulance Transportation Services Agreement |
| 106 North Philadelphia Health System | 16th & Girard Avenue, Philadelphia, PA 19130 | Ambulance Transportation Services Agreement |

TransCare Corporation
Exhibit K - Executory Contracts
Schedule G: Executory Contracts and Unexpired Leases

| | Name of Other Party | Address | Description of Contract or Lease |
|---|---|---|---|
| 107 | Oakland Manor | 5430 Vantage Point Rd, Columbia, MD 21044 | ALS/BLS Ambulance Services |
| 108 | Oakwood Healthcare and Rehabilitation Center | 2109 Red Lion Rd, Philadelphia, PA 19115 | Ambulance Transportation Services Agreement |
| 109 | One Call Medical Transports | 3815 E. Main Street, Suite C, St. Charles, IL 60174 | Medical Transportation Agreement |
| 110 | Park Pleasant | 4712 Chester Avenue, Philadelphia, PA 19143 | Ambulance Transportation Services Agreement |
| 111 | Paul's Run | 9896 Bustleton Avenue, Philadelphia, PA 19115 | Ambulance Transportation Services Agreement |
| 112 | Philadelphia Presbytery Home, Inc. | 1515 The Fairway, Rydal, PA 19046 | Ambulance Transportation Services Agreement |
| 113 | Platinum Healthcare at Mainline Nursing and Rehabilitation Center | 283 East Lancaster Avenue, Malvern, PA 19355 | Ambulance Transportation Services Agreement |
| 114 | PRIDE Industries, Inc. | 10030 Foothills Boulevard, Roseville, CA 95747-7102 | Ambulance Transportation Services Agreement |
| 115 | Prison Health Services, Inc. | 105 Westpark Drive, Ste. 200, Brentwood, Tennessee 27027 | Ambulance Transportation Services Agreement |
| 116 | Progressive Medical, Inc. | 250 Progressive Way, Westerville, OH 43082 | Healthcare/Insurance Services Agreement |
| 117 | Quatex Media | 275 Grove Street, Suite 2-130 Newton, MA 02466 | Ambulance Transportation Services Agreement |
| 118 | Ravenwood Nursing Center | 501 W Franklin St, Baltimore, MD 21201 | ALS/BLS Ambulance Services |
| 119 | Renaissance Gardens at Maris Grove | 500 Maris Grove Way, Glen Mills, PA 19342 | Ambulance Transportation Services Agreement |
| 120 | Riddle Health Care Services | 1068 West Baltimore Pike, Media, PA 19063 | Ambulance Services |
| 121 | Ridgeway Manor | 5743 Edmondson Ave #2, Catonsville, MD 21228 | ALS/BLS Ambulance Services |
| 122 | RMA of Philadelphia Surgical Center, LLC | 625 Clark Avenue, Suite 17, King of Prussia, PA 19406 | Ambulance Transportation Services Agreement |
| 123 | Rockford Center | 100 Rockford Drive, New Castle, DE 19719 | Ambulance Transportation Services Agreement |
| 124 | Saint John Vianney Center | 151 Woodbine Avenue, Downingtown, PA 19335 | Ambulance Transportation Services Agreement |
| 125 | Samaritan Hospice | 5 Eves Drive, Suite 300, Marlton, NJ 08053 | Ambulance Transportation Services Agreement |
| 126 | Seaford Center | 1100 Norman Eskridge Highway, Seaford, DE 19973 | Ambulance Transportation Services Agreement |
| 127 | Seasons Hospice & Palliative Care of Delaware, LLC | 300 Biddle Avenue, Suite 205, Newark, Delaware 19702 | ALS/BLS Ambulance Services |
| 128 | Select Specialty Hospital-Wilmington, Inc. | 701 N. Clayton Street, Wilmington, DW 19805 | Ambulance Transportation Services Agreement |
| 129 | Shipley Manor | 2723 Shipley Road, Wilmington, DE 19810 | Ambulance Transportation Services Agreement |
| 130 | St. Agnes Long Term Intensive Care, LLP | 1900 S. Broad Street, Philadelphia, PA 19145 | Medical Transportation Service Agreement |
| 131 | St. Barnabas Hospital | Third Avenue and 183rd Street, Bronx, NY 10457 | Ambulance Transportation Services Agreement |
| 132 | St. Martha Manor | 4790 Manor Avenue, Downingtown, PA 19335 | Ambulance Transportation Services Agreement |
| 133 | Taylor Hospice | 300 Johnson Avenue, Ridley Park, PA 19078 | Ambulance Transportation Services Agreement |
| 134 | The American Psychiatric Association | 1000 Wilson Blvd., Suite 1825, Arlington, VA 22209 | Ambulance Transportation Services Agreement |
| 135 | The Birth Center | 918 County Line Road, Bryn Mawr, PA 19010 | Ambulance Transportation Services Agreement |
| 136 | The Charles Jr. House | 1 Center Plaza, Boston, MA 02108 | ALS/BLS Ambulance Services |
| 137 | The Children's Surgery Center of Malvern | 596 East Lancaster Ave., Malvern, PA 19355 | Ambulance Transportation Services Agreement |
| 138 | The County of Putnam | 40 Gleneida Avenue, Carmel, NY 10512 | ALS Transport Agreement |
| 139 | The Hill of White Marsh | 400 Fox Hound Drive, Lafayette Hill, PA 19444 | Ambulance Transportation Services Agreement |
| 140 | The Laser Spine Institute | 656 Swedesford Road, Wayne, PA 19083 | Ambulance Transportation Services Agreement |
| 141 | The Memorial Hospital of Salem County | 310 Woodstown Road, Salem, NJ 08079 | Ambulance Transportation Services Agreement |
| 142 | The Mummers Association | Box 3754 Philadelphia, PA 19150-9998 | Ambulance and Emergency Health Services |
| 143 | The National Association of Student Personnel Association | 111 K Street NE, 10th Floor, Washington, DC 20002 | Ambulance Transportation Services Agreement |
| 144 | Three Rivers Provider Network, Inc. | 910 Hale Pl, Suite 101, Chula Vista, CA 91914 | Healthcare/Insurance Services Agreement |
| 145 | Unite for Her | PO Box 351, Pocopson, PA 19366 | Ambulance Transportation Services Agreement |
| 146 | United HealthCare Insurance Company | PO Box 170 Wood Avenue South, Floor 3, Iselin, NJ 08830 | Healthcare Services Agreement |
| 147 | VA Medical Center Castle Point Campus | 130 West Kingsbridge Road, Bronx, NY 10468 | Ambulance Services |
| 148 | VA Medical Center Montrose Campus | 2094 Albany Post Rd, Montrose, NY 10548 | Ambulance Services |
| 149 | Valley Forge Surgical Center | 945 Chesterbrook Blvd., Wayne, PA 19087 | Ambulance Transportation Services Agreement |
| 150 | Veolia Transportation, Inc. | 2100 Huntingdon Ave., Baltimore, MD 21211 | Ambulance Transportation Agreement |
| 151 | Village of Briarcliff Manor | 1111 Pleasantville Road, Briarcliff Manor, NY 10510 | Ambulance Staffing Agreement |
| 152 | Westchester Ambulance District | Town Hall, 20 Middlebush Road, P.O. Box 324, Wappinger Falls, NY 12590 | Ambulance and Emergency Health Services |
| 153 | Wellington Terrace | 1361 Boot Road, West Chester, PA 19380 | Ambulance Transportation Services Agreement |
| 154 | Westchester Medical Center | 100 Woods Road, Executive Offices Taylor Pavilion-C2, Valhalla, NY 10595 | Ambulance Service Agreement |
| 155 | Westchester Medical Center | 2475 St. Raymond Avenue, Bronx, NY 10461 | Ambulance Transportation Services Agreement |
| 156 | Wexford Health Sources, Inc. | P.O. Box 16471, Pittsburgh, PA 15242 | Wheelchair and Ambulance Transportation Services |
| 157 | Whiteford Volunteer Fire Company, Inc. | P.O. Box 222, 1407 Pylesville Road, Whiteford, MD 21160 | Billing and Collection Services |