UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
    TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO. 16-10407 (SMB)
(JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED JANUARY 31, 2017

FILER:              Salvatore LaMonica, as Chapter 7 Trustee
                         c/o LaMonica Herbst & Maniscalco, LLP
                         3305 Jerusalem Ave.
                         Wantagh, New York 11793

ATTORNEY:       Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
                         c/o LaMonica Herbst & Maniscalco, LLP
                         3305 Jerusalem Ave.
                         Wantagh, New York 11793

REPORT PREPARER:    CBIZ Accounting, Tax and Advisory of New York, LLC

    The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

_2-23_____, 2017

_____
Salvatore LaMonica, as Chapter 7 Trustee

*Page 1 of 40*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: January 1, 2017 - January 31, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5371, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466,
5680, 5387, 5619, 5592, 5657, 5414, 5623, 5426, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank Transcare Corporation Acct 5349 | Empire Bank Transcare Corporation Acct 5368 (A) | Empire Bank Transcare Corporation Acct 5373 (B) | Empire Bank Transcare Corporation Acct 5485 (C) | Empire Bank Transcare Corporation Acct 5597 (G) | Empire Bank Transcare Corporation Acct 5695 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 176,195 | $ 79,323 | $ 800,000 | $ - | $ 88,000 | 64,288 |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | 92,259 | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $ 92,259 | $ - | $ - | $ - | $ - | - |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $ 150,000 | $ 7,064 | $ - | $ - | $ - | - |
| OPERATING | 25,440 | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | 1,307 | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA; DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | 72,259 | - | - | 20,000 | - |
| TOTAL DISBURSEMENTS | $ 176,747 | $ 79,323 | $ - | $ - | $ 20,000 | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (84,488) | $ (79,323) | $ - | $ - | $ (20,000) | $ - |
| CASH END OF MONTH | $ 91,707 | $ - | $ 800,000 | $ - | $ 68,000 | 64,288 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: January 1, 2017 - January 31, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank: TC Corporation | Empire Bank: Transcare ML Inc. | Empire Bank: Transcare ML Inc. | Empire Bank: Transcare New York | Empire Bank: Transcare New York | Empire Bank: Transcare New York |
|---|---|---|---|---|---|---|
| | Acct 5409 (D) | Acct 5433 (D) | Acct 5638 (H) | Acct 5447 (D) | Acct 5642 (H) | Acct 5702 (I) |
| CASH BEGINNING OF MONTH | $ 362,605 | $ 35,702 | $ 2,518 | $ 1,163,012 | $ 11,007 | $ 2,430,000 |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | | - | - | - | - | - |
| INTEREST INCOME | | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | | - | - | - | - | - |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | | - | - | - | - | - |
| SETTLEMENTS | | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | | - | - | - | - | - |
| PROFESSIONAL FEES | | - | - | - | - | - |
| TAXES | | - | - | - | - | - |
| COURT COSTS | - | | | | | |
| COSTS RE SALE / DISPOSITION OF ASSETS | 171 | 2,542 | | 10,112 | - | - |
| SURETY BOND | | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | | | | | |
| TOTAL DISBURSEMENTS | $ 171 | $ 2,542 | $ - | $ 10,112 | $ - | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (171) | $ (2,542) | $ - | $ (10,112) | $ - | $ - |
| CASH END OF MONTH | $ 362,434 | $ 33,160 | $ 2,518 | $ 1,152,900 | $ 11,007 | $ 2,430,000 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: January 1, 2017 - January 31, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5605, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TransCare Penn Inc. Acct 5452 (D) | | Empire Bank TransCare Penn Inc. Acct 5676 (H) | | Empire Bank TransCare Westchester Acct 5466 (D) | | Empire Bank TransCare Westchester Acct 5680 (H) | | TC Hudson Valley Ambulance Acct 5387 (E) | | TC Hudson Valley Ambulance Acct 5619 (H) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ | 22,503 | $ | 2,615 | $ | 700,111 | $ | 2,875 | $ | 490,876 | $ | 3,311 |
| RECEIPTS | | | | | | | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| WELLS FARGO U&O PAYMENT AND LOAN | | - | | - | | - | | - | | - | | - |
| WELLS FARGO RENT OBLIGATION | | - | | - | | - | | - | | - | | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | | - | | - | | - | | - | | - | | - |
| SALE / DISPOSITION OF ASSETS | | - | | - | | - | | - | | - | | - |
| INTEREST INCOME | | - | | - | | - | | - | | - | | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | | - | | - | | - | | - | | - | | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | | - | | - | | - | | - | | - | | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | | - | | - | | - | | - | | - | | - |
| TOTAL RECEIPTS | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| DISBURSEMENTS | | | | | | | | | | | | |
| INSURANCE | $ | - | $ | - | $ | - | $ | - | $ | - | $ | - |
| OPERATING | | - | | - | | - | | - | | - | | - |
| INDEPENDENT CONTRACTOR | | - | | - | | - | | - | | - | | - |
| BANK FEES / MERCHANT FEES | | - | | - | | - | | - | | - | | - |
| SETTLEMENTS | | - | | - | | - | | - | | - | | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | | - | | - | | - | | - | | - | | - |
| PROFESSIONAL FEES | | - | | - | | - | | - | | - | | - |
| TAXES | | - | | - | | - | | - | | - | | - |
| COURT COSTS | | - | | - | | - | | - | | - | | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | | 777 | | - | | 1,398 | | - | | - | | - |
| SURETY BOND | | - | | - | | - | | - | | - | | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | | - | | - | | - | | - | | - | | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | | - | | - | | - | | - | | - | | - |
| TURNOVER OF SALE PROCEEDS | | - | | - | | - | | - | | - | | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | | - | | - | | - | | - | | - | | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | | - | | - | | - | | - | | - | | - |
| TOTAL DISBURSEMENTS | $ | 777 | $ | - | $ | 1,398 | $ | - | $ | - | $ | - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ | (777) | $ | - | $ | (1,398) | $ | - | $ | - | $ | - |
| CASH END OF MONTH | $ | 21,725 | $ | 2,615 | $ | 698,713 | $ | 2,875 | $ | 490,876 | $ | 3,311 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: January 1, 2017 - January 31, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5605, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Ambulance Group Acct 5392 (E) | Empire Bank TC Ambulance Group Acct 5657 (H) | Empire Bank TCBA Ambulance Inc. Acct 5414 (E) | Empire Bank TCBA Ambulance Inc. Acct 5623 (I) | Empire Bank Transcare Maryland Acct 5428 (E) | Empire Bank Transcare Maryland Acct 5604 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | 910,061 | 1,338 | 295,868 | 1,338 | 36,950 | 5,003 |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| **TOTAL RECEIPTS** | $ - | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - | $ - | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ - | $ - | $ - | $ - | $ - | $ - |
| CASH END OF MONTH | $ 910,061 | $ 1,338 | $ 295,868 | $ 1,338 | $ 36,950 | $ 5,003 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: January 1, 2017 - January 31, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5076, 5466,
5680, 5387, 5619, 5592, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Ambulance North Acct 5490 (F) | Empire Bank TC Ambulance Corp Acct 5661 (H) | Total for Full Period 2/25/16 - 1/31/17 |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $        312,097 | $        5,708 | $        - |
| RECEIPTS | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $        - | $        - | $        595,003 |
| WELLS FARGO D&O PAYMENT AND LOAN | - | - | 977,200 |
| WELLS FARGO RENT OBLIGATION | - | - | 42,013 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | 2,518,000 |
| SALE / DISPOSITION OF ASSETS | - | - | 14,954,435 |
| INTEREST INCOME | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | 915 |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | 1,886,582 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | 67,000 |
| TOTAL RECEIPTS | $        - | $        - | $    21,041,149 |
| DISBURSEMENTS | | | |
| INSURANCE | $        - | $        - | $        329,484 |
| OPERATING | - | - | 173,605 |
| INDEPENDENT CONTRACTOR | - | - | 55,745 |
| BANK FEES / MERCHANT FEES | - | - | 18,105 |
| SETTLEMENTS | - | - | 8,000 |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | 71,592 |
| PROFESSIONAL FEES | - | - | 1,770 |
| TAXES | - | - | - |
| COURT COSTS | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | 493,714 |
| SURETY BOND | - | - | 1,287 |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | 350,000 |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | 595,003 |
| TURNOVER OF SALE PROCEEDS | - | - | 8,451,771 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | 800,000 |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | 1,886,582 |
| TOTAL DISBURSEMENTS | $        - | $        - | $    13,236,658 |
| NET CASH FLOW | $        - | $        - | $      7,804,491 |
| (RECEIPTS LESS DISBURSEMENTS) | | | |
| CASH END OF MONTH | $        312,097 | $        5,708 | $      7,804,491 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016


**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 4
Statement Date: 01/31/2017
Account Number ████5349
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ████5349

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ........................ | | | 176,195.24 |
| PLUS | 2 | DEPOSITS AND OTHER CREDITS .................... | 92,258.90 |
| LESS | 5 | CHECKS AND OTHER DEBITS ...................... | 170,147.08 |
| CURRENT STATEMENT BALANCE AS OF 01/31/17 ...................... | | | 98,307.06 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 31 | | |

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 203 | 01/30 | 95.00 | 205 | 01/27 | 17,614.44 |
| 204 | 01/30 | 1,130.70 | 206 | 01/31 | 150,000.00 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 01/03 | COLLATERAL FEE | 1,306.94 | |
| 01/17 | XFER FROM ACCT CK-XXXXXXXX5597 | | 20,000.00 |
| 01/26 | XFER FROM ACCT CK-XXXXXXXX5368 | | 72,258.90 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/31 | 176,195.24 | 01/03 | 174,888.30 | 01/17 | 194,888.30 | 01/26 | 267,147.20 |
| 01/27 | 249,532.76 | 01/30 | 248,307.06 | 01/31 | 98,307.06 | | |





BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ████5349
Page: 2 of 2

01/30/2017    203    $95.00

01/30/2017    204    $1,130.70

01/27/2017    205    $17,614.44

01/31/2017    206    $150,000.00

 **EmpireNationalBank**

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ▮▮▮▮5368
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ▮▮▮▮5368
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    79,323.38
    PLUS      0  DEPOSITS AND OTHER CREDITS ...................          .00
    LESS      1  CHECKS AND OTHER DEBITS ......................    72,258.90
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................     7,064.48
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Account Transactions

| DATE | DESCRIPTION | | DEBITS | CREDITS |
|------|-------------|---|--------|---------|
| 01/26 | XFER TO ACCT | CK-XXXXXXXX5349 | 72,258.90 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 79,323.38 | 01/26 | 7,064.48 | | | | |





 **Empire National** *Bank*
1707 VETERANS HWY.. STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5373
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ████5373
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ........................      800,000.00
    PLUS      0   DEPOSITS AND OTHER CREDITS ....................            .00
    LESS      0   CHECKS AND OTHER DEBITS ......................            .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................      800,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 800,000.00 | | | | | | |






**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ███████5485
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ███████5485
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................      .00
    PLUS      0  DEPOSITS AND OTHER CREDITS ...................      .00
    LESS      0  CHECKS AND OTHER DEBITS ....................      .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................      .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | .00 | | | | | | |



NOTICE:  See reverse side for important information





**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ███████5597
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ███████5597
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................      88,000.00
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................            .00
   LESS      1   CHECKS AND OTHER DEBITS .....................      20,000.00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................      68,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Account Transactions

| DATE  | DESCRIPTION |                      | DEBITS    | CREDITS |
|-------|-------------|----------------------|-----------|---------|
| 01/17 | XFER TO ACCT | CK-XXXXXXXX5349     | 20,000.00 |         |

## Balance By Date

| DATE  | BALANCE   | DATE  | BALANCE   | DATE | BALANCE | DATE | BALANCE |
|-------|-----------|-------|-----------|------|---------|------|---------|
| 12/31 | 88,000.00 | 01/17 | 68,000.00 |      |         |      |         |






**Empire** **National** Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5695
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

### Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5695
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ........................   64,287.92
    PLUS      0 DEPOSITS AND OTHER CREDITS ...................        .00
    LESS      0 CHECKS AND OTHER DEBITS ....................         .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................   64,287.92
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 64,287.92 | | | | | | |



NOTICE: See reverse side for important information




**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 01/31/2017
Account Number: ███5409
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    █████5409
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ....................... 362,605.16
     PLUS    0   DEPOSITS AND OTHER CREDITS ...................         .00
     LESS    1   CHECKS AND OTHER DEBITS ....................       170.80
CURRENT STATEMENT BALANCE AS OF 01/31/17 ....................... 362,434.36
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 107 | 01/30 | 170.80 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 362,605.16 | 01/30 | 362,434.36 | | | | |





BANKRUPTCY ESTATE OF TC CORPORTATION
Account: █████ 5409
Page: 2 of 2



01/30/2017   107   $170.80



**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 01/31/2017
Account Number: ████ 5433
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ████ 5433
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    35,701.74
     PLUS     0  DEPOSITS AND OTHER CREDITS ...................          .00
     LESS     1  CHECKS AND OTHER DEBITS ....................     2,541.64
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    33,160.10
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 105 | 01/30 | 2,541.64 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 35,701.74 | 01/30 | 33,160.10 | | | | |



NOTICE:  See reverse side for important information
Page 16 of 40



BANKRUPTCY ESTATE OF TRANSCARE ML INC
Account: ███████ 5433
Page: 2 of 2



01/30/2017    105    $2,541.64

 **Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5638
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5638
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 .......................    2,518.00
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0   CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................    2,518.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 2,518.00 | | | | | | |







**EmpireNationalBank**

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 01/31/2017
Account Number: ███5447
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ███5447
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 .......................   1,163,011.91
   PLUS     0   DEPOSITS AND OTHER CREDITS ....................          .00
   LESS     1   CHECKS AND OTHER DEBITS .....................      10,111.66
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................   1,152,900.25
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 108 | 01/30 | 10,111.66 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 1,163,011.91 | 01/30 | 1,152,900.25 | | | | |





BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
Account: ████5447
Page: 2 of 2



01/30/2017   108   $10,111.66

 **EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5642
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5642
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    11,007.19
    PLUS     0   DEPOSITS AND OTHER CREDITS ...................         .00
    LESS     0   CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    11,007.19
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 11,007.19 | | | | | | |






**_EmpireNationalBank_**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ███5702
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ███5702
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ...................     2,430,000.00
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................           .00
    LESS      0   CHECKS AND OTHER DEBITS .....................           .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ....................     2,430,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 2,430,000.00 | | | | | | |





 **Empire National** Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures: 1**
**Statement Date:** 01/31/2017
**Account Number:** ███5452
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     █████5452
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    22,502.76
     PLUS    0  DEPOSITS AND OTHER CREDITS ...................          .00
     LESS    1  CHECKS AND OTHER DEBITS ....................        777.47
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    21,725.29
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 105 | 01/30 | 777.47 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 22,502.76 | 01/30 | 21,725.29 | | | | |



 FDIC

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
Account: ████ 5452
Page: 2 of 2



01/30/2017   105   $777.47


**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5676
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF INC TRANSCARE PENNS
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    █████5676
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    2,614.85
    PLUS     0  DEPOSITS AND OTHER CREDITS ...................         .00
    LESS     0  CHECKS AND OTHER DEBITS ....................         .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .....................    2,614.85
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 2,614.85 | | | | | | |







**Empire**National**Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 01/31/2017
Account Number: ████ 5466
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ████ 5466
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ........................    700,111.17
   PLUS      0   DEPOSITS AND OTHER CREDITS ....................           .00
   LESS      1   CHECKS AND OTHER DEBITS .....................         1,398.43
CURRENT STATEMENT BALANCE AS OF 01/31/17 ........................    698,712.74
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

### Check Transactions

| SERIAL | DATE  | AMOUNT   | SERIAL | DATE | AMOUNT |
|--------|-------|----------|--------|------|--------|
| 106    | 01/30 | 1,398.43 |        |      |        |

### Balance By Date

| DATE  | BALANCE    | DATE  | BALANCE    | DATE | BALANCE | DATE | BALANCE |
|-------|------------|-------|------------|------|---------|------|---------|
| 12/31 | 700,111.17 | 01/30 | 698,712.74 |      |         |      |         |



NOTICE: See reverse side for important information



BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
Account: ███████5466
Page: 2 of 2



01/30/2017    106    $1,398.43



**Empire**National*Bank*
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ▓▓▓▓5680
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▓▓▓▓5680
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    2,875.13
    PLUS     0  DEPOSITS AND OTHER CREDITS ..................        .00
    LESS     0  CHECKS AND OTHER DEBITS .....................        .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    2,875.13
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 2,875.13 | | | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5387
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

—

—

—

### Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5387
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ........................     490,876.25
     PLUS     0   DEPOSITS AND OTHER CREDITS ...................            .00
     LESS     0   CHECKS AND OTHER DEBITS ......................            .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ........................     490,876.25
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 490,876.25 | | | | | | |



NOTICE:  See reverse side for important information





**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: █████5619
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      █████5619
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 .......................   3,310.93
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................         .00
   LESS      0   CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................   3,310.93
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 3,310.93 | | | | | | |







**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ▮▮▮▮5392
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ▮▮▮▮5392
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ........................      910,060.85
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................             .00
    LESS      0   CHECKS AND OTHER DEBITS .....................             .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ........................      910,060.85
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 910,060.85 | | | | | | |



NOTICE:  See reverse side for important information




**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5657
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5657
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    1,337.69
     PLUS     0  DEPOSITS AND OTHER CREDITS ...................         .00
     LESS     0  CHECKS AND OTHER DEBITS ......................         .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    1,337.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 1,337.69 | | | | | | |






**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5414
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5414
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    295,867.60
    PLUS    0   DEPOSITS AND OTHER CREDITS ...................          .00
    LESS    0   CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    295,867.60
NUMBER OF DAYS IN THIS STATEMENT PERIOD      31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 295,867.60 | | | | | | |





**Empire**National*Bank*

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ▬▬5623
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ▬▬5623
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ....................        1,337.69
    PLUS    0   DEPOSITS AND OTHER CREDITS ..................             .00
    LESS    0   CHECKS AND OTHER DEBITS ....................             .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ....................        1,337.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 1,337.69 | | | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ███5428
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5428
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    36,949.74
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0   CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    36,949.74
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 36,949.74 | | | | | | |





 **EmpireNational**Bank
1707 VETERANS HWY.. STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ▓▓▓5604
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     ▓▓▓▓5604
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 .......................    5,002.72
     PLUS     0   DEPOSITS AND OTHER CREDITS ...................          .00
     LESS     0   CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................    5,002.72
NUMBER OF DAYS IN THIS STATEMENT PERIOD     31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 5,002.72 | | | | | | |





NOTICE:  See reverse side for important information

)FDIC


**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: ████5490
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10416
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    ████5490
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 ......................    312,097.25
    PLUS     0  DEPOSITS AND OTHER CREDITS ...................            .00
    LESS     0  CHECKS AND OTHER DEBITS .....................            .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 ......................    312,097.25
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 312,097.25 | | | | | | |







**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 01/31/2017
Account Number: [REDACTED]5661
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER    [REDACTED]5661
PREVIOUS STATEMENT BALANCE AS OF 12/31/16 .......................    5,707.88
     PLUS    0   DEPOSITS AND OTHER CREDITS ...................          .00
     LESS    0   CHECKS AND OTHER DEBITS ......................          .00
CURRENT STATEMENT BALANCE AS OF 01/31/17 .......................    5,707.88
NUMBER OF DAYS IN THIS STATEMENT PERIOD    31
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 12/31 | 5,707.88 | | | | | | |



NOTICE:  See reverse side for important information



TransCare Corporation, et al.
Schedule of Deposits
Reporting Period: January 1, 2017 – January 31, 2017

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5349 | 01/1/17 | Transfer from Acct # xxxxxx5597 | Transfer of Funds Per Order 1/11/17 (docket #366) | $ 20,000.00 |
| 5349 | 01/26/17 | Transfer from Acct # xxxxxx5368 | Transfer of Funds Per Order 1/11/17 (docket #366) | 72,258.90 |
| | | | | $ 92,258.90 |

TransCare Corporation, et al.
Schedule of Disbursements
Reporting Period: January 1, 2017 - January 31, 2017

| Bank Acct# | Check# | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 01/03/17 | EmpireNationalBank | Bank service fee | $ 1,306.94 |
| 5349 | 202 | 01/19/17 | Senior Care Emergency Medial Services | Operation of CONs under management agreement per Order 12/13/16 (docket #339) | 6,600.00 |
| 5349 | 203 | 01/19/17 | Guarantee Records Management, LLC | Storage fees invoice 0092693 per Order 12/13/16 (docket #339) | 95.00 |
| 5349 | 204 | 01/19/17 | GRM Information Management Services, Inc. | Storage fees invoice 1872305 per Order 12/13/16 (docket #339) | 1,130.70 |
| 5349 | 205 | 01/23/17 | ADP, Inc | Preparation of W-2's per Order 12/13/16 (docket #339) | 17,614.44 |
| 5349 | 206 | 01/26/17 | Zurich American Insurance Company | Payment of auto insurance premiums per Stip and Order 1/11/17 (docket #363) | 150,000.00 |
| 5368 | | 01/26/14 | Transfer to Acct # xxxxxx5349 | Transfer of Funds Per Order 1/11/17 (docket #366) | 72,238.90 |
| 5368 | 1001 | 01/26/17 | IPFS Corporation | Resolving motion to lift stay per Order 1/11/17 (docket #366) | 7,064.48 |
| 5409 | 107 | 01/26/17 | Kin Leasing Corp. | Final distribution per Second Consent Order 1/10/17 (docket #363) | 170.80 |
| 5433 | 105 | 01/26/17 | Kin Leasing Corp. | Final distribution per Second Consent Order 1/10/17 (docket #363) | 2,541.64 |
| 5447 | 108 | 01/26/17 | Kin Leasing Corp. | Final distribution per Second Consent Order 1/10/17 (docket #363) | 10,111.66 |
| 5452 | 105 | 01/26/17 | Kin Leasing Corp. | Final distribution per Second Consent Order 1/10/17 (docket #363) | 777.47 |
| 5466 | 106 | 01/26/17 | Kin Leasing Corp. | Final distribution per Second Consent Order 1/10/17 (docket #363) | 1,398.43 |
| 5597 | | 01/17/17 | Transfer to Acct # xxxxxx5349 | Transfer of Funds Per Order 1/11/17 (docket #366) | 20,000.00 |
| | | | | | $ 291,070.46 |