UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                    Chapter 7

TRANSCARE CORPORATION, et al.,                           Case No.: 16-10407 (SMB)
                                                                                          (Jointly Administered)
                            Debtors.
---------------------------------------------------------------x

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF THE INTERIM
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE CHAPTER 7
TRUSTEE AND HIS RETAINED PROFESSIONALS**

Upon consideration of the applications for allowance of interim compensation and reimbursement of expenses for professional services rendered from: i) LaMonica Herbst & Maniscalco, LLP, General counsel to Chapter 7 Trustee (the "Trustee") ; ii) CBIZ Accounting, Tax and Advisory of New York, LLC and CBIZ Accounting, Tax & Advisory of San Diego, LLC, Financial Advisors to the Trustee; iii) Lucy L. Thomson, the Patient Care Ombudsman; and iv) Garfunkel Wild, P.C., Special Counsel to the Trustee (collectively, the "Applications"); and notice have been given pursuant to Federal Rules of Bankruptcy Procedure 2002(a)(7) and (c)(2); and no objections to the Applications having been filed; and a hearing on the Applications having been held before the Court on March 7, 2017 at 10:00 a.m. (the "Hearing"); and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having considered the Applications at the Hearing, the record of which is incorporated herein by reference; and good and sufficient cause appearing therefore, it is hereby:

**ORDERED**, that the Applications are granted to the extent set forth in Schedules annexed hereto; and, it is further,

**ORDERED**, that the Trustee is authorized to pay the awards set forth in the Schedules annexed hereto.

Dated:  March 8<u>th</u>, 2017
       New York, New York

                                                 /s/ STUART M. BERNSTEIN
                                               Honorable Stuart M. Bernstein
                                               United States Bankruptcy Judge

**Case No.: 16-10407**  
**Case Name: In re TransCare Corporation . et al.**

**CURRENT INTERIM FEE PERIOD**

**Schedule A**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | (1) Applicant | (2) Document Number of Application | (3) Interim Fees Requested | (4) Interim Fees Awarded | (5) 20% Holdback | (6) Fees to be Paid for Prior Fee Period (i.e., Holdback Release) | (7) Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
| 2 | LaMonica Herbst & Maniscalco, LLP (first Interim) | Dkt. No. 379 | $ 779,711.50 | $ 623,769.20 | $ 155,942.30 | n/a | $ 623,769.20 | $24,339.97 | $24,339.97 |
| 3 | CBIZ Accounting, Tax and Advisory of New York, LLC and CBIZ, Accounting, Tax & Adivisory of San Diego LLC (first interim) | DKt. No. 380 | $ 646,878.40 | $ 517,502.72 | $ 129,375.68 | n/a | $ 517,502.72 | $27,300.36 | $27,300.36 |
| 4 | Lucy. Thomson (first interim) | Dkt. No. 381 | $ 28,820.00 | $ 23,056.00 | $ 5,764.00 | n/a | $ 23,056.00 | $0.00 | $0.00 |
| 5 | Garfunkel Wild, P.C. (first interim) | Dkt No. 382 | $ 47,863.00 | $ 38,290.40 | $ 9,572.60 | n/a | $ 38,290.40 | $33.31 | $33.31 |
| 6 | | | | | | | | | |

DATE ON WHICH ORDER WAS SIGNED: 3/8/2017                             INITIALS: _SMB__ USBJ

Case No.:16-10407-SMB
Case Name: TransCare Corporation *et al*.

**FEE/COMMISSION APPLICATION TOTALS**
[ALL FEE PERIODS FROM FEBRUARY 25, 2016-DECEMBER 31, 2016]

**Schedule A-1**

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees To Be Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| LaMonica Herbst & Maniscalco, LLP (first Interim) | $ 779,711.50 | $ 623,769.20 | $24,339.97 | $24,339.97 |
| CBIZ Accounting, Tax and Advisory of New York, LLC and CBIZ, Accounting, Tax & Adivisory of San Diego LLC (first interim) | $ 646,878.40 | $ 517,502.72 | $27,300.36 | $27,300.36 |
| Lucy. Thomson (first interim) | $ 28,820.00 | $ 23,056.00 | $0.00 | $0.00 |
| Garfunkel Wild, P.C. (first interim) | $ 47,863.00 | $ 38,290.40 | $33.31 | $33.31 |
| | 3/8/2017    SMB | | | |

DATE ON WHICH ORDER WAS SIGNED: _____          INITIALS: _____ USBJ

Case No.: 16-10407-SMB
Case Name: TransCare Corporation *et al*.

**COMPENSATION PER ESTATE**

Schedule B

| (1) Applicant | (2) Fees to be Paid for Current Fee Period | (1) Fees Paid by TransCare Corporation Estate (16-10407) | (2) Fees Paid by TransCare New York Inc. Estate (16-10408) | (3) Fees Paid byTransCare ML Inc. Estate (16-10409) | (4) Fees Paid by TC Ambulance Group Inc. Estate (16-10410) | (5) Fees Paid by TCBA Ambulance Inc. Estate (16-10412) | (6) Fees Paid byTransCare Westchester Estate (16-10414) | (7) Fees Paid by TC Ambulance North Estate (16-10416) | (8) Fees Paid by TransCare Pennsylvania Inc. Estate (16-11057) | (9) Fees Paid by TC Ambulance Corporation Estate (16-11058) | (10) Fees Paid by TC Hudson Valley Ambulance Corp. Estate (16-11059) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LaMonica Herbst & Maniscalco, LLP (first Interim) | $ 623,769.20 | $ 119,558.47 | $ 192,591.86 | $ 3,535.52 | $ 90,315.54 | $ 29,451.89 | $ 69,524.07 | $ 30,927.10 | $ 2,412.12 | $ 36,481.14 | $ 48,971.50 |
| CBIZ Accounting, Tax and Advisory of New York, LLC and CBIZ, Accounting, Tax & Adivisory of San Diego LLC (first interim) | $ 517,502.72 | $ 99,190.26 | $ 159,781.55 | $ 2,933.21 | $ 74,929.22 | $ 24,434.41 | $ 57,679.82 | $ 25,658.30 | $ 2,001.18 | $ 30,266.15 | $ 40,628.62 |
| Lucy. Thomson (first interim) | $ 23,056.00 | $ 4,419.17 | $ 7,118.66 | $ 130.68 | $ 3,338.28 | $ 1,088.61 | $ 2,569.78 | $ 1,143.14 | $ 89.16 | $ 1,348.43 | $ 1,810.10 |
| Garfunkel Wild, P.C. (first interim) | $ 38,290.40 | $ 7,339.16 | $ 11,822.35 | $ 217.03 | $ 5,544.07 | $ 1,807.92 | $ 4,267.77 | $ 1,898.48 | $ 148.07 | $ 2,239.41 | $ 3,006.14 |

3/8/2017   SMB

DATE ON WHICH ORDER WAS SIGNED: _____                                        INITIALS: _____ USBJ

Case No. 16-10407-SMB  
Case Name: In re TransCare Corporation *et al*.

**EXPENSES PER ESTATE**

Schedule B (1)

| Applicant | (1) Fees to be Paid for Current Fee Period | (1) Fees Paid by TransCare Corporation Estate (16-10407) | (2) Fees Paid by TransCare New York Inc. Estate (16-10408) | (3) Fees Paid byTransCare ML Inc. Estate (16-10409) | (4) Fees Paid by TC Ambulance Group Inc. Estate (16-10410) | (5) Fees Paid by TCBA Ambulance Inc. Estate (16-10412) | (6) Fees Paid byTransCare Westchester Estate (16-10414) | (7) Fees Paid by TC Ambulance North Estate (16-10416) | (8) Fees Paid by TransCare Pennsylvania Inc. Estate (16-11057) | (9) Fees Paid by TC Ambulance Corporation Estate (16-11058) | (10) Fees Paid by TC Hudson Valley Ambulance Corp. Estate (16-11059) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| LaMonica Herbst & Maniscalco, LLP (first Interim) | $ 24,339.97 | $ 4,665.27 | $ 7,515.09 | $ 137.96 | $ 3,524.18 | $ 1,149.24 | $ 2,712.88 | $ 1,206.80 | $ 94.12 | $ 1,423.52 | $ 1,910.91 |
| CBIZ Accounting, Tax and Advisory of New York, LLC and CBIZ, Accounting, Tax & Adivisory of San Diego LLC (first interim) | $ 27,300.36 | $ 5,232.69 | $ 8,429.12 | $ 154.74 | $ 3,952.82 | $ 1,289.01 | $ 3,042.84 | $ 1,353.58 | $ 105.57 | $ 1,596.66 | $ 2,143.32 |
| Lucy. Thomson (first interim) | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Garfunkel Wild, P.C. (first interim) | $ 33.31 | $ 33.31 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

3/8/2017    SMB