UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO. 16-10407 (SMB)
(JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED FEBRUARY 28, 2017

FILER: Salvatore LaMonica, as Chapter 7 Trustee
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave.
Wantagh, New York 11793

ATTORNEY: Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
c/o LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Ave.
Wantagh, New York 11793

REPORT PREPARER: CBIZ Accounting, Tax and Advisory of New York, LLC

The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

MAR 16, 2017

Salvatore LaMonica, as Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERNDISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: February 1, 2017 - February 28, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank Transcare Corporation Acct 5349 | Empire Bank Transcare Corporation Acct 5368 (A) | Empire Bank Transcare Corporation Acct 5373 (B) | Empire Bank Transcare Corporation Acct 5485 (C) | Empire Bank Transcare Corporation Acct 5597 (G) | Empire Bank Transcare Corporation Acct 5695 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 91,707 | $ - | $ 800,000 | $ - | $ 68,000 | $ 64,288 |
| RECEIPTS | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ - | $ - |
| DISBURSEMENTS | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | 2,165 | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | 1,286 | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | $ 3,451 | $ - | $ - | $ - | $ - | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ (3,451) | $ - | $ - | $ - | $ - | $ - |
| CASH END OF MONTH | $ 88,256 | $ - | $ 800,000 | $ - | $ 68,000 | $ 64,288 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERNDISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: February 1, 2017 - February 28, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Corporation Acct 5409 (D) | Empire Bank Transcare ML Inc. Acct 5433 (D) | Empire Bank Transcare ML Inc. Acct 5638 (H) | Empire Bank Transcare New York Acct 5447 (D) | Empire Bank Transcare New York Acct 5642 (H) | Empire Bank Transcare New York Acct 5702 (I) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 362,434 | $ 33,160 | $ 2,518 | $ 1,152,900 | $ 11,007 | $ 2,430,000 |
| RECEIPTS | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ - | $ - |
| DISBURSEMENTS | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | $ - | $ - | $ - | $ - | $ - | $ - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ - | $ - | $ - | $ - | $ - | $ - |
| CASH END OF MONTH | $ 362,434 | $ 33,160 | $ 2,518 | $ 1,152,900 | $ 11,007 | $ 2,430,000 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: February 1, 2017 - February 28, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank Transcare Penn Inc. Acct 5452 (D) | Empire Bank Transcare Penn Inc. Acct 5676 (H) | Empire Bank Transcare Westchester Acct 5466 (D) | Empire Bank Transcare Westchester Acct 5680 (H) | Empire Bank TC Hudson Valley Ambulance Acct 5387 (E) | Empire Bank TC Hudson Valley Ambulance Acct 5619 (H) |
|---|---|---|---|---|---|---|
| **CASH BEGINNING OF MONTH** | $ 21,725 | $ 2,615 | $ 698,713 | $ 2,875 | $ 490,876 | $ 3,311 |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ - | $ - |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | $ - | $ - | $ - | $ - | $ - | $ - |
| NET CASH FLOW | $ - | $ - | $ - | $ - | $ - | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| **CASH END OF MONTH** | $ 21,725 | $ 2,615 | $ 698,713 | $ 2,875 | $ 490,876 | $ 3,311 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERNDISTRICT OF NEW YORK**
**DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS**

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: February 1, 2017 - February 28, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Ambulance Group Acct 5392 (E) | Empire Bank TC Ambulance Group Acct 5657 (H) | Empire Bank TCBA Ambulance Inc. Acct 5414 (E) | Empire Bank TCBA Ambulance Inc. Acct 5623 (I) | Empire Bank Trancare Maryland Acct 5428 (E) | Empire Bank Trancare Maryland Acct 5604 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 910,061 | $ 1,338 | $ 295,868 | $ 1,338 | $ 36,950 | $ 5,003 |
| RECEIPTS | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $ - | $ - | $ - | $ - | $ - | $ - |
| DISBURSEMENTS | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| TOTAL DISBURSEMENTS | $ - | $ - | $ - | $ - | $ - | $ - |
| NET CASH FLOW | $ - | $ - | $ - | $ - | $ - | $ - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| CASH END OF MONTH | $ 910,061 | $ 1,338 | $ 295,868 | $ 1,338 | $ 36,950 | $ 5,003 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: February 1, 2017 - February 28, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank TC Ambulance North Acct 5490 (F) | Empire Bank TC Ambulance Corp Acct 5661 (H) | Total for Full Period 2/25/16 - 2/28/17 |
|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 312,097 | $ 5,708 | $ - |
| RECEIPTS | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ 595,003 |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | 977,200 |
| WELLS FARGO RENT OBLIGATION | - | - | 42,013 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | 2,518,000 |
| SALE / DISPOSITION OF ASSETS | - | - | 14,954,435 |
| INTEREST INCOME | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | 915 |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | 1,886,582 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | 67,000 |
| TOTAL RECEIPTS | $ - | $ - | $ 21,041,149 |
| DISBURSEMENTS | | | |
| INSURANCE | $ - | $ - | $ 329,484 |
| OPERATING | - | - | 175,770 |
| INDEPENDENT CONTRACTOR | - | - | 55,745 |
| BANK FEES / MERCHANT FEES | - | - | 19,391 |
| SETTLEMENTS | - | - | 8,000 |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | 71,592 |
| PROFESSIONAL FEES | - | - | 1,770 |
| TAXES | - | - | - |
| COURT COSTS | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | 493,714 |
| SURETY BOND | - | - | 1,287 |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | 350,000 |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | 595,003 |
| TURNOVER OF SALE PROCEEDS | - | - | 8,451,771 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | 800,000 |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | 1,886,582 |
| TOTAL DISBURSEMENTS | $ - | $ - | $ 13,240,109 |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $ - | $ - | $ 7,801,040 |
| CASH END OF MONTH | $ 312,097 | $ 5,708 | $ 7,801,040 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016



1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 3
**Statement Date:** 02/28/2017
**Account Number:** ██████5349
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ██████5349

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 98,307.06 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 4 CHECKS AND OTHER DEBITS | 9,346.49 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 88,960.57 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 202 | 02/08 | 6,600.00 | 208 | 02/27 | 310.00 |
| 207* | 02/27 | 1,150.34 | | | |

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|---|---|---|---|
| 02/01 | COLLATERAL FEE | 1,286.15 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 98,307.06 | 02/01 | 97,020.91 | 02/08 | 90,420.91 | 02/27 | 88,960.57 |

NOTICE: See reverse side for important information





BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: [redacted] 5349
Page: 2 of 2

EMPIRENATIONALBANK

SALVATORE LAMONICA
TRUSTEE
WANTAGH, NY 11793

CHECK NUMBER 202

Operation of CON's under management agreement

DATE: 1/19/17

AMOUNT: **********6,600.00

CASE NUMBER: 16-10407

ESTATE OF: TRANSCARE CORPORATION

PAY TO THE ORDER OF

Six Thousand Six Hundred Dollars And 00/100

CHECK SIGNER

⑈000202⑈ ⑆021414426⑆ [redacted] 5349⑈

02/08/2017 202 $6,600.00

[redacted]

EMPIRENATIONALBANK

SALVATORE LAMONICA
TRUSTEE
WANTAGH, NY 11793

CHECK NUMBER 207

DATE: 2/21/17

AMOUNT: **********1,150.34

CASE NUMBER: 16-10407

ESTATE OF: TRANSCARE CORPORATION

PAY TO THE ORDER OF

GRM Information Management Services, Inc.
Newark Post Office

One Thousand One Hundred Fifty Dollars And 34/100

CHECK SIGNER

⑈000207⑈ ⑆021414426⑆ [redacted] 5349⑈ ⑀0000115034⑀

02/27/2017 207 $1,150.34

EMPIRENATIONALBANK

SALVATORE LAMONICA
TRUSTEE
WANTAGH, NY 11793

CHECK NUMBER 208

DATE: 2/21/17

AMOUNT: ************310.00

CASE NUMBER: 16-10407

ESTATE OF: TRANSCARE CORPORATION

PAY TO THE ORDER OF

Guarantee Records Management, LLC
Newark Post Office

Three Hundred Ten Dollars And 00/100

CHECK SIGNER

⑈000208⑈ ⑆021414426⑆ [redacted] 5349⑈ ⑀0000031000⑀

02/27/2017 208 $310.00



EmpireNationalBank

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 2**
**Enclosures:** 1
**Statement Date:** 02/28/2017
**Account Number:** [redacted]5368
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5368

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 7,064.48 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 1 CHECKS AND OTHER DEBITS | 7,064.48 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | .00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|---|---|---|---|---|---|
| 1001 | 02/07 | 7,064.48 | | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 7,064.48 | 02/07 | .00 | | | | |

NOTICE: See reverse side for important information




BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: [redacted]5368
Page: 2 of 2

EMPIRENATIONALBANK

CHECK NUMBER 1001

SALVATORE LAMONICA
TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH, NY 11793

[illegible] dated 1.11.17

| DATE | AMOUNT |
|---|---|
| 1/16/17 | *********7,064.48 |

| CASE NUMBER | ESTATE OF |
|---|---|
| 16-10407 | TRANSCARE CORPORATION |

PAY TO THE ORDER OF

TLC - 91463 - 13,537.24
Seven Thousand Sixty Four Dollars And 48/100

[illegible]

02/07/2017 1001 $7,064.48



**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number:**[redacted]5373
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5373

| | | | |
|---|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | | | 800,000.00 |
| PLUS | 0 | DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 | CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | | | 800,000.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 | | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 800,000.00 | | | | | | |

EQUAL HOUSING LENDER

FDIC







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [REDACTED] 5485
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [REDACTED] 5485

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 ........................ | .00 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................. | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ...................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 ........................ | .00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | .00 | | | | | | |

NOTICE: See reverse side for Important information





**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number [redacted] 5597
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted] 5597

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | | 68,000.00 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | | 68,000.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 68,000.00 | | | | | | |

NOTICE: See reverse side for important information







EmpireNationalBank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5695
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5695

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 64,287.92 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 64,287.92 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 64,287.92 | | | | | | |

EQUAL HOUSING LENDER

NOTICE: See reverse side for important information

FDIC






1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number:** [redacted]5409
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5409

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 ........................ | 362,434.36 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................. | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ..................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 ......................... | 362,434.36 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 362,434.36 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5433
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5433

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | | 33,160.10 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | | 33,160.10 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 33,160.10 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number [redacted]5638
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5638

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | | 2,518.00 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | | 2,518.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 2,518.00 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures: 0**
**Statement Date: 02/28/2017**
**Account Number ██████5447**
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ██████5447

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 1,152,900.25 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 1,152,900.25 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 1,152,900.25 | | | | | | |

NOTICE: See reverse side for important information






EmpireNationalBank

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5642
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING

| | |
|---|---|
| ACCOUNT NUMBER [redacted]5642 | |
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 11,007.19 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 11,007.19 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 11,007.19 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [REDACTED]5702
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [REDACTED]5702

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 2,430,000.00 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 2,430,000.00 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 2,430,000.00 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [REDACTED]5452
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [REDACTED]5452

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 ........................ | 21,725.29 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................. | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ..................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 ........................ | 21,725.29 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 21,725.29 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number ████5676
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF INC TRANSCARE PENNS
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ████5676

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 2,614.85 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 2,614.85 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 2,614.85 | | | | | | |

NOTICE: See reverse side for important information

 


1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** ████5466
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ████5466

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 698,712.74 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 698,712.74 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 698,712.74 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number: [redacted]5680
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5680

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 2,875.13 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 2,875.13 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 2,875.13 | | | | | | |

NOTICE: See reverse side for important information




1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** ■■■■5387
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ■■■■5387

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 ........................ | 490,876.25 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................. | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ..................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 ........................ | 490,876.25 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 490,876.25 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5619
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC VALLEY AMBULANCE
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5619

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 3,310.93 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 3,310.93 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 3,310.93 | | | | | | |

NOTICE: See reverse side for important information






1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number [redacted]5392
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5392

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 ........................ | 910,060.85 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................. | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ...................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 ........................ | 910,060.85 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 910,060.85 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number ████5657
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING

| | |
|---|---|
| ACCOUNT NUMBER ████5657 | |
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 1,337.69 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 1,337.69 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 1,337.69 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number [redacted]5414
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5414

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 295,867.60 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 295,867.60 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 295,867.60 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5623
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5623

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 1,337.69 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 1,337.69 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 1,337.69 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5428
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5428

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 36,949.74 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 36,949.74 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 36,949.74 | | | | | | |

NOTICE: See reverse side for important information





1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [redacted]5604
**HOLDE CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [redacted]5604

| | | |
|---|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | | 5,002.72 |
| PLUS | 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS | 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | | 5,002.72 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 5,002.72 | | | | | | |

NOTICE: See reverse side for important information







1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures:** 0
**Statement Date:** 02/28/2017
**Account Number** [REDACTED]5490
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10416
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER [REDACTED]5490

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 | 312,097.25 |
| PLUS 0 DEPOSITS AND OTHER CREDITS | .00 |
| LESS 0 CHECKS AND OTHER DEBITS | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 | 312,097.25 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD | 28 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 312,097.25 | | | | | | |

NOTICE: See reverse side for important information





1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 02/28/2017
Account Number ████5661
HOLDE CYCLE-309

BANKRUPTCY ESTATE OF TC CORPORTATION
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER ████5661

| | |
|---|---|
| PREVIOUS STATEMENT BALANCE AS OF 01/31/17 .......................... | 5,707.88 |
| PLUS 0 DEPOSITS AND OTHER CREDITS .................... | .00 |
| LESS 0 CHECKS AND OTHER DEBITS ...................... | .00 |
| CURRENT STATEMENT BALANCE AS OF 02/28/17 .......................... | 5,707.88 |
| NUMBER OF DAYS IN THIS STATEMENT PERIOD 28 | |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 01/31 | 5,707.88 | | | | | | |

NOTICE: See reverse side for important information





**TransCare Corporation, et al.**
**Schedule of Deposits**
**Reporting Period: February 1, 2017 - February 28, 2017**

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| | | None | | |
| | | | | $ - |

**TransCare Corporation, et al.**
**Schedule of Disbursements**
**Reporting Period: February 1, 2017 - February 28, 2017**

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 02/01/17 | EmpireNationalBank | Bank service fee | $ 1,286.15 |
| 5349 | 207 | 02/21/17 | GRM Information Management Services, Inc. | Storage invoice 1884198 per Order 12/13/16 (docket #339) | 1,150.34 |
| 5349 | 208 | 02/21/17 | Guarantee Records Management, LLC | Storage invoices 0089723, 0091223, 0092693, 0093447 per Order 12/13/16 (docket #339) | 310.00 |
| 5349 | 209 | 02/23/17 | J&M Towing | Transportation of ambulances per Order 12/13/16 (docket #339) | 705.00 |
| | | | | | $ 3,451.49 |