**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: 516.826.6500
Gary F. Herbst, Esq.
Jacqulyn S. Loftin, Esq.
*Counsel to Salvatore LaMonica, Chapter 7 Trustee*

Hearing Date: June 6, 2017 at 10:00 a.m.
Objection Deadline: May 30, 2017 by 5:00 p.m.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

In re:

    TRANSCARE CORPORATION, et al.,

                  Debtors.

-------------------------------------------------------------------x

Chapter 7

Case No.: 16-10407 (SMB)
Jointly-Administered

**NOTICE OF A HEARING ON THE CHAPTER 7 TRUSTEE'S APPLICATION FOR THE ENTRY OF AN ORDER, PURSUANT TO RULE 9001(5) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, DESIGNATING: (I) PETER WOLF, SIGNATORY OF THE INITIAL DEBTORS' PETITIONS, AS THE PERSON RESPONSIBLE TO PERFORM THE OBLIGATIONS OF THE INITIAL DEBTORS UNDER THE BANKRUPTCY CODE; (II) RENEE DUDLEY, SIGNATORY OF THE SUBSEQUENT DEBTORS' PETITIONS, AS THE PERSON RESPONSIBLE TO PERFORM THE OBLIGATIONS OF THE SUBSEQUENT DEBTORS UNDER THE BANKRUPTCY CODE; AND (III) LYNN TILTON, IN HER CAPACITY AS DIRECTOR AND SOLE MEMBER OF THE DEBTORS' BOARD OF DIRECTORS, AS THE PERSON RESPONSIBLE TO PERFORM THE OBLIGATIONS OF THE DEBTORS UNDER THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE**, that on **June 6, 2017 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, a hearing shall be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004, on the application (the "Application") of Salvatore LaMonica, the Chapter 7 Trustee (the "Trustee") of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc. and TransCare Harford

County, Inc. (collectively, the "Initial Debtors") and the Trustee of the jointly administered estates of TransCare Pennsylvania, Inc., TC Ambulance Corporation and TC Hudson Valley Ambulance Corp. (collectively, the "Subsequent Debtors", together with the Initial Debtors are collectively referred to herein as the "Debtors"), by his counsel, LaMonica Herbst & Maniscalco, LLP, seeking the entry of an Order pursuant to Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (i) designating Peter Wolf, signatory of the Initial Debtors' petitions, as the person responsible to perform the obligations of the Initial Debtors under Title 11 of the United States Code (the "Bankruptcy Code"); (ii) designating Renee Dudley, signatory of the Subsequent Debtors' petitions, as the person responsible to perform the obligations of the Subsequent Debtors under the Bankruptcy Code; (iii) Lynn Tilton, in her capacity as Director and Sole Member of the Debtors' Board of Directors, as the person responsible to perform the obligations of the Debtors under the Bankruptcy Code; and (iv) granting the Trustee such other and further relief as the Court deems just and proper, a copy of which is annexed to the Application, and granting such other, further, and different relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE**, that objections to the relief requested in the Application, if any, must be in writing, conform with the Bankruptcy Code, the Bankruptcy Rules and the Local Rules, and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, the attorneys for the Trustee, Attn: Jacqulyn S. Loftin, Esq., no later than **May 30, 2017 by 5:00 p.m.** as follows: (a) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software

for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Application may be adjourned from time to time without any other announcement other than that set forth in open Court.

Dated: May 11, 2017
       Wantagh, New York

                                    **LAMONICA HERBST & MANISCALCO, LLP**
                                    Counsel to Salvatore LaMonica, Chapter 7 Trustee

                              By: *s/ Jacqulyn S. Loftin*
                                     Jacqulyn S. Loftin, Esq.
                                     Partner
                                     3305 Jerusalem Avenue
                                     Wantagh, New York 11793
                                     Telephone: 516.826.6500

*M:\Documents\Company\Cases\TransCare Corp\Mtn to Designate Responsible Party\NOH of Mtn to Designate.doc*