UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

DEBTORS:
   TRANSCARE CORPORATION, ET AL.

CHAPTER 7
CASE NO.  16-10407 (SMB)
(JOINTLY ADMINISTERED)

MONTHLY OPERATING STATEMENT
FOR THE PERIOD ENDED APRIL 30, 2017

FILER:                    Salvatore LaMonica, as Chapter 7 Trustee
                               c/o LaMonica Herbst & Maniscalco, LLP
                               3305 Jerusalem Ave.
                               Wantagh, New York 11793

ATTORNEY:          Gary F. Herbst, Esq. & Holly R. Holeck, Esq.
                               c/o LaMonica Herbst & Maniscalco, LLP
                               3305 Jerusalem Ave.
                               Wantagh, New York 11793

REPORT PREPARER:    CBIZ Accounting, Tax and Advisory of New York, LLC

The undersigned, having reviewed the attached report, verifies under the penalty of perjury, that the information contained therein is complete, accurate and truthful to the best of my knowedge.

May 16 , 2017

Salvatore LaMonica, as Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: April 1, 2017 - April 30, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 5756, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5076, 5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5439, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank: Transcare Corporation Acct 5349 | Empire Bank: Transcare Corporation Acct 5368 (A) | Empire Bank: Transcare Corporation Acct 5373 (B) | Empire Bank: Transcare Corporation Acct 5485 (C) | Empire Bank: Transcare Corporation Acct 5597 (G) | Empire Bank: Transcare Corporation Acct 5695 (J) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $ 84,094 | $ - | $ 559,562 | $ - | $ 68,000 | $ 64,288 |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $ - | $ - | $ - | $ - | $ - | $ - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | | | | | - |
| WELLS FARGO RENT OBLIGATION | - | | - | | | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | | - | - | | - |
| SALE / DISPOSITION OF ASSETS | - | | - | - | | - |
| INTEREST INCOME | - | | - | - | | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | | - | - | | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | 804,922 | | - | - | | 12,158 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | | | - | - | | - |
| **TOTAL RECEIPTS** | $ 804,922 | $ - | $ - | $ - | $ - | $ 12,158 |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $ - | $ - | $ - | $ - | $ - | $ - |
| OPERATING | | | - | | | |
| INDEPENDENT CONTRACTOR | | | - | | | |
| BANK FEES / MERCHANT FEES | 985 | | - | - | | - |
| SETTLEMENTS | | | - | - | | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | | - | - | | - |
| PROFESSIONAL FEES | - | | - | - | | - |
| TAXES | - | | - | - | | - |
| COURT COSTS | - | | - | - | | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | | - | - | | - |
| SURETY BOND | - | | - | - | | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | | - | - | | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | | - | - | | - |
| SECURED DEBT - PAYOFF | - | | - | - | | - |
| TURNOVER OF SALE PROCEEDS | - | | - | - | | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | | - | - | | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | | 559,562 | - | | - |
| TOTAL DISBURSEMENTS | $ 985 | $ - | $ 559,562 | $ - | $ - | $ - |
| NET CASH FLOW | $ 803,937 | $ - | $ (559,562) | $ - | $ - | $ 12,158 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| CASH END OF MONTH | $ 888,032 | $ - | $ - | $ - | $ 68,000 | $ 76,446 |

**Footnotes:**
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016
(J) Trustee bank account opened April 6, 2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al,
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: April 1, 2017 - April 30, 2017
Bank: Empire Bank
Accounts Ending: 5340, 5368, 5373, 5485, 5597, 5695, 8756, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676,
5466, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank: Trustee Corporation Acct 8756 (J) | Empire Bank: TC Corporation Acct 5409 (D) | Empire Bank: Transcare ML Int. Acct 5433 (D) | Empire Bank: Transcare ML Inc. Acct 5638 (H) | Empire Bank: Trustee New York Acct 5447 (D) | Empire Bank: Trustee New York Acct 5642 (H) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $           - | $     279,528 | $      26,851 | $      2,518 | $     736,989 | $      11,007 |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $           - | $           - | $           - | $           - | $           - | $           - |
| WELLS FARGO D&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | 15,700 | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | 97,266 | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $     97,266 | $           - | $           - | $           - | $     15,700 | $           - |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $           - | $           - | $           - | $           - | $           - | $           - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| SECURED DEBT - PAYOFF | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | 40,159 | 5,550 | - | 122,224 | - |
| TOTAL DISBURSEMENTS | $           - | $      40,159 | $       5,550 | $           - | $     122,224 | $           - |
| NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS) | $     97,266 | $     (40,159) | $      (5,550) | $           - | $    (106,524) | $           - |
| CASH END OF MONTH | $     97,266 | $     239,369 | $      28,501 | $      2,518 | $     630,465 | $      11,007 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016
(J) Trustee bank account opened April 6, 2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: April 1, 2017 - April 30, 2017
Bank: Empire Bank
Accounts Ending: 5340, 5368, 5373, 5485, 5597, 5695, 8756, 5409, 5433, 5638, 5447, 5647, 5702, 5452, 5676,
5465, 5580, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5460, 5661
Account Type: Trustee Checking

| | Empire Bank: Transcare New York Acct 5702 (G) | Empire Bank: Transcare Penn Int. Acct 5452 (D) | Empire Bank: Transcare Penn Int. Acct 5676 (H) | Empire Bank: Transcare Westchester Acct 5464 (D) | Empire Bank: Transcare Westchester Acct 5680 (H) | Empire Bank: TC Hudson Valley Ambulance Acct 5387 (E) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $     657,563 | $     16,875 | $     2,615 | $     547,895 | $     2,875 | $     378,445 |
| | | | | | | |
| **RECEIPTS** | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $       - | $       - | $       - | $       - | $       - | $       - |
| WELLS FARGO D&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | 5,500 | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $       - | $       - | $       - | $     5,500 | $       - | $       - |
| | | | | | | |
| **DISBURSEMENTS** | | | | | | |
| INSURANCE | $       - | $       - | $       - | $       - | $       - | $       - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 265) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| SECURED DEBT - PAYOFF | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | 5,412 | - | 338,860 | - | 48,314 |
| TOTAL DISBURSEMENTS | $       - | $     5,412 | $       - | $     338,860 | $       - | $     48,314 |
| | | | | | | |
| NET CASH FLOW | $       - | $     (5,412) | $       - | $     (333,360) | $       - | $     (48,314) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| | | | | | | |
| CASH END OF MONTH | $     657,563 | $     11,463 | $     2,615 | $     214,535 | $     2,875 | $     330,132 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016
(J) Trustee bank account opened April 6, 2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: April 1, 2017 - April 30, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 8756, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676,
5465, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank: TC Hudson Valley Ambulance Acct 5619 (D) | Empire Bank: TC Ambulance Group Acct 5392 (K) | Empire Bank: TC Ambulance Group Acct 5657 (H) | Empire Bank: TCBA Ambulance Inc. Acct 5414 (G) | Empire Bank: TCBA Ambulance Inc. Acct 5623 (I) | Empire Bank: Transcare Maryland Acct 5428 (E) |
|---|---|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $          3,311 | $      719,640 | $          1,338 | $      226,198 | $          1,338 | $        36,950 |
| RECEIPTS: | | | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $          - | $          - | $          - | $          - | $          - | $          - |
| WELLS FARGO U&O PAYMENT AND LOAN | - | - | - | - | - | - |
| WELLS FARGO RENT OBLIGATION | - | - | - | - | - | - |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| INTEREST INCOME | - | - | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | - | - | - |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | 271,876 | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | - | - | - |
| TOTAL RECEIPTS | $          - | $      271,876 | $          - | $          - | $          - | $          - |
| DISBURSEMENTS: | | | | | | |
| INSURANCE | $          - | $          - | $          - | $          - | $          - | $          - |
| OPERATING | - | - | - | - | - | - |
| INDEPENDENT CONTRACTOR | - | - | - | - | - | - |
| BANK FEES / MERCHANT FEES | - | - | - | - | - | - |
| SETTLEMENTS | - | - | - | - | - | - |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | - | - | - |
| PROFESSIONAL FEES | - | - | - | - | - | - |
| TAXES | - | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - | - |
| COSTS RE SALE / DISPOSITION OF ASSETS | - | - | - | - | - | - |
| SURETY BOND | - | - | - | - | - | - |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | - | - | - |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | - | - | - |
| SECURED DEBT - PAYOFF | - | - | - | - | - | - |
| TURNOVER OF SALE PROCEEDS | - | - | - | - | - | - |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | - | - | - |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | - | - | 26,320 | - | 10,354 |
| TOTAL DISBURSEMENTS | $          - | $          - | $          - | $        26,320 | $          - | $        10,354 |
| NET CASH FLOW | $          - | $      271,876 | $          - | $       (26,320) | $          - | $       (10,354) |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | |
| CASH END OF MONTH | $          3,311 | $      991,516 | $          1,338 | $      199,877 | $          1,338 | $        26,596 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016
(J) Trustee bank account opened April 6, 2017

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
DEBTORS' SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

This Report is to be submitted for all bank accounts that are presently maintained by the Chapter 7 Trustee.

Debtors' Names: TransCare Corporation, et, al.
Bankruptcy Number: 16-10407 (SMB) (Jointly Administered)
Date of Bankruptcy Filing: February 24, 2016
Reporting Period: April 1, 2017 - April 30, 2017
Bank: Empire Bank
Accounts Ending: 5349, 5368, 5373, 5485, 5597, 5695, 8756, 5409, 5433, 5638, 5447, 5642, 5702, 5452, 5676,
5465, 5680, 5387, 5619, 5392, 5657, 5414, 5623, 5428, 5604, 5490, 5661
Account Type: Trustee Checking

| | Empire Bank: Transcare Maryland Acct 5404 (I) | Empire Bank: TC Ambulance North Acct 5490 (F) | Empire Bank: TC Ambulance Corp Acct 5661 (H) | Total for Full Period 2/25/16 - 4/30/17 |
|---|---|---|---|---|
| CASH BEGINNING OF MONTH | $        5,003 | $      240,359 | $        5,708 | $                 - |
| | | | | |
| **RECEIPTS** | | | | |
| COLLECTION OF ACCOUNTS RECEIVABLE | $             - | $             - | $             - | $        995,003 |
| WELLS FARGO UBO PAYMENT AND LOAN | - | - | - | 977,200 |
| WELLS FARGO RENT OBLIGATION | - | - | - | 42,013 |
| PROCEEDS FROM LITIGATION (SETTLEMENT OR OTHERWISE) | - | - | - | 2,518,000 |
| SALE / DISPOSITION OF ASSETS | - | - | - | 14,075,635 |
| INTEREST INCOME | - | - | - | - |
| TRANSFERS (FROM DEBTOR ACCOUNT) | - | - | - | 915 |
| TRANSFERS (FROM TRUSTEE ACCOUNT) | - | - | - | 3,072,805 |
| PATRIARCH PARTNERS REIMBURSEMENT (D&O INSURANCE) | - | - | - | 67,000 |
|   TOTAL RECEIPTS | $             - | $             - | $             - | $   22,248,572 |
| | | | | |
| **DISBURSEMENTS** | | | | |
| INSURANCE | $             - | $             - | $             - | $        329,484 |
| OPERATING | - | - | - | 178,735 |
| INDEPENDENT CONTRACTOR | - | - | - | 55,865 |
| BANK FEES / MERCHANT FEES | - | - | - | 21,452 |
| SETTLEMENTS | - | - | - | 8,000 |
| RENT (MONROEVILLE, PA, DOCKET # 266) | - | - | - | 71,592 |
| PROFESSIONAL FEES | - | - | - | 1,256,062 |
| TAXES | - | - | - | - |
| COURT COSTS | - | - | - | - |
| COSTS RESALE / DISPOSITION OF ASSETS | - | - | - | 583,714 |
| SURETY BOND | - | - | - | 1,287 |
| SALE / DISPOSITION OF ASSETS (RETURN OF DEPOSIT) | - | - | - | 350,000 |
| TURNOVER OF ACCOUNTS RECEIVABLE COLLECTION | - | - | - | 595,000 |
| SECURED DEBT - PAYOFF | - | - | - | 1,772,437 |
| TURNOVER OF SALE PROCEEDS | - | - | - | 8,451,771 |
| PATRIARCH PARTNERS REIMBURSEMENT (PARTIAL DISTRIBUTION) | - | - | - | 800,000 |
| TRANSFERS (TO TRUSTEE ACCOUNT) | - | 27,469 | - | 3,072,805 |
| TOTAL DISBURSEMENTS | $             - | $        27,469 | $             - | $   17,548,207 |
| | | | | |
| NET CASH FLOW | $             - | $       (27,469) | $             - | $     4,700,365 |
| (RECEIPTS LESS DISBURSEMENTS) | | | | |
| | | | | |
| CASH END OF MONTH | $        5,003 | $      212,890 | $        5,708 | $     4,700,365 |

Footnotes:
(A) Trustee bank account opened April 19, 2016
(B) Trustee bank account opened April 27, 2016
(C) Trustee bank account opened May 23, 2016
(D) Trustee bank account opened June 1, 2016
(E) Trustee bank account opened June 8, 2016
(F) Trustee bank account opened June 22, 2016
(G) Trustee bank account opened November 29, 2016
(H) Trustee bank account opened December 8, 2016
(I) Trustee bank account opened December 15, 2016
(J) Trustee bank account opened April 6, 2017

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 3
Enclosures: 4
Statement Date: 04/30/2017
Account Number: ███████5349
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5349
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................      87,179.57
     PLUS      18  DEPOSITS AND OTHER CREDITS ...................     804,922.49
     LESS       5  CHECKS AND OTHER DEBITS .....................       4,070.43
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................     888,031.63
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 210 | 04/03 | 1,105.43 | 212 | 04/04 | 120.00 |
| 211 | 04/03 | 60.00 | 213 | 04/04 | 1,800.00 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/03 | COLLATERAL FEE | 985.00 | |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 2,768.54 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 4,021.27 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 5,411.81 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 5,549.61 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 7,165.63 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 8,167.82 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 10,353.84 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 12,690.19 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 24,299.12 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 25,355.61 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 27,468.58 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 27,468.58 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 31,694.51 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 39,818.12 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 40,146.38 |
| 04/06 | REMOTE CAPTURE DEPOSIT | | 82,405.73 |
| 04/06 | XFER FROM ACCT CK-XXXXXXXXX5373 | | 12,158.28 |
| 04/06 | XFER FROM ACCT CK-XXXXXXXXX5373 | | 437,978.87 |






**Empire National** Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444 ·

**Page # 2 of 3**
**Enclosures:** 4
**Statement Date:** 04/30/2017
**Account Number:** ███5349
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 87,179.57 | 04/03 | 85,029.14 | 04/04 | 83,109.14 | 04/06 | 888,031.63 |





BANKRUPTCY ESTATE OF TRANSCARE CORPORATI

Account: ████5349

Page: 3 of 3

 

04/03/2017    210    $1,105.43

 

04/03/2017    211    $60.00

 

04/04/2017    212    $120.00

 

04/04/2017    213    $1,800.00

## *EmpireNationalBank*

1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ▮▮5368
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

### Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      5368
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................        .00
   PLUS     0  DEPOSITS AND OTHER CREDITS ...................             .00
   LESS     0  CHECKS AND OTHER DEBITS .....................             .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................         .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | .00 | | | | | | |





 **EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 04/30/2017
Account Number: ████ 5373
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████ 5373
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .......................      563,980.84
   PLUS      0   DEPOSITS AND OTHER CREDITS ..................            .00
   LESS      5   CHECKS AND OTHER DEBITS ....................      563,980.84
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................            .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 2002 | 04/05 | 4,419.17 | | | |

### Account Transactions

| DATE | DESCRIPTION | | DEBITS | CREDITS |
|------|-------------|---|--------|---------|
| 04/06 | XFER TO ACCT | CK-XXXXXXXX5349 | 12,158.28 | |
| 04/06 | XFER TO ACCT | CK-XXXXXXXX5695 | 12,158.28 | |
| 04/06 | XFER TO ACCT | CK-XXXXXXXX8756 | 97,266.24 | |
| 04/06 | XFER TO ACCT | CK-XXXXXXXX5349 | 437,978.87 | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 563,980.84 | 04/05 | 559,561.67 | 04/06 | .00 | | |





BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
Account: ▆▆▆▆ 5373
Page: 2 of 2



04/05/2017    2002    $4,419.17

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: 5485
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5485
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................         .00
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................         .00
    LESS      0   CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ........................         .00
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | .00 | | | | | | |





 **EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ▓5597
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5597
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................    68,000.00
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................         .00
    LESS      0   CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................    68,000.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 68,000.00 | | | | | | |





**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ▮▮▮5695
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5695
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................     64,287.92
    PLUS      1   DEPOSITS AND OTHER CREDITS ..................     12,158.28
    LESS      0   CHECKS AND OTHER DEBITS .....................           .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................     76,446.20
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/06 | XFER FROM ACCT CK-XXXXXXXX5373 | | 12,158.28 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 64,287.92 | 04/06 | 76,446.20 | | | | |






**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ███8756
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE CORPORATI
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10407
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ███8756
PREVIOUS STATEMENT BALANCE AS OF 04/05/17 ......................       .00
   PLUS      1  DEPOSITS AND OTHER CREDITS ..................   97,266.24
   LESS      0  CHECKS AND OTHER DEBITS ......................       .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................   97,266.24
NUMBER OF DAYS IN THIS STATEMENT PERIOD     25
```

## Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/06 | XFER FROM ACCT CK-XXXXXXXX5373 | | 97,266.24 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 04/05 | .00 | 04/06 | 97,266.24 | | | | |





**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 3
Statement Date: 04/30/2017
Account Number: ████ 5409
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE CORP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER       ████5409
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................    280,876.46
    PLUS        0  DEPOSITS AND OTHER CREDITS ..................           .00
    LESS        3  CHECKS AND OTHER DEBITS .....................     41,507.20
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................    239,369.26
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 111 | 04/05 | 1,348.43 | 116 | 04/06 | 27,468.58 |
| 115* | 04/06 | 12,690.19 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 280,876.46 | 04/05 | 279,528.03 | 04/06 | 239,369.26 | | |





BANKRUPTCY ESTATE OF TC AMBULANCE CORP
Account: 5409
Page: 2 of 2

 

04/05/2017    111    $1,348.43

 

04/06/2017    115    $12,690.19

 

04/06/2017    116    $27,468.58


**_EmpireNationalBank_**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        █████5433
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................      26,181.64
   PLUS       0  DEPOSITS AND OTHER CREDITS ...................            .00
   LESS       2  CHECKS AND OTHER DEBITS .....................       5,680.29
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................      20,501.35
NUMBER OF DAYS IN THIS STATEMENT PERIOD       30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 108 | 04/05 | 130.68 | 112* | 04/06 | 5,549.61 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 26,181.64 | 04/05 | 26,050.96 | 04/06 | 20,501.35 | | |





BANKRUPTCY ESTATE OF TRANSCARE ML INC
Account: ███████5433
Page: **2** of **2**

 

04/05/2017    108    $130.68

 

04/06/2017    112    $5,549.61



**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ▮▮5638
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE ML INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10409
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5638
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................     2,518.00
    PLUS      0   DEPOSITS AND OTHER CREDITS ..................            .00
    LESS      0   CHECKS AND OTHER DEBITS .....................            .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ........................     2,518.00
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 2,518.00 | | | | | | |







**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 3
Statement Date: 04/30/2017
Account Number: ███████5447
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        █████5447
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ..........................   744,107.22
   PLUS       1   DEPOSITS AND OTHER CREDITS ...................    15,700.00
   LESS       3   CHECKS AND OTHER DEBITS .....................   129,342.51
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................   630,464.71
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 112 | 04/05 | 7,118.66 | 117 | 04/06 | 82,405.73 |
| 116* | 04/06 | 39,818.12 | | | |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/25 | REMOTE CAPTURE DEPOSIT | | 15,700.00 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 744,107.22 | 04/05 | 736,988.56 | 04/06 | 614,764.71 | 04/25 | 630,464.71 |





BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
Account: ▮▮▮5447
Page: 2 of 2



04/05/2017    112    $7,118.66



04/06/2017    116    $39,818.12



04/06/2017    117    $82,405.73

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ████5642
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        █████5642
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................    11,007.19
   PLUS      0  DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0  CHECKS AND OTHER DEBITS .....................          .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ........................    11,007.19
NUMBER OF DAYS IN THIS STATEMENT PERIOD       30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 11,007.19 | | | | | | |





**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

**Page # 1 of 1**
**Enclosures: 0**
**Statement Date:** 04/30/2017
**Account Number:** ▓▓▓▓5702
**HOLDE    CYCLE-309**

BANKRUPTCY ESTATE OF TRANSCARE NEW YORK
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10408
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5702
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .......................      657,563.31
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................             .00
    LESS      0   CHECKS AND OTHER DEBITS .....................             .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................      657,563.31
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 657,563.31 | | | | | | |




**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 2
Statement Date: 04/30/2017
Account Number: ████5452
HOLDE   CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE PENN INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

### Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5452
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ...................     16,964.23
   PLUS     0   DEPOSITS AND OTHER CREDITS ..................          .00
   LESS     2   CHECKS AND OTHER DEBITS ....................      5,500.97
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................    11,463.26
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 108 | 04/05 | 89.16 | 112* | 04/06 | 5,411.81 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 16,964.23 | 04/05 | 16,875.07 | 04/06 | 11,463.26 | | |





BANKRUPTCY ESTATE OF TRANSCARE PENN INC
Account: ████5452
Page: 2 of 2

 

04/05/2017    108    $89.16

 

04/06/2017    112    $5,411.81

**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ████ 5676
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF INC TRANSCARE PENNS
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11057
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ████5676
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................      2,614.85
    PLUS      0  DEPOSITS AND OTHER CREDITS ..................           .00
    LESS      0  CHECKS AND OTHER DEBITS ....................           .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................      2,614.85
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 2,614.85 | | | | | | |





 **EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ▮▮5466
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................    550,464.95
    PLUS     1   DEPOSITS AND OTHER CREDITS ...................      5,500.00
    LESS     4   CHECKS AND OTHER DEBITS .....................    341,429.92
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................    214,535.03
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 110 | 04/05 | 2,569.78 | 115 | 04/06 | 31,694.51 |
| 114* | 04/06 | 7,165.63 | 116 | 04/07 | 300,000.00 |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/25 | REMOTE CAPTURE DEPOSIT | | 5,500.00 |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 550,464.95 | 04/05 | 547,895.17 | 04/06 | 509,035.03 | 04/07 | 209,035.03 |
| 04/25 | 214,535.03 | | | | | | |








04/05/2017   110   $2,569.78




04/06/2017   114   $7,165.63




04/06/2017   115   $31,694.51




04/07/2017   116   $300,000.00

**EmpireNational**Bank
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: 5680
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE WESTCHEST
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10414
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5680
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................      2,875.13
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................          .00
   LESS      0   CHECKS AND OTHER DEBITS ......................          .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................      2,875.13
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 2,875.13 | | | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 3
Statement Date: 04/30/2017
Account Number: █████5387
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC HUDSON VALLEY
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER       █████5387
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .......................     380,256.58
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................            .00
    LESS      3   CHECKS AND OTHER DEBITS .....................      50,124.30
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................     330,132.28
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 109 | 04/05 | 1,810.10 | 114 | 04/06 | 40,146.38 |
| 113* | 04/06 | 8,167.82 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 380,256.58 | 04/05 | 378,446.48 | 04/06 | 330,132.28 | | |





BANKRUPTCY ESTATE OF TC HUDSON VALLEY
Account: ▮▮▮▮5387
Page: 2 of 2




04/05/2017    109    $1,810.10




04/06/2017    113    $8,167.82



04/06/2017    114    $40,146.38



**_EmpireNationalBank_**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TC HUDSON VALLEY
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11059
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

### Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        ██████5619
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................        3,310.93
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................              .00
   LESS      0   CHECKS AND OTHER DEBITS ......................              .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................        3,310.93
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 3,310.93 | | | | | | |





 **Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 3
Statement Date: 04/30/2017
Account Number: ▆▆▆5392
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5392
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .....................    722,978.69
    PLUS      1   DEPOSITS AND OTHER CREDITS ..................    300,000.00
    LESS      3   CHECKS AND OTHER DEBITS ....................     31,462.43
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................    991,516.26
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 106 | 04/05 | 3,338.28 | 111 | 04/06 | 25,355.61 |
| 110* | 04/06 | 2,768.54 | | | |

### Account Transactions

| DATE | DESCRIPTION | DEBITS | CREDITS |
|------|-------------|--------|---------|
| 04/07 | DEPOSIT | | 300,000.00 |
| | NUMBER  0000000002 | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 722,978.69 | 04/05 | 719,640.41 | 04/06 | 691,516.26 | 04/07 | 991,516.26 |



 FDIC

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
Account: ████ 5392
Page: 2 of 2



04/05/2017   106   $3,338.28



04/06/2017   110   $2,768.54



04/06/2017   111   $25,355.61



1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

BANKRUPTCY ESTATE OF TC AMBULANCE GROUP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10410
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        █████5657
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .......................        1,337.69
   PLUS      0  DEPOSITS AND OTHER CREDITS ...................             .00
   LESS      0  CHECKS AND OTHER DEBITS .....................             .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................        1,337.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 1,337.69 | | | | | | |







**Empire National Bank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 3
Statement Date: 04/30/2017
Account Number:     5414
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5414
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................    229,286.15
    PLUS     0  DEPOSITS AND OTHER CREDITS ...................          .00
    LESS     3  CHECKS AND OTHER DEBITS .....................     29,409.00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ........................    199,877.15
NUMBER OF DAYS IN THIS STATEMENT PERIOD    30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 108 | 04/05 | 1,088.61 | 113 | 04/06 | 24,299.12 |
| 112* | 04/06 | 4,021.27 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 229,286.15 | 04/05 | 228,197.54 | 04/06 | 199,877.15 | | |





BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
Account: ▮▮▮5414
Page: 2 of 2




04/05/2017    108    $1,088.61




04/06/2017    112    $4,021.27



04/06/2017    113    $24,299.12



**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ████ 5623
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TCBA AMBULANCE INC
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10412
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        5623
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .........................      1,337.69
    PLUS      0   DEPOSITS AND OTHER CREDITS ...................            .00
    LESS      0   CHECKS AND OTHER DEBITS .....................             .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ........................      1,337.69
NUMBER OF DAYS IN THIS STATEMENT PERIOD        30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 1,337.69 | | | | | | |





**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 1
Statement Date: 04/30/2017
Account Number: ████ 5428
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████ 5428
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ........................    36,949.74
    PLUS      0  DEPOSITS AND OTHER CREDITS ..................          .00
    LESS      1  CHECKS AND OTHER DEBITS ....................    10,353.84
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................    26,595.90
NUMBER OF DAYS IN THIS STATEMENT PERIOD      30
```

### Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 105 | 04/06 | 10,353.84 | | | |

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 36,949.74 | 04/06 | 26,595.90 | | | | |




BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
Account: ████ 5428
Page: 2 of 2

EMPIRE NATIONAL BANK

SALVATORE LAMONICA
TRUSTEE
1365 RXR PLAZA, EAST TOWER
WEST TOWER, NY 11793

CHECK NUMBER
105

Reimbursement of expenses from Asset Sale per Order
dated 4.3.17 Docket # 450

4/6/17                    ********10,353.84

16-10415

PAY TO THE ORDER OF—

Ten Thousand Three Hundred Fifty Three Dollars And 84/100

Transcare Corporation
Salvatore LaMonica, Chapter 7 Trustee
1365 Jerusalem Avenue
Wantagh, NY 11793

⑈000105⑈ ⑆0214144264⑆ 5428⑈

04/06/2017    105    $10,353.84

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: ████5604
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TRANSCARE MARYLAND
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10415
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER      ████5604
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................    5,002.72
   PLUS      0   DEPOSITS AND OTHER CREDITS ...................         .00
   LESS      0   CHECKS AND OTHER DEBITS .....................         .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 ......................    5,002.72
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 5,002.72 | | | | | | |






**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 2
Enclosures: 2
Statement Date: 04/30/2017
Account Number: █████5490
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
SALVATORE LAMONICA, TRUSTEE
CASE # 16-10416
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY 11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER     █████5490
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 .......................     241,501.97
   PLUS     0  DEPOSITS AND OTHER CREDITS ...................            .00
   LESS     2  CHECKS AND OTHER DEBITS .....................      28,611.72
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................     212,890.25
NUMBER OF DAYS IN THIS STATEMENT PERIOD     30
```

## Check Transactions

| SERIAL | DATE | AMOUNT | SERIAL | DATE | AMOUNT |
|--------|------|--------|--------|------|--------|
| 105 | 04/05 | 1,143.14 | 109* | 04/06 | 27,468.58 |

## Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 241,501.97 | 04/05 | 240,358.83 | 04/06 | 212,890.25 | | |





BANKRUPTCY ESTATE OF TC AMBULANCE NORTH
Account: ████5490
Page: 2 of 2

 

04/05/2017   105   $1,143.14

 

04/06/2017   109   $27,468.58

**EmpireNationalBank**
1707 VETERANS HWY., STE. 8
ISLANDIA, NY 11749
empirenb.com • 631-348-4444

Page # 1 of 1
Enclosures: 0
Statement Date: 04/30/2017
Account Number: [    ]5661
HOLDE    CYCLE-309

BANKRUPTCY ESTATE OF TC AMBULANCE CORP
SALVATORE LAMONICA, TRUSTEE
CASE # 16-11058
SALVATORE LAMONICA, TRUSTEE
3305 JERUSALEM AVENUE
WANTAGH NY  11793

## Statement Summary

```
*** CHECKING *** BANKRUPTCY CHECKING
ACCOUNT NUMBER        [    ]5661
PREVIOUS STATEMENT BALANCE AS OF 03/31/17 ......................        5,707.88
     PLUS      0   DEPOSITS AND OTHER CREDITS ...................            .00
     LESS      0   CHECKS AND OTHER DEBITS .....................            .00
CURRENT STATEMENT BALANCE AS OF 04/30/17 .......................        5,707.88
NUMBER OF DAYS IN THIS STATEMENT PERIOD        30
```

### Balance By Date

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|------|---------|------|---------|------|---------|------|---------|
| 03/31 | 5,707.88 | | | | | | |





**TransCare Corporation, et al.**
**Schedule of Deposits**
**Reporting Period: April 1, 2017 - April 30, 2017**

| Bank Acct# | Date | Received From | Description of Transaction | Deposits |
|---|---|---|---|---|
| 5349 | 04/06/17 | TC Ambulance Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | $ 12,690.19 |
| 5349 | 04/06/17 | TC Ambulance Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 27,468.58 |
| 5349 | 04/06/17 | TC Ambulance Group, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 2,768.54 |
| 5349 | 04/06/17 | TC Ambulance Group, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 25,355.61 |
| 5349 | 04/06/17 | TC Ambulance North, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 27,468.58 |
| 5349 | 04/06/17 | TC Hudson Valley Ambulance Corp. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 8,167.82 |
| 5349 | 04/06/17 | TC Hudson VAlley Ambulance Corp. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 40,146.38 |
| 5349 | 04/06/17 | TCBA Ambulance, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 4,021.27 |
| 5349 | 04/06/17 | TCBA Ambulance, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 24,299.12 |
| 5349 | 04/06/17 | TransCare Maryland, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 10,353.84 |
| 5349 | 04/06/17 | TransCare ML, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 5,549.61 |
| 5349 | 04/06/17 | Transcare New York, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 39,813.12 |
| 5349 | 04/06/17 | Transcare New York, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 82,405.73 |
| 5349 | 04/06/17 | Transcare Pennsylvannia, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 5,411.81 |
| 5349 | 04/06/17 | TransCare Westchester, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 7,165.63 |
| 5349 | 04/06/17 | TransCare Westchester, Inc. | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 31,694.51 |
| 5349 | 04/06/17 | Transfer from Acct # xxxxxx5373 | Transfer carve out of remaining funds to main account per Order 03/25/16 (docket # 52) and stipulation 02/07/17 with PPA | 12,158.28 |
| 5349 | 04/06/17 | Transfer from Acct # xxxxxx5373 | Transfer to main checking to close account | 437,978.87 |
| 5392 | 04/06/17 | Transcare Westchester, Inc. | Transfer of deposit from sale of CON 508 Order 04/07/17 (docket # 430) | 300,000.00 |
| 5447 | 04/25/17 | Maltz Auctions Inc. | Settlement proceeds re: sale of vehicles | 15,700.00 |
| 5466 | 04/25/17 | Maltz Auctions Inc. | Settlement proceeds re: sale of vehicles | 5,500.00 |
| 5695 | 04/06/17 | Transfer from Acct # xxxxxx5373 | Transfer of Priority portion of carveout per Order 03/25/16 (docket # 52) and stipulation 02/07/17 with PPA | 12,158.28 |
| 8756 | 04/06/17 | Transfer from Acct # xxxxxx5373 | PPAS Settlement Funds per Order 04/05/17 (docket # 430) | 97,266.24 |
|  |  |  |  | $ 1,235,547.01 |

TransCare Corporation, et al.
Schedule of Disbursements
Reporting Period: April 1, 2017 - April 30, 2017

| Bank Acct# | Check # | Date | Paid To / Received From | Description of Transaction | Disbursements |
|---|---|---|---|---|---|
| 5349 | | 04/03/17 | EmpireNationalBank | Bank service fee | $ 985.00 |
| 5373 | | 04/06/17 | Transfer to Acct # xxxxxxx8756 | PPAS Settlement Funds per Order 04/05/17 (docket # 430) | 97,266.24 |
| 5373 | | 04/06/17 | Transfer to Acct # xxxxxxx5349 | Transfer carve out of remaining funds to main account per Order 03/25/16 (docket # 52) and stipulation 02/07/17 with PPA | 12,158.28 |
| 5373 | | 04/06/17 | Transfer to Acct # xxxxxxx5695 | Transfer of Priority portion of carveout per Order 03/25/16 (docket # 52) and stipulation 02/07/17 with PPA | 12,158.28 |
| 5373 | | 04/06/17 | Transfer to Acct # xxxxxxx5349 | Transfer to main checking to close account | 437,978.87 |
| 5387 | 113 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 8,167.82 |
| 5387 | 114 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 40,146.38 |
| 5392 | 110 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 2,768.54 |
| 5392 | 111 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 25,355.61 |
| 5409 | 115 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 12,690.19 |
| 5409 | 116 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 27,468.58 |
| 5414 | 112 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 4,021.27 |
| 5414 | 113 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 24,299.12 |
| 5428 | 105 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 10,353.84 |
| 5433 | 112 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 5,549.61 |
| 5447 | 116 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 39,818.12 |
| 5447 | 117 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 82,405.73 |
| 5452 | 112 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 5,411.81 |
| 5466 | 114 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 7,165.63 |
| 5466 | 115 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 31,694.51 |
| 5166 | 116 | 04/06/17 | TC Ambulance Group, Inc. | Transfer of deposit from sale of CON 508 Order 04/07/17 (docket # 430) | 300,000.00 |
| 5490 | 109 | 04/06/17 | Transcare Corporation | Reimbursement of expenses from Asset Sale per Order 04/05/17 (docket # 430) | 27,468.58 |
| | | | | | $ 1,215,332.01 |