UNITED STATES BANKRUPCTY COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: TRANSCARE CORPORATION          Chapter 7 Case No. 16-10407 (SMB)

Jointly Administered

O R D E R ENFORCING THE AUTOMATIC STAY AGAINST THE ACTION
PENDING IN THE NEW YORK COURT OF CLAIMS

Upon the motion (the "Motion") of the New York State Insurance Fund (the "NYSIF"), through its counsel, seeking entry of an Order staying the New York Court of Claims action entitled Transcendence Transit, Inc. v. New York State Insurance Fund, Claim No. 128310; and upon the response (the "Response") to the Motion having been filed by Salvatore LaMonica, the Chapter 7 Trustee of the jointly-administered estates of TransCare Corporation, et al. (the "Debtors"); and upon the objection to the Motion having been filed by Transcendence Transit, Inc. ("Transcendence"); and the matter having come on to be heard at a hearing before the United States Bankruptcy Court, Southern District of New York (the "Bankruptcy Court") on November 14, 2017 at 10:00 a.m. (the "Hearing'); and upon the record of the Hearing, the transcript of which is incorporated by reference herein; and after due deliberation and based upon the entirety of the record before the Bankruptcy Court; and no further notice of the Motion being necessary nor required; and cause existing for the relief requested; it is hereby:

**ORDERED,** that the Motion is granted solely as set forth herein; and, it is further

**ORDERED**, that the New York Court of Claims action entitled <u>Transcendence Transit, Inc. v. New York State Insurance Fund</u>, Claim No. 128310, is hereby stayed and shall remain stayed until further order of this Court.

**Dated:  November 28th, 2017**
**New York, New York**

                                                                **/s/ STUART M. BERNSTEIN**
                                                                **Hon. Stuart A. Bernstein**
                                                                **United States Bankruptcy Judge**