# EXHIBIT C

# STORCH AMINI P.C.

2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
212 490-4100

---

*Invoice submitted to:*
LaMonica Herbst & Maniscalco, LLP

March 14, 2018
File # 7984.01

Invoice # 30683

*In Reference To:* TransCare

Disbursements:

| Date | Description | Qty/Price | Amount |
|---|---|---:|---:|
| 6/15/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.5 hours) - Prepared documents for review by BA and AS | 1<br>41.11 | 41.11 |
| 6/21/2017 | Meals<br>Meals - Lunch for AS | 1<br>12.60 | 12.60 |
| | Taxi<br>Taxi - AS home (split between 3 matters) | 1<br>17.43 | 17.43 |
| 6/30/2017 | Photocopying<br>Photocopies and direct to copier print jobs for June 2017 | 3,531<br>0.10 | 353.10 |
| | Research<br>Research - Westlaw charges for June 2017 | 1<br>125.22 | 125.22 |
| | Research<br>Research- Pacer charges for April through June 2017 | 1<br>737.70 | 737.70 |
| 7/6/2017 | Telephone<br>Telephone - Level 3 Communications, LLC invoice 9035459706 - Conference call | 1<br>8.49 | 8.49 |
| 7/25/2017 | Messenger<br>Messenger - Niki Iskarpatyoti to deliver Application to Employ Storch Amini to Judge Bernstein | 1<br>18.15 | 18.15 |
| 7/31/2017 | Research<br>Research - Westlaw charges for July 2017 | 1<br>611.74 | 611.74 |
| 8/3/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (2.5 hours) - Preparation of binders and key documents for witness meeting | 1<br>68.51 | 68.51 |
| 8/4/2017 | Meals<br>Meals - Breakfast for witness meeting | 1<br>23.45 | 23.45 |

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 8/4/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.5 hours) - Preparation of binders and key documents for witness meeting | 1<br>41.11 | 41.11 |
| 8/6/2017 | Telephone<br>Telephone - Level 3 Communications, LLC invoice 9035470692 - Conference call | 1<br>6.20 | 6.20 |
| 8/16/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.9 hours) - Relativity searches for key documents | 1<br>52.07 | 52.07 |
| 8/22/2017 | Meals<br>Meals - Coffee for meeting | 1<br>23.52 | 23.52 |
|  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.7 hours) - Relativity searches for key documents | 1<br>46.59 | 46.59 |
| 8/23/2017 | Telephone<br>Telephone - Level 3 Communications, LLC invoice 9035470692 - Conference call | 1<br>2.96 | 2.96 |
| 8/24/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Taxi<br>Taxi - JBL home | 1<br>11.00 | 11.00 |
| 8/31/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.5 hours) - Relativity searches for key documents | 1<br>41.11 | 41.11 |
|  | Photocopying<br>Photocopies and direct to copier print jobs for August 2017 | 1,006<br>0.10 | 100.60 |
|  | Postage<br>Postage charges for August 2017 | 1<br>0.92 | 0.92 |
|  | Prof. Services<br>Professional Services - Robert Half Legal invoice 0059929C-301 - Services rendered in August 2017 | 1<br>1,759.25 | 1,759.25 |
| 9/5/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.5 hours) - Finalizing binders for meeting with witness | 1<br>41.11 | 41.11 |
| 9/7/2017 | Meals<br>Meals - Lunch for AS and J. Loftin | 1<br>12.13 | 12.13 |

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 9/8/2017 | Taxi | | 1 | 63.81 |
| | Taxi - AS home after meeting with trustee and witness interview | | 63.81 | |
| | Taxi | | 1 | 92.42 |
| | Taxi - AS to LaMonica Herbst for witness interview | | 92.42 | |
| 9/15/2017 | Prof. Services | | 1 | 3,199.50 |
| | Professional Services - Robert Half Legal invoice 0061014C-301 - Services rendered weeks ending 9/1/17, 9/8/17, and 9/15/17, and data fees | | 3,199.50 | |
| 9/24/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| | Taxi | | 1 | 16.62 |
| | Taxi - JBL to office | | 16.62 | |
| 9/25/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| 9/26/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| 9/27/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| 9/28/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| 9/30/2017 | Photocopying | | 9,057 | 905.70 |
| | Photocopies and direct to copier print jobs for September 2017 | | 0.10 | |
| | Prof. Services | | 1 | 3,113.83 |
| | Professional Services - Robert Half Legal invoice 0061972C-301 - Services rendered weeks ending 9/22/17 and 9/29/17, and data fees | | 3,113.83 | |
| | Research | | 1 | 29.10 |
| | Research- Pacer charges for July through September 2017 | | 29.10 | |
| 10/2/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| 10/4/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |
| | Paralegal Overtime | | 1 | 63.03 |
| | Paralegal Overtime - Niki Iskarpatyoti (2.3 hours) - Filing and mailing service copies of 2004 | | 63.03 | |
| 10/9/2017 | Meals | | 1 | 20.00 |
| | Meals - Dinner for JBL | | 20.00 | |

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 10/10/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/13/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/17/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/18/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/19/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/24/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/25/2017 | Meals<br>Meals - Dinner for JBL | 1<br>15.73 | 15.73 |
| 10/26/2017 | Meals<br>Meals - Dinner for JBL | 1<br>15.73 | 15.73 |
| 10/30/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 10/31/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Research<br>Research - Westlaw charges for October 2017 | 1<br>198.37 | 198.37 |
| 11/2/2017 | Messenger<br>Messenger - Lainie Asch to deliver Ex Parte Motion and CD with proposed Order to Judge Bernstein | 1<br>12.65 | 12.65 |
| 11/3/2017 | Meals<br>Meals - Dinner for JBL | 1<br>15.73 | 15.73 |
| 11/6/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 11/7/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Process Server<br>Process Server - DLS invoice 368523 - Service on Jean Luc Pelissier | 1<br>302.36 | 302.36 |

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 11/8/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 11/9/2017 | Meals<br>Meals - Dinner for NI | 1<br>15.05 | 15.05 |
|  | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (5.9 hours) - Adding in data to excel spreadsheets (2.2); updating chronology (1.4); preparing material for meeting with JBL, JL and BA (2.3) | 1<br>161.69 | 161.69 |
|  | Taxi<br>Taxi - NI home | 1<br>12.36 | 12.36 |
| 11/10/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (2.6 hours) - Adding to the excel summary of tranches/loan agreement (2.1); preparing materials for meeting with JL, JBL and BA (.5) | 1<br>71.25 | 71.25 |
|  | Taxi<br>Taxi - NI home | 1<br>8.80 | 8.80 |
| 11/13/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 11/14/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 11/15/2017 | Messenger<br>Messenger - Laine Asch to deliver letter to Judge Bernstein | 1<br>12.65 | 12.65 |
| 11/17/2017 | Photocopying<br>Photocopies - US Bankruptcy SDNY - Copies of various docket items in case 02-14385 | 1<br>80.20 | 80.20 |
| 11/22/2017 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 11/25/2017 | Meals<br>Meals - Dinner for JBL | 1<br>15.73 | 15.73 |
|  | Taxi<br>Taxi - JBL home | 1<br>16.56 | 16.56 |
| 11/26/2017 | Meals<br>Meals - Lunch for JBL | 1<br>15.73 | 15.73 |

|            |                                                                                                                                   | Qty/Price | Amount |
|------------|-----------------------------------------------------------------------------------------------------------------------------------|-----------|--------|
| 11/26/2017 | Taxi<br>Taxi - JBL home                                                                                                            | 1<br>17.00 | 17.00 |
| 11/28/2017 | Meals<br>Meals - Dinner for JBL                                                                                                    | 1<br>20.00 | 20.00 |
| 11/30/2017 | Meals<br>Meals - Dinner for JBL                                                                                                    | 1<br>20.00 | 20.00 |
|            | Photocopying<br>Photocopies and direct to copier print jobs for November 2017                                                      | 34<br>0.10 | 3.40  |
|            | Prof. Services<br>Professional Services - Robert Half Legal invoice 00633353C-301 - Services rendered weeks ending 11/3/17 and 11/10/17, and data fees | 1<br>3,044.09 | 3,044.09 |
|            | Research<br>Research - Corp1, Inc. invoice 36930 - UCC searches                                                                    | 1<br>180.00 | 180.00 |
|            | Research<br>Research - Westlaw charges for November 2017                                                                           | 1<br>276.65 | 276.65 |
| 12/5/2017  | Meals<br>Meals - Dinner for JBL                                                                                                    | 1<br>20.00 | 20.00 |
| 12/11/2017 | Research<br>Research - File & ServeXpress invoice 201712109274501 - Research of court decision                                     | 1<br>10.00 | 10.00 |
| 12/14/2017 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (1.5 hours) - Relativity searches for documents with witnesses         | 1<br>41.11 | 41.11 |
| 12/15/2017 | Prof. Services<br>Professional Services - Robert Half Legal invoice 0064431C-301 - Services rendered the weeks ending December 1 and December 15 | 1<br>863.43 | 863.43 |
| 12/20/2017 | Meals<br>Meals - Dinner for JBL                                                                                                    | 1<br>20.00 | 20.00 |
| 12/29/2017 | Messenger<br>Messenger - Julie Sher to deliver to Judge Bernstein courtesy copies of 2004 Motion of an Order directing Albion to produce documents | 1<br>12.65 | 12.65 |
| 12/31/2017 | Photocopying<br>Photocopies and direct to copier print jobs for December 2017                                                      | 1<br>0.10 | 0.10  |
|            | Research<br>Research - Westlaw charges for December 2017                                                                           | 1<br>237.28 | 237.28 |

|            |                                                                                                                                                                                                                                                                                   | Qty/Price | Amount |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|--------|
| 12/31/2017 | Research<br>Research - Pacer charges for October through December 2017                                                                                                                                                                                                            | 1<br>257.10 | 257.10 |
| 1/3/2018   | Process Server<br>Process Server - DLS invoice 369735 - Service on Albion Investors LLC                                                                                                                                                                                           | 1<br>249.17 | 249.17 |
| 1/8/2018   | Meals<br>Meals - Dinner for JBL                                                                                                                                                                                                                                                   | 1<br>20.00  | 20.00  |
|            | Taxi<br>Taxi - JBL home                                                                                                                                                                                                                                                           | 1<br>13.32  | 13.32  |
| 1/9/2018   | Messenger<br>Messenger - Matt Storch to deliver letter to Judge Berstein                                                                                                                                                                                                          | 1<br>12.65  | 12.65  |
| 1/10/2018  | Messenger<br>Messenger - Matt Storch to pick up document in related action from Clerk's office in White plains (includes cab fare)                                                                                                                                                | 1<br>17.90  | 17.90  |
| 1/16/2018  | Meals<br>Meals - Dinner for JBL                                                                                                                                                                                                                                                   | 1<br>20.00  | 20.00  |
|            | Taxi<br>Taxi - AS home (split between 2 matters)                                                                                                                                                                                                                                  | 1<br>21.19  | 21.19  |
| 1/17/2018  | Meals<br>Meals - Dinner for AS                                                                                                                                                                                                                                                    | 1<br>20.00  | 20.00  |
|            | Taxi<br>Taxi - AS home (split between 2 matters)                                                                                                                                                                                                                                  | 1<br>20.88  | 20.88  |
| 1/18/2018  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (5.1 hours) - Updating chronology (.2); Relativity searches (4.9)                                                                                                                                                    | 1<br>139.77 | 139.77 |
| 1/19/2018  | Prof. Services<br>Professional Services - Robert Half Legal invoice 0065648C-301 - Services rendered the weeks ending December 22 and January 19                                                                                                                                  | 1<br>863.43 | 863.43 |
| 1/20/2018  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (4.6 hours) - Organizing Z drive to correspond to key issues (1.1); pulling all sales documents and providing copies for JBL (1.1); outlining notes from meeting and distributing to AS and JBL (.9); Relativity searches for documents related to key subjects including sales, financial practices, operations, and corporate documents (1.5) | 1<br>126.06 | 126.06 |
|            | Taxi<br>Taxi - NI to/from office on Saturday                                                                                                                                                                                                                                      | 1<br>27.25  | 27.25  |

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 1/21/2018 | Meals<br>Meals - Lunch for NI | 1<br>13.00 | 13.00 |
|  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (5.5 hours) - Performing Relativity searches for key documents related to various buckets of key issues (4.1); organizing files in Z drive to correspond with specific issues (.6); uploading documents to drop box for remove access (.8) | 1<br>150.73 | 150.73 |
| 1/22/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 1/23/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 1/24/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (7.4 hours) - Meetings with AS re: Transcendence to develop summary charts (2.5); Relativity searches for document related to Transcendence (2.3); identifying, organizing and saving key documents including contracts, Transcendence, financial documents (2.6) | 1<br>202.80 | 202.80 |
|  | Taxi<br>Taxi - AS home | 1<br>61.37 | 61.37 |
| 1/25/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (6.1 hours) - Searching through Z drive and Relativity for key documents (5.3); meeting with AS and JBL (.8) | 1<br>167.17 | 167.17 |
|  | Taxi<br>Taxi - JBL home | 1<br>8.75 | 8.75 |
|  | Taxi<br>Taxi - AS home | 1<br>58.34 | 58.34 |
|  | Taxi<br>Taxi - NI home | 1<br>11.76 | 11.76 |
| 1/26/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 1/28/2018 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (7.1 hours) - Relativity searches for documents including those related to contracts, sales, operations | 1<br>194.58 | 194.58 |

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 1/29/2018 | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (2.9 hours) - Relativity searches for documents related to contracts, sales, operations | 1<br>79.47 | 79.47 |
|  | Research<br>Research - Reliable Wilmington invoice WL075408 - Services rendered | 1<br>16.80 | 16.80 |
|  | Taxi<br>Taxi - JBL home | 1<br>12.51 | 12.51 |
|  | Taxi<br>Taxi - NI home | 1<br>11.15 | 11.15 |
|  | Travel<br>Travel - AS to/from witness interview in Tarrytown (includes train fare and cab fare) | 1<br>26.83 | 26.83 |
| 1/30/2018 | Meals<br>Meals - Coffee for meeting | 1<br>26.35 | 26.35 |
| 1/31/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
|  | Paralegal Overtime<br>Paralegal Overtime - Niki Iskarpatyoti (3 hours) - Preparing summary on payments (2.1); identifying key documents related to payments (.9) | 1<br>82.22 | 82.22 |
|  | Photocopying<br>Photocopies and direct to copier print jobs for January 2018 | 416<br>0.10 | 41.60 |
|  | Postage<br>Postage charges for January 2018 | 1<br>0.88 | 0.88 |
|  | Research<br>Research - Westlaw charges for January 2018 | 1<br>507.67 | 507.67 |
| 2/2/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 2/5/2018 | Meals<br>Meals - Dinner for JBL (split between 2 matters) | 1<br>11.34 | 11.34 |
| 2/6/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 2/7/2018 | Meals<br>Meals - Dinner for JBL | 1<br>20.00 | 20.00 |
| 2/8/2018 | Telephone<br>Telephone - Level 3 invoice 9035530022 - Conference call | 1<br>3.93 | 3.93 |

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 2/9/2018 | Photocopying | 22 | 2.20 |
|  | Photocopies for February 9, 2018 | 0.10 |  |
| 2/10/2018 | Paralegal Overtime | 1 | 117.84 |
|  | Paralegal Overtime - Niki Iskarpatyoti (4.3 hours) - Relativity searches for documents re: patriarch | 117.84 |  |
| 2/11/2018 | Meals | 1 | 14.15 |
|  | Meals - Dinner for NI | 14.15 |  |
|  | Paralegal Overtime | 1 | 120.58 |
|  | Paralegal Overtime - Niki Iskarpatyoti (4.4 hours) - Document review re: loans | 120.58 |  |
| 2/19/2018 | Research | 1 | 1,436.72 |
|  | Research - Westlaw charges for February 1-19, 2018 | 1,436.72 |  |

**Total costs** $23,225.84

**Balance due** $23,225.84