**LaMONICA HERBST & MANISCALCO, LLP**  
3305 Jerusalem Avenue, Suite 201  
Wantagh, New York 11793  
Jacqulyn S. Loftin, Esq.

Hearing Date: **Thursday, November 1, 2018 at 10:00 a.m.**  
Objection Deadline: **October 25, 2018 by 5:00 p.m.**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**  
--------------------------------------------------------x  
In re:

TRANSCARE CORPORATION, et al.

        Debtors.  
--------------------------------------------------------x  
SALVATORE LAMONICA, as Chapter 7  
Trustee for the Estates of TransCare  
Corporation, et al.,

   Plaintiff,

   v.

LYNN TILTON, PATRIARCH  
PARTNERS AGENCY SERVICES, LLC,  
PATRIARCH PARTNERS, LLC,  
PATRIARCH PARTNERS MANAGEMENT  
GROUP, LLC, ARK II CLO 2001-1,  
LIMITED, ARK INVESTMENT PARTNERS  
II, L.P., LD INVESTMENTS, LLC,  
PATRIARCH PARTNERS II, LLC,  
PATRIARCH PARTNERS III, LLC,  
PATRIARCH PARTNERS VIII, LLC,  
PATRIARCH PARTNERS XIV, LLC,  
PATRIARCH PARTNERS XV, LLC,  
TRANSCENDENCE TRANSIT, INC., and  
TRANSCENDENCE TRANSIT II, INC.

   Defendants.  
--------------------------------------------------------x

Chapter 7

Case No.: 16-10407 (SMB)  
(Jointly Administered)

Adv. Proc. No. 18-1021

**NOTICE OF HEARING ON THE MOTION OF CHAPTER 7 TRUSTEE**  
**SEEKING AUTHORITY TO PAY COSTS RELATED TO THE PENDING LITIGATION**

  **PLEASE TAKE NOTICE,** that on **Thursday, November 1, 2018 at 10:00 a.m.**, or as

soon thereafter as counsel may be heard, a hearing shall be held before the Honorable Stuart M.

Bernstein, United States Bankruptcy Judge, Southern District of New York, One Bowling Green, New York, New York 10004, on the motion (the "Motion") of Salvatore LaMonica, the Chapter 7 Trustee (the "Trustee") of the jointly administered estates of TransCare Corporation *et al.* (collectively, the "Debtors"), by his attorneys, LaMonica Herbst & Maniscalco, LLP, seeking entry of an Order, pursuant to 11 U.S.C. § 363(b)(1) (the "Bankruptcy Code"), authorizing the Trustee to pay the costs and fees related to the above-caption litigation as set forth in the motion, and granting such other, further, and different relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE,** that objections to the relief requested in the Motion, if any, must be in writing, conform with Bankruptcy Code, the Federal Rules of Bankruptcy Procedure and the Local Rules, and be filed with the Court, with a courtesy copy to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and served upon, so as to be received by, LaMonica Herbst & Maniscalco, LLP, the attorneys for the Trustee, Attn: Jacqulyn S. Loftin, Esq., no later than **Thursday, October 25, 2018 at 5:00 p.m.** as follows: (a) through the Court's electronic filing system, which may be accessed through the internet at the Court's website at www.nysb.uscourts.gov, in portable document format (PDF) using Adobe Exchange Software for conversion; or (b) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on a compact disc in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

**PLEASE TAKE FURTHER NOTICE,** that the hearing on the motion may be adjourned from time to time without any other announcement other than that set forth in open Court.

Dated: October 18, 2018
      Wantagh, New York

**LaMONICA HERBST & MANISCALCO, LLP**
Counsel to Salvatore LaMonica, as Trustee

By: *s/ Jacqulyn S. Loftin*
Jacqulyn S. Loftin, Esq.
Partner
3305 Jerusalem Avenue
Wantagh, New York 11793
Telephone: 516.826.6500