**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
In re:                                                                              Chapter 7

TRANSCARE CORPORATION, <u>et al.</u>
                                                                                    Case No.: 16-10407 (SMB)
                                                    Debtors.            (Jointly Administered)
-------------------------------------------------------x
SALVATORE LAMONICA, as Chapter 7
Trustee for the Estates of TransCare                          Adv. Proc. No. 18-1021
Corporation, <u>et al.</u>,

       Plaintiff,

       v.

LYNN TILTON, PATRIARCH
PARTNERS AGENCY SERVICES, LLC,
PATRIARCH PARTNERS, LLC,
PATRIARCH PARTNERS MANAGEMENT
GROUP, LLC, ARK II CLO 2001-1,
LIMITED, ARK INVESTMENT PARTNERS
II, L.P., LD INVESTMENTS, LLC,
PATRIARCH PARTNERS II, LLC,
PATRIARCH PARTNERS III, LLC,
PATRIARCH PARTNERS VIII, LLC,
PATRIARCH PARTNERS XIV, LLC,
PATRIARCH PARTNERS XV, LLC,
TRANSCENDENCE TRANSIT, INC., and
TRANSCENDENCE TRANSIT II, INC.

       Defendants.
-------------------------------------------------------x

**ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO PAY COSTS RELATED
TO THE PENDING LITIGATION**

Upon the motion (the "Motion")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee and not as an individual (the "Trustee") of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc., TransCare Harford County, Inc., TransCare Pennsylvania, Inc., TC Ambulance Corporation, and TC Hudson Valley Ambulance Corp. (collectively, the "Debtors") seeking the entry of an Order authorizing the Trustee to pay the costs and fees related to the above-caption litigation; and upon the affidavit of service of the motion having been electronically filed with the Court; and no additional notice being required; and upon no objections to the relief sought in the Motion having been filed with the Court; and the matter having been hearing before the Court on **Thursday, November 1, 2018 at 10:00 a.m.**, of which the records is incorporated herein by reference; and after due deliberation and good cause appearing therefor, it is hereby:

ORDERED that the relief in the Motion is granted as set forth herein; and, it is further,

ORDERED that the Trustee is authorized to pay the outstanding invoices owed to Robert Haft in the above-captioned litigation; and, it is further,

ORDERED that the Trustee is authorized to pay the future invoices, if any, owed to Robert Half in the above-captioned litigation; and, it is further,

ORDERED that the Trustee is authorized to pay the initial fee of $25,000 to Chicago Economic in connection with any consulting services rendered to the Trustee in the above-captioned litigation; and, it is further,

---

[1] Capitalized terms not otherwise defined herein shall have the definition ascribed to them in the Motion.

ORDERED that the relief granted herein is without prejudice to seek a further Order of the Court to pay Chicago Economics for any additional serviced in the above-captioned litigation; and, it is further,

ORDERED that the Trustee is authorized to pay the costs of the court reporters and transcripts for the depositions in the above-captioned litigation; and, it is further,

ORDERED that the Trustee is authorized and empowered to expend such funds and execute and deliver any and all documents as are reasonably necessary to implement the terms of this Order; and, it is further

ORDERED that this Court shall retain jurisdiction to: (i) interpret and construe and enforce the provisions of this Order and any ancillary documents in connection therewith; (ii) hear and determine any disputes arising under or related to the foregoing; and (iii) enforce the provisions of this Order.

Dated: November __, 2018
      New York, New York

                                                                   _____
                                                                   Honorable Stuart M. Bernstein
                                                                   United States Bankruptcy Judge