**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| TRANSCARE CORPORATION, *et al.*, | Case No. 16-10407 (DSJ) |
| Debtors. | (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Lynn P. Harrison III hereby withdraws his appearance as counsel to TransCare Corporation and its debtor affiliates in the above-captioned Chapter 7 cases.

The undersigned further requests that he be removed from all service lists in this case.

Dated: New York, New York
March 18, 2021

**DENTONS US LLP**

/s/ *Lynn P. Harrison III*
Lynn P. Harrison III
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 768-5325
Facsimile: (212) 768-6800

## CERTIFICATE OF SERVICE

I, Lynn P. Harrison III, certify that on March 18, 2021, I caused a true and correct copy of the foregoing to be served electronically upon the parties registered for electronic service in this case through the Court's CM/ECF system.

*/s/ Lynn P. Harrison III*
Name: Lynn P. Harrison III