# Exhibit B



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

FEDERAL ID 36-4474078

February 28, 2022

LaMonica Herbst & Maniscalco LLP
Salvatore LaMonica, as Trustee
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 42011401
Client Matter 74316-40010

For professional services rendered through January 31, 2022 re in re
TransCare Corporation et al.

| | |
|---|---:|
| Fees | $110,643.00 |
| Expenses | 11,128.22 |
| **Total Due This Bill** | **$121,771.22** |

Remit Check Payments To:  Remit Electronic Payments To:
Sidley Austin LLP          Sidley Austin LLP
P.O. Box 0642              JP Morgan Chase Bank, NA
Chicago, Illinois 60690    Account Number: 5519624
                           ABA/Routing Number (for wire payments): 021000021
                           ABA/Routing Number (for ACH payments): 071000013
                           Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 42011401
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| CG Phillips | 20.20 | $1,800.00 | $36,360.00 |
| WR Levi | 16.50 | 1,250.00 | 20,625.00 |
| WR Levi | 10.30 | 1,200.00 | 12,360.00 |
| AP Haviland | 19.20 | 895.00 | 17,184.00 |
| AP Haviland | 32.80 | 715.00 | 23,452.00 |
| KA Mawdsley | .80 | 400.00 | 320.00 |
| KA Mawdsley | .90 | 380.00 | 342.00 |
| **Total Hours and Fees** | **100.70** | | **$110,643.00** |

E X P E N S E   S U M M A R Y

| Category/Description | Amount |
|---|---:|
| Lexis Research Service | $598.95 |
| Search Services | 122.70 |
| Westlaw Research Service | 10,406.57 |
| **Total** | **$11,128.22** |

SIDLEY AUSTIN LLP

Invoice Number:  42011401
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 11/09/21 | CG Phillips | Study district court and bankruptcy court opinions | 2.00 |
| 11/11/21 | CG Phillips | Review and revise declaration; review and revise memo seeking bankruptcy court approval; review proposed notice and order | 1.50 |
| 11/15/21 | CG Phillips | Review papers drafted by M. Sabino (.2); conference call with J. Loftin et al (.6); read district court opinion on issues related to breach of fiduciary duty (.7) | 1.50 |
| 11/17/21 | CG Phillips | Review and revise papers for the US Trustee; emails with M. Sabino | 1.00 |
| 11/22/21 | CG Phillips | Review and revise papers for the US Trustee (.5); telephone conference with Trustee's representative (.3); emails with M. Sabino (.1); review revised proposed order (.1) | 1.00 |
| 11/23/21 | CG Phillips | Review revised declaration (.3); review revised motion (.2); emails with M. Sabino (.1) | .60 |
| 11/24/21 | WR Levi | Discuss matter with various associates and partners for staffing purposes | 1.00 |
| 11/29/21 | AP Haviland | Review docket, motions, briefs | 1.30 |
| 11/29/21 | WR Levi | Review and analyze district court opinion | 2.00 |
| 11/30/21 | AP Haviland | Review docket, motions, briefs | .30 |
| 11/30/21 | AP Haviland | Review district court, bankruptcy court decisions | 6.50 |
| 11/30/21 | WR Levi | Email with A. Haviland re: briefing schedule and briefs | .30 |
| 12/01/21 | AP Haviland | Review district court, bankruptcy court decisions | 2.50 |
| 12/01/21 | AP Haviland | Review Tilton objection, government response from district court docket | 1.30 |
| 12/01/21 | AP Haviland | Review appellant, appellee briefs from district court docket | 2.30 |
| 12/02/21 | CG Phillips | Emails with Trustee; read cases cited in district court and bankruptcy court proceedings | 1.00 |
| 12/06/21 | AP Haviland | Conference with C. Phillips, W. Levi re: plan for conference call with client, trial lawyers | .30 |
| 12/06/21 | AP Haviland | Conference with W. Levi re: first impressions from lower court decisions, anticipated arguments by appellants | .30 |
| 12/06/21 | AP Haviland | Review district court, bankruptcy court decisions in preparation for conference call with client | 3.30 |

SIDLEY AUSTIN LLP

Invoice Number: 42011401
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/06/21 | WR Levi | Review and analyze bankruptcy opinion | 3.00 |
| 12/06/21 | WR Levi | Prepare for and discuss matter with C. Phillips and A. Haviland | .50 |
| 12/06/21 | WR Levi | Review and analyze district court briefing | 2.00 |
| 12/06/21 | WR Levi | Prepare for and discuss matter with A. Haviland | .50 |
| 12/06/21 | CG Phillips | Emails w/ US Trustee regarding declaration (.1); emails with M. Sabino (.1); office conference with W. Levi, A. Haviland (.3); prepare for meeting with trustee's special trial counsel (1.0) | 1.50 |
| 12/07/21 | AP Haviland | Review bankruptcy court decision, district court briefs in preparation for conference call with client | 2.50 |
| 12/07/21 | AP Haviland | Confer with S. LaMonica, J. Loftin, G. Herbst, B. Amini, A. Samet, C. Phillips, W. Levi re: trial lawyer impressions, coordinating access to the record | 1.00 |
| 12/07/21 | AP Haviland | Revise meeting notes from conference with client for email summary to W. Levii | 1.00 |
| 12/07/21 | WR Levi | Discuss matter with client and co-counsel | 1.00 |
| 12/07/21 | CG Phillips | Telephone conference with special trial counsel regarding appellate issues and strategy | .80 |
| 12/13/21 | AP Haviland | Review record from district court docket | 2.80 |
| 12/15/21 | CG Phillips | Read prejudgment interest opinion (.5); emails with Trustee regarding decision and potential stay on appeal (.3) | .80 |
| 12/16/21 | AP Haviland | Research examples of model bankruptcy briefs | .50 |
| 12/16/21 | CG Phillips | Emails regarding requests from US Trustee | .50 |
| 12/17/21 | KA Mawdsley | Prepare shell 2d Cir. brief, per A. Haviland request | .90 |
| 12/20/21 | AP Haviland | Research examples of model bankruptcy briefs | 4.50 |
| 12/20/21 | AP Haviland | Review briefs, opinion on prejudgment interest | .50 |
| 12/21/21 | AP Haviland | Review examples of model appellate briefs in bankruptcy, fraudulent conveyance cases | .30 |
| 12/21/21 | AP Haviland | Conference with W. Levi re: work schedule for outlining, drafting answering brief | .30 |
| 12/22/21 | CG Phillips | Study Fourth Circuit opinion and cases cited in rehearing petition; telephone conference with Cagle | 1.50 |
| 12/27/21 | CG Phillips | Review declaration; emails and telephone call with M. Sabino | .50 |
| 12/28/21 | CG Phillips | Review US Trustee edits; emails with Sabino | .50 |
| 12/29/21 | CG Phillips | Review application for retention | 1.00 |

**SIDLEY AUSTIN LLP**

Invoice Number: 42011401
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 12/30/21 | AP Haviland | Review district court record | 1.30 |
| 01/03/22 | WR Levi | Review and analyze bankruptcy court opinion | 2.30 |
| 01/03/22 | WR Levi | Review and analyze post-trial briefing | 4.30 |
| 01/03/22 | CG Phillips | Read Bankruptcy Court order; emails with client and co-counsel | .30 |
| 01/04/22 | WR Levi | Review and analyze district court briefs | 7.50 |
| 01/05/22 | AP Haviland | Draft email to W. Levi re: whether the Second Circuit reviews bankruptcy court or district court decision on appeal of core claims | 2.00 |
| 01/05/22 | AP Haviland | Draft email to W. Levi re: post-trial briefs in bankruptcy court | .30 |
| 01/05/22 | WR Levi | Communicate with A. Haviland regarding local rules concerning the briefing schedule and standard of review; communicate with C. Phillips regarding local rules, case materials, bond, and entry of appearances | .30 |
| 01/05/22 | KA Mawdsley | Research questions from A. Haviland re: 2d Cir. In re Transcare appeal and reply to email | .80 |
| 01/05/22 | CG Phillips | Emails with Trustee regarding appeal question; emails with W. Levi regarding answers; draft answers to Trustee's questions | .50 |
| 01/06/22 | CG Phillips | Emails with W. Levi regarding timing issues; emails with Trustee regarding answers to appellate questions | .50 |
| 01/17/22 | AP Haviland | Review bankruptcy court order, district court record to create a detailed timeline of events in preparation for drafting the factual background section of the appellate brief | 8.00 |
| 01/18/22 | AP Haviland | Research waivers in appeals of core issues in bankruptcy proceedings, in anticipation that appellants will make arguments not made below | 5.50 |
| 01/19/22 | AP Haviland | Draft email to W. Levi regarding research on issue waivers in bankruptcy appeals | .80 |
| 01/19/22 | AP Haviland | Draft email to Ryan Bathras (Amini paralegal) requesting copies of missing bankruptcy court exhibits | .30 |
| 01/19/22 | WR Levi | Review forfeiture research | .30 |
| 01/19/22 | WR Levi | Edit preliminary outline of facts section | .30 |
| 01/20/22 | CG Phillips | Emails with Trustee's counsel regarding bond issue | .20 |
| 01/24/22 | AP Haviland | Confer with C. Phillips, W. Levi, S. LaMonica, B. Amini, G. Herbst, J. Loftin, J. Chubak, A. Samet regarding next steps in Tilton litigation | .30 |
| 01/24/22 | AP Haviland | Draft summary of meeting with Trustee, trial attorneys for W. | .10 |

**SIDLEY AUSTIN LLP**

Invoice Number:  42011401
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

| Date | Name | Narrative | Hours |
|---|---|---|---|
| | | Levi | |
| 01/24/22 | WR Levi | Prepare for and discuss bond with client, co-counsel, and C. Phillips and A. Haviland | .50 |
| 01/24/22 | CG Phillips | Conference call with Trustee et al. regarding bonding the judgment; emails with W. Levi regarding status of appeal; read district court pleadings | 3.00 |
| 01/25/22 | AP Haviland | Review post-trial briefs from bankruptcy court proceedings | .80 |
| 01/25/22 | AP Haviland | Draft outline of background sections for appellate brief | .40 |
| 01/25/22 | AP Haviland | Confer with W. Levi regarding plan for outlining fact, argument sections of appellate brief | .70 |
| 01/25/22 | WR Levi | Prepare for and discuss outline and drafting with A. Haviland | 1.00 |
| | | **Total Hours** | **100.70** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

FEDERAL ID 36-4474078

February 28, 2022

LaMonica Herbst & Maniscalco LLP
Salvatore LaMonica, as Trustee
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 42011401
Client Matter 74316-40010

REMITTANCE PAGE
For Professional Services Rendered

**Total Due This Bill**                                                    **$121,771.22**

Please Return This Page With Your Remittance

Remit Check Payments To:         Remit Electronic Payments To:
Sidley Austin LLP                 Sidley Austin LLP
P.O. Box 0642                     JP Morgan Chase Bank, NA
Chicago, Illinois 60690            Account Number: 5519624
                                       ABA/Routing Number (for wire payments): 021000021
                                       ABA/Routing Number (for ACH payments): 071000013
                                       Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice