# Exhibit C



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

FEDERAL ID 36-4474078

March 23, 2022

LaMonica Herbst & Maniscalco LLP
Salvatore LaMonica, as Trustee
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 42017212
Client Matter 74316-40010

For professional services rendered through February 28, 2022 re in re
TransCare Corporation et al.

| | |
|---|---:|
| Fees | $89,186.50 |
| Expenses | 1,925.80 |
| **Total Due This Bill** | **$91,112.30** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice

**SIDLEY AUSTIN LLP**

Invoice Number: 42017212
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

T I M E   S U M M A R Y

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| WR Levi | 15.00 | $1,250.00 | $18,750.00 |
| AP Haviland | 78.70 | 895.00 | 70,436.50 |
| **Total Hours and Fees** | **93.70** | | **$89,186.50** |

E X P E N S E   S U M M A R Y

| Category/Description | Amount |
|---|---:|
| Westlaw Research Service | $1,925.80 |
| **Total** | **$1,925.80** |

T I M E   D E T A I L

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/03/22 | AP Haviland | Draft outline of statement of the case section of appellate brief | 2.70 |
| 02/07/22 | AP Haviland | Draft fact section of appellate brief | 3.20 |
| 02/08/22 | AP Haviland | Draft fact section of appellate brief | 5.60 |
| 02/09/22 | AP Haviland | Draft fact section of appellate brief | 4.10 |
| 02/10/22 | AP Haviland | Draft procedural history section of appellate brief | 5.40 |
| 02/11/22 | AP Haviland | Outline argument section of appellate brief | .20 |
| 02/11/22 | AP Haviland | Review district court opinion for outline of appellate brief | .40 |
| 02/11/22 | AP Haviland | Revise factual background, procedural history sections of appellate brief | 6.20 |
| 02/11/22 | AP Haviland | Draft procedural history section of appellate brief | 1.10 |
| 02/11/22 | WR Levi | Edit and draft statement of case | 7.50 |
| 02/12/22 | AP Haviland | Outline argument section of appellate brief | .50 |
| 02/14/22 | AP Haviland | Draft outline of argument section of appellate brief | 3.90 |
| 02/14/22 | WR Levi | Edit and draft statement of case | 2.50 |
| 02/15/22 | AP Haviland | Draft outline of argument section of appellate brief | 8.60 |
| 02/15/22 | WR Levi | Draft outline of affirmative argument sections in brief | 4.00 |
| 02/16/22 | AP Haviland | Revise outline of argument section of appellate brief | 3.20 |
| 02/16/22 | AP Haviland | Confer with W. Levi regarding draft fact, procedural history sections of appellate brief, outline of argument section | .40 |
| 02/16/22 | AP Haviland | Draft outline of argument section of appellate brief | 1.80 |
| 02/17/22 | AP Haviland | Draft standard of review section of appellate brief | 1.90 |
| 02/17/22 | AP Haviland | Revise outline of argument section of appellate brief | .40 |
| 02/17/22 | AP Haviland | Revise factual background, procedural history sections of appellate brief | 3.50 |
| 02/17/22 | AP Haviland | Draft statutory framework section of appellate brief | 2.00 |
| 02/18/22 | AP Haviland | Revise statement of the case section of appellate brief | 5.40 |
| 02/18/22 | AP Haviland | Review Bankruptcy Court opinion for procedural history section of appellate brief | 1.40 |
| 02/18/22 | AP Haviland | Conference with W. Levi regarding revisions to the statement of the case | .50 |

**SIDLEY AUSTIN LLP**

Invoice Number: 42017212
Salvatore LaMonica, as Trustee

in re TransCare Corporation et al.

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 02/18/22 | AP Haviland | Review lower court briefs for factual background section of appellate brief | .60 |
| 02/18/22 | WR Levi | Prepare for and discuss draft outline with A. Haviland | 1.00 |
| 02/19/22 | AP Haviland | Revise statement of the case section of appellate brief | .10 |
| 02/21/22 | AP Haviland | Revise statement of the case section of appellate brief | .30 |
| 02/22/22 | AP Haviland | Revise statement of the case section of appellate brief | .20 |
| 02/23/22 | AP Haviland | Revise statement of the case section of appellate brief | 1.40 |
| 02/24/22 | AP Haviland | Draft new paragraphs on calculating damages for procedural history section of appellate brief | 4.10 |
| 02/24/22 | AP Haviland | Review report, trial testimony of Trustee's damages expert | 1.20 |
| 02/25/22 | AP Haviland | Revise statement of the case section of appellate brief | 2.30 |
| 02/26/22 | AP Haviland | Revise statement of the case section of appellate brief | 2.20 |
| 02/27/22 | AP Haviland | Revise statement of the case section of appellate brief | 3.90 |
| | | **Total Hours** | **93.70** |



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

FEDERAL ID 36-4474078

March 23, 2022

LaMonica Herbst & Maniscalco LLP
Salvatore LaMonica, as Trustee
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number 42017212
Client Matter 74316-40010

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 02/28/22 | 42011401 | $121,771.22 |

**Total Outstanding Invoices** $121,771.22

**Total This Bill** <u>91,112.30</u>

**Total Amount Due** <u>$212,883.52</u>

Please Return This Page With Your Remittance

Remit Check Payments To:  Remit Electronic Payments To:
Sidley Austin LLP  Sidley Austin LLP
P.O. Box 0642  JP Morgan Chase Bank, NA
Chicago, Illinois 60690  Account Number: 5519624
  ABA/Routing Number (for wire payments): 021000021
  ABA/Routing Number (for ACH payments): 071000013
  Swift Code: CHASUS33XXX

Payment is Due Within 30 Days of Receipt of Invoice