# Exhibit D

```
Proforma "P1"                              Sidley Austin LLP                                  Page (1) 34
User: _svc_eli                             Proforma Statement                                       04/02/22
**Currency: USD                            --MATTER SUMMARY--
Client:   Salvatore LaMonica, as Trustee                                           Requested Thru: 03/31/22
Matter:   74316-40010   in re TransCare Corporation et al.                         PF Number:     5625432
                                                         FEES            COSTS             TOTAL

Hours Worked                                            74.20
Standard Value                                      86,792.50         3,355.99         90,148.49
Worked Value                                        84,062.50         3,355.99         87,418.49
Billing Value                                       84,062.50         3,355.99         87,418.49
Unapplied Funds Available
On-Account:  Fees                    0.00       (            )   (            )   (            )


             Costs                   0.00       (            )   (            )   (            )


 Unallocated Credits                 0.00       (            )   (            )   (            )


On-Account  Billing                             _____    _____    _____

Net Matter Billing
                                                ================  ================  ================

Worked Value Excluded From Proforma (Prior to End Date)      0.00             0.00             0.00

Total Unbilled Worked Value                             84,062.50         3,355.99         87,418.49
                                                ================  ================  ================
```

Signature_____ Date_____

```
Proforma "P1"                        Sidley Austin LLP                          Page (2) 35
User: _svc_eli                       Proforma Statement                              04/02/22
**Currency: USD                     --MATTER INFORMATION--
Client:   Salvatore LaMonica, as Trustee                                   Requested Thru: 03/31/22
Matter:   74316-40010    in re TransCare Corporation et al.                PF Number:     5625432
```

| | | |
|---|---|---|
| Billing Partner: | Carter G. Phillips | Billing Frequency:  M |
| Handling Lawyer: | William R. Levi | |
| Billing Specialist: | Barbara D. Harper | Date Matter Opened: 01/20/2022 |
| Matter Status: | OP | YTD Leverage: 1.99 |
| | | LTD Leverage: 1.94 |
| Matter Location: | Washington D.C. | Tax Code: 0 |
| Joint Invoice Format: | | |
| Single Invoice Format: | 505 SE-ending date | |
| Billing Instructions: | | Withholding Tax Code: |
| | | Billing Method: PAPC |

Billing Contact Name:
Address: Salvatore LaMonica, as Trustee
         LaMonica Herbst & Maniscalco LLP
         3305 Jerusalem Avenue

         Wantagh, NY 11793


### Matter History as of 04/02/22

|  | DATE | HOURS | FEES | COSTS | TOTAL |
|---|---|---|---|---|---|
| LAST BILLED THRU: | 02/28/22 | | | | |
| LAST BILL: 42017212 | 03/23/22 | | 89,186.50 | 1,925.80 | 91,112.30 |
| Charges to Date: | | 294.50 | 310,431.50 | 16,410.01 | 326,841.51 |
| Std. Value Billed: | | 220.30 | 227,719.00 | 13,054.02 | 240,773.02 |
| Billed Value: | | | 199,829.50 | 13,054.02 | 212,883.52 |
| Billed Write-offs: | | | 0.00 | 0.00 | 0.00 |
| Billing Realization %: | | | % 88.00 | | % 88.00 |
| Collections: | | | 0.00 | 0.00 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Funds Available Balance: | | | | | |
| On-Account | | | 0.00 | 0.00 | 0.00 |
| Unallocated Credits | | | | | 0.00 |

| Aged Net Unbilled: | | | | | |
|---|---|---|---|---|---|
| 0 - 30 days | | 74.20 | 84,062.50 | 3,355.99 | 87,418.49 |
| 31 - 60 days | | 0.00 | 0.00 | 0.00 | 0.00 |
| 61 - 90 days | | 0.00 | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | | 0.00 | 0.00 | 0.00 | 0.00 |
| Over 120 days | | 0.00 | 0.00 | 0.00 | 0.00 |
| Total: | | 74.20 | 84,062.50 | 3,355.99 | 87,418.49 |

| Aged Accounts Receivable | | | | | |
|---|---|---|---|---|---|
| 0 - 30 days | | | 89,186.50 | 1,925.80 | 91,112.30 |
| 31 - 60 days | | | 110,643.00 | 11,128.22 | 121,771.22 |
| 61 - 90 days | | | 0.00 | 0.00 | 0.00 |
| 91 - 120 days | | | 0.00 | 0.00 | 0.00 |
| Over 120 days | | | 0.00 | 0.00 | 0.00 |
| Total: | | | 199,829.50 | 13,054.02 | 212,883.52 |

Unpaid Invoices:

|          | DATE     | TOTAL      |
|----------|----------|------------|
| 42011401 | 02/28/22 | 121,771.22 |
| 42017212 | 03/23/22 |  91,112.30 |

| DATE | TIMEKEEPER | HOURS | NARRATIVE | VALUE | INDEX # | INSTRUCTION |
|---|---|---|---|---|---|---|
| 03/01/22 | AP Haviland | 3.50 | Review letter from Tilton attorneys regarding appendix designations | 3,132.50 | 106311372 | |
| 03/01/22 | AP Haviland | 0.80 | Draft email to W. Levi explaining updates to the statement of the case section in the draft appellate brief | 716.00 | 106311376 | |
| 03/01/22 | AP Haviland | 2.40 | Research examples of bankruptcy trustee appellee briefs in the Second Circuit | 2,148.00 | 106311377 | |
| 03/01/22 | WR Levi | 1.00 | Edit facts section and outline | 1,250.00 | 106424762 | |
| 03/01/22 | WR Levi | 0.50 | Analyze appellant's designated document for inclusion in the JA and discuss same with A. Haviland | 625.00 | 106424763 | |
| 03/01/22 | WR Levi | 0.30 | Edit letter response re: JA | 375.00 | 106424764 | |
| 03/01/22 | CG Phillips | 0.60 | Read Gibson correspondence regarding appendix (.1); review appendix designations (.4); emails with W. Levi (.1) | 1,080.00 | 106310555 | |
| 03/02/22 | AP Haviland | 0.30 | Confer with W. Levi regarding defendants' proposed joint appendix, our response | 268.50 | 106330800 | |
| 03/02/22 | AP Haviland | 6.90 | Review record documents for inclusion in the joint appendix | 6,175.50 | 106330801 | |
| 03/02/22 | WR Levi | 1.00 | Identify documents for inclusion in JA | 1,250.00 | 106424765 | |
| 03/02/22 | WR Levi | 0.50 | Discuss documents for inclusion in JA with A. Haviland | 625.00 | 106424766 | |
| 03/02/22 | KA Mawdsley | 0.20 | Attend to A. Haviland question re: Second Circuit joint appendix | 80.00 | 106321589 | |
| 03/03/22 | WR Levi | 0.30 | Edit and email draft letter response designating records to C. Phillips | 375.00 | 106424773 | |
| 03/04/22 | WR Levi | 0.30 | Email draft letter to trial counsel | 375.00 | 106424778 | |
| 03/04/22 | CG Phillips | 0.50 | Review joint appendix designations (.4); emails with W. Levi (.1) | 900.00 | 106362052 | |
| 03/09/22 | AP Haviland | 0.40 | Confer with A. Samet regarding proposed joint appendix | 358.00 | 106407781 | |
| 03/09/22 | AP Haviland | 0.50 | Revise letter on designations for joint appendix before sending to appellants' counsel | 447.50 | 106407783 | |
| 03/09/22 | AP Haviland | 0.10 | Draft email to A. Samet responding to question about proposed joint appendix | 89.50 | 106407786 | |
| 03/09/22 | AP Haviland | 0.20 | Draft email to K. Mawdsley, J. Meehan asking for assistance in drafting motion to set deadline for appellee's brief | 179.00 | 106407787 | |
| 03/11/22 | AP Haviland | 0.30 | Draft email to A. Fishman, K. Conover at Gibson Dunn clarifying joint appendix designations | 268.50 | 106449487 | |
| 03/21/22 | KA Mawdsley | 1.00 | Prepare 2d Cir. Rule 31.2(a) scheduling notification re: deadline for appellee's brief, per A. Haviland request | 400.00 | 106569563 | |
| 03/25/22 | WR Levi | 0.30 | Communicate with A. Haviland re: draft outline | 375.00 | 106655293 | |
| 03/25/22 | WR Levi | 0.30 | Edit motion for extension of filing period | 375.00 | 106655295 | |
| 03/28/22 | AP Haviland | 0.70 | Revise appellate answering brief | 626.50 | 106675806 | |
| 03/28/22 | AP Haviland | 3.70 | Review draft of joint appendix provided by Gibson Dunn | 3,311.50 | 106675807 | |
| 03/28/22 | AP Haviland | 1.20 | Research procedures for filing an appearance in the Second Circuit Court of Appeals | 1,074.00 | 106675809 | |

```
Proforma "P1"  User: _svc_eli                    Sidley Austin LLP                              04/Page (5) 38
Client:    Salvatore LaMonica, as Trustee                                                 Requested Thru: 03/31/22
Matter:    74316-40010    in re TransCare Corporation et al.                                   PF Number:  5625432
DATE       TIMEKEEPER        HOURS    *------------------NARRATIVE------------------*           VALUE      INDEX #

03/28/22 WR Levi              0.30   Discuss filing of appearances with A. Haviland            375.00   106728643  _____
03/28/22 WR Levi              1.00   Review proposed joint appendix and special              1,250.00   106728644  _____
                                     appendix
03/28/22 KA Mawdsley          0.20   Review draft C. Phillips notice of appearance             80.00   106665300  _____
                                     and provide feedback, per A. Haviland request
03/28/22 KA Mawdsley          0.30   Attend to A. Haviland questions re: 2d Cir.              120.00   106665301  _____
                                     joint appendix, special appendix, and notices
                                     of appearance
03/28/22 CG Phillips          1.00   Review JA designations and potential                   1,800.00   106671688  _____
                                     cross-designations; emails with W. Levi
03/29/22 AP Haviland          1.00   Review Appellants' opening brief                         895.00   106694977  _____
03/29/22 AP Haviland          0.10   Confer with Avery Samet regarding Gibson Dunn's           89.50   106694979  _____
                                     additions to the joint appendix
03/29/22 AP Haviland          0.60   Revise notices of appearance for Carter                  537.00   106694982  _____
                                     Phillips before filing
03/29/22 AP Haviland          0.60   Confer with K. Conover by email regarding final          537.00   106694984  _____
                                     revisions to cover page joint appendix
03/29/22 WR Levi              0.30   Discuss filing with A. Haviland                          375.00   106728664  _____
03/29/22 WR Levi              0.30   Email with C. Phillips re: brief                         375.00   106728665  _____
03/29/22 WR Levi              7.50   Review and analyze appellant's brief and draft         9,375.00   106728667  _____
                                     analysis regarding same
03/29/22 CG Phillips          2.50   Read Tilton brief and review joint appendix            4,500.00   106698989  _____
                                     materials; emails with W. Levi regarding filing
                                     date issues
03/30/22 AP Haviland          0.80   Confer with W. Levi on appellants' opening brief         716.00   106727378  _____
03/30/22 AP Haviland          5.40   Review Appellants' opening brief                       4,833.00   106727383  _____
03/30/22 WR Levi              0.50   Discuss arguments and research with A. Haviland          625.00   106728717  _____
03/30/22 WR Levi              7.00   Outline draft response and analyze arguments in        8,750.00   106728718  _____
                                     appellant's brief
03/30/22 CG Phillips          2.00   Read W. Levi memorandum; read briefs and              3,600.00   106716929  _____
                                     appendices
03/31/22 AP Haviland          4.10   Review Appellants' opening brief                       3,669.50   106780077  _____
03/31/22 AP Haviland          0.90   Confer with W. Levi regarding arguments in               805.50   106780078  _____
                                     appellants' opening brief, plan for outlining
                                     answering brief
03/31/22 WR Levi              7.00   Outline draft response and analyze arguments in        8,750.00   106782095  _____
                                     appellant's brief
03/31/22 WR Levi              0.50   Discuss arguments and research with A. Haviland          625.00   106782096  _____
03/31/22 CG Phillips          2.50   Study appendices; read Tilton brief                    4,500.00   106766587  _____

                                     --------                                              ------------
TOTAL                           74.20                                                        84,062.50
```

|  |  |  |  | STANDARD | S R | BILLING | SPECIAL | SPEC. RATE |  | STANDARD | BILLING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIMEKEEPER | ID # | TITLE | LOC | RATE | C | RATE | RATE | EFF. DATE | HOURS | RATE VALUE | RATE VALUE |
| WR Levi | 13967 | Partner | DC | 1,250.00 |  | 1,250.00 |  |  | 28.90 | 36,125.00 | 36,125.00 |
| CG Phillips | 31780 | Partner | DC | 2,100.00 | M | 1,800.00 | 1,800.00 | 01/01/2022 | 9.10 | 19,110.00 | 16,380.00 |
| AP Haviland | 16636 | Associate | DC | 895.00 |  | 895.00 |  |  | 34.50 | 30,877.50 | 30,877.50 |
| KA Mawdsley | 13637 | Paralegal | DC | 400.00 |  | 400.00 |  |  | 1.70 | 680.00 | 680.00 |
|  |  |  |  |  |  |  |  |  | 74.20 | 86,792.50 | 84,062.50 |

Billing Notes on the Special Rates and Source Columns
-----------------------------------------------------

1) The SRC column indicates the source of the special rates as follows:

MM: Matter Maximum (a maximum rate may be added for a timekeeper title or all titles at the matter level)

CM: Client Maximum (a maximum rate may be added for a timekeeper title or all titles at the client level)

M: Matter (a special rate may be added for an individual timekeeper, timekeeper title or all titles at the matter level)

C: Client (a special rate may be added for an individual timekeeper, timekeeper title or all titles at the client level)

2) If multiple sources exist, only one source is shown (that used to value the time based on the Elite hierarchy). Where a timekeeper has both matter (M source) and client (C source) special rates, only the M source special rate is shown as that is what Elite uses to value the time entries unless there is a matter or client maximum.

3) The special rate column may display a special rate, a percent deviation from standard, an amount deviation from standard or RC# 1 (which indicates where a prior special rate is being overridden with a standard rate) or other RC numbers when utilized such as RC# 8 to bill future standard rates for current time for new clients.

4) Rate Code of 1 (RC# 1) typically is used to establish standard billing rates for matters which do not fall under the client level special rates (such as third party paid matters) or to set billing back to standard rates from the effective date forward while maintaining the historic special rates for older unbilled amounts.

Proforma "P1"                                  Sidley Austin LLP                              Page (7) 40
User: _svc_eli                                 Proforma Statement                             04/02/22
                                               ---MISSING TIME---

Client:  Salvatore LaMonica, as Trustee                                                       Requested Thru: 03/31/22
Matter:  74316-40010    in re TransCare Corporation et al.                                    PF Number:      5625432

```
NUMBER    NAME                           PHONE EXT.        DATES
------    ------------------------------ -----------------  --------------------------------------------------
```

Total: ,                                 Missing hours:    0.00    Incomplete Days:


Grand Total:                             Missing hours:    0.00    Incomplete Days:

Proforma "P1"                                  Sidley Austin LLP                              Page (7) 40
User: _svc_eli                                 Proforma Statement                             04/02/22
                                               ---MISSING TIME---

Client:  Salvatore LaMonica, as Trustee                                                       Requested Thru: 03/31/22
Matter:  74316-40010    in re TransCare Corporation et al.

Client: Salvatore LaMonica, as Trustee  Requested Thru: 03/31/22
Matter: 74316-40010  in re TransCare Corporation et al.  PF Number: 5625432

| DATE | TYPE | REF# | INCURRED BY | LOC | NARRATIVE | QTY | AMOUNT | INDEX # | CHECK # |
|---|---|---|---|---|---|---|---|---|---|
| 03/07/22 | CPY | 3431786 | D Phillips | DC | 02/17/22 - DTI TOPCO INC - CON20220217 - 170222.00595 - B&W Print (8.5x11 8.5x14) | 1.00 | 31.83 | 64601503 | 10809610 |
| 03/07/22 | CPY | 3431786 | D Phillips | DC | 02/17/22 - DTI TOPCO INC - CON20220217 - 170222.00595 - Binders - 1 in (with documents inserted) | 1.00 | 6.36 | 64601504 | 10809610 |
| 03/07/22 | CPY | 3431786 | D Phillips | DC | 02/17/22 - DTI TOPCO INC - CON20220217 - 170222.00595 - Tabs - Standard | 1.00 | 1.06 | 64601505 | 10809610 |
| 03/15/22 | WES | 2831095 | AP Haviland | DC | 02/17/22-Westlaw research service | 1.00 | 218.78 | 64617765 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/01/22-Westlaw research service | 1.00 | 1,811.96 | 64670102 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/01/22-Westlaw research service | 1.00 | 1,070.71 | 64670103 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/01/22-Westlaw research service | 1.00 | 109.39 | 64670104 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/28/22-Westlaw research service | 1.00 | 16.54 | 64670105 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/28/22-Westlaw research service | 1.00 | 54.70 | 64670106 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/28/22-Westlaw research service | 1.00 | 33.07 | 64670107 | |
| 03/30/22 | WES | 2835683 | AP Haviland | DC | 03/28/22-Westlaw research service | 1.00 | 1.59 | 64670108 | |

TOTAL COST  3,355.99

```
Proforma "P1"                      Sidley Austin LLP                       Page (9) 42
User: _svc_eli                     Proforma Statement                        04/02/22
**Currency: USD                    ---COST SUMMARY---
Client:  Salvatore LaMonica, as Trustee                              Requested Thru: 03/31/22
Matter:  74316-40010     in re TransCare Corporation et al.          PF Number:      5625432
```

| TYPE | DESCRIPTION | TOTAL |
|------|-------------|-------|
| CPY  | Duplicating Charges | 39.25 |
| WES  | Westlaw Research Service | 3,316.74 |
|      |             | 3,355.99 |