UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

In re:

TRANSCARE CORPORATION, <u>et al</u>.

          Debtors.

-----------------------------------------------------------------x

Chapter 7
Case No. 16-10407 (DSJ)
(Jointly Administered)

### AMENDED ORDER GRANTING FIRST APPLICATION FOR ALLOWANCE OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES OF SIDLEY AUSTIN LLP

Upon consideration of First Application for Allowance of Interim Compensation and Reimbursement of Expenses of Sidley Austin LLP (the "Application") for professional services rendered and expenses incurred during the period commencing November 9, 2021 through March 31, 2022 [Dkt. No. 727]; and notice having been given on August 16, 2022 [Dkt. No. 728] pursuant to this Court's Order Limiting Notice entered August 17, 2022 [Dkt. No, 730]; and the United States Trustee having no objections to the Application as reduced; and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

ORDERED that the Application is granted to the extent set forth in the attached Schedule A.

ORDERED that the fees and expenses, to the extent set forth in the attached Schedule A, shall be paid by the TransCare New York Inc. Estate (No. 16-10408).

Dated: New York, New York
       October 7, 2022

                                               *s/ David S. Jones*
                                               Honorable David S. Jones
                                               United States Bankruptcy Judge

Case No. 16-10407  CURRENT INTERIM FEE PERIOD  Schedule A
Case Name: In re TransCare Corp., *et al.*  **November 9, 2021 to March 31, 2022**

| (1) Applicant | (2) Date/Document | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period by TransCare New York Inc. Estate (16-10408) | (6) Fees to be Paid for Prior Period(s)(if any) (i.e., Holdback Release) | (7) Total Fees to be Paid by TransCare New York Inc. Estate (16-10408) | (8) Interim Expenses Requested | (9) Expenses to be Paid by TransCare New York Inc. Estate (16-10408) for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Sidley Austin LLP | 8/16/22 Doc. # 727 | $283,892.00 | $283,892.00 | $283,892.00 | $0 | $283,892.00 | $16,410.01 | $16,410.01 |
| | | | | | | | | |

Revised September 2011   DATE ON WHICH ORDER WAS SIGNED: 10/7/22   Initials: *DSJ*, USBJ

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Sidley Austin LLP | $283,892.00 | $283,892.00 | $16,410.01 | $16,410.01 |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: 10/7/22    Initials: *DSJ*, USBJ