# Exhibit A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:

TRANSCARE CORPORATION, et al.

                    Debtors.
----------------------------------------------------------------x

Chapter 7
Case No. 16-10407 (DSJ)
(Jointly Administered)

### ORDER APPROVING THE RETENTION OF SIDLEY AUSTIN LLP, AS SPECIAL APPELLATE COUNSEL FOR THE CHAPTER 7 TRUSTEE PURSUANT TO 11 U.S.C §§ 327(a) AND 328(a)

Upon the application ("Application")[1] of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc., TransCare Harford County, Inc., TransCare Pennsylvania, Inc., TC Ambulance Corporation, and TC Hudson Valley Ambulance Corp. (collectively, the "Debtors"), seeking the entry of an Order of this Court, pursuant to 11 U.S.C. §§ 327(a) and 328(a) ("Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), and Rule 2014-1 of the Local Bankruptcy Rules for the Southern District of New York ("Local Rules"), approving the retention of Sidley Austin LLP ("Sidley"), as the Trustee's special appellate counsel; and upon the Declaration of Carter G. Phillips, Esq., a Partner of Sidley ("Phillips Declaration"); and the Court having subject matter jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before the Court pursuant to 28 U.S.C. § 1408; and

---

[1] Capitalized terms not defined herein shall have the definition ascribed to them in the Application.

the Court having reviewed the Application and the Phillips Declaration; and the legal and factual bases set forth in the Application having established just cause therefor; and the Court being satisfied based on the representations made in the Application; and that Sidley is disinterested and does not represent or hold any interest that is adverse to the Debtors' estates; and after due deliberation and sufficient cause appearing therefor, it is hereby

ORDERED, that the Application is granted to the extent provided herein; and, it is further

ORDERED, that the retention of Sidley as special appellate counsel to the Trustee in accordance with Bankruptcy Code sections 327(a) and 328(a), on the terms set forth in the Application and the Phillips Declaration, is hereby approved; and, it is further

ORDERED, that Sidley shall be retained solely as special appellate counsel to assist the Trustee in connection with the Bankruptcty Appeal; and, it is further,

ORDERED, that if Sidley Austin LLP choses to utilize attorneys from its member partnerships, then Sidley Austin LLP shall file a supplemental declaration with the Court and there shall be no mark up in the rates charged for any attorneys associated with these member partnerships; and it is further

ORDERED, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and, it is further,

ORDERED, that the Court shall retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order; and, it is further

ORDERED, that Sidley shall be compensated in accordance with and will file interim and final fee applications for allowance of its compensation and expenses and shall be subject to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and applicable law; and, it is further

ORDERED, that prior to any increases in Sidley's rates for any individual employed by Sidley and providing services in this case, Sidley shall file a supplemental affidavit with the Bankruptcy Court and provide ten (10) business days' notice to the Debtors and the United States Trustee Office. The supplemental affidavit shall explain the basis for the requested rate increases in accordance with Bankruptcy Code section 330(a)(3)(F) and state whether the Trustee has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in Bankruptcy Code section 330.

Dated: New York, New York
      January 3, 2022

                                             _*s/ David S. Jones*_____ _____
                                           Honorable David S. Jones
                                           United States Bankruptcy Judge

NO OBJECTION:
William K. Harrington
United States Trustee for Region 2

By    */s/ Andrea B. Schwartz*_____
       Andrea B. Schwartz, Esq. Trial Attorney

# Exhibit B



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                     FEDERAL ID: 36-4474078

May 30, 2022                                                      Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122009518
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com     Client Matter: 074316-40010

For professional services rendered through April 30, 2022 re in re TransCare Corporation et al.

|                       | <u>Invoice Currency USD</u> |
|-----------------------|------------------------------:|
| Fees                  | $208,975.00 |
| Expenses              | 76.82 |
| **Total Due This Bill** | **<u>$209,051.82</u>** |

MR CG Phillips - Partner

Remit Check Payments To:                  Remit Electronic Payments To:
Sidley Austin LLP                         Sidley Austin LLP
P.O. Box 0642                             JP Morgan Chase Bank, NA
Chicago, Illinois 60690                   Account Number: 5519624
                                          ABA/Routing Number (for wire payments): 021000021
                                          ABA/Routing Number (for ACH payments): 071000013
                                          Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122009518
in re TransCare Corporation et al.
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/01/22 | AP Haviland | Revise draft of answering brief | 1.50 |
| 04/01/22 | AP Haviland | Review appellants' opening brief | 5.40 |
| 04/01/22 | WR Levi | Research and outline draft response | 7.50 |
| 04/01/22 | CG Phillips | Read joint appendix materials | 1.00 |
| 04/03/22 | AP Haviland | Revise outline of answering brief | 2.10 |
| 04/03/22 | CG Phillips | Study Gibson brief; read cases cited in brief | 1.50 |
| 04/04/22 | AP Haviland | Confer with W. Levi regarding outline of appellee's brief | 1.30 |
| 04/04/22 | AP Haviland | Revise outline of answering brief | 4.70 |
| 04/04/22 | WR Levi | Research and outline draft response | 7.50 |
| 04/05/22 | AP Haviland | Revise outline of answering brief | 3.90 |
| 04/05/22 | WR Levi | Research and outline draft response | 7.50 |
| 04/05/22 | CG Phillips | Study record materials cited in Tilton brief; outline response arguments | 2.50 |
| 04/06/22 | AP Haviland | Revise outline of answering brief | 4.80 |
| 04/06/22 | CG Phillips | Study record materials cited by Tilton; read lower court findings | 3.00 |
| 04/07/22 | AP Haviland | Confer with W. Levi regarding outline of answering brief | 0.50 |
| 04/07/22 | AP Haviland | Revise outline of answering brief | 3.30 |
| 04/07/22 | CG Phillips | Read district court materials and prepare arguments for Second Circuit brief | 2.00 |
| 04/08/22 | AP Haviland | Draft interim fee application to Bankruptcy Court | 5.20 |
| 04/08/22 | AP Haviland | Research background information on whether Tilton or the Trustee prevented Transcendence from operating | 1.70 |
| 04/08/22 | WR Levi | Review exhibits and record relating to trustee role in termination of Transcendence operations | 0.50 |
| 04/08/22 | WR Levi | Review and edit A. Haviland research and edits to outline | 1.00 |
| 04/08/22 | WR Levi | Draft summary analysis of arguments | 2.00 |
| 04/08/22 | WR Levi | Communicate with A. Haviland and C. Phillips re: summary analysis | 0.50 |
| 04/08/22 | CG Phillips | Read JA materials cited by appellant; emails with Trustee; emails with W. Levi | 1.30 |
| 04/09/22 | AP Haviland | Revise outline of answering brief | 2.90 |
| 04/09/22 | CG Phillips | Read joint appendix materials cited in appellants' briefs | 2.00 |
| 04/10/22 | AP Haviland | Draft interim fee application to Bankruptcy Court | 1.10 |
| 04/10/22 | AP Haviland | Revise outline of answering brief | 2.00 |
| 04/10/22 | CG Phillips | Read special appendix | 1.00 |
| 04/11/22 | AP Haviland | Draft interim fee application to Bankruptcy Court | 0.40 |
| 04/11/22 | AP Haviland | Revise outline of answering brief | 4.10 |
| 04/11/22 | AP Haviland | Review appellant's opening brief | 0.40 |
| 04/11/22 | AP Haviland | Confer with W. Levi on outline of appellee's brief | 0.20 |
| 04/11/22 | WR Levi | Review and edit A. Haviland research and edits to outline | 4.00 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122009518
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/11/22 | CG Phillips | Review proposed outline; draft outline argument points; read JA materials cited in Tilton's brief | 2.00 |
| 04/12/22 | AP Haviland | Revise background section of appellee's brief | 1.50 |
| 04/12/22 | AP Haviland | Confer with W. Levi on edits to outline of appellee's brief | 0.50 |
| 04/12/22 | WR Levi | Review C. Phillips edits to outline | 0.30 |
| 04/12/22 | WR Levi | Discuss response draft with A. Haviland | 0.30 |
| 04/12/22 | CG Phillips | Review and revise outline; draft opening argument points; emails with W. Levi | 1.00 |
| 04/13/22 | AP Haviland | Revise background section of appellee's brief | 4.20 |
| 04/13/22 | AP Haviland | Research filing procedures in SDNY Bankruptcy Court | 0.40 |
| 04/13/22 | CG Phillips | Flesh out outline; draft argument points, read JA materials cited by Tilton | 2.50 |
| 04/14/22 | AP Haviland | Research filing procedures in SDNY Bankruptcy Court | 4.20 |
| 04/14/22 | AP Haviland | Revise background section of appellee's brief | 2.80 |
| 04/14/22 | CG Phillips | Read joint appendix materials cited by appellant; review lower court pleadings | 2.50 |
| 04/15/22 | AP Haviland | Revise background section of appellee's brief | 7.50 |
| 04/16/22 | AP Haviland | Revise background section of appellee's brief | 1.40 |
| 04/17/22 | AP Haviland | Revise background section of appellee's brief | 3.80 |
| 04/18/22 | AP Haviland | Draft section on liability for fiduciary breach in appellate brief | 7.90 |
| 04/18/22 | CG Phillips | Read JA materials relied upon by Tilton and review potential responses | 1.30 |
| 04/19/22 | AP Haviland | Draft section on liability for fiduciary breach in appellate brief | 4.60 |
| 04/19/22 | AP Haviland | Confer with W. Levi regarding issues addressed in appellee's brief | 0.40 |
| 04/19/22 | WR Levi | Communicate with A. Haviland re: draft | 2.00 |
| 04/19/22 | CG Phillips | Revise outline; review Gibson arguments regarding fraudulent conveyance; read opinions on fraudulent conveyance | 2.00 |
| 04/20/22 | AP Haviland | Draft section on liability for fiduciary breach in appellate brief | 3.40 |
| 04/20/22 | WR Levi | Edit trustee filings | 0.50 |
| 04/21/22 | AP Haviland | Draft section on liability for fiduciary breach in appellate brief | 3.40 |
| 04/21/22 | CG Phillips | Research and draft response brief | 1.50 |
| 04/22/22 | AP Haviland | Draft section on liability for fiduciary breach in appellate brief | 5.20 |
| 04/22/22 | CG Phillips | Review JA materials cited by Tilton | 1.50 |
| 04/23/22 | AP Haviland | Draft section on liability for fraudulent conveyance in appellate brief | 0.80 |
| 04/24/22 | AP Haviland | Draft section on liability for fraudulent conveyance in appellate brief | 4.30 |
| 04/25/22 | AP Haviland | Draft liability section of appellate brief | 2.10 |
| 04/25/22 | AP Haviland | Draft section on liability for fraudulent conveyance in appellate brief | 0.20 |
| 04/25/22 | CG Phillips | Review joint appendix materials | 1.50 |
| 04/26/22 | AP Haviland | Draft damages section of appellate brief | 0.80 |
| 04/26/22 | AP Haviland | Draft section on liability for fraudulent conveyance in appellate brief | 4.60 |
| 04/26/22 | AP Haviland | Draft liability section of appellate brief | 1.90 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122009518
in re TransCare Corporation et al.
Page 4

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/26/22 | CG Phillips | Read joint appendix materials regarding fraudulent conveyance arguments in Tilton brief | 1.00 |
| 04/27/22 | AP Haviland | Draft section on damages for breach of fiduciary duty | 1.50 |
| 04/27/22 | AP Haviland | Draft damages section of appellate brief | 1.80 |
| 04/28/22 | AP Haviland | Draft section on damages for breach of fiduciary duty | 2.20 |
| 04/29/22 | AP Haviland | Draft damages section of appellate brief | 3.40 |
| 04/29/22 | CG Phillips | Emails with co-counsel regarding coordinating video meeting | 0.20 |
| 04/29/22 | CG Phillips | Read joint appendix materials | 1.30 |
| 04/30/22 | AP Haviland | Draft damages section of appellate brief | 0.70 |
| | | **Total Hours** | **187.20** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122009518
in re TransCare Corporation et al.
Page 5

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CG Phillips | 32.60 | $1,800.00 | $58,680.00 |
| WR Levi | 33.60 | 1,250.00 | 42,000.00 |
| AP Haviland | 121.00 | 895.00 | 108,295.00 |
| **Total Hours and Fees** | **187.20** | | **$208,975.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122009518
in re TransCare Corporation et al.
Page 6

## EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 04/23/22 | LIT | Electronic Data Hosting for March 2022 | $7.50 |
| 04/24/22 | WES | 03/31/2022 Westlaw Research Service | 20.67 |
| 04/24/22 | WES | 04/11/2022 Westlaw Research Service | 48.65 |
| | | **Total** | **$76.82** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122009518
in re TransCare Corporation et al.
Page 7

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| LIT | Legal Support Services | $7.50 |
| WES | Westlaw research service | 69.32 |
| **Total** | | **$76.82** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA · ASIA PACIFIC · EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                     FEDERAL ID: 36-4474078
                               May 30, 2022                                         Ref: CGP/bdf

<u>**Incurred By:**</u>
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

                                                               PLEASE INDICATE INVOICE
                                                               NUMBER ON REMITTANCE
                                                               Invoice Number: IN00122009518
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com    Client Matter: 074316-40010

For professional services rendered through April 30, 2022 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E
For Professional Services Rendered

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|:---:|:---:|---:|
| 02/28/22 | 42011401 | $121,771.22 |
| 03/23/22 | 42017212 | 91,112.30 |
| 04/20/22 | IN00122003931 | 87,418.49 |
| **Total outstanding invoices** | | **$300,302.01** |
| **Total This Bill** | | <u>**209,051.82**</u> |
| **Total Amount Due** | | <u>**$509,353.83**</u> |

---

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                                   Sidley Austin LLP
P.O. Box 0642                                        JP Morgan Chase Bank, NA
Chicago, Illinois  60690                           Account Number:  5519624
                                                              ABA/Routing Number (for wire payments): 021000021
                                                              ABA/Routing Number (for ACH payments): 071000013
                                                              Swift Code:  CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit C

**SIDLEY**

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA · ASIA PACIFIC · EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                        FEDERAL ID: 36-4474078

July 8, 2022                                              Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122019698
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com      Client Matter: 074316-40010

For professional services rendered through May 31, 2022 re in re TransCare Corporation et al.

|                          | <u>**Invoice Currency USD**</u> |
|--------------------------|-------------------------------:|
| Fees                     | $141,806.50                    |
| Expenses                 | 1,050.10                       |
| **Total Due This Bill**  | <u>**$142,856.60**</u>         |

MR CG Phillips - Partner

---

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois  60690                    Account Number:  5519624
                                            ABA/Routing Number (for wire payments): 021000021
                                            ABA/Routing Number (for ACH payments): 071000013
                                            Swift Code:  CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122019698
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/01/22 | AP Haviland | Draft preliminary statement section of appellate brief | 4.90 |
| 05/02/22 | AP Haviland | Revise draft of appellate brief | 1.70 |
| 05/02/22 | CG Phillips | Emails with W. Levi and prepare for conference call regarding draft response brief | 2.30 |
| 05/03/22 | AP Haviland | Confer with W. Levi regarding progress of draft of appellate brief | 0.30 |
| 05/03/22 | AP Haviland | Revise introductory section of draft of appellate brief | 1.20 |
| 05/03/22 | AP Haviland | Revise draft of appellate brief | 0.90 |
| 05/03/22 | WR Levi | Draft and edit response brief | 2.00 |
| 05/03/22 | WR Levi | Prepare for and discuss draft with A. Haviland | 1.00 |
| 05/03/22 | CG Phillips | Read joint appendix materials regarding fraudulent conveyance issues | 1.50 |
| 05/04/22 | AP Haviland | Confer with C. Philips, W. Levi, B. Amini, A. Samet regarding Tilton's opening brief | 0.50 |
| 05/04/22 | AP Haviland | Confer with W. Levi regarding next steps in drafting the appellate brief | 0.20 |
| 05/04/22 | AP Haviland | Confer with W. Levi about current draft of brief, plan for meeting with B. Amini, A. Samet | 0.60 |
| 05/04/22 | AP Haviland | Revise draft of appellate brief | 0.10 |
| 05/04/22 | WR Levi | Prepare for and participate in call with trial co-counsel re: brief | 1.00 |
| 05/04/22 | WR Levi | Prepare for and discuss brief with A. Haviland | 0.50 |
| 05/04/22 | WR Levi | Draft and edit response brief | 2.00 |
| 05/04/22 | WR Levi | Pre-call with A. Haviland | 0.50 |
| 05/04/22 | CG Phillips | Telephone conference with Amini counsel | 0.50 |
| 05/04/22 | CG Phillips | Review record materials referenced by trial counsel | 1.50 |
| 05/06/22 | AP Haviland | Draft email to M. Sabino regarding bankruptcy fee application | 0.10 |
| 05/09/22 | CG Phillips | Review JA materials regarding damages issues | 1.80 |
| 05/09/22 | CG Phillips | Emails with W. Levi regarding opposing counsel | 0.20 |
| 05/11/22 | CG Phillips | Read transcript materials | 1.00 |
| 05/13/22 | AP Haviland | Review comments from W. Levi on draft appellate brief | 0.10 |
| 05/13/22 | AP Haviland | Conference with W. Levi regarding comments to latest draft of appellate brief, timeline for finishing the draft | 0.30 |
| 05/13/22 | WR Levi | Edit and discuss draft with A. Haviland | 1.00 |
| 05/17/22 | AP Haviland | Revise background section of appellate brief | 0.80 |
| 05/18/22 | AP Haviland | Revise argument section of appellate brief | 3.10 |
| 05/18/22 | AP Haviland | Revise argument section of appellate brief on breach of fiduciary duty | 0.70 |
| 05/19/22 | AP Haviland | Revise argument section on liability in appellate brief | 0.70 |
| 05/19/22 | CG Phillips | Read transcript materials cited in draft response brief | 2.50 |
| 05/20/22 | AP Haviland | Revise argument section of appellate brief | 6.00 |
| 05/20/22 | WR Levi | Draft and edit response brief | 3.00 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122019698
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 05/20/22 | CG Phillips | Review record materials relating to fraudulent conveyance cited in appellants brief and in draft response | 3.00 |
| 05/21/22 | AP Haviland | Revise argument section of appellate brief | 3.20 |
| 05/23/22 | WR Levi | Draft and edit response brief | 7.50 |
| 05/23/22 | CG Phillips | Study Tilton's testimony in joint appendix | 1.20 |
| 05/23/22 | CG Phillips | Review and revise outline of response brief | 0.50 |
| 05/23/22 | CG Phillips | Read email from A. Samet regarding record materials | 0.20 |
| 05/23/22 | CG Phillips | Read transcript of materials cited | 0.20 |
| 05/24/22 | WR Levi | Draft and edit response brief | 7.50 |
| 05/24/22 | CG Phillips | Read transcript citation materials in the draft response brief | 2.50 |
| 05/25/22 | AP Haviland | Confer with W. Levi regarding edits/comments to draft of appellate brief | 0.50 |
| 05/25/22 | AP Haviland | Revise appellate brief to incorporate W. Levi's edits/comments | 5.10 |
| 05/25/22 | WR Levi | Draft and edit response brief | 7.50 |
| 05/25/22 | CG Phillips | Review and revise draft response brief | 3.50 |
| 05/26/22 | WR Levi | Draft and edit response brief | 7.50 |
| 05/26/22 | CG Phillips | Review and revise draft response brief, and emails with W. Levi regarding same | 3.50 |
| 05/27/22 | AP Haviland | Revise appellate brief to incorporate C. Phillips's edits | 2.60 |
| 05/27/22 | AP Haviland | Confer with W. Levi, Claire Hungar on research into mixed questions of law/fact, standard of review for fraudulent conveyance | 0.70 |
| 05/27/22 | AP Haviland | Revise applications for Second Circuit Bar, notices of appearance | 0.40 |
| 05/27/22 | WR Levi | Discuss standard of review issues with A. Haviland | 1.00 |
| 05/27/22 | WR Levi | Incorporate findings from standard of review research and discussion into draft | 2.00 |
| 05/27/22 | WR Levi | Final edit of brief for circulation to client | 2.00 |
| 05/27/22 | WR Levi | Research resolution of mixed questions of law and fact in CA2, SCOTUS, and elsewhere as a general matter and in relation to fraudulent-intent determinations in particular | 3.00 |
| 05/27/22 | CG Phillips | Revised draft response brief to share with clients | 1.50 |
| 05/31/22 | CG Phillips | Emails with opposing counsel regarding timing | 0.10 |
| | | **Total Hours** | **111.20** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122019698
in re TransCare Corporation et al.
Page 4

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 27.50 | $1,800.00 | $49,500.00 |
| WR Levi | 49.00 | 1,250.00 | 61,250.00 |
| AP Haviland | 34.70 | 895.00 | 31,056.50 |
| **Total Hours and Fees** | **111.20** | | **$141,806.50** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122019698
in re TransCare Corporation et al.
Page 5

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 05/03/22 | CPY | 300322.00888 - B&W Print (8.5x11 8.5x14) | $316.22 |
| 05/03/22 | CPY | 300322.00888 - Binding | 27.56 |
| 05/12/22 | LIT | Electronic Data Hosting for April 2022 | 7.50 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 15 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 38 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 36 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA CASE SELECTION TABLE CASE: 21-2547 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 40 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 26 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 31-1 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 33 | 0.40 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 33-1 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA CASE SUMMARY 21-2547 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 28 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA CASE SUMMARY 21-2576 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA DOCKET REPORT (FULL) 21-2576 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA DOCKET REPORT (FULL) 21-2547 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA CASE SELECTION TABLE CASE: 21-2576 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA CASE SELECTION TABLE CASE: 21-2576 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA CASE SUMMARY 21-2576 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA DOCKET REPORT (FULL) 21-2576 | 0.20 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122019698
in re TransCare Corporation et al.
Page 6

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA CASE SUMMARY 21-2547 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA CASE SELECTION TABLE CASE: 21-2547 | 0.10 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 38 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/28/2022 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 36 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA DOCKET REPORT (FULL) 21-2547 | 0.20 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 35 | 0.40 |
| 05/16/22 | DOCKET | Pacer - 03/21/2022 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 28 | 0.10 |
| 05/18/22 | WES | 04/24/2022 Westlaw Research Service | 68.37 |
| 05/18/22 | WES | 04/18/2022 Westlaw Research Service | 117.02 |
| 05/18/22 | WES | 04/19/2022 Westlaw Research Service | 48.65 |
| 05/18/22 | WES | 04/20/2022 Westlaw Research Service | 21.62 |
| 05/18/22 | WES | 04/21/2022 Westlaw Research Service | 439.16 |
| | | **Total** | **$1,050.10** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122019698
in re TransCare Corporation et al.
Page 7

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|---|---|---|
| CPY | Duplicating charges | $343.78 |
| DOCKET | Pacer - Docket | 4.00 |
| LIT | Legal Support Services | 7.50 |
| WES | Westlaw research service | 694.82 |
| **Total** | | **$1,050.10** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**                    FEDERAL ID: 36-4474078

July 8, 2022                                                        Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122019698

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com     Client Matter: 074316-40010

For professional services rendered through May 31, 2022 re in re TransCare Corporation et al.

### REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 02/28/22 | 42011401 | $121,771.22 |
| 03/23/22 | 42017212 | 91,112.30 |
| 04/20/22 | IN00122003931 | 87,418.49 |
| 05/30/22 | IN00122009518 | 209,051.82 |
| **Total outstanding invoices** | | **$509,353.83** |
| **Total This Bill** | | **142,856.60** |
| **Total Amount Due** | | **$652,210.43** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit D



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                FEDERAL ID: 36-4474078

July 31, 2022                                                Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122026609
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com          Client Matter: 074316-40010

For professional services rendered through June 30, 2022 re in re TransCare Corporation et al.

|                      | <u>Invoice Currency USD</u> |
| -------------------- | ---------------------------: |
| Fees                 | $103,029.00                  |
| Expenses             | 2,481.86                     |
| **Total Due This Bill** | <u>**$105,510.86**</u>    |

MR CG Phillips - Partner

Remit Check Payments To:                  Remit Electronic Payments To:
Sidley Austin LLP                         Sidley Austin LLP
P.O. Box 0642                             JP Morgan Chase Bank, NA
Chicago, Illinois  60690                  Account Number:  5519624
                                          ABA/Routing Number (for wire payments): 021000021
                                          ABA/Routing Number (for ACH payments): 071000013
                                          Swift Code:  CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122026609
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/02/22 | AP Haviland | Review W. Levi edits to section on standard of review for fraudulent conveyance | 0.70 |
| 06/02/22 | CG Phillips | Review and revise draft response brief to cut to the word limit | 2.00 |
| 06/03/22 | WR Levi | Review summer associate research relating to trial judge obligation to discuss all evidence and standard of review relating to fraudulent conveyance | 2.00 |
| 06/03/22 | WR Levi | Incorporate new cases and edit relevant sections | 2.00 |
| 06/03/22 | WR Levi | Review record related to claim concerning CONs and whether associated lines defunct | 1.00 |
| 06/03/22 | WR Levi | Edit brief generally | 1.50 |
| 06/03/22 | WR Levi | Review record for waiver relating to damages abuse of discretion argument | 1.00 |
| 06/06/22 | AP Haviland | Revise appellate brief | 0.90 |
| 06/06/22 | AP Haviland | Revise appellate brief, section on standard of review for actual fraudulent conveyance | 1.30 |
| 06/07/22 | AP Haviland | Revise appellate brief, section on lower court findings on obviously insufficient evidence | 1.30 |
| 06/07/22 | AP Haviland | Confer with summer associate J. Lee regarding researching into cases where lower courts did not make explicit findings on obviously insufficient evidence | 0.10 |
| 06/07/22 | AP Haviland | Confer with W. Levi regarding final steps to revising appellate brief | 0.70 |
| 06/07/22 | AP Haviland | Revise appellate brief, footnote on forfeited arguments | 0.50 |
| 06/08/22 | WR Levi | Edit brief for length and citations to record | 4.50 |
| 06/09/22 | AP Haviland | Revise appellate brief to incorporate edits from W. Levi, C. Phillips, additional edits to reduce word count | 2.00 |
| 06/09/22 | WR Levi | Incorporate C. Phillips edits and communicate with C. Phillips regarding same | 0.80 |
| 06/09/22 | WR Levi | Edit brief for length and citations to record | 2.30 |
| 06/09/22 | CG Phillips | Emails with W. Levi regarding edits | 0.10 |
| 06/09/22 | CG Phillips | Review and revise new draft of response brief | 1.40 |
| 06/10/22 | CG Phillips | Final review of edits of response brief | 0.50 |
| 06/10/22 | CG Phillips | Emails with co-counsel regarding revised brief and timing | 0.20 |
| 06/16/22 | AP Haviland | Confer with A. Samet, W. Levi on revisions to appellate brief | 2.10 |
| 06/16/22 | WR Levi | Review record relating to and incorporate A. Samet suggested edits | 5.50 |
| 06/16/22 | WR Levi | Prepare for and participate in discussion regarding edits to draft brief with A. Samet and A. Haviland | 1.50 |
| 06/16/22 | CG Phillips | Review Samet's proposed edits and suggestions | 0.50 |
| 06/16/22 | CG Phillips | Review revised draft to reduce words | 1.20 |
| 06/19/22 | AP Haviland | Revise appellate brief to bring below word count | 2.20 |
| 06/20/22 | AP Haviland | Revise appellate brief to bring below word count | 2.60 |
| 06/21/22 | AP Haviland | Confer with W. Levi regarding revisions to appellate brief | 0.30 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122026609
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/21/22 | AP Haviland | Revise appellate brief to incorporate W. Levi's edits | 1.70 |
| 06/21/22 | WR Levi | Final edits to brief and circulate to C. Phillips | 1.00 |
| 06/21/22 | WR Levi | Discuss final edits to brief with A. Haviland | 1.00 |
| 06/22/22 | AP Haviland | Prepare appellate brief for cite check | 1.40 |
| 06/23/22 | AP Haviland | Review C. Phillips's edits to most recent draft of appellate brief | 0.70 |
| 06/23/22 | WR Levi | Circulate latest draft to client with cover letter | 0.30 |
| 06/23/22 | WR Levi | Review C. Phillips edits and communicate regarding same with A. Haviland | 0.80 |
| 06/23/22 | J Meehan | Cite check appellee brief, case no. 21-2576 (2d Cir.) | 7.00 |
| 06/23/22 | CG Phillips | Final edit of response brief | 1.50 |
| 06/24/22 | AP Haviland | Confer with Salvatore LaMonica, C. Phillips, W. Levi, A. Samet regarding edits to the appellate brief | 0.60 |
| 06/24/22 | AP Haviland | Revise appellate brief with S. LaMonica's suggestions | 1.20 |
| 06/24/22 | WR Levi | Prepare for and participate in phone call with client re: brief | 0.80 |
| 06/24/22 | WR Levi | Communicate with A. Haviland re: incorporating edits | 0.30 |
| 06/24/22 | CG Phillips | Conference call with client regarding edits | 0.50 |
| 06/24/22 | CG Phillips | Emails regarding suggested changes | 0.30 |
| 06/25/22 | J Meehan | Cite check appellee brief, case no. 21-2576 (2d Cir.) | 1.30 |
| 06/26/22 | AP Haviland | Revise appellate brief for filing | 2.10 |
| 06/26/22 | J Meehan | Cite check appellee brief, case no. 21-2576 (2d Cir.) | 5.50 |
| 06/27/22 | AP Haviland | Revise appellate brief for filing | 3.70 |
| 06/27/22 | AP Haviland | Revise appellate briefing with edits from cite check | 2.20 |
| 06/27/22 | AP Haviland | Confer with W. Levi regarding final logistics on filing appellate brief | 0.10 |
| 06/27/22 | WR Levi | Discuss cite check with A. Haviland | 0.50 |
| 06/27/22 | WR Levi | Review cite-check and incorporate client and co-counsel suggestions | 1.50 |
| 06/27/22 | WR Levi | Final proof-read before filing | 3.00 |
| 06/27/22 | J Meehan | Cite check brief for appellee, input edits, case no. 21-2576 (2d Cir.) | 4.50 |
| 06/27/22 | CG Phillips | Review revised draft for final edit for filing | 1.00 |
| 06/28/22 | AP Haviland | Revise appellate briefing for filing | 4.90 |
| 06/28/22 | AP Haviland | Revise appellate briefing with edits from cite check | 0.10 |
| 06/28/22 | WR Levi | Discuss brief and oral argument preparation with C. Phillips | 0.50 |
| 06/28/22 | WR Levi | Final review of brief for nits | 2.00 |
| 06/28/22 | WR Levi | Discuss final edits and filing with A. Haviland | 0.50 |
| 06/28/22 | J Meehan | Assist in the final preparation and submission of appellee brief in no. 21-2576 (2d Cir.) | 4.80 |
| 06/28/22 | CG Phillips | Review final edits before filing | 0.30 |
| 06/28/22 | CG Phillips | Office conference with W. Levi | 0.50 |
| 06/29/22 | AP Haviland | Research potential questions for oral argument | 1.50 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122026609
in re TransCare Corporation et al.
Page 4

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 06/29/22 | J Meehan | Assist in the preparation of court required hard copies of appellee brief in no. 21-2576 (2d Cir.) | 2.00 |
| | | **Total Hours** | **104.30** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122026609
in re TransCare Corporation et al.
Page 5

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CG Phillips | 10.00 | $1,800.00 | $18,000.00 |
| WR Levi | 34.30 | 1,250.00 | 42,875.00 |
| AP Haviland | 34.90 | 895.00 | 31,235.50 |
| J Meehan | 25.10 | 435.00 | 10,918.50 |
| **Total Hours and Fees** | **104.30** | | **$103,029.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122026609
in re TransCare Corporation et al.
Page 6

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 06/16/22 | LIT | Electronic Data Hosting for May 2022 | $7.50 |
| 06/17/22 | WES | 05/24/2022 Westlaw Research Service | 523.11 |
| 06/17/22 | WES | 05/27/2022 Westlaw Research Service | 487.81 |
| 06/17/22 | WES | 05/29/2022 Westlaw Research Service | 331.36 |
| 06/17/22 | WES | 05/25/2022 Westlaw Research Service | 358.39 |
| 06/24/22 | WES | 06/06/2022 Westlaw Research Service | 68.37 |
| 06/24/22 | WES | 06/07/2022 Westlaw Research Service | 341.85 |
| 06/24/22 | WES | 06/08/2022 Westlaw Research Service | 136.74 |
| 06/24/22 | WES | 06/01/2022 Westlaw Research Service | 136.74 |
| 06/24/22 | WES | 06/07/2022 Westlaw Research Service | 89.99 |
| | | **Total** | **$2,481.86** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122026609
in re TransCare Corporation et al.
Page 7

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| LIT | Legal Support Services | $7.50 |
| WES | Westlaw research service | 2,474.36 |
| **Total** | | **$2,481.86** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**                                      FEDERAL ID: 36-4474078

July 31, 2022                                            Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122026609

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com       Client Matter: 074316-40010

For professional services rendered through June 30, 2022 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E
For Professional Services Rendered

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|---|---|---|
| 02/28/22 | 42011401 | $121,771.22 |
| 03/23/22 | 42017212 | 91,112.30 |
| 04/20/22 | IN00122003931 | 87,418.49 |
| 05/30/22 | IN00122009518 | 209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| **Total outstanding invoices** | | **$652,210.43** |
| **Total This Bill** | | **105,510.86** |
| **Total Amount Due** | | **$757,721.29** |

---

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: 5519624
                                            ABA/Routing Number (for wire payments): 021000021
                                            ABA/Routing Number (for ACH payments): 071000013
                                            Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice