# Exhibit E



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA · ASIA PACIFIC · EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

FEDERAL ID: 36-4474078

August 31, 2022

Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122034929
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through July 31, 2022 re in re TransCare Corporation et al.

| | <u>Invoice Currency USD</u> |
|---|---|
| Fees | $19,386.50 |
| Expenses | 2,062.32 |
| **Total Due This Bill** | <u>**$21,448.82**</u> |

MR CG Phillips - Partner

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122034929
in re TransCare Corporation et al.
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/05/22 | AP Haviland | Draft email to A. Samet with questions for oral argument preparation | 0.80 |
| 07/05/22 | AP Haviland | Draft email with instructions on research project for Chapter 7 vs Chapter 11 bankruptcy, TransCare's unsecured creditors | 0.30 |
| 07/05/22 | AP Haviland | Confer with W. Levi regarding research projects in preparation for oral argument | 0.50 |
| 07/05/22 | AP Haviland | Draft email with instructions on research project for what actions Tilton took that diminished the value of the subject collateral | 0.90 |
| 07/05/22 | WR Levi | Prepare and coordinate preparation of oral argument prep for C. Phillips | 1.00 |
| 07/07/22 | AP Haviland | Confer with A. Samet, W. Levi regarding TransCare creditors, whether Tilton considered Chapter 11 bankruptcy | 0.70 |
| 07/07/22 | WR Levi | Discuss oral argument prep with A. Samet | 0.50 |
| 07/08/22 | AP Haviland | Research procedures, deadlines for requesting oral argument in Second Circuit | 0.30 |
| 07/08/22 | WR Levi | Review and communicate with A. Haviland and C. Phillips regarding oral argument request form | 0.30 |
| 07/08/22 | CG Phillips | Emails with W. Levi regarding possible filing on behalf of Trustee | 0.10 |
| 07/08/22 | CG Phillips | Read filing by appellants' counsel | 0.10 |
| 07/09/22 | CG Phillips | Emails with W. Levi regarding Second Circuit filing regarding argument dates | 0.20 |
| 07/11/22 | AP Haviland | Draft oral argument statements | 0.30 |
| 07/14/22 | AP Haviland | Draft emails to M. Sabino, W. Levi, J. Loftun regarding bankruptcy fee application | 0.30 |
| 07/14/22 | WR Levi | Review clerk order re: filing deficiency and communicate with paralegals regarding necessary modifications | 0.50 |
| 07/14/22 | J Meehan | Prepare revised brief covers per court in case nos. 21-2576 and 21-2547 (2d Cir.) | 2.00 |
| 07/15/22 | AP Haviland | Review revisions to cover page of appellate brief | 0.20 |
| 07/15/22 | AP Haviland | Confer with W. Levi regarding revised cover pages to appellee's briefs | 0.30 |
| 07/15/22 | J Meehan | Assist in final preparation and submission of revised brief covers per court directive in case nos. 21-2576 and 21-2547 (2d Cir.) | 2.50 |
| 07/18/22 | WR Levi | Review summer associate memorandum for oral argument prep for C. Phillips relating to whether the subject collateral would have collapsed regardless of whether Tilton did what she did | 0.30 |
| 07/19/22 | AP Haviland | Draft memo for Trustee, US Trustee on services Sidley performed up until March 31, 2022 | 2.00 |
| 07/19/22 | WR Levi | Edit description of work requested by Trustee for U.S. Trustee | 0.30 |
| 07/21/22 | AP Haviland | Draft internal memo on Tilton's actions that contributed to failure of Transcendence | 4.30 |
| 07/21/22 | AP Haviland | Draft internal memo on Tilton's actions relating to the failure of Transcendence | 2.10 |

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 07/21/22 | WR Levi | Review summer associate memoranda for oral argument prep for C. Phillips relating to debt owed to creditors and whether Chapter 11 should have been considered | 0.30 |
| 07/22/22 | AP Haviland | Draft internal memo for oral argument on timeline of events | 0.20 |
| 07/22/22 | AP Haviland | Revise internal memos on background to bankruptcy law, specific TransCare debtors | 1.00 |
| | | **Total Hours** | **22.30** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122034929
in re TransCare Corporation et al.
Page 4

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 0.40 | $1,800.00 | $720.00 |
| WR Levi | 3.20 | 1,250.00 | 4,000.00 |
| AP Haviland | 14.20 | 895.00 | 12,709.00 |
| J Meehan | 4.50 | 435.00 | 1,957.50 |
| **Total Hours and Fees** | **22.30** | | **$19,386.50** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122034929
in re TransCare Corporation et al.
Page 5

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 07/07/22 | FEE | 07/06/2022 - SUPREME COURT OF VIRGINIA - 15000722 - Check for Certificate of Good Standing | $15.00 |
| 07/12/22 | CPY | https://sidleycloud.psship.com/i - IEXPLORE.EXE - DCMD09PR04CC | 0.30 |
| 07/12/22 | CPY | https://sidleycloud.psship.com/i - IEXPLORE.EXE - DCMD09PR04CC | 0.30 |
| 07/13/22 | DOC | 07/07/2022 - COUNSEL PRESS LLC - 9137955 - Fees associated with Appelle's Brief | 987.50 |
| 07/15/22 | WES | 06/23/2022 Westlaw Research Service | 21.62 |
| 07/15/22 | WES | 06/27/2022 Westlaw Research Service | 575.90 |
| 07/15/22 | WES | 06/22/2022 Westlaw Research Service | 454.10 |
| 07/18/22 | LIT | Electronic Data Hosting for June 2022 | 7.50 |
| 07/29/22 | DOCKET | 04/08/2022 PACER NYSBK SEARCH LNAME: TRANSCARE | 0.10 |
| | | **Total** | **$2,062.32** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122034929
in re TransCare Corporation et al.
Page 6

## EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------:|
| CPY | Duplicating charges | $0.60 |
| DOC | Document Services | 987.50 |
| DOCKET | Pacer - Docket | 0.10 |
| FEE | Filing Fees | 15.00 |
| LIT | Legal Support Services | 7.50 |
| WES | Westlaw research service | 1,051.62 |
| **Total** | | **$2,062.32** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

FEDERAL ID: 36-4474078

August 31, 2022

Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122034929
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through July 31, 2022 re in re TransCare Corporation et al.

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 02/28/22 | 42011401 | $121,771.22 |
| 03/23/22 | 42017212 | 91,112.30 |
| 04/20/22 | IN00122003931 | 87,418.49 |
| 05/30/22 | IN00122009518 | 209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |

| | | |
|---|---|---|
| **Total outstanding invoices** | | **$757,721.29** |
| **Total This Bill** | | **21,448.82** |
| **Total Amount Due** | | **$779,170.11** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit F



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

September 30, 2022

FEDERAL ID: 36-4474078
Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122043347

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through August 31, 2022 re in re TransCare Corporation et al.

| | Invoice Currency USD |
|---|---|
| Fees | $24,359.00 |
| Expenses | 682.25 |
| **Total Due This Bill** | **$25,041.25** |

MR CG Phillips - Partner

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122043347
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 08/02/22 | AP Haviland | Review reply brief | 0.60 |
| 08/02/22 | WR Levi | Analyze reply brief and identify arguments requiring record review or research for oral argument prep | 5.00 |
| 08/02/22 | WR Levi | Draft summary of reply's main arguments and send to C. Phillips | 1.00 |
| 08/02/22 | CG Phillips | Read reply brief | 2.00 |
| 08/03/22 | AP Haviland | Confer with W. Levi regarding reply brief, plan for creating oral argument binder | 0.70 |
| 08/03/22 | AP Haviland | Review reply brief | 0.40 |
| 08/03/22 | WR Levi | Prepare for and discuss reply arguments requiring research and/or record review with A. Haviland | 2.00 |
| 08/03/22 | CG Phillips | Study reply brief | 1.30 |
| 08/03/22 | CG Phillips | Read case and record materials cited in reply | 1.20 |
| 08/08/22 | AP Haviland | Confer with W. Levi regarding appellants' argument on Section 550 in reply brief | 0.10 |
| 08/08/22 | WR Levi | Research and analyze reply brief argument relating to 11 USC 550 permitting recovery of "property" or "value" but not both | 2.00 |
| 08/09/22 | AP Haviland | Research whether a second oral argument statement is required following a reply brief under the Second Circuit local rules; whether C. Phillips is still available on the previously reported dates | 0.20 |
| 08/10/22 | AP Haviland | Draft update to oral argument statement with C. Phillips' new available dates for oral argument | 0.30 |
| 08/15/22 | AP Haviland | Review communications statutes for content exceptions | 0.40 |
| 08/16/22 | AP Haviland | Revise bankruptcy court fee application paperwork | 0.90 |
| 08/16/22 | AP Haviland | Confer with M. Sabino, W. Levi by email regarding hearing date in bankruptcy court | 0.30 |
| 08/31/22 | AP Haviland | Respond to emails from R. Dean, W. Levi, L. Tran, M. Sabino regarding notice from bankruptcy court received in NY office, returned documents | 0.30 |
| **Total Hours** | | | **18.70** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122043347
in re TransCare Corporation et al.
Page 3

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 4.50 | $1,800.00 | $8,100.00 |
| WR Levi | 10.00 | 1,250.00 | 12,500.00 |
| AP Haviland | 4.20 | 895.00 | 3,759.00 |
| **Total Hours and Fees** | **18.70** | | **$24,359.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122043347
in re TransCare Corporation et al.
Page 4

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 08/04/22 | DLV | 07/12/2022 -Federal Express -TR #275429405853 Destination Company: CLERK SUPREME COURT OF VIRGIN 100 NORTH 9TH STREET 5TH FLOO RICHMOND VA 23219 ^ Sender: AARON P HAVILAND SIDLEY AUSTIN LLP 1501 K STREET N W WASHINGTON DC 20005 1 Day- Priority Overnight | $16.89 |
| 08/04/22 | DLV | 07/14/2022 -Federal Express -TR #796434587011 Destination Company: SIDLEY AUSTIN LLP 1501 K STREET N W WASHINGTON DC 20005 ^ Sender: NO REFERENCE INFORMATION CLERK SUPREME COURT OF VIRGIN 100 NORTH 9TH STREET 5TH FLOO RICHMOND VA 23219 1 Day- Priority Overnight | 17.94 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 75 | 3.00 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA PDF DOCUMENT CASE: 21-2576 DOCUMENT: 74 | 0.10 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA CASE SUMMARY 21-2547 | 0.10 |
| 08/09/22 | DOCKET | 06/29/2022 PACER 02CA DOCKET REPORT (FILTERED) 21-2576 | 0.30 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 76 | 0.10 |
| 08/09/22 | DOCKET | 06/29/2022 PACER 02CA CASE SELECTION TABLE CASE: 21-2576 | 0.10 |
| 08/09/22 | DOCKET | 06/29/2022 PACER 02CA CASE SUMMARY 21-2576 | 0.10 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA CASE SELECTION TABLE CASE: 21-2576 | 0.10 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA CASE SUMMARY 21-2576 | 0.10 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 77 | 0.10 |
| 08/09/22 | DOCKET | 06/28/2022 PACER 02CA CASE SELECTION TABLE CASE: 21-2547 | 0.10 |
| 08/12/22 | LIT | Electronic Data Hosting for July 2022 | 8.25 |
| 08/16/22 | DOCKET | 06/28/2022 PACER 02CA CASE SUMMARY 21-2547 | 0.10 |
| 08/16/22 | DOCKET | 06/28/2022 PACER 02CA PDF DOCUMENT CASE: 21-2547 DOCUMENT: 78 | 3.00 |
| 08/16/22 | DOCKET | 06/28/2022 PACER 02CA CASE SELECTION TABLE CASE: 21-2547 | 0.10 |
| 08/17/22 | WES | 08/08/2022 Westlaw Research Service | 428.66 |

SIDLEY AUSTIN LLP

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 08/18/22 | CPY | 170822.00397 - B&W Copy/Print - D | 13.44 |
| 08/18/22 | CPY | 170822.00397 - Tabs - Custom | 0.76 |
| 08/18/22 | CPY | 170822.00397 - Tabs - Standard | 1.09 |
| 08/22/22 | PRD | EPIQ65588 08/17/2022 Word Processing | 150.00 |
| 08/23/22 | CPY | https://sidleycloud.psship.com/i - IEXPLORE.EXE - DCMD10PR04CC | 0.30 |
| 08/23/22 | CPY | https://sidleycloud.psship.com/i - IEXPLORE.EXE - DCMD10PR04CC | 1.14 |
| 08/30/22 | CPY | 180822.00408 - B&W Copy/Print - B | 15.30 |
| 08/31/22 | DLV | 08/18/2022-Federal Express Corporation-TR #276911230504 Destination Company:U S BANKRUPTCY COURT 1 BOWLING GRN NEW YORK NY 10004 ^ Sender:EILEEN A MCDONNELLO DRISCOLL SIDLEY AUSTIN LLP NEW YORK NY 10019 1 Day- Priority Overnight | 21.08 |

|  |  | **Total** | **$682.25** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122043347
in re TransCare Corporation et al.
Page 6

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|----------------------|--------|
| CPY | Duplicating charges | $32.03 |
| DLV | Document Delivery Services | 55.91 |
| DOCKET | Pacer - Docket | 7.40 |
| LIT | Legal Support Services | 8.25 |
| PRD | Document Production | 150.00 |
| WES | Westlaw research service | 428.66 |
| **Total** | | **$682.25** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

September 30, 2022

FEDERAL ID: 36-4474078
Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122043347

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through August 31, 2022 re in re TransCare Corporation et al.

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 02/28/22 | 42011401 | $121,771.22 |
| 03/23/22 | 42017212 | 91,112.30 |
| 04/20/22 | IN00122003931 | 87,418.49 |
| 05/30/22 | IN00122009518 | 209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| **Total outstanding invoices** | | **$779,170.11** |
| **Total This Bill** | | **25,041.25** |
| **Total Amount Due** | | **$804,211.36** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit G



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                    FEDERAL ID: 36-4474078

October 31, 2022                              Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122051459

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com     Client Matter: 074316-40010

For professional services rendered through September 30, 2022 re in re TransCare Corporation et al.

|                       | <u>**Invoice Currency USD**</u> |
|-----------------------|-------------------------------:|
| Fees                  | $6,782.50                      |
| Expenses              | 541.49                         |
| **Total Due This Bill** | <u>**$7,323.99**</u>          |

MR CG Phillips - Partner

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: 5519624
                                            ABA/Routing Number (for wire payments): 021000021
                                            ABA/Routing Number (for ACH payments): 071000013
                                            Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122051459
in re TransCare Corporation et al.
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/22 | EA McDonnell-O'Driscoll | Review case service lists to confirm accuracy of Department of Health and Attorney General addresses I served Notice of Fee Hearing on and the alternative addresses of same to resend same (Notices were undeliverable) (.2); coordinate and mail out same (.4) | 0.60 |
| 09/01/22 | M Sabino | Analyze returned notices of hearing re Sidley fee application; contrast to provided creditor list and determine necessary re-service | 0.60 |
| 09/02/22 | EA McDonnell-O'Driscoll | Draft Supplemental Affidavit of Service for Notice of Hearing on Sidley's First Interim Fee Application and forward to M. Sabino for review | 0.30 |
| 09/02/22 | M Sabino | Review affidavit of supplemental service and coordinate filing | 0.30 |
| 09/06/22 | EA McDonnell-O'Driscoll | Research updated addresses for Notices returned to office (mail); update and send out by mail for M. Sabino | 0.60 |
| 09/06/22 | M Sabino | Review returned notice of hearing re Sidley fee application and determine if re-service is necessary on returned parties; communicate with counsel to Chapter 7 re same | 0.40 |
| 09/07/22 | EA McDonnell-O'Driscoll | Draft Second Supplemental Affidavit of Service for Notice of Fee Sidley Austin's Fee Application | 0.20 |
| 09/09/22 | EA McDonnell-O'Driscoll | Forward Notice of Sidley's Fee Application Hearing to updated addresses for those that were returned by first class mail and revise 2nd Supplemental Affidavit of Service to include same | 0.40 |
| 09/12/22 | EA McDonnell-O'Driscoll | Revise and email second supplemental affidavit of service of Notice of Sidley's Interim Fee Application to M. Sabino for approval and for filing | 0.20 |
| 09/12/22 | M Sabino | Review/edit second supplemental affidavit of service re notice of hearing; communicate with counsel to Chapter 7 Trustee re same | 0.30 |
| 09/13/22 | M Sabino | Communicate with counsel to Chapter 7 Trustee re supplemental service filing | 0.20 |
| 09/16/22 | AP Haviland | Review reply brief to prepare memos for C. Phillips in advance of oral argument | 1.10 |
| 09/18/22 | AP Haviland | Review answering brief, reply brief to prepare memos for C. Phillips in advance of oral argument | 2.00 |
| 09/26/22 | M Sabino | Communicate with A. Haviland re status of Sidley fee application and upcoming hearing | 0.30 |
| 09/27/22 | EA McDonnell-O'Driscoll | Research updated address for The Jacob D. Fuschsberg Law Firm for Notice of Sidley Austin's Interim Fee Application Hearing that was returned undeliverable and forward via overnight delivery (since objection deadline is 9/29) | 0.30 |
| 09/29/22 | EA McDonnell-O'Driscoll | Draft, review and forward Third Supplemental Affidavit of Service to M. Sabino to review (.3); review CNO drafted earlier and forward to M. Sabino to review (.2); check case docket to confirm that no objections to Sidley's fee application were filed (.1) | 0.60 |
| 09/29/22 | M Sabino | Edit draft certificate of no objection re: Sidle fee application and proposed order; communicate with A. Haviland re status of Sidley fee application | 0.30 |

**Total Hours** **8.70**

SIDLEY AUSTIN LLP

Invoice Number: IN00122051459
in re TransCare Corporation et al.
Page 3

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| M Sabino | 2.40 | $990.00 | $2,376.00 |
| AP Haviland | 3.10 | 895.00 | 2,774.50 |
| EA McDonnell-O'Driscoll | 3.20 | 510.00 | 1,632.00 |
| **Total Hours and Fees** | **8.70** | | **$6,782.50** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122051459
in re TransCare Corporation et al.
Page 4

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 07/07/22 | FEE | Reversed on 10/26/2022.  07/06/2022 - SUPREME COURT OF VIRGINIA - 15000722 - Check for Certificate of Good Standing | ($15.00) |
| 09/01/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25SOUTH | 1.14 |
| 09/01/22 | CPY | Microsoft Word - Document2 - WINWORD.EXE - NYMD25NORTH | 0.57 |
| 09/01/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 1.14 |
| 09/01/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25SOUTH | 0.60 |
| 09/01/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 0.57 |
| 09/01/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 0.60 |
| 09/01/22 | CPY | Playland Amusement Park.pdf - ACROBAT.EXE - NYMD25NORTH | 1.14 |
| 09/05/22 | FEE | 6/3/22 - USCA 2ND CIRCUIT | 221.00 |
| 09/05/22 | FEE | 6/27/22 - USCA 2ND CIRCUIT | 221.00 |
| 09/06/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 0.57 |
| 09/06/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 2.28 |
| 09/06/22 | CPY | Microsoft Word - Document2 - WINWORD.EXE - NYMD25NORTH | 0.57 |
| 09/09/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 1.71 |
| 09/09/22 | CPY | Microsoft Word - Document3 - WINWORD.EXE - NYMD25NORTH | 0.57 |
| 09/09/22 | CPY | Dkt 728 Notice of Hearing re Sid - ACROBAT.EXE - NYMD25NORTH | 0.90 |
| 09/13/22 | LIT | Electronic Data Hosting for August 2022 | 8.25 |
| 09/19/22 | DLV | 08/24/2022-Federal Express Corporation-TR #277175176601 Destination Company:INFORMATION NOT SUPPLIED 100 N 9TH ST RICHMOND VA 23219 ^ Sender:AARON P HAVILAND SIDLEY AUSTIN LLP WASHINGTON DC 20005 1 Day- Priority Overnight | 16.34 |
| 09/19/22 | DLV | 08/23/2022-Federal Express Corporation-TR #277122365845 Destination Company:INFORMATION NOT SUPPLIED 100 N 9TH ST RICHMOND VA 23219 ^ Sender:AARON P HAVILAND SIDLEY AUSTIN LLP WASHINGTON DC 20005 1 Day- Priority Overnight | 16.34 |
| 09/27/22 | DLV | 08/18/2022-POSTAGE | 61.20 |
| | | **Total** | **$541.49** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122051459
in re TransCare Corporation et al.
Page 5

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| CPY | Duplicating charges | $12.36 |
| DLV | Document Delivery Services | 93.88 |
| FEE | Filing Fees | 427.00 |
| LIT | Legal Support Services | 8.25 |
| **Total** | | **$541.49** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA · ASIA PACIFIC · EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                      FEDERAL ID: 36-4474078

October 31, 2022                                      Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122051459

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com          Client Matter: 074316-40010

For professional services rendered through September 30, 2022 re in re TransCare Corporation et al.

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| **Total outstanding invoices** | | **$503,909.35** |
| **Total This Bill** | | <u>**7,323.99**</u> |
| **Total Amount Due** | | <u>**$511,233.34**</u> |

Remit Check Payments To:                         Remit Electronic Payments To:
Sidley Austin LLP                                Sidley Austin LLP
P.O. Box 0642                                    JP Morgan Chase Bank, NA
Chicago, Illinois 60690                          Account Number: 5519624
                                                 ABA/Routing Number (for wire payments): 021000021
                                                 ABA/Routing Number (for ACH payments): 071000013
                                                 Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit H



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

November 29, 2022

FEDERAL ID: 36-4474078
Ref: CGP/bdf

**Incurred By:**

Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122059078
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through October 31, 2022 re in re TransCare Corporation et al.

|  | <u>**Invoice Currency USD**</u> |
|---|---|
| Fees | $75,705.50 |
| Expenses | 255.66 |
| **Total Due This Bill** | <u>**$75,961.16**</u> |

MR CG Phillips - Partner

| Remit Check Payments To: | Remit Electronic Payments To: |
|---|---|
| Sidley Austin LLP | Sidley Austin LLP |
| P.O. Box 0642 | JP Morgan Chase Bank, NA |
| Chicago, Illinois 60690 | Account Number: 5519624 |
|  | ABA/Routing Number (for wire payments): 021000021 |
|  | ABA/Routing Number (for ACH payments): 071000013 |
|  | Swift Code: CHASUS33XXX |

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122059078
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/03/22 | EA McDonnell-O'Driscoll | Update Schedule A for Sidley Austin's proposed fee order and prepare Schedule B for same for M. Sabino | 0.50 |
| 10/03/22 | M Sabino | Draft cert. of no objection and proposed order; communicate with Chapter 7 counsel regarding CNO and filings; communicate with bankruptcy court regarding CNO | 0.60 |
| 10/05/22 | EA McDonnell-O'Driscoll | Research Trancare docket and forward the Sidley Austin's First Interim Fee Application CNO and Approval Order as entered to M. Sabino | 0.20 |
| 10/06/22 | AP Haviland | Draft emails to C. Phillips, W. Levi, M. Sabino responding to questions on bankruptcy court fee reimbursement procedures | 0.70 |
| 10/06/22 | AP Haviland | Confer with W. Levi regarding scheduled date for oral argument, preparation memos | 0.20 |
| 10/06/22 | CG Phillips | Read Second Circuit order scheduling oral argument | 0.10 |
| 10/06/22 | CG Phillips | Emails with Trustee regarding scheduling of oral argument | 0.10 |
| 10/06/22 | CG Phillips | Emails with W. Levi regarding scheduling and next steps | 0.10 |
| 10/06/22 | M Sabino | Analyze fee application timing under Bankr. Code; Bankr. Rules, Local Rules and strategize and confer with appellate team re same; Communicate with counsel to Trustee re second fee application | 0.90 |
| 10/07/22 | CG Phillips | Read recent Second Circuit opinion regarding fraudulent transfer in bankruptcy re: Madoff | 1.00 |
| 10/10/22 | AP Haviland | Review appellate briefs to prepare for drafting oral argument memos | 6.10 |
| 10/11/22 | AP Haviland | Review appellate briefs to prepare for drafting oral argument memos | 1.50 |
| 10/11/22 | AP Haviland | Research Section 550a for oral argument prep memos | 3.30 |
| 10/11/22 | AP Haviland | Draft oral argument prep memo on Section 550a | 2.40 |
| 10/11/22 | AP Haviland | Confer with W. Levi regarding oral argument prep memos | 0.20 |
| 10/11/22 | WR Levi | Review CA2 Madoff opinion | 0.30 |
| 10/11/22 | WR Levi | Edit research memorandum on section 550a | 1.00 |
| 10/11/22 | WR Levi | Edit memorandum on actions and inactions that Tilton took to cause the collapse of Transcendence | 0.30 |
| 10/11/22 | WR Levi | Draft and edit proposed oral argument responses to arguments made in reply brief | 1.80 |
| 10/11/22 | WR Levi | Discuss research and argument prep with A. Haviland | 0.50 |
| 10/12/22 | AP Haviland | Draft oral argument prep memo on Section 550a | 1.40 |
| 10/12/22 | AP Haviland | Confer with W. Levi regarding oral argument memos | 0.30 |
| 10/12/22 | AP Haviland | Draft oral argument prep memo on section 550a | 2.50 |
| 10/13/22 | AP Haviland | Draft oral argument prep memos | 3.20 |
| 10/13/22 | AP Haviland | Confer with W. Levi regarding oral argument prep memos | 0.70 |
| 10/13/22 | AP Haviland | Draft oral argument prep memos | 1.80 |
| 10/13/22 | WR Levi | Discuss research and argument prep with A. Haviland | 0.50 |
| 10/14/22 | AP Haviland | Draft oral argument prep memos | 5.40 |
| 10/18/22 | AP Haviland | Draft oral argument prep memos | 1.10 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122059078
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 10/18/22 | WR Levi | Edit memos relating to bankruptcy overview and debt owed to creditors | 2.00 |
| 10/19/22 | AP Haviland | Draft oral argument prep memos | 2.90 |
| 10/19/22 | AP Haviland | Draft oral argument prep memos | 4.60 |
| 10/19/22 | WR Levi | Edit Trados memo | 1.00 |
| 10/19/22 | WR Levi | Emails regarding argument prep with Sidley and client | 1.00 |
| 10/19/22 | CG Phillips | Read memos from W. Levi regarding reply brief issues for oral argument | 1.00 |
| 10/19/22 | CG Phillips | Emails with trustee's trial team and trustee regarding oral argument preparation | 0.20 |
| 10/20/22 | AP Haviland | Draft oral argument prep memos | 5.70 |
| 10/20/22 | CG Phillips | Read memo from W. Levi regarding responses to Tilton's reply brief | 1.00 |
| 10/24/22 | AP Haviland | Draft oral argument prep memos | 5.50 |
| 10/24/22 | CG Phillips | Study memos from W. Levi regarding surreply arguments for oral argument | 1.50 |
| 10/24/22 | CG Phillips | Emails with Trustee regarding timing of argument preparation | 0.20 |
| 10/25/22 | AP Haviland | Research caselaw on issues of fact versus issues of law for oral argument preparation | 2.30 |
| 10/25/22 | AP Haviland | Review lower court decisions, briefs in preparation for oral argument | 1.80 |
| 10/25/22 | AP Haviland | Organize collections of record citations in preparation for oral argument | 0.80 |
| 10/27/22 | AP Haviland | Confer with W. Levi regarding oral argument prep memos | 0.20 |
| 10/27/22 | AP Haviland | Research bankruptcy court fee application caselaw in response to question from C. Phillips | 1.30 |
| 10/28/22 | AP Haviland | Draft acknowledgments for notice of hearing date | 0.20 |
| 10/28/22 | AP Haviland | Confer with W. Levi regarding notice of hearing acknowledgment | 0.10 |
| 10/28/22 | AP Haviland | Draft emails to W. Levi, M. Sabino, J. Lofton regarding bankruptcy fee application | 0.30 |
| 10/28/22 | WR Levi | Review court rules for filing acknowledgment | 0.50 |
| 10/28/22 | WR Levi | Emails with C. Phillips re: oral argument | 0.50 |
| 10/28/22 | WR Levi | Communicate with court clerk re: oral argument | 0.50 |
| 10/28/22 | WR Levi | Emails re: UST and fee application with A. Haviland and C. Phillips | 0.50 |
| 10/28/22 | CG Phillips | Read Second Circuit calendaring order | 0.10 |
| 10/28/22 | CG Phillips | Emails with W. Levi re: order and need for consolidation | 0.10 |
| 10/28/22 | CG Phillips | Emails with appellants lawyer re: consolidation and process with the court of appeals | 0.10 |
| 10/28/22 | M Sabino | Communicate with appellate team re second fee application; Communicate with counsel to Trustee re second fee application | 0.40 |
| | | **Total Hours** | **75.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122059078
in re TransCare Corporation et al.
Page 4

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 5.50 | $1,800.00 | $9,900.00 |
| WR Levi | 10.40 | 1,250.00 | 13,000.00 |
| M Sabino | 1.90 | 990.00 | 1,881.00 |
| AP Haviland | 56.50 | 895.00 | 50,567.50 |
| EA McDonnell-O'Driscoll | 0.70 | 510.00 | 357.00 |
| **Total Hours and Fees** | **75.00** | | **$75,705.50** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122059078
in re TransCare Corporation et al.
Page 5

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 10/14/22 | DLV | 09/27/2022-Federal Express Corporation-TR #278476442922 Destination Company:THE JACOB D FUCHSBERG LAW FIR 3 PARK AVENUE 37TH FL NEW YORK CITY NY 10016 ^ Sender:EILEEN A MCDONNELLO DRISCOLL SIDLEY AUSTIN LLP NEW YORK NY 10019 1 Day- Priority Overnight | $21.08 |
| 10/20/22 | LIT | Electronic Data Hosting for September 2022 | 8.25 |
| 10/24/22 | DLV | 9/9/2022-POSTAGE | 3.60 |
| 10/24/22 | DLV | 9/1/2022-POSTAGE | 2.40 |
| 10/24/22 | DLV | 9/7/2022-POSTAGE | 6.00 |
| 10/25/22 | WES | 10/11/2022 Westlaw Research Service | 214.33 |
| | | **Total** | **$255.66** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122059078
in re TransCare Corporation et al.
Page 6

## EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| DLV | Document Delivery Services | $33.08 |
| LIT | Legal Support Services | 8.25 |
| WES | Westlaw research service | 214.33 |
| **Total** | | **$255.66** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

November 29, 2022

FEDERAL ID: 36-4474078
Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122059078
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through October 31, 2022 re in re TransCare Corporation et al.

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|---|---|---|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |

**Total outstanding invoices** **$511,233.34**

**Total This Bill** **75,961.16**

**Total Amount Due** **$587,194.50**

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice