# Exhibit I



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

FEDERAL ID: 36-4474078

December 16, 2022

Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122065045

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through November 30, 2022 re in re TransCare Corporation et al.

| | <u>Invoice Currency USD</u> |
|---|---|
| Fees | $110,506.00 |
| Expenses | 1,521.47 |
| **Total Due This Bill** | <u>**$112,027.47**</u> |

MR CG Phillips - Partner

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00122065045
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/02/22 | AP Haviland | Draft motion to consolidate cases, modify oral argument time | 2.60 |
| 11/02/22 | WR Levi | Edit draft motions | 0.50 |
| 11/02/22 | WR Levi | Discuss motion to consolidate oral argument with M. Perry | 0.30 |
| 11/02/22 | M Sabino | Communicate with Sidley/Trustee counsel re Sidley second fee app | 0.10 |
| 11/03/22 | AP Haviland | Revise motions to consolidate cases, modify oral argument time | 0.20 |
| 11/03/22 | WR Levi | Emails with M. Perry and C. Phillips re: consolidation motion and edit same | 0.30 |
| 11/03/22 | CG Phillips | Review and revise motion to consolidate | 0.10 |
| 11/03/22 | CG Phillips | Emails with W. Levi re: process for appeal | 0.20 |
| 11/04/22 | WR Levi | Draft and edit oral argument Q&A | 3.00 |
| 11/07/22 | AP Haviland | Draft second interim fee application | 2.20 |
| 11/07/22 | WR Levi | Draft and edit oral argument Q&A | 3.00 |
| 11/07/22 | M Sabino | Communicate with Sidley/Trustee counsel re Sidley second fee app | 0.10 |
| 11/08/22 | AP Haviland | Revise oral argument memo | 1.30 |
| 11/08/22 | AP Haviland | Revise oral argument memo | 2.60 |
| 11/08/22 | AP Haviland | Revise second interim fee application | 1.20 |
| 11/08/22 | AP Haviland | Draft acknowledgments of revised notices of hearing dates | 0.30 |
| 11/08/22 | WR Levi | Review fee application | 0.50 |
| 11/08/22 | WR Levi | Edit final argument prep documents and circulate to C. Phillips | 0.50 |
| 11/08/22 | CG Phillips | Emails with W. Levi re: consolidation order of the CA2 | 0.10 |
| 11/08/22 | CG Phillips | Read CA2 order re: consolidation | 0.10 |
| 11/09/22 | AP Haviland | Confer with W. Levi regarding revisions to oral argument memos | 0.60 |
| 11/09/22 | AP Haviland | Revise oral argument memo | 0.40 |
| 11/09/22 | WR Levi | Prepare for and discuss moot prep with A. Haviland | 1.00 |
| 11/10/22 | CG Phillips | Prepare for oral argument by reviewing briefs and record materials | 1.50 |
| 11/11/22 | AP Haviland | Review lower court briefs in preparation for oral argument | 0.80 |
| 11/11/22 | AP Haviland | Revise second interim fee application | 0.50 |
| 11/11/22 | M Sabino | Review Sidley second fee application | 0.60 |
| 11/12/22 | CG Phillips | Review Levi/Havilland memo regarding oral argument points | 1.00 |
| 11/12/22 | CG Phillips | Study Trustee's brief | 1.30 |
| 11/13/22 | CG Phillips | Review Havilland/Levi memo re: surreply points | 1.30 |
| 11/14/22 | AP Haviland | Review lower court briefs in preparation for oral argument | 2.70 |
| 11/14/22 | AP Haviland | Research caselaw on going-concern value in bankruptcy fraudulent conveyances | 2.10 |
| 11/14/22 | CG Phillips | Prepare for oral argument by reading cases cited in appellants opening brief | 2.00 |
| 11/16/22 | CG Phillips | Prepare for oral argument by reviewing record materials cited in appellants opening and reply brief | 2.50 |
| 11/17/22 | AP Haviland | Review briefs to pick out relevant statutes, cases to be including in binder for C. Phillips for oral argument | 3.90 |

SIDLEY AUSTIN LLP

Invoice Number: IN00122065045
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/17/22 | AP Haviland | Confer with W. Levi on cases to be included in binder for C. Phillips for oral argument | 0.20 |
| 11/17/22 | WR Levi | Analyze and select cases for inclusion in prep materials | 0.50 |
| 11/17/22 | WR Levi | Discuss cases with A. Haviland | 0.50 |
| 11/17/22 | CG Phillips | Prepare for oral argument by read transcript of trial | 3.00 |
| 11/18/22 | M Sabino | Communicate with Sidley/Trustee counsel re Sidley second fee app | 0.10 |
| 11/19/22 | CG Phillips | Study memos from W. Levi re: sur-reply issues and possible Qs and As for oral argument | 2.00 |
| 11/21/22 | AP Haviland | Review binder of Tilton's best cases, our best cases in preparation for oral argument | 4.70 |
| 11/21/22 | AP Haviland | Review binder of Tilton's best cases, our best cases in preparation for oral argument | 3.30 |
| 11/21/22 | CG Phillips | Prepare for oral argument by reviewing binder materials from W. Levi | 1.50 |
| 11/22/22 | AP Haviland | Review briefs to draft list of important record citations for C. Phillips for oral argument | 2.10 |
| 11/22/22 | AP Haviland | Review binder of Tilton's best cases, our best cases in preparation for oral argument | 3.40 |
| 11/22/22 | AP Haviland | Review briefs in preparation for oral argument | 2.10 |
| 11/23/22 | AP Haviland | Research Tilton's argument about speculative damages in Delaware law | 0.40 |
| 11/23/22 | AP Haviland | Review briefs in preparation for oral argument | 4.50 |
| 11/23/22 | AP Haviland | Compile binder of important record citations for C. Phillips for oral argument | 2.60 |
| 11/23/22 | CG Phillips | Prepare for oral argument by reviewing cases cited by appellants | 1.50 |
| 11/23/22 | CG Phillips | Draft Qs and As for oral argument | 0.80 |
| 11/27/22 | CG Phillips | Prepare for oral argument by reviewing reply arguments, draft sur-reply | 1.00 |
| 11/27/22 | CG Phillips | Draft Qs and As for the argument | 1.00 |
| 11/28/22 | AP Haviland | Review briefs in preparation for oral argument | 6.00 |
| 11/28/22 | AP Haviland | Revise binder of important record citations in preparation for oral argument | 0.40 |
| 11/28/22 | AP Haviland | Review lower court opinions, briefs in preparation for oral argument | 1.80 |
| 11/28/22 | CG Phillips | Prepare for oral argument by reviewing and revising Qs and As | 1.20 |
| 11/28/22 | CG Phillips | Read binder materials of cases cited in Trustee's brief | 1.30 |
| 11/29/22 | AP Haviland | Revise binder of important record citations in preparation for oral argument | 0.20 |
| 11/29/22 | WR Levi | Review and add to record citations binder for oral argument prep | 0.50 |
| 11/30/22 | AP Haviland | Revise record citation binder in preparation for oral argument | 2.00 |
| 11/30/22 | AP Haviland | Revise record citation binder in preparation for oral argument | 0.90 |
| 11/30/22 | WR Levi | Prepare for moot | 3.30 |
| | | **Total Hours** | **94.20** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122065045
in re TransCare Corporation et al.
Page 4

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 23.40 | $1,800.00 | $42,120.00 |
| WR Levi | 13.90 | 1,250.00 | 17,375.00 |
| M Sabino | 0.90 | 990.00 | 891.00 |
| AP Haviland | 56.00 | 895.00 | 50,120.00 |
| **Total Hours and Fees** | **94.20** | | **$110,506.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122065045
in re TransCare Corporation et al.
Page 5

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 11/11/22 | WES | 10/18/2022 Westlaw Research Service | $68.37 |
| 11/11/22 | WES | 10/25/2022 Westlaw Research Service | 517.70 |
| 11/11/22 | WES | 10/27/2022 Westlaw Research Service | 20.67 |
| 11/18/22 | LIT | Electronic Data Hosting for October 2022 | 8.25 |
| 11/18/22 | WES | 11/02/2022 Westlaw Research Service | 68.37 |
| 11/18/22 | WES | 11/14/2022 Westlaw Research Service | 837.61 |
| 11/30/22 | DOCKET | 10/06/2022-PACER 02CA | 0.50 |
| | | **Total** | **$1,521.47** |

SIDLEY AUSTIN LLP

Invoice Number: IN00122065045
in re TransCare Corporation et al.
Page 6

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|----------------------|--------|
| DOCKET | Pacer - Docket | $0.50 |
| LIT | Legal Support Services | 8.25 |
| WES | Westlaw research service | 1,512.72 |
| **Total** | | **$1,521.47** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>PERSONAL & CONFIDENTIAL</u>                                    FEDERAL ID: 36-4474078

December 16, 2022                                    Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00122065045
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com   Client Matter: 074316-40010

For professional services rendered through November 30, 2022 re in re TransCare Corporation et al.

### REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| **Total outstanding invoices** | | **$587,194.50** |
| **Total This Bill** | | **112,027.47** |
| **Total Amount Due** | | **$699,221.97** |

Remit Check Payments To:                 Remit Electronic Payments To:
Sidley Austin LLP                        Sidley Austin LLP
P.O. Box 0642                            JP Morgan Chase Bank, NA
Chicago, Illinois 60690                  Account Number: 5519624
                                         ABA/Routing Number (for wire payments): 021000021
                                         ABA/Routing Number (for ACH payments): 071000013
                                         Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit J



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

FEDERAL ID: 36-4474078

January 31, 2023

Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN0012306179

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through December 31, 2022 re in re TransCare Corporation et al.

| | <u>**Invoice Currency USD**</u> |
|---|---|
| Fees | $145,225.00 |
| Expenses | 3,705.09 |
| **Total Due This Bill** | <u>**$148,930.09**</u> |

MR CG Phillips - Partner

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/01/22 | CG Phillips | Prepare for oral argument by reading record materials cited in briefs of the parties | 1.50 |
| 12/02/22 | CG Phillips | Prepare for oral argument by reading binder materials re: important record materials | 3.00 |
| 12/03/22 | CG Phillips | Read reply brief | 1.10 |
| 12/03/22 | CG Phillips | Read cases in binder cited in reply brief | 1.30 |
| 12/04/22 | CG Phillips | Read primary cases cited in Trustee brief | 1.20 |
| 12/04/22 | CG Phillips | Review memos from W. Levi regarding responses to reply | 0.70 |
| 12/05/22 | AP Haviland | Compile binder of oral argument prep memos | 0.80 |
| 12/05/22 | CG Phillips | Prepare for oral argument by reading transcript materials relied upon in opening and reply briefs | 2.00 |
| 12/06/22 | AP Haviland | Confer with W. Levi regarding TransCare oral argument prep | 0.50 |
| 12/06/22 | WR Levi | Discuss oral argument questions and preparation with A. Haviland | 0.50 |
| 12/06/22 | CG Phillips | Prepare for oral argument by studying memos from W. Levi | 2.00 |
| 12/06/22 | CG Phillips | Read cases in binder re: fraudulent conveyance | 2.00 |
| 12/07/22 | AP Haviland | Confer with C. Phillips, W. Levi, B. Amini, S. LaMonica on oral argument preparation | 1.30 |
| 12/07/22 | AP Haviland | Prepare conference room, Zoom call for oral argument prep session with client | 0.30 |
| 12/07/22 | AP Haviland | Confer with W. Levi on oral argument prep session | 0.40 |
| 12/07/22 | WR Levi | Answer follow-up questions from C. Phillips | 1.00 |
| 12/07/22 | WR Levi | Prepare for and participate in moot oral argument | 5.00 |
| 12/07/22 | CG Phillips | Meeting with co-counsel and client to discuss oral argument strategy | 1.50 |
| 12/07/22 | CG Phillips | Prepare for session with client and co-counsel | 1.50 |
| 12/07/22 | CG Phillips | Read memos from A. Haviland regarding responses to reply arguments | 0.60 |
| 12/07/22 | CG Phillips | Re-read bankruptcy court's opinion | 0.60 |
| 12/08/22 | WR Levi | Exchange emails with C. Phillips re: argument prep | 0.30 |
| 12/08/22 | WR Levi | Answer question related to 550(a) for C. Phillips | 0.30 |
| 12/08/22 | CG Phillips | Prepare for oral argument by reviewing moot court points | 1.20 |
| 12/08/22 | CG Phillips | Read Delaware cases on breach of fiduciary duty | 1.00 |
| 12/08/22 | CG Phillips | Read NY cases on fraudulent conveyance | 2.20 |
| 12/09/22 | WR Levi | Exchange emails regarding panel assignment | 0.50 |
| 12/09/22 | CG Phillips | Prepare for oral argument by reviewing binder cases relied upon by Tilton | 4.00 |
| 12/09/22 | CG Phillips | Emails with Trustee regarding strategy meeting | 0.20 |
| 12/09/22 | CG Phillips | Emails with W. Levi regarding panel of judges, and study bios of panel | 0.30 |
| 12/10/22 | CG Phillips | Read binder cases relied upon by Trustee | 3.00 |
| 12/11/22 | CG Phillips | Read binder cases relied upon in Tilton's reply | 2.50 |
| 12/12/22 | AP Haviland | Review record in response to questions from C. Phillips for oral argument prep | 3.10 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/12/22 | AP Haviland | Confer with W. Levi on follow-up questions from C. Phillips for oral argument prep | 0.10 |
| 12/12/22 | WR Levi | Answer oral argument questions from C. Phillips related to assets foreclosed on | 0.50 |
| 12/12/22 | CG Phillips | Emails with W. Levi with questions re: oral argument | 0.20 |
| 12/12/22 | CG Phillips | Review Qs and As | 1.50 |
| 12/12/22 | CG Phillips | Emails with A. Haviland re: questions for oral argument | 0.50 |
| 12/12/22 | CG Phillips | Study Trustees' brief and record citations | 3.00 |
| 12/13/22 | AP Haviland | Confer with C. Phillips, W. Levi, B. Amini, A. Samet, S. LaMonica regarding oral argument prep | 1.00 |
| 12/13/22 | AP Haviland | Confer with W. Levi regarding oral argument prep | 0.10 |
| 12/13/22 | AP Haviland | Revise notes from oral argument prep meeting | 0.40 |
| 12/13/22 | WR Levi | Prepare for and participate in discussion with Sidley team and client re: oral argument | 1.00 |
| 12/13/22 | CG Phillips | Prepare for conference call with clients | 1.30 |
| 12/13/22 | CG Phillips | Telephone conference with clients and co-counsel re: final issues for oral argument | 1.00 |
| 12/13/22 | CG Phillips | Prepare for oral argument by reviewing Qs and As prepared by W. Levi and A. Haviland | 3.00 |
| 12/14/22 | CG Phillips | Re-reading Trustee's brief | 2.00 |
| 12/14/22 | CG Phillips | Reading record materials in binder from W. Levi | 1.20 |
| 12/14/22 | CG Phillips | Reviewing Qs and As | 1.20 |
| 12/14/22 | CG Phillips | Prepare for oral argument by reviewing Tilton's briefs | 1.30 |
| 12/15/22 | AP Haviland | Review bankruptcy court opinion, facts of case in preparation for oral argument | 2.30 |
| 12/15/22 | AP Haviland | Meeting with C. Phillips, W. Levi to discuss case | 1.20 |
| 12/15/22 | WR Levi | Review record for and answer C. Phillips' oral argument prep questions related to CONs, MTA contract, and creditor/equity holders | 3.00 |
| 12/15/22 | WR Levi | Prepare materials for assistance at oral argument | 1.00 |
| 12/15/22 | WR Levi | Meeting with C. Phillips, A. Haviland to discuss case | 1.20 |
| 12/15/22 | CG Phillips | Travel to NY and prepare for oral argument on train by reviewing binder materials | 3.60 |
| 12/15/22 | CG Phillips | Meeting with A. Haviland, W. Levi to discuss case | 1.20 |
| 12/15/22 | CG Phillips | Final read of Trustee's brief | 1.00 |
| 12/16/22 | AP Haviland | Attend oral argument | 3.00 |
| 12/16/22 | AP Haviland | Review bankruptcy trial transcript in response to question from C. Phillips | 0.20 |
| 12/16/22 | AP Haviland | Meeting with Trustee and co-counsel to discuss argument | 0.30 |
| 12/16/22 | WR Levi | Prepare for and attend oral argument | 3.00 |
| 12/16/22 | WR Levi | Meeting with Trustee and co-counsel to discuss argument | 0.30 |
| 12/16/22 | CG Phillips | Final preparations for oral argument | 2.00 |
| 12/16/22 | CG Phillips | Attend and deliver oral argument in the Second Circuit | 3.00 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 4

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 12/16/22 | CG Phillips | Meeting with Trustee and co-counsel to discuss argument | 0.30 |
| 12/20/22 | CG Phillips | Telephone conference with Trustee regarding oral arguments and effect of Tilton's misstatements at oral argument | 0.30 |
| | | **Total Hours** | **93.60** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 5

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 61.00 | $1,800.00 | $109,800.00 |
| WR Levi | 17.60 | 1,250.00 | 22,000.00 |
| AP Haviland | 15.00 | 895.00 | 13,425.00 |
| **Total Hours and Fees** | **93.60** | | **$145,225.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 6

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 12/01/22 | CPY | 171122.00568 - B&amp;W Copy/Print - B | $229.28 |
| 12/01/22 | CPY | 171122.00568 - Tabs - Standard | 20.67 |
| 12/01/22 | CPY | 171122.00568 - Binders - 2 in (with documents inserted) | 28.62 |
| 12/06/22 | WES | 11/17/2022 Westlaw Research Service | 302.74 |
| 12/07/22 | CPY | 051222.00080 - Tabs - Standard | 4.77 |
| 12/07/22 | CPY | 051222.00080 - B&amp;W Copy/Print - C | 8.78 |
| 12/07/22 | CPY | 051222.00080 - Binders - 0.5 in (with documents inserted) | 14.31 |
| 12/07/22 | CPY | 011222.00010 - B&amp;W Copy/Print - C | 88.53 |
| 12/07/22 | CPY | 011222.00010 - Binders - 1 in (with documents inserted) | 19.08 |
| 12/07/22 | CPY | 011222.00010 - Tabs - Standard | 32.60 |
| 12/13/22 | LIT | Electronic Data Hosting for November 2022 | 8.25 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 1.50 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.30 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 7

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.60 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/16/22 | DOCKET | 11/02/2022-PACER 02CA | 0.10 |
| 12/20/22 | GND | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 12-16-22 - William R. Levi - Taxi/Car Service - Attend oral argument. - Travel Related - Transportation (including airport costs) | 12.25 |
| 12/20/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 11-21-22 - William R. Levi - Train - Attend oral argument. - Amtrak - Business | 476.00 |
| 12/20/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 12-15-22 - William R. Levi - Lodging - Attend oral argument. | 448.74 |
| 12/20/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 11-21-22 - William R. Levi - Agent Fee - Attend oral argument. | 41.00 |
| 12/20/22 | GND | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 12-15-22 - William R. Levi - Taxi/Car Service - Attend oral argument. - Travel Related - Transportation (including airport costs) | 8.95 |
| 12/20/22 | GND | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 12-16-22 - William R. Levi - Taxi/Car Service - Attend oral argument. - Travel Related - Transportation (including airport costs) | 33.40 |
| 12/20/22 | MLO | 12/15/22 - 12/16/22 - Washington D.C. - To - Accord - 12-16-22 - William R. Levi - Hotel - Breakfast - Attend oral argument. - William R. Levi | 29.80 |
| 12/20/22 | WES | 11/17/2022 Westlaw Research Service | 302.74 |
| 12/22/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 11-21-22 - Carter G. Phillips - Agent Fee - Present oral argument to Second Circuit Court of Appeals | 41.00 |
| 12/22/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 12-16-22 - Carter G. Phillips - Lodging - Present oral argument to Second Circuit Court of Appeals | 425.90 |
| 12/22/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 11-21-22 - Carter G. Phillips - Train - Present oral argument to Second Circuit Court of Appeals - Amtrak - Economy | 440.00 |
| 12/22/22 | MLO | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 12-16-22 - Carter G. Phillips - Hotel - Breakfast - Present oral argument to Second Circuit Court of Appeals - Carter G. Phillips | 53.18 |
| 12/22/22 | MLS | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 12-15-22 - Carter G. Phillips - Dinner - Present oral argument to Second Circuit Court of Appeals - Sant Ambroeus - Business Meals - Internal Guests Only (Sidley Personnel) - Carter G. Phillips,William R. Levi,Aaron P. Haviland | 141.78 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 8

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 12/22/22 | TRV | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 12-15-22 - Carter G. Phillips - Change Ticket Fee - Train - Present oral argument to Second Circuit Court of Appeals | 202.00 |
| 12/22/22 | GND | 12/15/22 - 12/16/22 - Washington D.C. - To - Manhattan - 12-16-22 - Carter G. Phillips - Parking - Present oral argument to Second Circuit Court of Appeals - Travel Related - Transportation (including airport costs) | 50.00 |
| 12/27/22 | GND | 12/15/2022 04:49:00 PM-SunnyLimo DestAdd:Millennium Downtown New York City 55 Church Street New York NY 10007^271153-PUAdd:PENN STATION (NYP) NEW YORK 220 West 31st Street New York NY 10001-Reso#PHILLIPS CARTER G Original CM '074316-40020' | 112.06 |
| 12/27/22 | GND | 12/15/2022 02:47:00 PM-SunnyLimo DestAdd:Millennium Downtown New York City 55 Church Street New York NY 10007^271153-PUAdd:PENN STATION (NYP) NEW YORK 220 West 31st Street New York NY 10001-Reso#LEVI WILLIAM Original CM '074316-40020' | 124.76 |
| | | **Total** | **$3,705.09** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123006179
in re TransCare Corporation et al.
Page 9

## EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|----------------------|--------|
| CPY | Duplicating charges | $446.64 |
| DOCKET | Pacer - Docket | 3.90 |
| GND | Ground transportation | 341.42 |
| LIT | Legal Support Services | 8.25 |
| MLO | Meals - Out of Town | 82.98 |
| MLS | Meals | 141.78 |
| TRV | Travel/Lodging | 2,074.64 |
| WES | Westlaw research service | 605.48 |
| **Total** | | **$3,705.09** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

FEDERAL ID: 36-4474078

January 31, 2023

Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123006179

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through December 31, 2022 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E
F o r   P r o f e s s i o n a l   S e r v i c e s   R e n d e r e d

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|------|---------|---------|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |

| | |
|---|---|
| **Total outstanding invoices** | **$699,221.97** |
| **Total This Bill** | **148,930.09** |
| **Total Amount Due** | **$848,152.06** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code:  CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit K



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**                                    FEDERAL ID: 36-4474078

February 23, 2023                                                    Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

                                                    PLEASE INDICATE INVOICE
                                                    NUMBER ON REMITTANCE
                                                    Invoice Number: IN00123010377
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com    Client Matter: 074316-40010

For professional services rendered through January 31, 2023 re in re TransCare Corporation et al.

|                          | **Invoice Currency USD** |
| ------------------------ | ------------------------: |
| Fees                     | $37,853.00                |
| Expenses                 | 930.35                    |
| **Total Due This Bill**  | **$38,783.35**            |

MR CG Phillips - Partner

Remit Check Payments To:                Remit Electronic Payments To:
Sidley Austin LLP                       Sidley Austin LLP
P.O. Box 0642                           JP Morgan Chase Bank, NA
Chicago, Illinois 60690                 Account Number: 5519624
                                        ABA/Routing Number (for wire payments): 021000021
                                        ABA/Routing Number (for ACH payments): 071000013
                                        Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123010377
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/16/23 | M Sabino | Communicate re A. Haviland re status of fee application | 0.10 |
| 01/24/23 | AP Haviland | Review court order directing the parties to file supplemental letter briefs, topics to be addressed | 0.70 |
| 01/24/23 | AP Haviland | Confer with C. Phillips regarding court order on supplemental briefing | 0.10 |
| 01/24/23 | WR Levi | Review Order from CA2 panel and communicate with C. Phillips re same | 0.50 |
| 01/24/23 | WR Levi | Communicate with co-counsel and client regarding order | 0.50 |
| 01/24/23 | WR Levi | Arrange for transcript of oral argument | 0.30 |
| 01/24/23 | WR Levi | Review record and briefing and conduct research related to panel questions in Order regarding the CONs | 3.00 |
| 01/24/23 | CG Phillips | Read Tilton opening brief | 1.30 |
| 01/24/23 | CG Phillips | Emails with W. Levi re: supplemental brief | 0.20 |
| 01/24/23 | CG Phillips | Read Second Circuit order | 0.10 |
| 01/24/23 | CG Phillips | Office conference with A. Haviland re: CA2 order and supplemental brief issues | 0.20 |
| 01/24/23 | CG Phillips | Emails with Trustee | 0.20 |
| 01/25/23 | D DeVillier | Order transcript of oral argument for W. Levi regarding 21-2547. | 1.50 |
| 01/25/23 | AP Haviland | Confer with W. Levi regarding court order on supplemental letter briefs, issue of whether CONs were double-counted in damages calculation | 0.10 |
| 01/25/23 | CG Phillips | Review lower court briefing by Tilton | 1.20 |
| 01/25/23 | CG Phillips | Emails with W. Levi re: arguments as described by lower courts | 0.10 |
| 01/25/23 | CG Phillips | Emails with Trustee re: lower court arguments | 0.10 |
| 01/25/23 | M Sabino | Communicate with Trustee re Sidley fees | 0.20 |
| 01/30/23 | AP Haviland | Research damages calculations in record | 1.10 |
| 01/30/23 | AP Haviland | Review record in preparation for supplemental briefing | 1.50 |
| 01/30/23 | AP Haviland | Confer with C. Phillips, W. Levi on damages calculations, court order on supplemental briefing | 0.20 |
| 01/30/23 | AP Haviland | Prepare for and participate in discussion with client and counsel | 1.00 |
| 01/30/23 | AP Haviland | Confer with W. Levi on damages calculations in record below | 1.00 |
| 01/30/23 | WR Levi | Review all briefing and record in case re: arguments on CONs and preservation | 3.50 |
| 01/30/23 | WR Levi | Prepare for and participate in discussion with client and co-counsel | 1.00 |
| 01/30/23 | WR Levi | Discuss response letter-brief with A. Haviland and C. Phillips | 0.30 |
| 01/30/23 | WR Levi | Discuss CON research and arguments with A. Haviland | 1.00 |
| 01/30/23 | CG Phillips | Review record materials to prepare for client call | 0.70 |
| 01/30/23 | CG Phillips | Participate in client call regarding supplemental briefing | 0.50 |
| 01/31/23 | AP Haviland | Review record for supplemental briefing on whether CONs were included in damages | 5.30 |
| 01/31/23 | AP Haviland | Confer with W. Levi regarding record on damages calculations, CONs | 0.30 |
| 01/31/23 | WR Levi | Discuss research findings with A. Haviland | 0.50 |

SIDLEY AUSTIN LLP

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 01/31/23 | WR Levi | Review summery of all record references to CONs | 0.50 |
| 01/31/23 | CG Phillips | Read bankruptcy opinion for damages issues | 0.50 |
| 01/31/23 | CG Phillips | Read district court's opinion | 0.50 |
| | | **Total Hours** | **29.80** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123010377
in re TransCare Corporation et al.
Page 4

TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| CG Phillips | 5.60 | $1,800.00 | $10,080.00 |
| WR Levi | 11.10 | 1,350.00 | 14,985.00 |
| M Sabino | 0.30 | 1,125.00 | 337.50 |
| AP Haviland | 11.30 | 1,060.00 | 11,978.00 |
| D  DeVillier | 1.50 | 315.00 | 472.50 |
| **Total Hours and Fees** | **29.80** | | **$37,853.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123010377
in re TransCare Corporation et al.
Page 5

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 01/09/23 | GND | 12/16/2022 11:30:00 AM-SunnyLimo DestAdd:PENN STATION (NYP) NEW YORK 220 West 31st Street New York NY 10001^271466-PUAdd:Millennium Downtown New York City 55 Church Street New York NY 10007-Reso#PHILLIPS CARTER G Original CM '074316-40020' | $161.19 |
| 01/16/23 | TRV | 12-21-22 - Aaron P. Haviland - Agent Fee - Train Ticket - Agent Fee | 41.00 |
| 01/16/23 | TRV | 11-21-22 - Aaron P. Haviland - Train - Train Ticket - Amtrak | 476.00 |
| 01/16/23 | TRV | 12-16-22 - Aaron P. Haviland - Lodging - Hotel | 217.11 |
| 01/16/23 | MLO | 12-16-22 - Aaron P. Haviland - Hotel - Breakfast - Hotel - Breakfast - Aaron P. Haviland | 26.80 |
| 01/20/23 | LIT | Electronic Data Hosting for December 2022 | 8.25 |
| | | **Total** | **$930.35** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123010377
in re TransCare Corporation et al.
Page 6

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| GND | Ground transportation | $161.19 |
| LIT | Legal Support Services | 8.25 |
| MLO | Meals - Out of Town | 26.80 |
| TRV | Travel/Lodging | 734.11 |
| **Total** | | **$930.35** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                                    FEDERAL ID: 36-4474078

February 23, 2023                                                              Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123010377
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com          Client Matter: 074316-40010

For professional services rendered through January 31, 2023 re in re TransCare Corporation et al.

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |
| 01/31/23 | IN00123006179 | 148,930.09 |
| **Total outstanding invoices** | | **$848,152.06** |
| **Total This Bill** | | **38,783.35** |
| **Total Amount Due** | | **886,935.41** |

---

Remit Check Payments To:                          Remit Electronic Payments To:
Sidley Austin LLP                                 Sidley Austin LLP
P.O. Box 0642                                     JP Morgan Chase Bank, NA
Chicago, Illinois 60690                           Account Number: 5519624
                                                  ABA/Routing Number (for wire payments): 021000021
                                                  ABA/Routing Number (for ACH payments): 071000013
                                                  Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit L



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

March 31, 2023

FEDERAL ID: 36-4474078
Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123021403
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through February 28, 2023 re in re TransCare Corporation et al.

| | <u>Invoice Currency USD</u> |
|---|---|
| Fees | $168,756.00 |
| Expenses | 1,004.84 |
| **Total Due This Bill** | <u>**$169,760.84**</u> |

MR CG Phillips - Partner

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/01/23 | D DeVillier | Purchase transcript of oral argument for W. Levi regarding 21-2547. | 0.50 |
| 02/01/23 | CG Phillips | Read transcript of CA2 oral argument for damages issue | 1.00 |
| 02/02/23 | AP Haviland | Review record for supplemental briefing on whether CONs were included in damages | 1.90 |
| 02/02/23 | WR Levi | Discuss findings with A. Haviland | 0.30 |
| 02/02/23 | WR Levi | Edit email to A. Samet with questions re: TC Ambulance Corp | 0.30 |
| 02/03/23 | AP Haviland | Review record for supplemental briefing on whether CONs were included in damages | 1.10 |
| 02/03/23 | AP Haviland | Confer with W. Levi regarding CONs, damages calculations | 1.20 |
| 02/03/23 | AP Haviland | Review record for supplemental briefing on whether CONs were included in damages | 3.60 |
| 02/03/23 | WR Levi | Discuss differences between NewCo and foreclosure with A. Haviland | 1.20 |
| 02/03/23 | WR Levi | Review damages analysis and damages testimony re: inclusion of CONs | 1.00 |
| 02/03/23 | WR Levi | Review record references to paratransit division | 1.00 |
| 02/04/23 | AP Haviland | Review record for supplemental briefing on whether CONs were included in damages | 2.10 |
| 02/06/23 | AP Haviland | Draft supplemental letter brief | 1.20 |
| 02/08/23 | AP Haviland | Research caselaw on forfeiture for supplemental letter brief | 0.20 |
| 02/09/23 | AP Haviland | Research caselaw on forfeiture for supplemental letter brief | 1.80 |
| 02/10/23 | AP Haviland | Confer with A. Samet, W. Levi regarding damages calculations for supplemental brief | 1.20 |
| 02/10/23 | AP Haviland | Confer with W. Levi in preparation for call with A. Samet | 0.90 |
| 02/10/23 | AP Haviland | Research waiver issue for supplemental letter brief | 1.10 |
| 02/10/23 | WR Levi | Discuss arguments in letter-brief with A. Haviland | 0.90 |
| 02/10/23 | WR Levi | Prepare for and discuss letter-brief with A. Samet and A. Haviland | 1.30 |
| 02/10/23 | WR Levi | Outline letter-brief | 1.00 |
| 02/11/23 | AP Haviland | Draft supplemental letter brief on CONs | 1.70 |
| 02/12/23 | AP Haviland | Draft supplemental letter brief on CONs | 2.10 |
| 02/13/23 | AP Haviland | Confer with W. Levi regarding supplemental letter brief | 0.70 |
| 02/13/23 | AP Haviland | Revise supplemental letter brief on CONs | 1.50 |
| 02/13/23 | AP Haviland | Draft supplemental letter brief on CONs | 5.50 |
| 02/13/23 | WR Levi | Outline letter-brief arguments and discuss same with A. Haviland | 2.00 |
| 02/14/23 | AP Haviland | Review record for supplemental letter brief | 0.90 |
| 02/14/23 | AP Haviland | Revise supplemental letter brief on CONs | 3.30 |
| 02/14/23 | AP Haviland | Review record for supplemental letter brief | 3.40 |
| 02/15/23 | AP Haviland | Review trial transcript for supplemental letter brief | 3.20 |
| 02/15/23 | AP Haviland | Revise supplemental letter brief to incorporate edits from W. Levi | 1.40 |
| 02/15/23 | AP Haviland | Research caselaw on speculative damages for supplemental letter brief | 3.00 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/15/23 | WR Levi | Draft and edit letter-brief | 2.00 |
| 02/16/23 | AP Haviland | Confer with W. Levi regarding edits to supplemental letter brief | 0.50 |
| 02/16/23 | AP Haviland | Revise supplemental letter brief to incorporate edits from W. Levi | 3.70 |
| 02/16/23 | AP Haviland | Revise supplemental letter brief to incorporate edits from W. Levi | 3.40 |
| 02/16/23 | WR Levi | Review relevant appendix excerpts | 0.50 |
| 02/16/23 | WR Levi | Discuss letter edits with A. Haviland | 0.50 |
| 02/17/23 | AP Haviland | Revise supplemental letter brief to incorporate edits from W. Levi | 0.50 |
| 02/17/23 | WR Levi | Draft and edit letter-brief | 3.00 |
| 02/17/23 | M Sabino | Review docket status and communicate with counsel to Trustee re Sidley fee application | 0.30 |
| 02/20/23 | AP Haviland | Revise supplemental letter brief to incorporate edits from W. Levi | 2.00 |
| 02/21/23 | AP Haviland | Draft new sections of supplemental letter brief to address Tilton's letter | 4.20 |
| 02/21/23 | AP Haviland | Review Tilton's supplemental letter brief | 0.50 |
| 02/21/23 | AP Haviland | Review Tilton's supplemental letter brief with W. Levi | 1.40 |
| 02/21/23 | AP Haviland | Research caselaw on forfeiture for supplemental letter brief | 1.70 |
| 02/21/23 | AP Haviland | Confer with W. Levi regarding supplemental letter brief | 0.20 |
| 02/21/23 | WR Levi | Outline letter-brief | 1.00 |
| 02/21/23 | WR Levi | Analyze and review oral argument transcript | 0.50 |
| 02/21/23 | WR Levi | Conduct research and review record for reply letter | 2.00 |
| 02/21/23 | WR Levi | Exchange emails with C. Phillips regarding Tilton's letter-brief | 0.50 |
| 02/21/23 | WR Levi | Analyze Tilton's opening letter-brief | 2.00 |
| 02/21/23 | WR Levi | Discuss Tilton's letter-brief arguments with A. Haviland | 1.00 |
| 02/21/23 | CG Phillips | Emails with W. Levi regarding response to letter brief and structuring the argument | 0.50 |
| 02/21/23 | CG Phillips | Read record and case citations in appellants' letter brief | 1.20 |
| 02/21/23 | CG Phillips | Read appellants' letter brief, and office conference with A. Haviland regarding strategy for response to it | 0.70 |
| 02/21/23 | M Sabino | Communicate with counsel to Trustee re Sidley fee application | 0.20 |
| 02/22/23 | AP Haviland | Prepare supplemental letter brief for cite check | 0.60 |
| 02/22/23 | AP Haviland | Confer with W. Levi regarding supplemental letter brief | 1.00 |
| 02/22/23 | AP Haviland | Revise supplemental letter brief | 1.40 |
| 02/22/23 | AP Haviland | Draft new sections of supplemental letter brief to address Tilton's letter | 5.00 |
| 02/22/23 | WR Levi | Edit draft | 2.30 |
| 02/22/23 | WR Levi | Draft and research for letter-brief | 5.00 |
| 02/22/23 | WR Levi | Discuss letter-brief draft with A. Haviland | 1.00 |
| 02/22/23 | CG Phillips | Read cases and record materials cited in appellants' letter brief | 1.20 |
| 02/23/23 | D DeVillier | Coordinate submission for A. Haviland regarding supplemental letter brief. | 3.00 |
| 02/23/23 | D DeVillier | Cite check submission for A. Haviland regarding supplemental letter brief. | 4.00 |
| 02/23/23 | AP Haviland | Review oral argument transcript for supplemental letter brief | 0.50 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 4

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/23/23 | AP Haviland | Revise supplemental letter brief | 3.00 |
| 02/23/23 | CG Phillips | Review proposed edits from co-counsel | 0.30 |
| 02/23/23 | CG Phillips | Review and revise draft supplemental letter brief responding to Tilton's damages/liability arguments | 1.10 |
| 02/24/23 | D DeVillier | Cite check submission for A. Haviland regarding supplemental letter brief. | 1.30 |
| 02/24/23 | AP Haviland | Revise supplemental letter brief | 1.90 |
| 02/24/23 | AP Haviland | Confer with W. Levi regarding supplemental letter brief | 1.10 |
| 02/24/23 | AP Haviland | Review edits, comments to supplemental letter brief from A. Samet, cite check | 3.80 |
| 02/24/23 | AP Haviland | Confer with S. LaMonica, J. Lofton, G. Herbst, B. Amini, C. Phillips, W. Levi regarding supplemental letter brief | 0.80 |
| 02/24/23 | WR Levi | Prepare for and participate in call with client and Sidley team re: draft letter-brief response | 1.00 |
| 02/24/23 | WR Levi | Review for and incorporate A. Samet edits | 3.00 |
| 02/24/23 | WR Levi | Incorporate client edits | 2.50 |
| 02/24/23 | WR Levi | Email with C. Phillips and A. Haviland re: edits | 0.50 |
| 02/24/23 | WR Levi | Communicate with A. Haviland re: edits | 1.10 |
| 02/24/23 | CG Phillips | Emails with W. Levi re: edits to letter | 0.10 |
| 02/24/23 | CG Phillips | Conference call with Trustee and trial counsel re: proposed edits | 0.80 |
| 02/24/23 | CG Phillips | Emails with C. Loftin regarding proposed edits | 0.20 |
| 02/24/23 | CG Phillips | Review and revise draft supplemental letter responsive to appellants | 0.90 |
| 02/25/23 | CG Phillips | Emails with W. Levi regarding proposed edits | 0.10 |
| 02/25/23 | CG Phillips | Review and revise new draft of supplemental letter | 0.40 |
| 02/26/23 | AP Haviland | Research caselaw on foreseeable consequences of fiduciary breach for supplemental letter brief | 1.70 |
| 02/26/23 | AP Haviland | Revise supplemental letter brief | 1.30 |
| 02/26/23 | WR Levi | Discuss letter-brief edits with A. Samet, including Tilton argument concerning going-concern value | 0.50 |
| 02/26/23 | WR Levi | Review for and edit brief in light of discussion with A. Samet | 2.00 |
| 02/26/23 | CG Phillips | Emails with Trustee | 0.10 |
| 02/26/23 | CG Phillips | Review revised letter brief | 0.40 |
| 02/27/23 | D DeVillier | Coordinate filing of submission for W. Levi regarding supplemental letter brief. | 0.50 |
| 02/27/23 | AP Haviland | Draft emails to W. Levi regarding record citations from A. Samet for supplemental letter brief | 0.20 |
| 02/27/23 | WR Levi | Review and incorporate citations from A. Samet and communicate with H. Haviland regarding same | 1.00 |
| 02/27/23 | WR Levi | Final proofread of letter-brief and filing coordination | 2.50 |
| 02/27/23 | CG Phillips | Read revised letter for filing | 0.20 |
| 02/27/23 | CG Phillips | Review proposed edits by trustee to draft letter | 0.10 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 5

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 02/27/23 | CG Phillips | Emails with W. Levi | 0.10 |
| | | **Total Hours** | **147.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 6

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CG Phillips | 9.40 | $1,800.00 | $16,920.00 |
| WR Levi | 44.40 | 1,350.00 | 59,940.00 |
| M Sabino | 0.50 | 1,125.00 | 562.50 |
| AP Haviland | 83.40 | 1,060.00 | 88,404.00 |
| D  DeVillier | 9.30 | 315.00 | 2,929.50 |
| **Total Hours and Fees** | **147.00** | | **$168,756.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 7

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 02/14/23 | LIT | Electronic Data Hosting for January 2023 | $8.25 |
| 02/23/23 | FEE | 02/01/2023-ESCRIBERS LLC-D. DeVillier | 44.00 |
| 02/23/23 | FEE | 01/25/2023-ESCRIBERS LLC-D. DeVillier | 132.00 |
| 02/23/23 | WES | 02/06/2023 Westlaw Research Service | 82.04 |
| 02/23/23 | WES | 02/10/2023 Westlaw Research Service | 82.04 |
| 02/23/23 | WES | 02/13/2023 Westlaw Research Service | 433.11 |
| 02/23/23 | WES | 02/15/2023 Westlaw Research Service | 222.60 |
| 02/24/23 | DOCKET | 01/25/2023-PACER 02CA | 0.10 |
| 02/24/23 | DOCKET | 01/25/2023-PACER 02CA | 0.10 |
| 02/24/23 | DOCKET | 01/25/2023-PACER 02CA | 0.40 |
| 02/24/23 | DOCKET | 01/25/2023-PACER 02CA | 0.20 |
| | | **Total** | **$1,004.84** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123021403
in re TransCare Corporation et al.
Page 8

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| DOCKET | Pacer - Docket | $0.80 |
| FEE | Filing Fees | 176.00 |
| LIT | Legal Support Services | 8.25 |
| WES | Westlaw research service | 819.79 |
| **Total** | | **$1,004.84** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA · ASIA PACIFIC · EUROPE

**PERSONAL & CONFIDENTIAL**

FEDERAL ID: 36-4474078

March 31, 2023

Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123021403

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through February 28, 2023 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E
For Professional Services Rendered

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|---|---|---|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |
| 01/31/23 | IN00123006179 | 148,930.09 |
| 02/23/23 | IN00123010377 | 38,783.35 |
| **Total outstanding invoices** | | **$886,935.41** |
| **Total This Bill** | | **169,760.84** |
| **Total Amount Due** | | **$1,056,696.25** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice