# Exhibit M



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                          FEDERAL ID: 36-4474078

April 23, 2023                                                    Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123025235
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com    Client Matter: 074316-40010

For professional services rendered through March 31, 2023 re in re TransCare Corporation et al.

| | <u>Invoice Currency USD</u> |
|---|---|
| Fees | $2,609.00 |
| Expenses | 3,673.37 |
| **Total Due This Bill** | <u>**$6,282.37**</u> |

MR CG Phillips - Partner

| Remit Check Payments To: | Remit Electronic Payments To: |
|---|---|
| Sidley Austin LLP | Sidley Austin LLP |
| P.O. Box 0642 | JP Morgan Chase Bank, NA |
| Chicago, Illinois 60690 | Account Number: 5519624 |
| | ABA/Routing Number (for wire payments): 021000021 |
| | ABA/Routing Number (for ACH payments): 071000013 |
| | Swift Code: CHASUS33XXX |

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123025235
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 03/06/23 | M Sabino | Communicate with A. Haviland re status of Sidley fee application | 0.10 |
| 03/08/23 | AP Haviland | Prepare fee application to bankruptcy court | 0.50 |
| 03/10/23 | M Sabino | Communicate with A. Haviland re status of Sidley fee application | 0.10 |
| 03/17/23 | WR Levi | Emails re: fee application with J. Loftin, C. Phillips, and A. Haviland | 0.50 |
| 03/17/23 | M Sabino | Communicate with Sidley team and J. Loftin re status of Sidley fee application | 0.10 |
| 03/21/23 | M Sabino | Communicate with Sidley team and J. Loftin re status of Sidley fee application | 0.10 |
| 03/28/23 | AP Haviland | Draft final fee application to bankruptcy court | 0.90 |
| | | **Total Hours** | **2.30** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123025235
in re TransCare Corporation et al.
Page 3

## TIME SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| WR Levi | 0.50 | $1,350.00 | $675.00 |
| M Sabino | 0.40 | 1,125.00 | 450.00 |
| AP Haviland | 1.40 | 1,060.00 | 1,484.00 |
| **Total Hours and Fees** | **2.30** | | **$2,609.00** |

Invoice Number: IN00123025235
in re TransCare Corporation et al.
Page 4

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 03/09/23 | WES | 02/20/2023 Westlaw Research Service | $410.22 |
| 03/09/23 | WES | 02/21/2023 Westlaw Research Service | 82.04 |
| 03/09/23 | WES | 02/22/2023 Westlaw Research Service | 793.73 |
| 03/09/23 | WES | 02/23/2023 Westlaw Research Service | 26.08 |
| 03/09/23 | WES | 02/26/2023 Westlaw Research Service | 2,350.65 |
| 03/14/23 | LIT | Electronic Data Hosting for February 2023 | 9.75 |
| 03/25/23 | DOCKET | 02/21/2023-PACER 02CA | 0.50 |
| 03/25/23 | DOCKET | 02/21/2023-PACER 02CA | 0.40 |
| | | **Total** | **$3,673.37** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123025235
in re TransCare Corporation et al.
Page 5

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| DOCKET | Pacer - Docket | $0.90 |
| LIT | Legal Support Services | 9.75 |
| WES | Westlaw research service | 3,662.72 |
| **Total** | | **$3,673.37** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA · ASIA PACIFIC · EUROPE

**PERSONAL & CONFIDENTIAL**                                    FEDERAL ID: 36-4474078

April 23, 2023                                                 Ref: CGP/bdf

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123025235

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com     Client Matter: 074316-40010

For professional services rendered through March 31, 2023 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E
F o r   P r o f e s s i o n a l   S e r v i c e s   R e n d e r e d

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|---|---|---|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |
| 01/31/23 | IN00123006179 | 148,930.09 |
| 02/23/23 | IN00123010377 | 38,783.35 |
| 03/31/23 | IN00123021403 | 169,760.84 |

| | |
|---|---|
| **Total outstanding invoices** | **$1,056,696.25** |
| **Total This Bill** | **6,282.37** |
| **Total Amount Due** | **$1,062,978.62** |

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit N



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

PERSONAL & CONFIDENTIAL

FEDERAL ID: 36-4474078

September 22, 2023

Ref: CGP/aap

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123062755

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

Client Matter: 074316-40010

For professional services rendered through August 31, 2023 re in re TransCare Corporation et al.

| | **Invoice Currency USD** |
|---|---:|
| Fees | $27,476.50 |
| Expenses | 48.75 |
| **Total Due This Bill** | **$27,525.25** |

MR CG Phillips - Partner

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois  60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number:  5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code:  CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123062755
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 04/28/23 | M Sabino | Communicate with A. Haviland regarding fee status | 0.10 |
| 08/14/23 | CG Phillips | Read letter from M. Perry | 0.20 |
| 08/28/23 | AP Haviland | Review Second Circuit majority opinion, dissent | 1.20 |
| 08/28/23 | WR Levi | Communicate with internal team and client regarding: en banc review | 1.00 |
| 08/28/23 | WR Levi | Analyze opinions | 2.00 |
| 08/28/23 | CG Phillips | Emails with trial lawyers regarding bond issue | 0.20 |
| 08/28/23 | CG Phillips | Emails with W. Levi regarding rehearing | 0.20 |
| 08/28/23 | CG Phillips | Study Second Circuit cited cases and record citations to prepare for conference call for next steps regarding bonds | 1.20 |
| 08/28/23 | CG Phillips | Read Second Circuit opinion | 1.50 |
| 08/28/23 | CG Phillips | Emails with S. LaMonica regarding next steps | 0.20 |
| 08/30/23 | AP Haviland | Confer with C. Phillips, W. Levi on timeline for seeking attorney's fees | 0.30 |
| 08/30/23 | AP Haviland | Confer with S. LaMonica, B. Amini, J. Lofton, C. Phillips, W. Levi regarding Second Circuit's opinion, timeline for en banc review or cert petition, bond | 0.80 |
| 08/30/23 | AP Haviland | Research upcoming deadlines for en banc review, mandate, attorney's fees | 1.30 |
| 08/30/23 | AP Haviland | Confer with W. Levi regarding upcoming deadlines, appellants' request for extension to file petition for en banc rehearing | 0.50 |
| 08/30/23 | AP Haviland | Prepare attorney's fees report for trial counsel to submit to district court | 0.30 |
| 08/30/23 | WR Levi | Review opinions regarding bond and attorneys fees and discuss and email regarding same with A. Haviland and C. Phillips and client | 0.50 |
| 08/30/23 | WR Levi | Prepare for and participate in call with client regarding bond, attorneys fees, en banc review | 1.00 |
| 08/30/23 | WR Levi | Debrief after with C. Phillips and A. Haviland and discuss timeline and deadlines | 0.50 |
| 08/30/23 | CG Phillips | Office conference with W. Levi, A. Haviland regarding opinions | 0.20 |
| 08/30/23 | CG Phillips | Read bond materials; read attorney fee orders | 0.50 |
| 08/30/23 | CG Phillips | Emails with trustee and W. Levi regarding extension request | 0.20 |
| 08/30/23 | CG Phillips | Emails with Tilton lawyer regarding extension | 0.20 |
| 08/30/23 | CG Phillips | Conference call with client regarding next steps | 1.00 |
| 08/30/23 | CG Phillips | Study Second Circuit opinions to prepare for client call | 1.20 |
| 08/31/23 | AP Haviland | Research bill of costs requirements | 1.70 |
| 08/31/23 | AP Haviland | Confer with W. Levi billing costs, extension of time to file petition for rehearing en banc | 0.10 |
| 08/31/23 | WR Levi | Emails regarding bill of costs | 0.50 |
| 08/31/23 | J Meehan | Emails to dockets departments regarding invoices for bill of costs per A. Haviland, case no. 21-1547 (2d Cir.) | 2.30 |
| | | **Total Hours** | **20.90** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123062755
in re TransCare Corporation et al.
Page 3

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CG Phillips | 6.80 | $1,800.00 | $12,240.00 |
| WR Levi | 5.50 | 1,350.00 | 7,425.00 |
| M Sabino | 0.10 | 1,125.00 | 112.50 |
| AP Haviland | 6.20 | 1,060.00 | 6,572.00 |
| J Meehan | 2.30 | 490.00 | 1,127.00 |
| **Total Hours and Fees** | **20.90** | | **$27,476.50** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123062755
in re TransCare Corporation et al.
Page 4

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 04/11/23 | LIT | Electronic Data Hosting for March 2023 | $9.75 |
| 05/11/23 | LIT | Electronic Data Hosting for April 2023 | 9.75 |
| 06/13/23 | LIT | Electronic Data Hosting for May 2023 | 9.75 |
| 07/13/23 | LIT | Electronic Data Hosting for June 2023 | 9.75 |
| 08/20/23 | LIT | Electronic Data Hosting for July 2023 | 9.75 |
| | | **Total** | **$48.75** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123062755
in re TransCare Corporation et al.
Page 5

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| LIT | Legal Support Services | $48.75 |
| **Total** | | **$48.75** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>

September 22, 2023

FEDERAL ID: 36-4474078
Ref: CGP/aap

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123062755
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through August 31, 2023 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E
For Professional Services Rendered

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|------|---------|---------|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |
| 01/31/23 | IN00123006179 | 148,930.09 |
| 02/23/23 | IN00123010377 | 38,783.35 |
| 03/31/23 | IN00123021403 | 169,760.84 |
| 04/23/23 | IN00123025235 | 6,282.37 |

**Total outstanding invoices**     **$1,062,978.62**

**Total This Bill**     <u>**27,525.25**</u>

**Total Amount Due**     <u>**$1,090,503.87**</u>

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit O


**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**
FEDERAL ID: 36-4474078
October 12, 2023
Ref: CGP/aap

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123067543

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com          Client Matter: 074316-40010

For professional services rendered through September 30, 2023 re in re TransCare Corporation et al.

| | **Invoice Currency USD** |
|---|---:|
| Fees | $4,936.00 |
| Expenses | 11.15 |
| **Total Due This Bill** | **$4,947.15** |

MR CG Phillips - Partner

Remit Check Payments To:            Remit Electronic Payments To:
Sidley Austin LLP                   Sidley Austin LLP
P.O. Box 0642                       JP Morgan Chase Bank, NA
Chicago, Illinois 60690             Account Number: 5519624
                                    ABA/Routing Number (for wire payments): 021000021
                                    ABA/Routing Number (for ACH payments): 071000013
                                    Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123067543
in re TransCare Corporation et al.
Page 2

TIME DETAIL

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 09/01/23 | AP Haviland | Research bill of costs requirements | 1.00 |
| 09/01/23 | WR Levi | Emails with client re: en banc petition | 0.50 |
| 09/01/23 | CG Phillips | Read extension request | 0.10 |
| 09/01/23 | CG Phillips | Read materials cited in motion to extend time | 0.40 |
| 09/03/23 | CG Phillips | Emails with M. Perry re: extension issues and possible settlement | 0.50 |
| 09/05/23 | AP Haviland | Draft email to trustee regarding submission of bill of costs | 0.60 |
| 09/05/23 | WR Levi | Emails re: petition for rehearing en banc | 0.30 |
| 09/25/23 | CG Phillips | Emails with Trustee re: settlement issues with Tilton | 0.20 |
| | | **Total Hours** | **3.60** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123067543
in re TransCare Corporation et al.
Page 3

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|------:|-----:|-------:|
| CG Phillips | 1.20 | $1,800.00 | $2,160.00 |
| WR Levi | 0.80 | 1,350.00 | 1,080.00 |
| AP Haviland | 1.60 | 1,060.00 | 1,696.00 |
| **Total Hours and Fees** | **3.60** | | **$4,936.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123067543
in re TransCare Corporation et al.
Page 4

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|--------|
| 09/12/23 | LIT | Electronic Data Hosting for August 2023 | $9.75 |
| 09/21/23 | DOCKET | 08/28/2023-PACER 02CA | 0.50 |
| 09/21/23 | DOCKET | 08/28/2023-PACER 02CA | 0.40 |
| 09/21/23 | DOCKET | 08/30/2023-PACER NYSDC | 0.50 |
| | | **Total** | **$11.15** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123067543
in re TransCare Corporation et al.
Page 5

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|--------------------|-------:|
| DOCKET | Pacer - Docket | $1.40 |
| LIT | Legal Support Services | 9.75 |
| **Total** | | **$11.15** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**

October 12, 2023

FEDERAL ID: 36-4474078
Ref: CGP/aap

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123067543
Client Matter: 074316-40010

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com

For professional services rendered through September 30, 2023 re in re TransCare Corporation et al.

REMITTANCE PAGE
For Professional Services Rendered

OUTSTANDING STATEMENTS

| Date | Invoice | Balance |
|------|---------|---------|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |
| 01/31/23 | IN00123006179 | 148,930.09 |
| 02/23/23 | IN00123010377 | 38,783.35 |
| 03/31/23 | IN00123021403 | 169,760.84 |
| 04/23/23 | IN00123025235 | 6,282.37 |
| 09/22/23 | IN00123062755 | 27,525.25 |

| | |
|---|---|
| **Total outstanding invoices** | **$1,090,503.87** |
| **Total This Bill** | **4,947.15** |
| **Total Amount Due** | **$1,095,451.02** |

---

Remit Check Payments To:
Sidley Austin LLP
P.O. Box 0642
Chicago, Illinois 60690

Remit Electronic Payments To:
Sidley Austin LLP
JP Morgan Chase Bank, NA
Account Number: 5519624
ABA/Routing Number (for wire payments): 021000021
ABA/Routing Number (for ACH payments): 071000013
Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

# Exhibit P



**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

<u>**PERSONAL & CONFIDENTIAL**</u>                                    FEDERAL ID: 36-4474078
                    November 27, 2023                                    Ref: CGP/aap

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

                                        PLEASE INDICATE INVOICE
                                        NUMBER ON REMITTANCE
                                        Invoice Number: IN00123079818
Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com | Client Matter: 074316-40010

For professional services rendered through November 20, 2023 re in re TransCare Corporation et al.

|  | <u>Invoice Currency USD</u> |
|---|---|
| Fees | $48,493.00 |
| Expenses | 1,618.72 |
| **Total Due This Bill** | <u>**$50,111.72**</u> |

MR CG Phillips - Partner

---

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: 5519624
                                            ABA/Routing Number (for wire payments): 021000021
                                            ABA/Routing Number (for ACH payments): 071000013
                                            Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice

SIDLEY AUSTIN LLP

Invoice Number: IN00123079818
in re TransCare Corporation et al.
Page 2

## TIME DETAIL

| Date | Name | Narrative | Hours |
|---|---|---|---|
| 10/11/23 | AP Haviland | Review petition for rehearing en banc | 1.90 |
| 10/11/23 | AP Haviland | Confer with W. Levi regarding petition for rehearing en banc | 0.30 |
| 10/11/23 | WR Levi | Review and analyze petition and edit analysis regarding same | 2.00 |
| 10/11/23 | CG Phillips | Draft memo to client re: next steps | 0.30 |
| 10/11/23 | CG Phillips | Read memo to client re: substance of petitions and strength of arguments | 0.70 |
| 10/11/23 | CG Phillips | Emails with Trustee re: rehearing process | 0.20 |
| 10/11/23 | CG Phillips | Read cases cited in petitions | 1.30 |
| 10/11/23 | CG Phillips | Read petitions for rehearing | 1.00 |
| 10/12/23 | CG Phillips | Study rehearing papers | 0.50 |
| 10/12/23 | CG Phillips | Office conference with W. Levi | 0.30 |
| 10/27/23 | AP Haviland | Confer with W. Levi regarding Second Circuit decision denying petition for rehearing en banc, process for seeking attorney's fees | 0.20 |
| 10/27/23 | WR Levi | Discuss and exchange emails re: fees and bond issues | 1.00 |
| 10/27/23 | CG Phillips | Read Second Circuit orders and emails with Trustee regarding next steps | 0.20 |
| 10/30/23 | AP Haviland | Draft final request for attorney's fees, costs from bankruptcy court | 2.20 |
| 10/30/23 | CG Phillips | Read A. Samet memo re: next steps | 0.10 |
| 10/30/23 | CG Phillips | Emails re: scheduling meeting to discuss process | 0.20 |
| 10/31/23 | AP Haviland | Draft final request for attorney's fees, costs from bankruptcy court | 2.00 |
| 10/31/23 | CG Phillips | Emails with Trustee and other counsel re: timing of meeting | 0.20 |
| 10/31/23 | CG Phillips | Study memo re: status of bond and next steps | 0.30 |
| 11/01/23 | WR Levi | Emails re: additional order | 0.30 |
| 11/01/23 | CG Phillips | Read Second Circuit order re: rehearing, and emails with W. Levi re: nature and effect of the order | 0.20 |
| 11/02/23 | WR Levi | Review final fee application | 0.50 |
| 11/02/23 | CG Phillips | Emails with Trustee re: response to Tilton | 0.20 |
| 11/02/23 | CG Phillips | Emails with M. Perry for Tilton | 0.10 |
| 11/06/23 | CG Phillips | Draft memo to Trustee re: settlement proposal | 0.30 |
| 11/06/23 | CG Phillips | Emails with Trustee re: M. Perry emails and telephone messages | 0.20 |
| 11/06/23 | CG Phillips | Telephone conference with M. Perry re: settlement issues | 0.50 |
| 11/07/23 | AP Haviland | Confer with C. Phillips, W. Levi, client, trial counsel regarding motion for attorney's fees, collecting on the bond | 1.00 |
| 11/07/23 | AP Haviland | Confer with C. Phillips, W. Levi on Tilton's settlement offer, the Second Circuit mandate, collecting on the bond | 0.20 |
| 11/07/23 | WR Levi | Prepare for and participate in call with internal team and client re: settlement, bond, attorney's fees, mandate, and cert | 2.00 |
| 11/07/23 | CG Phillips | Conference call with Trustee re: next steps and Tilton's proposal for settlement | 0.80 |
| 11/07/23 | CG Phillips | Office conference with W. Levi | 0.20 |
| 11/07/23 | CG Phillips | Read Avery's memo re: next steps | 0.30 |

SIDLEY AUSTIN LLP

Invoice Number: IN00123079818
in re TransCare Corporation et al.
Page 3

| Date | Name | Narrative | Hours |
|------|------|-----------|-------|
| 11/08/23 | CG Phillips | Read submissions to surety re: execution of judgment | 0.40 |
| 11/08/23 | CG Phillips | Read Second Circuit order | 0.10 |
| 11/09/23 | WR Levi | Emails re: bond | 0.50 |
| 11/09/23 | CG Phillips | Emails with Trustee and co-counsel re: response to M. Perry | 0.40 |
| 11/09/23 | CG Phillips | Emails with M. Perry | 0.10 |
| 11/10/23 | CG Phillips | Review submission to bonding company | 0.20 |
| 11/10/23 | CG Phillips | Emails re: bond issues | 0.20 |
| 11/12/23 | CG Phillips | Emails with M. Perry | 0.10 |
| 11/12/23 | CG Phillips | Emails with A. Haviland re: bond issue | 0.10 |
| 11/12/23 | CG Phillips | Emails with A. Samet re: obligations for enforcing a supersedeas bond | 0.30 |
| 11/13/23 | AP Haviland | Research whether plaintiff must ask defendant to pay before making a demand on a supersedeas bond | 2.30 |
| 11/13/23 | WR Levi | Review filings related to bond and communicate re: same with C. Phillips and A. Haviland | 1.00 |
| 11/13/23 | WR Levi | Review and analyze research related to bond | 0.50 |
| 11/13/23 | CG Phillips | Read cases from A. Haviland regarding requirements for notice to judgment debtor | 0.40 |
| 11/13/23 | CG Phillips | Emails with A. Samet regarding possible responses to Tilton emails | 0.30 |
| 11/13/23 | CG Phillips | Review draft motion for order to show cause and exhibits | 0.30 |
| 11/13/23 | CG Phillips | Emails with Trustee regarding Tilton inquiry | 0.20 |
| 11/14/23 | AP Haviland | Confer with J. Chubak by phone, email regarding Sidley Austin invoices from last fee application to present | 0.20 |
| 11/14/23 | WR Levi | Review letter from M. Perry and exchange emails re: same | 0.50 |
| 11/14/23 | CG Phillips | Read Judge Kaplan's order | 0.10 |
| 11/14/23 | CG Phillips | Emails regarding response to M. Perry | 0.30 |
| 11/14/23 | CG Phillips | Read M. Perry letter | 0.10 |
| 11/14/23 | CG Phillips | Research bonding issues after judgment | 0.50 |
| 11/14/23 | CG Phillips | Emails with Trustee regarding motion for order to show cause | 0.20 |
| 11/14/23 | CG Phillips | Office conference with Haviland regarding M. Perry letter | 0.10 |
| 11/15/23 | CG Phillips | Read Argo response | 0.20 |
| 11/15/23 | CG Phillips | Review revised proposed order | 0.10 |
| 11/15/23 | CG Phillips | Emails with Trustee | 0.10 |
| 11/15/23 | CG Phillips | Conference call with S. LaMonica, co-counsel | 0.90 |
| 11/16/23 | WR Levi | Prepare for and participate in discussion with client and co-counsel re: sur-reply and DOJ outreach | 1.00 |
| 11/16/23 | CG Phillips | Emails with A. Samet re: consent order | 0.10 |
| | | **Total Hours** | **33.50** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123079818
in re TransCare Corporation et al.
Page 4

TIME SUMMARY

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| CG Phillips | 13.90 | $1,800.00 | $25,020.00 |
| WR Levi | 9.30 | 1,350.00 | 12,555.00 |
| AP Haviland | 10.30 | 1,060.00 | 10,918.00 |
| **Total Hours and Fees** | **33.50** | | **$48,493.00** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123079818
in re TransCare Corporation et al.
Page 5

EXPENSE DETAIL

| Date | Type | Description | Amount |
|------|------|-------------|-------:|
| 10/10/23 | LIT | Electronic Data Hosting for September 2023 | $9.75 |
| 10/16/23 | DOCKET | 09/11/2023-PACER 02CA | 0.10 |
| 10/16/23 | DOCKET | 09/11/2023-PACER 02CA | 0.10 |
| 10/26/23 | WES | 10/11/2023 Westlaw Research Service | 69.01 |
| 11/15/23 | LIT | Electronic Data Hosting for October 2023 | 9.75 |
| 11/17/23 | WES | 11/13/2023 Westlaw Research Service | 1,530.01 |
| | | **Total** | **$1,618.72** |

SIDLEY AUSTIN LLP

Invoice Number: IN00123079818
in re TransCare Corporation et al.
Page 6

EXPENSE SUMMARY

| Code | Category/Description | Amount |
|------|---------------------|--------|
| DOCKET | Pacer - Docket | $0.20 |
| LIT | Legal Support Services | 19.50 |
| WES | Westlaw research service | 1,599.02 |
| **Total** | | **$1,618.72** |

# SIDLEY

**SIDLEY AUSTIN LLP**
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
(202) 736 8000
(202) 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

**PERSONAL & CONFIDENTIAL**                                  FEDERAL ID: 36-4474078
November 27, 2023                       Ref: CGP/aap

**Incurred By:**
Salvatore LaMonica, as Trustee
LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

PLEASE INDICATE INVOICE
NUMBER ON REMITTANCE
Invoice Number: IN00123079818

Matter Auth. Contact: Salvatore LaMonica 516-826-6500 sl@lhmlawfirm.com     Client Matter: 074316-40010

For professional services rendered through November 20, 2023 re in re TransCare Corporation et al.

R E M I T T A N C E   P A G E<br>
F o r   P r o f e s s i o n a l   S e r v i c e s   R e n d e r e d

O U T S T A N D I N G   S T A T E M E N T S

| Date | Invoice | Balance |
|------|---------|---------|
| 05/30/22 | IN00122009518 | $209,051.82 |
| 07/08/22 | IN00122019698 | 142,856.60 |
| 07/31/22 | IN00122026609 | 105,510.86 |
| 08/31/22 | IN00122034929 | 21,448.82 |
| 09/30/22 | IN00122043347 | 25,041.25 |
| 10/31/22 | IN00122051459 | 7,323.99 |
| 11/29/22 | IN00122059078 | 75,961.16 |
| 12/16/22 | IN00122065045 | 112,027.47 |
| 01/31/23 | IN00123006179 | 148,930.09 |
| 02/23/23 | IN00123010377 | 38,783.35 |
| 03/31/23 | IN00123021403 | 169,760.84 |
| 04/23/23 | IN00123025235 | 6,282.37 |
| 09/22/23 | IN00123062755 | 27,525.25 |
| 10/12/23 | IN00123067543 | 4,947.15 |

**Total outstanding invoices**                                    **$1,095,451.02**

**Total This Bill**                                                       **50,111.72**

**Total Amount Due**                                               **$1,145,562.74**

---

Remit Check Payments To:                    Remit Electronic Payments To:
Sidley Austin LLP                           Sidley Austin LLP
P.O. Box 0642                               JP Morgan Chase Bank, NA
Chicago, Illinois 60690                     Account Number: 5519624
                                            ABA/Routing Number (for wire payments): 021000021
                                            ABA/Routing Number (for ACH payments): 071000013
                                            Swift Code: CHASUS33XXX

Payment is Due within 30 Days of Receipt of Invoice