UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:

TRANSCARE CORPORATION, et al.

                Debtors.
---------------------------------------------------------------x

Chapter 7
Case No. 16-10407 (DSJ)
(Jointly Administered)

**CERTIFICATION UNDER AMENDED GUIDELINES FOR FEES AND DISBURSEMENTS FOR PROFESSIONALS IN THE SOUTHERN DISTRICT OF NEW YORK IN RESPECT OF FINAL APPLICATION OF SIDLEY AUSTIN LLP, SPECIAL APPELLATE COUNSEL FOR SALVATORE LAMONICA, THE CHAPTER 7 TRUSTEE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

I, Carter G. Phillips, hereby certify that:

1.  I am a Partner of the applicant firm, Sidley Austin LLP ("Applicant"), and submit this certification with respect to the representation of Salvatore LaMonica, Chapter 7 Trustee ("Trustee") of the jointly-administered estates of TransCare Corporation, TransCare New York, Inc., TransCare ML, Inc., TC Ambulance Group, Inc., TransCare Management Services, Inc., TCBA Ambulance, Inc., TC Billing and Services Corporation, TransCare Westchester, Inc., TransCare Maryland, Inc., TC Ambulance North, Inc., TransCare Harford County, Inc., TransCare Pennsylvania, Inc., TC Ambulance Corporation, and TC Hudson Valley Ambulance Corp. (collectively, the "Debtors"), in compliance with the Amended Guidelines for Fees and Disbursements for Professionals in the Southern District of New York (the "Amended Guidelines"), and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330, adopted on January 30, 1996 (the "UST Guidelines") (collectively, the "Guidelines").

2.  This certification is made in respect of Applicant's final application, dated January 9, 2024 (the "Fee Application"), seeking (a) the allowance of final compensation for professional

services performed by Applicant in connection with the appeal of the district court's judgment to the U.S. Court of Appeals for the Second Circuit, Case Nos. 21-2547 and 21-2576; and (b) reimbursement of Applicant's actual and necessary expenses incurred in connection with those services.

3. I certify that I have read the Fee Application and that to the best of my knowledge, information and belief formed after reasonable inquiry, except as specifically indicated to the contrary, (a) the Fee Application substantially complies with the Guidelines, (b) the hourly fees and disbursements sought by Applicant in the Fee Application fall within the Guidelines, except as specifically noted in this certification or as described in the Fee Application, (c) except to the extent that fees or disbursements are prohibited by these Amended Guidelines, the hourly fees and disbursements sought are billed at rates and in accordance with practices customarily employed by Applicant and generally accepted by Applicant's clients; and (d) in providing a reimbursable service, Applicant does not make a profit on that service, whether the service is performed by Applicant in-house or through a third party.

4. The Trustee was provided with a statement containing a list of the professionals performing services, their respective billing rates, the aggregate hours spent by each professional, a general description of the services rendered, a reasonably detailed breakdown of the disbursements incurred, and an explanation of billing practices.

5. The Trustee was provided with a copy of the Fee Application before filing.

Dated: January 9, 2024
Washington, D.C.

**SIDLEY AUSTIN LLP**
*Special Appellate Counsel for Salvatore Lamonica, as Chapter 7 Trustee*

/s/ Carter G. Phillips
Carter G. Phillips
William R. Levi
Aaron P. Haviland
S<small>IDLEY</small> A<small>USTIN</small> LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000