**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>TRANSCARE CORPORATION, et al.,<br><br>Debtors. | Chapter 7<br><br>Case No. 16-10407 (DSJ)<br><br>(Jointly Administered) |

**ORDER GRANTING APPLICATIONS FOR ALLOWANCE OF FINAL
COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the applications for allowance of final compensation and reimbursement of expenses filed by Amini LLC (ECF Doc. # 746) and Sidley Austin LLP (ECF Doc. # 747) (together, "Applications") for professional services rendered and expenses incurred on behalf of Salvatore LaMonica, solely in his capacity as the Chapter 7 Trustee ("Trustee") on behalf of the above-captioned Debtors' bankruptcy estates; and notice having been given pursuant to FRBP 2002(a)(6) and (c)(2); and no objections to the Applications having been filed; and upon a reservation of rights filed by Phoenix Recovery Entities, as successors in interest to Zohar CDO 2003-1 Ltd., Zohar II 2005-1, Ltd., and Zohar III, Ltd. (ECF Doc. # 755); and the statement in support of the Applications, with a reservation of rights, filed by the Trustee (ECF Doc. # 759); and a hearing on the Applications having been held before the Court on February 15, 2024 at 10:00 a.m. ("Hearing"); and the relief requested in the Applications being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having considered the Applications at the Hearing, the record of which is incorporated herein by reference; and good and sufficient cause appearing therefore, it is hereby:

**ORDERED** that the Applications are granted to the extent set forth in the attached Schedules; and, it is further

**ORDERED**, that the Trustee is authorized to pay the awards set forth in the Schedules annexed hereto from the TransCare Corporation estate; and, it is further,

**ORDERED**, that the Trustee is authorized to pay the awards set forth in the Schedules annexed hereto via wire transfers, if the Trustee deems appropriate; and, it is further,

**ORDERED**, that the Trustee is authorized to do such things, pay such awards, and execute such documents as may be necessary to implement the terms and conditions of this Order; and, it is further,

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
February 16, 2024

                                            *s/ David S. Jones*
                                            Honorable David S. Jones
                                            United States Bankruptcy Judge

Case No. 16-bk-10407 (DSJ)  **FINAL FEE PERIOD**  Schedule A
Case Name: TransCare Corporation

| (1) Applicant | (2) Date; ECF Doc. # of Applications | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for prior Fee Period(s) (i.e. Holdback Release) | (7) Total Fees to be Paid | (8) Final Expenses Requested | (9) Final Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Amini LLC *Special Litigation Counsel* | 1/9/24; ECF Doc. #746 | $17,198,888.62 | $17,198,888.62[1] | $17,198,888.62 | $0.00 | $17,198,888.62 | $98,176.05 | $98,176.05[2] |
| Sidley Austin LLP *Special Appellate Counsel* | 1/9/24; ECF Doc. #747 | $1,125,898.50 | $1,125,898.50 | $1,125,898.50 | $0.00 | $1,125,898.50 | $19,664.24 | $19,664.24 |

DATE ON WHICH ORDER AS SIGNED: February 16, 2024              INITIALS: *DSJ*, USBJ

---

[1] The division of Amini LLC's fee award between it and Storch Amini PC, described in its application (ECF Doc. #746, ¶65) is approved. Of the $17,198,888.62 allowed, $12,079,110.90 shall be paid to Amini LLC and $5,119,777.72 shall be paid to Storch Amini PC.

[2] In accordance with Amini LLC's retention order (ECF Doc. #670, ¶7), of the $98,176.05 allowed, $95,262.55 shall be paid to Storch Amini PC and $2,913.50 shall be paid to Amini LLC.

Case No. 16-bk-10407 (DSJ)  **FEE APPLICATION TOTALS**  Schedule B
Case Name: TransCare Corporation

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Allowed | (4) Total Expenses Requested | (5) Total Expenses Allowed |
|---|---|---|---|---|
| Amini LLC<br>*Special Litigation Counsel* | $17,298,888.62 | $17,298,888.62[3] | $119,225.20 | $119,225.20[4] |
| Sidley Austin LLP<br>*Special Appellate Counsel* | $1,409,790.50 | $1,409,790.50[5] | $36,074.25 | $36,074.25[6] |

DATE ON WHICH ORDER AS SIGNED: February 16, 2024     INITIALS: <u>DSJ</u>, USBJ

---

[3] Includes fees previously allowed on interim basis (ECF Doc. # 602)
[4] Includes expenses previously allowed on interim basis. (ECF Doc. # 602)
[5] Includes fees previously allowed on interim basis. (ECF Doc. # 737)
[6] Includes expenses previously allowed on interim basis. (ECF Doc. # 737)